UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | Case No. 3:21-cv-05190<br><br>**PRAECIPE FOR SUMMONS** |

PLEASE TAKE NOTICE that the Summons (Dkt No. 1-2 ) for CytoDyn, Inc. was filed in this court and was filed with a misspelling of Defendant CytoDyn, Inc. Please find attached a correct Summons which has the correct spelling of the Defendant CytoDyn, Inc.

DATED this 17th day of March, 2021.

**TOUSLEY BRAIN STEPHENS PLLC**

By: _s/ Kim D. Stephens_
By: _s/ Kaleigh N. Powell_
Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Kaleigh N. Powell, WSBA #52684
kpowell@tousley.com
1700 Seventh Avenue, Suite 2200

CLASS ACTION COMPLAINT - 1

| | |
|---|---|
| 1 | Seattle, WA 98101 |
| | Telephone: (206) 682-5600 |
| 2 | Facsimile: (206) 682-2992 |
| 3 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 4 | John T. Jasnochp |
| | jjasnoch@scott-scott.com |
| 5 | 600 W. Broadway Suite 3300 |
| | San Diego, CA 92101 |
| 6 | Telephone: (619) 233-4565 |
| | Facsimile: (619) 233-0508 |
| 7 | *Attorneys for Plaintiff Angela Lewis* |

4824-6572-3361, v. 1

CLASS ACTION COMPLAINT - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br> v. <br> CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-05190 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CYTODYN, INC.
1111 Main Street, Suite 660
Vancouver, WA 98660-2970

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kim D. Stephens
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:21-cv-05190

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: