HON. BENJAMIN H. SETTLE

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | No. 3:21-cv-05190 BHS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ANGELA LEWIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL; CONSOLIDATION OF RELATED ACTIONS** |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | No. 3:21-cv-05260 |

[PROPOSED] ORDER GRANING MOTION OF ANGELA LEWIS
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF SELECTION OF LEAD AND LIAISON COUNSEL
CONSOLIDATION OF RELATED ACTIONS - 1
NO. 3:21-CV-05190-BHS

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

THIS MATTER, having considered Movant Angela Lewis' ("Lewis" or "Movant") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel, and Consolidation of Related Actions, and the Court having reviewed the submission, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints movant Lewis as Lead Plaintiff; and

2.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Movant's selection of the law firms of Scott+Scott Attorneys at Law LLP and Tousley Brain Stephens PLLC to serve as Lead and Liaison Counsel, respectively, for the putative class in this action.

3.     The above-captioned *Lewis v. Cytodyn* (Case No. 3:21-cv-05190-BHS) and *Goodwin v. CytoDyn* (Case No. 3:21-cv-05260) cases are hereby consolidated.

IT IS SO ORDERED.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2021.

[PROPOSED] ORDER GRANING MOTION OF ANGELA LEWIS
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF SELECTION OF LEAD AND LIAISON COUNSEL
CONSOLIDATION OF RELATED ACTIONS - 2
NO. 3:21-CV-05190-BHS

Presented by:

**TOUSLEY BRAIN STEPHENS PLLC**

_s/ Kim D. Stephens_
Kim D. Stephens, WSBA #11984
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-682-5600
Facsimile:  206-682-3993
Email: kstephens@tousley.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch, _pro hac vice_
600 West Broadway Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
Email: jjasnoch@scott-scott.com
4834-9592-5738, v. 1

3