HON. BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | No. 3:21-cv-05190-BHS<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF ANGELA LEWIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL; CONSOLIDATION OF RELATED ACTIONS** |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | No. 3:21-cv-05260 |

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF
MOTION OF ANGELA LEWIS - 1
NO. 3:21-CV-05190-BHS

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am a partner with the law firm of Scott+Scott Attorneys at Law LLP, proposed Lead Counsel for putative Class members and Lead Plaintiff movant Angela Lewis ("Movant").

2.      I make this declaration in support of Movant's motion for appointment as lead plaintiff, approval of selection of lead and liaison counsel, and for consolidation of the above-captioned actions.  I have personal knowledge of the matters stated herein and, if called upon, I could, and would, competently testify thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of the notice published on March 18, 2021 via *Business Wire.*

4.      Attached hereto as Exhibit B is a true and correct copy of Movant's certification pursuant to the Private Securities Litigation Reform Act of 1995.

5.      Attached hereto as Exhibit C is a true and correct copy of Movant's loss chart.

6.      Attached hereto as Exhibit D is a true and correct copy of Scott+Scott Attorneys at Law LLP's Firm Résumé.

7.      Attached hereto as Exhibit E is a true and correct copy of Tousley Brain Stephens PLLC's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May, 2021, in San Diego, California.

_____
John T. Jasnoch

DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF
MOTION OF ANGELA LEWIS - 2
NO. 3:21-CV-05190-BHS