# EXHIBIT A



# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against CytoDyn, Inc. (CYDY)

March 18, 2021 10:25 ET | Source: Scott+Scott Attorneys at Law LLP

   

...

NEW YORK, March 18, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, today announced that it has filed a class action lawsuit against CytoDyn, Inc. ("CytoDyn" or the "Company") and Chief Executive Officer Andy Heyward (collectively, "Defendants").

The action, which was filed in the U.S. District Court for the Western District of Washington and captioned *Lewis v. CytoDyn, Inc.*, No. 3:21-cv-05190, asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b), and 78t(a), on behalf of investors who purchased or otherwise acquired common shares of CytoDyn (sold under the ticker symbol "CYDY" on the OTCQB Venture Market in the United States) from March 27, 2020 through March 9, 2021, inclusive (the "Class Period"), and who were damaged thereby.

CytoDyn is a publicly traded biotechnology company focused on the development and commercialization of a drug named Leronlimab.

The complaint alleges that Defendants violated provisions of the Exchange Act by making false and misleading statements concerning Leronlimab being used as a treatment for Covid-19.

Beginning on March 5, 2021 CytoDyn began issuing press releases that described the results of Phase IIb/III testing data. In these releases, CytoDyn disclosed that the primary endpoint for the Leronlimab study (all-cause mortality at Day 28) was not statistically significant.   Upon the opening of trading, CytoDyn shares dropped over 28% to close at $2.91 on March 8, 2021. On March 9, 2021, CytoDyn shares dropped an additional 19% to close at $2.35.



SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER    🔍

of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action, or have any questions concerning this notice or your rights or interests, please contact Plaintiff's counsel, Joe Pettigrew of Scott+Scott, at (844) 818-6982 or via email at jpettigrew@scott-scott.com.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Ohio, and Virginia.

**CONTACT:**

**Joe Pettigrew**

**Scott+Scott Attorneys at Law LLP**

**230 Park Ave, 17th Floor, New York, NY 10169**

**(844) 818-6982**

**jpettigrew@scott-scott.com**

**Tags**

#CYDY    #CytoDyn    Class Action

**Related Links**

- https://scott-scott.com/case/cytodyn-inc/

# Recommended Reading

May 13, 2021 12:56 ET

Source:  Scott+Scott
Attorneys at Law
LLP

**Scott+Scott Attorneys at Law LLP Reminds Investors of May 17 Deadline in Securities**

May 12, 2021 09:00 ET

Source:  Scott+Scott
Attorneys at Law
LLP

**Scott+Scott Attorneys at Law LLP Alerts Investors with Losses Over $250,000 to**