# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 03/27/2020 to 03/09/2021**

**CYTODYN INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **CYDY** | **23283M101** | **B0JJVZ9** | **US23283M1018** | **$2.82203 *** |

**Angela Lewis**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 4/23/2020 | 100 | $2.75 | -$275.00 |
| Purchase | 4/23/2020 | 12 | $2.78 | -$33.36 |
| Purchase | 4/27/2020 | 57 | $3.48 | -$198.36 |
| Purchase | 4/27/2020 | 30 | $3.46 | -$103.80 |
| Purchase | 7/29/2020 | 21 | $4.97 | -$104.37 |
| Purchase | 8/14/2020 | 31 | $3.78 | -$117.18 |
| Purchase | 8/17/2020 | 49 | $3.48 | -$170.52 |
| **Class Period purchases:** | | **300** | | **-$1,002.59** |
| | LIFO Retained Purchases: | 300 | $2.82203 | $846.61 |

**\* Value of retained shares is the mean trading price from 03/10/2021 to 05/17/2021**     **LIFO Gain/(Loss):**     **-$155.98**