Karl Barth
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
karlb@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Dr. Charles Huang*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ANGELA LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | No. 3:21-cv-05190-BHS<br><br>CLASS ACTION<br><br>**DECLARATION OF KARL BARTH IN SUPPORT OF DR. CHARLES HUANG'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| JAMEY CHRIS GOODWIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | No. 3:21-cv-05260-MLP<br><br>CLASS ACTION |

BARTH DECL. ISO MOT. FOR CONSOL. & APPOINTMENT
Nos. 3:21-cv-05190-BHS; 3:21-cv-05260-MLP - 1

I, Karl Barth, certify as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), Liaison Counsel for Dr. Charles Huang ("Movant").  I am an attorney licensed to practice law in the State of Washington.  I make this declaration in support of Movant's motion: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant as Lead Plaintiff in the Actions; (3) approving Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel, and Hagens Berman as Liaison Counsel, for the Class; and (4) for any such other relief as the Court may deem just and proper.

2.      Attached hereto as Exhibit A is a true and correct copy of the certification signed by Movant.

3.      Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses of Movant.

4.      Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the first filed action on March 17, 2021.

5.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2021

_/s/ Karl Barth_____
KARL BARTH

BARTH DECL. ISO MOT. FOR CONSOL. & APPOINTMENT
Nos. 3:21-cv-05190-BHS; 3:21-cv-05260-MLP - 1