# EXHIBIT B

| Client Name | Charles Huang |
| --- | --- |
| Company Name | Cytodyn Inc |
| Ticker Symbol | CYDY |
| Security Type | |
| Class Period Start | 03-27-2020 |
| Class Period End | 03-09-2021 |
| 90-DAY Lookback Period Start | 03-10-2021 |
| 90-DAY Lookback Period End | 05-14-2021 |
| 90-DAY Lookback Average | $ 02.82 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $ 247,894.00 |
| DURA LIFO* Total | $ 192,606.18 |
| Gross Shares Purchased | 170,285.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 247,894.00 |

### Charles Huang

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-13-2020 | 50 | 2.835 | $ 141.75 | 03-08-2021 | 50 | | $ 02.75 | $ 137.50 | - | - | - | $ 02.82 | | $ 04.25 | $ 04.25 |
| 04-13-2020 | 1290 | 2.84 | $ 3,663.60 | 06-05-2020 | 1290 | | $ 02.85 | $ 3,676.50 | - | - | - | $ 02.82 | | -$ 12.90 | -$ 12.90 |
| 04-13-2020 | 4360 | 2.84 | $ 12,382.40 | 03-08-2021 | 4360 | | $ 02.75 | $ 11,990.00 | - | - | - | $ 02.82 | | $ 392.40 | $ 392.40 |
| 04-22-2020 | 10 | 2.595 | $ 25.95 | 06-05-2020 | 10 | | $ 02.85 | $ 28.50 | - | - | - | $ 02.82 | | -$ 02.55 | -$ 02.55 |
| 04-28-2020 | 50 | 3.6199 | $ 181.00 | 06-05-2020 | 50 | | $ 02.86 | $ 142.75 | - | - | - | $ 02.82 | | $ 38.25 | |
| 04-28-2020 | 2650 | 3.6199 | $ 9,592.74 | 06-05-2020 | 2650 | | $ 02.85 | $ 7,552.50 | - | - | - | $ 02.82 | | $ 2,040.24 | |
| 06-08-2020 | 1000 | 2.82 | $ 2,820.00 | 03-08-2021 | 1000 | | $ 02.75 | $ 2,750.00 | - | - | - | $ 02.82 | | $ 70.00 | $ 70.00 |
| 06-12-2020 | 318 | 3.13 | $ 995.34 | 03-08-2021 | 318 | | $ 02.75 | $ 874.50 | - | - | - | $ 02.82 | | $ 120.84 | $ 120.84 |
| 06-22-2020 | 19458 | 4.1 | $ 79,777.80 | 03-08-2021 | 19458 | | $ 02.73 | $ 53,120.34 | - | - | - | $ 02.82 | | $ 26,657.46 | $ 26,657.46 |
| 06-22-2020 | 4932 | 4.1 | $ 20,221.20 | 03-08-2021 | 4932 | | $ 02.75 | $ 13,563.00 | - | - | - | $ 02.82 | | $ 6,658.20 | $ 6,658.20 |
| 06-23-2020 | 765 | 4.45 | $ 3,404.25 | 03-08-2021 | 765 | | $ 02.73 | $ 2,088.45 | - | - | - | $ 02.82 | | $ 1,315.80 | $ 1,315.80 |
| 06-23-2020 | 5 | 4.44 | $ 22.20 | 03-08-2021 | 5 | | $ 02.73 | $ 13.65 | - | - | - | $ 02.82 | | $ 08.55 | $ 08.55 |
| 06-23-2020 | 15 | 4.425 | $ 66.38 | 03-08-2021 | 15 | | $ 02.73 | $ 40.95 | - | - | - | $ 02.82 | | $ 25.43 | $ 25.43 |
| 06-23-2020 | 100 | 4.43 | $ 443.00 | 03-08-2021 | 100 | | $ 02.73 | $ 273.00 | - | - | - | $ 02.82 | | $ 170.00 | $ 170.00 |
| 06-23-2020 | 1900 | 4.435 | $ 8,426.50 | 03-08-2021 | 1900 | | $ 02.73 | $ 5,187.00 | - | - | - | $ 02.82 | | $ 3,239.50 | $ 3,239.50 |
| 06-24-2020 | 6350 | 5 | $ 31,750.00 | 07-08-2020 | 6350 | | $ 05.02 | $ 31,877.00 | - | - | - | $ 02.82 | | -$ 127.00 | -$ 127.00 |
