UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | Case No.: 3:21-cv-05190-BHS<br><br>DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF KENNETH KIRSCHENBAUM AND CANDRA EVANS FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL |

Decl. of J. Alexander Hood II ISO Mot. to Consol., Appoint Co-Lead Plaintiffs, & Approve Counsel (Case No. 3:21-cv-05190-BHS)

| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>        Defendants. | Case No.: 3:21-cv-05260-MLP |
| --- | --- |

DECL. OF J. ALEXANDER HOOD II ISO MOT. TO CONSOL., APPOINT CO-LEAD PLAINTIFFS, & APPROVE COUNSEL (Case No. 3:21-CV-05190-BHS)

IDE LAW OFFICE
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98040
PH.: 206 625-1326

I, J. Alexander Hood II, hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Kenneth Kirschenbaum and Candra Evans (together, "Kirschenbaum and Evans"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Kirschenbaum and Evans's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel and Ide Law Office ("ILO") as Liaison Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Chart reflecting the financial interest of Kirschenbaum and Evans in the Related Actions;

Exhibit B: Press release published over *Globe Newswire* on March 18, 2021, announcing the pendency of the first-filed of the Related Actions;

Exhibit C: Shareholder Certifications executed by Kirschenbaum and Evans;

Exhibit D: Joint Declaration executed by Kirschenbaum and Evans;

Exhibit E: Firm resume of Pomerantz; and

Exhibit F: Firm resume of ILO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 17, 2021, at Delhi, New York.

s/ *J. Alexander Hood II*
J. Alexander Hood II

DECL. OF J. ALEXANDER HOOD II ISO MOT. TO CONSOL.,
APPOINT CO-LEAD PLAINTIFFS, & APPROVE COUNSEL - 1
(Case No. 3:21-CV-05190-BHS)