| 06-24-2020 | 6477 | 5 | $ 32,385.00 | 03-08-2021 | 6477 | | $ 02.73 | $ 17,682.21 | - | - | - | $ 02.82 | | $ 14,702.79 | $ 14,702.79 |
| 06-24-2020 | 1000 | 4.995 | $ 4,995.00 | 07-08-2020 | 1000 | | $ 05.02 | $ 5,020.00 | - | - | - | $ 02.82 | | -$ 25.00 | -$ 25.00 |
| 06-24-2020 | 2783 | 5.04 | $ 14,026.32 | 07-08-2020 | 2783 | | $ 05.02 | $ 13,970.66 | - | - | - | $ 02.82 | | $ 55.66 | |
| 06-24-2020 | 6336 | 5.05 | $ 31,996.80 | 07-08-2020 | 6336 | | $ 05.02 | $ 31,806.72 | - | - | - | $ 02.82 | | $ 190.08 | |
| 06-25-2020 | 85 | 5.6865 | $ 483.35 | 07-08-2020 | 85 | | $ 05.02 | $ 426.70 | - | - | - | $ 02.82 | | $ 56.65 | |
| 06-25-2020 | 2702 | 5.9199 | $ 15,995.57 | 07-08-2020 | 2702 | | $ 05.02 | $ 13,564.04 | - | - | - | $ 02.82 | | $ 2,431.53 | |
| 06-25-2020 | 101 | 5.9299 | $ 598.92 | 07-08-2020 | 101 | | $ 05.02 | $ 507.02 | - | - | - | $ 02.82 | | $ 91.90 | |
| 06-25-2020 | 6836 | 6.18 | $ 42,246.48 | 07-08-2020 | 6836 | | $ 05.02 | $ 34,316.72 | - | - | - | $ 02.82 | | $ 7,929.76 | |
| 06-25-2020 | 10 | 5.63 | $ 56.30 | 07-08-2020 | 10 | | $ 05.06 | $ 50.60 | - | - | - | $ 02.82 | | $ 05.70 | |
| 06-25-2020 | 1000 | 5.63 | $ 5,630.00 | 07-08-2020 | 1000 | | $ 05.07 | $ 5,070.00 | - | - | - | $ 02.82 | | $ 560.00 | |
| 06-25-2020 | 371 | 5.63 | $ 2,088.73 | 07-08-2020 | 371 | | $ 05.08 | $ 1,882.83 | - | - | - | $ 02.82 | | $ 205.91 | |
| 06-25-2020 | 2800 | 5.63 | $ 15,764.00 | 07-08-2020 | 2800 | | $ 05.03 | $ 14,084.00 | - | - | - | $ 02.82 | | $ 1,680.00 | |
| 06-25-2020 | 1300 | 5.63 | $ 7,319.00 | 07-08-2020 | 1300 | | $ 05.03 | $ 6,532.50 | - | - | - | $ 02.82 | | $ 786.50 | |
| 06-25-2020 | 9468 | 5.63 | $ 53,304.84 | 07-08-2020 | 9468 | | $ 05.02 | $ 47,529.36 | - | - | - | $ 02.82 | | $ 5,775.48 | |
| 06-25-2020 | 2750 | 5.61 | $ 15,427.50 | 07-08-2020 | 2750 | | $ 05.06 | $ 13,915.00 | - | - | - | $ 02.82 | | $ 1,512.50 | |
| 06-25-2020 | 9 | 5.95 | $ 53.55 | 07-08-2020 | 9 | | $ 05.06 | $ 45.54 | - | - | - | $ 02.82 | | $ 08.01 | |
| 06-26-2020 | 2857 | 6.9 | $ 19,713.30 | 07-08-2020 | 2857 | | $ 05.06 | $ 14,456.42 | - | - | - | $ 02.82 | | $ 5,256.88 | |
| 06-29-2020 | 9856 | 7.44 | $ 73,328.64 | 07-08-2020 | 9856 | | $ 05.05 | $ 49,772.80 | - | - | - | $ 02.82 | | $ 23,555.84 | |
| 06-29-2020 | 344 | 7.44 | $ 2,559.36 | 07-08-2020 | 344 | | $ 05.06 | $ 1,740.64 | - | - | - | $ 02.82 | | $ 818.72 | |
| 06-29-2020 | 645 | 7.705 | $ 4,969.73 | 07-08-2020 | 645 | | $ 05.05 | $ 3,257.25 | - | - | - | $ 02.82 | | $ 1,712.48 | |
| 06-29-2020 | 96 | 7.71 | $ 740.16 | 07-08-2020 | 96 | | $ 05.05 | $ 484.80 | - | - | - | $ 02.82 | | $ 255.36 | |
| 06-30-2020 | 59 | 7.345 | $ 433.36 | 07-08-2020 | 59 | | $ 05.08 | $ 299.72 | - | - | - | $ 02.82 | | $ 133.64 | |
| 06-30-2020 | 41 | 7.345 | $ 301.15 | 07-08-2020 | 41 | | $ 05.05 | $ 207.05 | - | - | - | $ 02.82 | | $ 94.10 | |
| 06-30-2020 | 41 | 7.34 | $ 300.94 | 07-08-2020 | 41 | | $ 05.08 | $ 208.28 | - | - | - | $ 02.82 | | $ 92.66 | |
| 07-14-2020 | 100 | 4.48 | $ 448.00 | 03-08-2021 | 100 | | $ 02.73 | $ 273.00 | - | - | - | $ 02.82 | | $ 175.00 | $ 175.00 |
| 07-14-2020 | 900 | 4.46 | $ 4,014.00 | 03-08-2021 | 900 | | $ 02.73 | $ 2,457.00 | - | - | - | $ 02.82 | | $ 1,557.00 | $ 1,557.00 |
| 07-14-2020 | 2183 | 4.5 | $ 9,823.50 | 03-08-2021 | 2183 | | $ 02.73 | $ 5,959.59 | - | - | - | $ 02.82 | | $ 3,863.91 | $ 3,863.91 |
| 07-15-2020 | 5308 | 4.85 | $ 25,743.80 | 03-08-2021 | 5308 | | $ 02.80 | $ 14,862.40 | - | - | - | $ 02.82 | | $ 10,881.40 | $ 10,881.40 |
| 07-15-2020 | 100 | 4.85 | $ 485.00 | 03-08-2021 | 100 | | $ 02.81 | $ 280.50 | - | - | - | $ 02.82 | | $ 204.50 | $ 204.50 |
| 07-15-2020 | 2000 | 4.85 | $ 9,700.00 | 03-08-2021 | 2000 | | $ 02.80 | $ 5,608.00 | - | - | - | $ 02.82 | | $ 4,092.00 | $ 4,092.00 |
| 07-15-2020 | 2880 | 4.85 | $ 13,968.00 | 03-08-2021 | 2880 | | $ 02.73 | $ 7,862.40 | - | - | - | $ 02.82 | | $ 6,105.60 | $ 6,105.60 |
| 07-15-2020 | 2196 | 4.8 | $ 10,540.80 | 03-08-2021 | 2196 | | $ 02.71 | $ 5,951.16 | - | - | - | $ 02.82 | | $ 4,589.64 | $ 4,589.64 |
| 07-15-2020 | 6000 | 4.8 | $ 28,800.00 | 03-08-2021 | 6000 | | $ 02.71 | $ 16,287.00 | - | - | - | $ 02.82 | | $ 12,513.00 | $ 12,513.00 |
| 07-15-2020 | 2199 | 4.8 | $ 10,555.20 | 03-08-2021 | 2199 | | $ 02.80 | $ 6,157.20 | - | - | - | $ 02.82 | | $ 4,398.00 | $ 4,398.00 |
| 07-15-2020 | 2197 | 4.6 | $ 10,106.20 | 03-08-2021 | 2197 | | $ 02.71 | $ 5,953.87 | - | - | - | $ 02.82 | | $ 4,152.33 | $ 4,152.33 |
| 07-15-2020 | 2268 | 4.9 | $ 11,113.20 | 03-08-2021 | 2268 | | $ 02.70 | $ 6,123.60 | - | - | - | $ 02.82 | | $ 4,989.60 | $ 4,989.60 |
| 07-15-2020 | 500 | 4.9 | $ 2,450.00 | 03-08-2021 | 500 | | $ 02.72 | $ 1,362.25 | - | - | - | $ 02.82 | | $ 1,087.75 | $ 1,087.75 |
| 07-15-2020 | 146 | 4.9 | $ 715.40 | 03-08-2021 | 146 | | $ 02.73 | $ 397.85 | - | - | - | $ 02.82 | | $ 317.55 | $ 317.55 |
| 07-15-2020 | 60 | 4.9 | $ 294.00 | 03-08-2021 | 60 | | $ 02.77 | $ 166.47 | - | - | - | $ 02.82 | | $ 127.53 | $ 127.53 |
| 07-15-2020 | 300 | 4.9 | $ 1,470.00 | 03-08-2021 | 300 | | $ 02.76 | $ 829.35 | - | - | - | $ 02.82 | | $ 640.65 | $ 640.65 |
| 07-15-2020 | 4012 | 4.9 | $ 19,658.80 | 03-08-2021 | 4012 | | $ 02.74 | $ 10,992.88 | - | - | - | $ 02.82 | | $ 8,665.92 | $ 8,665.92 |
| 07-15-2020 | 1300 | 4.9 | $ 6,370.00 | 03-08-2021 | 1300 | | $ 02.71 | $ 3,516.50 | - | - | - | $ 02.82 | | $ 2,853.50 | $ 2,853.50 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | | Price | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-15-2020 | 12032 | 4.9 | $58,956.80 | 03-08-2021 | 12032 | $02.71 | $32,606.72 | - | - | - | $02.82 | $26,350.08 | $26,350.08 |
| 07-17-2020 | 97 | 5.155 | $500.04 | 03-08-2021 | 97 | $02.70 | $261.90 | - | - | - | $02.82 | $238.14 | $238.14 |
| 07-17-2020 | 10 | 5.17 | $51.70 | 03-08-2021 | 10 | $02.70 | $27.00 | - | - | - | $02.82 | $24.70 | $24.70 |
| 07-17-2020 | 8 | 5.0365 | $40.29 | 03-08-2021 | 8 | $02.70 | $21.60 | - | - | - | $02.82 | $18.69 | $18.69 |
| 07-17-2020 | 19 | 5.02 | $95.38 | 03-08-2021 | 19 | $02.70 | $51.30 | - | - | - | $02.82 | $44.08 | $44.08 |
| 07-20-2020 | 400 | 6.29 | $2,516.00 | 03-08-2021 | 400 | $02.70 | $1,080.00 | - | - | - | $02.82 | $1,436.00 | $1,436.00 |
| 07-20-2020 | 1000 | 6.26 | $6,260.00 | 03-08-2021 | 1000 | $02.70 | $2,700.00 | - | - | - | $02.82 | $3,560.00 | $3,560.00 |
| 07-20-2020 | 277 | 6.28 | $1,739.56 | 03-08-2021 | 277 | $02.70 | $747.90 | - | - | - | $02.82 | $991.66 | $991.66 |
| 07-20-2020 | 9505 | 6.3 | $59,881.50 | 03-08-2021 | 9505 | $02.70 | $25,663.50 | - | - | - | $02.82 | $34,218.00 | $34,218.00 |
| 07-21-2020 | 100 | 5.9395 | $593.95 | 03-08-2021 | 100 | $02.70 | $270.00 | - | - | - | $02.82 | $323.95 | $323.95 |
| 07-21-2020 | 50 | 5.7675 | $288.38 | 03-08-2021 | 50 | $02.70 | $135.00 | - | - | - | $02.82 | $153.38 | $153.38 |
| 07-21-2020 | 40 | 5.77 | $230.80 | 02-11-2021 | 40 | $05.88 | $235.20 | - | - | - | $02.82 | -$04.40 | -$04.40 |
| 07-21-2020 | 200 | 5.77 | $1,154.00 | 02-11-2021 | 200 | $05.90 | $1,180.00 | - | - | - | $02.82 | -$26.00 | -$26.00 |
| 07-21-2020 | 760 | 5.77 | $4,385.20 | 03-08-2021 | 760 | $02.79 | $2,120.40 | - | - | - | $02.82 | $2,264.80 | $2,264.80 |
| 07-21-2020 | 751 | 5.77 | $4,333.27 | 03-08-2021 | 751 | $02.70 | $2,027.70 | - | - | - | $02.82 | $2,305.57 | $2,305.57 |
| 07-21-2020 | 643 | 5.75 | $3,697.25 | 02-11-2021 | 643 | $05.88 | $3,780.84 | - | - | - | $02.82 | -$83.59 | -$83.59 |
| 07-21-2020 | 117 | 5.57 | $651.69 | 02-11-2021 | 117 | $05.92 | $692.64 | - | - | - | $02.82 | -$40.95 | -$40.95 |
| 07-21-2020 | 62 | 5.57 | $345.34 | 02-11-2021 | 62 | $05.88 | $364.56 | - | - | - | $02.82 | -$19.22 | -$19.22 |
| 07-22-2020 | 817 | 5.5 | $4,493.50 | 02-11-2021 | 817 | $05.91 | $4,828.47 | - | - | - | $02.82 | -$334.97 | -$334.97 |
| 07-22-2020 | 183 | 5.5 | $1,006.50 | 02-11-2021 | 183 | $05.92 | $1,083.36 | - | - | - | $02.82 | -$76.86 | -$76.86 |
| 07-22-2020 | 77 | 5.65 | $435.05 | 02-11-2021 | 77 | $05.91 | $455.07 | - | - | - | $02.82 | -$20.02 | -$20.02 |
| 07-22-2020 | 100 | 5.635 | $563.50 | 02-11-2021 | 100 | $05.91 | $591.00 | - | - | - | $02.82 | -$27.50 | -$27.50 |
| 07-22-2020 | 88 | 5.7 | $501.60 | 02-11-2021 | 88 | $05.91 | $520.08 | - | - | - | $02.82 | -$18.48 | -$18.48 |
| 07-23-2020 | 1410 | 5.55 | $7,825.50 | 02-11-2021 | 1410 | $05.91 | $8,333.10 | - | - | - | $02.82 | -$507.60 | -$507.60 |
| 07-24-2020 | 188 | 5.5 | $1,034.00 | 02-11-2021 | 188 | $05.91 | $1,111.08 | - | - | - | $02.82 | -$77.08 | -$77.08 |
| 07-24-2020 | 100 | 5.46 | $546.00 | 02-11-2021 | 100 | $05.91 | $591.00 | - | - | - | $02.82 | -$45.00 | -$45.00 |
| 07-29-2020 | 2008 | 4.95 | $9,939.60 | 02-11-2021 | 2008 | $05.91 | $11,867.28 | - | - | - | $02.82 | -$1,927.68 | -$1,927.68 |
| 07-29-2020 | 1000 | 4.65 | $4,650.00 | 02-11-2021 | 1000 | $05.91 | $5,910.00 | - | - | - | $02.82 | -$1,260.00 | -$1,260.00 |
| 07-30-2020 | 1019 | 5.3 | $5,400.70 | 02-11-2021 | 1019 | $05.91 | $6,022.29 | - | - | - | $02.82 | -$621.59 | -$621.59 |
| 08-05-2020 | 4 | 4.79 | $19.16 | 02-11-2021 | 4 | $05.91 | $23.64 | - | - | - | $02.82 | -$04.48 | -$04.48 |
| 01-13-2021 | 5 | 4.795 | $23.98 | 02-11-2021 | 5 | $05.91 | $29.55 | - | - | - | $02.82 | -$05.58 | -$05.58 |
| 01-13-2021 | 6 | 4.98 | $29.88 | 02-11-2021 | 6 | $05.91 | $35.46 | - | - | - | $02.82 | -$05.58 | -$05.58 |
| 01-13-2021 | 100 | 4.79 | $479.00 | 02-11-2021 | 100 | $05.91 | $591.00 | - | - | - | $02.82 | -$112.00 | -$112.00 |
| 01-14-2021 | 88 | 4.98 | $438.24 | 02-11-2021 | 88 | $05.91 | $520.08 | - | - | - | $02.82 | -$81.84 | -$81.84 |
| 01-21-2021 | 80 | 4.97 | $397.60 | 02-11-2021 | 80 | $05.91 | $472.80 | - | - | - | $02.82 | -$75.20 | -$75.20 |
| 01-28-2021 | 10 | 5.18 | $51.80 | 02-11-2021 | 10 | $05.91 | $59.10 | - | - | - | $02.82 | -$07.30 | -$07.30 |
| 02-11-2021 | 100 | 5.5 | $550.00 | 02-11-2021 | 100 | $05.91 | $591.00 | - | - | - | $02.82 | -$41.00 | -$41.00 |
| 02-22-2021 | 100 | 4.54 | $454.00 | 03-08-2021 | 100 | $02.79 | $279.00 | - | - | - | $02.82 | $175.00 | $175.00 |
| 02-22-2021 | 100 | 4.87 | $487.00 | 03-08-2021 | 100 | $02.79 | $279.00 | - | - | - | $02.82 | $208.00 | $208.00 |
| 03-02-2021 | 135 | 4.41 | $595.35 | 03-08-2021 | 135 | $02.71 | $366.39 | - | - | - | $02.82 | $228.96 | $228.96 |
| 03-02-2021 | 65 | 4.41 | $286.65 | 03-08-2021 | 65 | $02.79 | $181.35 | - | - | - | $02.82 | $105.30 | $105.30 |
| 03-02-2021 | 500 | 4.4365 | $2,218.25 | 03-08-2021 | 500 | $02.70 | $1,352.25 | - | - | - | $02.82 | $866.00 | $866.00 |
| 03-02-2021 | 27 | 4.4365 | $119.79 | 03-08-2021 | 27 | $02.78 | $74.93 | - | - | - | $02.82 | $44.86 | $44.86 |
| 03-02-2021 | 35 | 4.4365 | $155.28 | 03-08-2021 | 35 | $02.71 | $94.99 | - | - | - | $02.82 | $60.29 | $60.29 |
| **Total:** | **170,285** | | **$873,311.04** | | **170,285** | | **$625,417.04** | | | | | **$247,894.00** | **$192,606.18** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.