EXHIBIT A

**CytoDyn Inc. (CYDY)**
**Class Period: March 27, 2020 through March 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Day* Mean Price $2.8283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kirschenbaum, Kenneth | 6/23/2020 | 25,000 | $4.4359 | ($110,898) | | | | | | | | |
| Kirschenbaum, Kenneth | 6/24/2020 | 25,000 | $4.6233 | ($115,583) | | | | | | | | |
| Kirschenbaum, Kenneth | 6/25/2020 | 25,000 | $5.6333 | ($140,833) | | | | | | | | |
| Kirschenbaum, Kenneth | 6/25/2020 | 25,000 | $6.2580 | ($156,450) | | | | | | | | |
| **Kirschenbaum, Kenneth** | | **100,000** | | **($523,763)** | | | | | **100,000** | **100,000** | **$282,833** | **($240,929)** |
| | | | | | | | | | | | | |
| Evans, Candra | 5/18/2020 | 165 | $3.1400 | ($518) | 5/19/2020 | (324) | $3.1600 | $1,024 | | | | |
| Evans, Candra | 5/18/2020 | 159 | $3.1400 | ($499) | 7/22/2020 | (1) | $5.5500 | $6 | | | | |
| Evans, Candra | 7/21/2020 | 1,000 | $6.6500 | ($6,650) | 7/22/2020 | (19) | $5.5500 | $105 | | | | |
| Evans, Candra | 7/21/2020 | 1,000 | $6.3600 | ($6,360) | 7/22/2020 | (50) | $5.5600 | $278 | | | | |
| Evans, Candra | 7/21/2020 | 635 | $6.6500 | ($4,223) | 7/22/2020 | (100) | $5.5600 | $556 | | | | |
| Evans, Candra | 7/21/2020 | 500 | $5.8600 | ($2,930) | 7/22/2020 | (100) | $5.6100 | $561 | | | | |
| Evans, Candra | 7/21/2020 | 400 | $6.0200 | ($2,408) | 7/22/2020 | (200) | $5.5800 | $1,116 | | | | |
| Evans, Candra | 7/21/2020 | 400 | $5.7000 | ($2,280) | 7/22/2020 | (500) | $5.5700 | $2,785 | | | | |
| Evans, Candra | 7/21/2020 | 350 | $5.8700 | ($2,055) | 7/22/2020 | (830) | $5.5500 | $4,607 | | | | |
| Evans, Candra | 7/21/2020 | 300 | $6.1200 | ($1,836) | 7/23/2020 | (75) | $5.6700 | $425 | | | | |
| Evans, Candra | 7/21/2020 | 300 | $6.0200 | ($1,806) | 7/23/2020 | (100) | $5.6500 | $565 | | | | |
| Evans, Candra | 7/21/2020 | 200 | $6.1200 | ($1,224) | 7/23/2020 | (200) | $5.6800 | $1,136 | | | | |
| Evans, Candra | 7/21/2020 | 150 | $5.8600 | ($879) | 7/23/2020 | (250) | $5.6900 | $1,423 | | | | |
| Evans, Candra | 7/21/2020 | 100 | $6.1100 | ($611) | 7/23/2020 | (250) | $5.6800 | $1,420 | | | | |
| Evans, Candra | 7/21/2020 | 100 | $5.6500 | ($565) | 7/23/2020 | (425) | $5.6700 | $2,410 | | | | |
| Evans, Candra | 7/21/2020 | 100 | $5.7100 | ($571) | 7/23/2020 | (500) | $5.7000 | $2,850 | | | | |
| Evans, Candra | 7/22/2020 | 1,000 | $5.6600 | ($5,660) | 7/23/2020 | (500) | $5.6400 | $2,820 | | | | |
| Evans, Candra | 7/22/2020 | 500 | $5.8500 | ($2,925) | 7/24/2020 | (1,300) | $5.4500 | $7,085 | | | | |
| Evans, Candra | 7/22/2020 | 500 | $5.9300 | ($2,965) | 8/5/2020 | (200) | $4.8300 | $966 | | | | |
| Evans, Candra | 7/22/2020 | 500 | $5.8500 | ($2,925) | 8/6/2020 | (400) | $4.5900 | $1,836 | | | | |
| Evans, Candra | 7/30/2020 | 300 | $5.4900 | ($1,647) | 8/7/2020 | (200) | $4.8800 | $976 | | | | |
| Evans, Candra | 7/30/2020 | 200 | $5.3000 | ($1,060) | 8/11/2020 | (50) | $4.3800 | $219 | | | | |
| Evans, Candra | 7/30/2020 | 25 | $5.4500 | ($136) | 8/11/2020 | (150) | $4.3600 | $654 | | | | |
| Evans, Candra | 8/3/2020 | 100 | $5.2400 | ($524) | 8/20/2020 | (10) | $3.0500 | $31 | | | | |
| Evans, Candra | 8/13/2020 | 1,000 | $4.0000 | ($4,000) | 8/21/2020 | (30) | $3.3300 | $100 | | | | |
| Evans, Candra | 8/14/2020 | 1,000 | $3.7500 | ($3,750) | 8/27/2020 | (300) | $3.3000 | $990 | | | | |
| Evans, Candra | 8/14/2020 | 1,000 | $3.7600 | ($3,760) | 8/27/2020 | (500) | $3.3200 | $1,660 | | | | |
| Evans, Candra | 8/17/2020 | 400 | $3.5300 | ($1,412) | 8/28/2020 | (500) | $3.4500 | $1,725 | | | | |
| Evans, Candra | 8/17/2020 | 30 | $3.5300 | ($106) | 8/31/2020 | (358) | $3.3900 | $1,214 | | | | |
| Evans, Candra | 8/18/2020 | 1,000 | $3.2700 | ($3,270) | 8/31/2020 | (500) | $3.3900 | $1,695 | | | | |
| Evans, Candra | 8/18/2020 | 500 | $2.9800 | ($1,490) | 9/3/2020 | (300) | $3.9000 | $1,170 | | | | |
| Evans, Candra | 8/18/2020 | 310 | $3.2500 | ($1,008) | 9/10/2020 | (75) | $4.5200 | $339 | | | | |
| Evans, Candra | 8/19/2020 | 1,000 | $3.1900 | ($3,190) | 9/10/2020 | (91) | $4.5400 | $413 | | | | |
| Evans, Candra | 8/19/2020 | 1,000 | $3.0700 | ($3,070) | 9/10/2020 | (334) | $4.5200 | $1,510 | | | | |
| Evans, Candra | 8/19/2020 | 400 | $3.1600 | ($1,264) | 9/10/2020 | (2,000) | $4.5100 | $9,020 | | | | |
| Evans, Candra | 8/19/2020 | 300 | $3.1600 | ($948) | 9/11/2020 | (1,000) | $3.9500 | $3,950 | | | | |
| Evans, Candra | 8/19/2020 | 300 | $3.1600 | ($948) | 9/16/2020 | (10) | $4.1800 | $42 | | | | |
| Evans, Candra | 8/19/2020 | 70 | $3.1700 | ($222) | 9/17/2020 | (280) | $3.4100 | $955 | | | | |
| Evans, Candra | 8/21/2020 | 1,000 | $3.4100 | ($3,410) | 9/17/2020 | (1,500) | $3.4100 | $5,115 | | | | |
| Evans, Candra | 8/21/2020 | 360 | $3.4800 | ($1,253) | 9/17/2020 | (2,220) | $3.4100 | $7,570 | | | | |
| Evans, Candra | 8/21/2020 | 212 | $3.8700 | ($820) | 9/24/2020 | (3,750) | $3.3500 | $12,563 | | | | |
| Evans, Candra | 8/21/2020 | 22 | $3.5400 | ($78) | 9/28/2020 | (20) | $3.2300 | $65 | | | | |
| Evans, Candra | 8/21/2020 | 2 | $3.6000 | ($7) | 9/28/2020 | (1,980) | $3.2300 | $6,395 | | | | |
| Evans, Candra | 8/24/2020 | 20 | $3.8100 | ($76) | 9/29/2020 | (10) | $3.1800 | $32 | | | | |

*Average Closing Prices from March 10, 2021 to May 5, 2021

**Post-class period sales are valued at the average closing prices from March 9 to the date of sale

**CytoDyn Inc. (CYDY)**
**Class Period: March 27, 2020 through March 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Day* Mean Price $2.8283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evans, Candra | 8/24/2020 | 12 | $3.7500 | ($45) | 9/29/2020 | (1,500) | $3.1200 | $4,680 | | | | |
| Evans, Candra | 8/28/2020 | 500 | $3.2000 | ($1,600) | 10/21/2020 | (490) | $2.7000 | $1,323 | | | | |
| Evans, Candra | 9/1/2020 | 1,500 | $3.3500 | ($5,025) | 10/21/2020 | (1,510) | $2.7000 | $4,077 | | | | |
| Evans, Candra | 9/2/2020 | 1,200 | $3.6300 | ($4,356) | 10/21/2020 | (2,000) | $2.7000 | $5,400 | | | | |
| Evans, Candra | 9/2/2020 | 100 | $3.6500 | ($365) | 10/21/2020 | (2,000) | $2.7000 | $5,400 | | | | |
| Evans, Candra | 9/2/2020 | 67 | $3.6500 | ($245) | 10/27/2020 | (44) | $2.5900 | $114 | | | | |
| Evans, Candra | 9/4/2020 | 130 | $4.2900 | ($558) | 10/27/2020 | (300) | $2.5200 | $756 | | | | |
| Evans, Candra | 9/8/2020 | 600 | $5.0800 | ($3,048) | 10/27/2020 | (656) | $2.5900 | $1,699 | | | | |
| Evans, Candra | 9/14/2020 | 1,650 | $4.1300 | ($6,815) | 10/27/2020 | (1,300) | $2.5900 | $3,367 | | | | |
| Evans, Candra | 9/14/2020 | 500 | $4.1700 | ($2,085) | 10/27/2020 | (1,700) | $2.5200 | $4,284 | | | | |
| Evans, Candra | 9/14/2020 | 490 | $4.1400 | ($2,029) | 10/28/2020 | (8) | $2.4400 | $20 | | | | |
| Evans, Candra | 9/14/2020 | 100 | $4.1200 | ($412) | 10/28/2020 | (50) | $2.4400 | $122 | | | | |
| Evans, Candra | 9/14/2020 | 100 | $4.1700 | ($417) | 10/28/2020 | (415) | $2.4200 | $1,004 | | | | |
| Evans, Candra | 9/14/2020 | 10 | $4.1500 | ($42) | 10/28/2020 | (2,527) | $2.4200 | $6,115 | | | | |
| Evans, Candra | 9/15/2020 | 400 | $3.9900 | ($1,596) | 11/2/2020 | (80) | $2.5800 | $206 | | | | |
| Evans, Candra | 9/15/2020 | 200 | $4.0400 | ($808) | 11/2/2020 | (900) | $2.5800 | $2,322 | | | | |
| Evans, Candra | 9/16/2020 | 200 | $4.1800 | ($836) | 11/2/2020 | (2,000) | $2.5700 | $5,140 | | | | |
| Evans, Candra | 9/16/2020 | 200 | $4.1800 | ($836) | 11/6/2020 | (5) | $2.5400 | $13 | | | | |
| Evans, Candra | 9/16/2020 | 200 | $4.1500 | ($830) | 11/6/2020 | (250) | $2.5500 | $638 | | | | |
| Evans, Candra | 9/16/2020 | 150 | $4.0200 | ($603) | 11/6/2020 | (250) | $2.6000 | $650 | | | | |
| Evans, Candra | 9/16/2020 | 13 | $4.0200 | ($52) | 11/6/2020 | (750) | $2.5500 | $1,913 | | | | |
| Evans, Candra | 9/16/2020 | 9 | $4.0400 | ($36) | 11/17/2020 | (1,000) | $2.5600 | $2,560 | | | | |
| Evans, Candra | 9/22/2020 | 3,750 | $3.5300 | ($13,238) | 11/17/2020 | (2,000) | $2.5700 | $5,140 | | | | |
| Evans, Candra | 9/28/2020 | 1,000 | $3.2000 | ($3,200) | 11/18/2020 | (300) | $2.4700 | $741 | | | | |
| Evans, Candra | 10/2/2020 | 1,000 | $2.9900 | ($2,990) | 11/24/2020 | (400) | $2.6500 | $1,060 | | | | |
| Evans, Candra | 10/2/2020 | 200 | $3.0200 | ($604) | 12/3/2020 | (1,000) | $2.4600 | $2,460 | | | | |
| Evans, Candra | 10/5/2020 | 200 | $3.1100 | ($622) | 12/3/2020 | (1,000) | $2.3500 | $2,350 | | | | |
| Evans, Candra | 10/5/2020 | 20 | $3.0700 | ($61) | 12/3/2020 | (2,000) | $2.3500 | $4,700 | | | | |
| Evans, Candra | 10/7/2020 | 200 | $3.1300 | ($626) | 12/11/2020 | (400) | $2.9600 | $1,184 | | | | |
| Evans, Candra | 10/7/2020 | 18 | $3.1600 | ($57) | 12/11/2020 | (500) | $2.9600 | $1,480 | | | | |
| Evans, Candra | 10/9/2020 | 200 | $3.2800 | ($656) | 12/11/2020 | (1,000) | $3.1000 | $3,100 | | | | |
| Evans, Candra | 10/9/2020 | 200 | $3.3000 | ($660) | 12/11/2020 | (1,750) | $2.9100 | $5,093 | | | | |
| Evans, Candra | 10/9/2020 | 100 | $3.3000 | ($330) | 12/11/2020 | (2,350) | $2.9200 | $6,862 | | | | |
| Evans, Candra | 10/14/2020 | 67 | $3.0200 | ($202) | 12/11/2020 | (3,000) | $2.9600 | $8,880 | | | | |
| Evans, Candra | 10/15/2020 | 1,200 | $2.9200 | ($3,504) | 12/17/2020 | (100) | $4.4600 | $446 | | | | |
| Evans, Candra | 10/16/2020 | 475 | $2.7700 | ($1,316) | 12/17/2020 | (780) | $4.4600 | $3,479 | | | | |
| Evans, Candra | 10/16/2020 | 100 | $2.8000 | ($280) | 12/18/2020 | (400) | $4.9300 | $1,972 | | | | |
| Evans, Candra | 10/16/2020 | 25 | $2.7700 | ($69) | 1/4/2021 | (50) | $5.4700 | $274 | | | | |
| Evans, Candra | 10/19/2020 | 1,500 | $2.9000 | ($4,350) | 1/4/2021 | (100) | $5.3300 | $533 | | | | |
| Evans, Candra | 10/19/2020 | 6 | $2.8800 | ($17) | 1/4/2021 | (200) | $5.6900 | $1,138 | | | | |
| Evans, Candra | 10/26/2020 | 2,000 | $2.3500 | ($4,700) | 1/4/2021 | (200) | $5.5700 | $1,114 | | | | |
| Evans, Candra | 10/26/2020 | 1,000 | $2.3200 | ($2,320) | 1/8/2021 | (3) | $5.1700 | $16 | | | | |
| Evans, Candra | 10/26/2020 | 1,000 | $2.3400 | ($2,340) | 1/8/2021 | (200) | $5.0900 | $1,018 | | | | |
| Evans, Candra | 10/26/2020 | 390 | $2.3100 | ($901) | 1/8/2021 | (200) | $5.1200 | $1,024 | | | | |
| Evans, Candra | 10/26/2020 | 100 | $2.3900 | ($239) | 1/8/2021 | (400) | $5.1200 | $2,048 | | | | |
| Evans, Candra | 10/30/2020 | 1,980 | $2.4100 | ($4,772) | 1/11/2021 | (14) | $5.1500 | $72 | | | | |
| Evans, Candra | 10/30/2020 | 1,000 | $2.4900 | ($2,490) | 1/11/2021 | (25) | $5.1500 | $129 | | | | |
| Evans, Candra | 11/3/2020 | 750 | $2.6700 | ($2,003) | 1/11/2021 | (35) | $5.1500 | $180 | | | | |
| Evans, Candra | 11/3/2020 | 250 | $2.6500 | ($663) | 1/11/2021 | (50) | $5.1500 | $258 | | | | |
| Evans, Candra | 11/3/2020 | 100 | $2.6600 | ($266) | 1/11/2021 | (70) | $5.0300 | $352 | | | | |
| Evans, Candra | 11/3/2020 | 100 | $2.6600 | ($266) | 1/11/2021 | (86) | $5.0300 | $433 | | | | |
| Evans, Candra | 11/3/2020 | 100 | $2.7000 | ($270) | 1/11/2021 | (100) | $5.0300 | $503 | | | | |

*Average Closing Prices from March 10, 2021 to May 5, 2021

**Post-class period sales are valued at the average closing prices from March 9 to the date of sale

**CytoDyn Inc. (CYDY)**
**Class Period: March 27, 2020 through March 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Day* Mean Price $2.8283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evans, Candra | 11/4/2020 | 2,000 | $2.6800 | ($5,360) | 1/11/2021 | (100) | $5.0300 | $503 | | | | |
| Evans, Candra | 11/4/2020 | 1,374 | $2.7200 | ($3,737) | 1/11/2021 | (200) | $5.0300 | $1,006 | | | | |
| Evans, Candra | 11/4/2020 | 901 | $2.7000 | ($2,433) | 1/11/2021 | (200) | $5.1500 | $1,030 | | | | |
| Evans, Candra | 11/4/2020 | 500 | $2.7000 | ($1,350) | 1/11/2021 | (401) | $5.0300 | $2,017 | | | | |
| Evans, Candra | 11/4/2020 | 500 | $2.7000 | ($1,350) | 1/11/2021 | (1,000) | $5.1300 | $5,130 | | | | |
| Evans, Candra | 11/4/2020 | 500 | $2.7200 | ($1,360) | 1/11/2021 | (1,576) | $5.0800 | $8,006 | | | | |
| Evans, Candra | 11/4/2020 | 422 | $2.7200 | ($1,148) | 1/11/2021 | (1,829) | $5.0300 | $9,200 | | | | |
| Evans, Candra | 11/4/2020 | 300 | $2.7200 | ($816) | 1/12/2021 | (400) | $4.3000 | $1,720 | | | | |
| Evans, Candra | 11/4/2020 | 99 | $2.7000 | ($267) | 1/12/2021 | (814) | $4.3500 | $3,541 | | | | |
| Evans, Candra | 11/4/2020 | 50 | $2.7200 | ($136) | 1/12/2021 | (1,000) | $4.2900 | $4,290 | | | | |
| Evans, Candra | 11/4/2020 | 50 | $2.7200 | ($136) | 1/20/2021 | (1,000) | $5.0000 | $5,000 | | | | |
| Evans, Candra | 11/4/2020 | 4 | $2.7200 | ($11) | 1/25/2021 | (1,000) | $4.8000 | $4,800 | | | | |
| Evans, Candra | 11/5/2020 | 6,000 | $2.6500 | ($15,900) | 1/25/2021 | (1,000) | $4.9200 | $4,920 | | | | |
| Evans, Candra | 11/5/2020 | 4,900 | $2.6600 | ($13,034) | 1/25/2021 | (1,000) | $4.8300 | $4,830 | | | | |
| Evans, Candra | 11/5/2020 | 4,000 | $2.6600 | ($10,640) | 2/9/2021 | (2) | $5.9500 | $12 | | | | |
| Evans, Candra | 11/5/2020 | 1,855 | $2.6500 | ($4,916) | 2/9/2021 | (200) | $5.9700 | $1,194 | | | | |
| Evans, Candra | 11/5/2020 | 300 | $2.6500 | ($795) | 2/9/2021 | (200) | $5.9300 | $1,186 | | | | |
| Evans, Candra | 11/5/2020 | 100 | $2.6600 | ($266) | 2/9/2021 | (300) | $5.9300 | $1,779 | | | | |
| Evans, Candra | 11/5/2020 | 100 | $2.6500 | ($265) | 2/9/2021 | (810) | $5.9500 | $4,820 | | | | |
| Evans, Candra | 11/10/2020 | 300 | $1.7800 | ($534) | 2/16/2021 | (1,600) | $5.8900 | $9,424 | | | | |
| Evans, Candra | 11/10/2020 | 200 | $1.7900 | ($358) | 2/23/2021 | (300) | $4.1000 | $1,230 | | | | |
| Evans, Candra | 11/10/2020 | 107 | $1.7200 | ($184) | 2/23/2021 | (1,000) | $4.0300 | $4,030 | | | | |
| Evans, Candra | 11/10/2020 | 100 | $1.7000 | ($170) | 2/23/2021 | (1,700) | $4.0600 | $6,902 | | | | |
| Evans, Candra | 11/10/2020 | 59 | $1.7200 | ($101) | 2/23/2021 | (1,800) | $4.1700 | $7,506 | | | | |
| Evans, Candra | 11/10/2020 | 34 | $1.7200 | ($58) | 3/8/2021 | (1,434) | $2.9800 | $4,273 | | | | |
| Evans, Candra | 11/13/2020 | 200 | $2.5000 | ($500) | 3/23/2021** | (35) | $2.3655 | $83 | | | | |
| Evans, Candra | 11/16/2020 | 100 | $2.6200 | ($262) | 3/23/2021** | (100) | $2.3655 | $237 | | | | |
| Evans, Candra | 11/16/2020 | 100 | $2.5800 | ($258) | 3/23/2021** | (365) | $2.3655 | $863 | | | | |
| Evans, Candra | 11/16/2020 | 58 | $2.6500 | ($154) | 3/23/2021** | (1,225) | $2.3655 | $2,898 | | | | |
| Evans, Candra | 11/18/2020 | 400 | $2.4200 | ($968) | 3/23/2021** | (3,000) | $2.3655 | $7,096 | | | | |
| Evans, Candra | 11/18/2020 | 160 | $2.4200 | ($387) | 3/23/2021** | (3,500) | $2.3655 | $8,279 | | | | |
| Evans, Candra | 11/18/2020 | 40 | $2.4200 | ($97) | 3/23/2021** | (3,500) | $2.3655 | $8,279 | | | | |
| Evans, Candra | 11/20/2020 | 100 | $2.5000 | ($250) | 3/23/2021** | (6,175) | $2.3655 | $14,607 | | | | |
| Evans, Candra | 11/20/2020 | 50 | $2.4800 | ($124) | 4/1/2021 | (225) | $2.8600 | $644 | | | | |
| Evans, Candra | 11/20/2020 | 50 | $2.4800 | ($124) | 4/1/2021 | (500) | $2.8900 | $1,445 | | | | |
| Evans, Candra | 12/1/2020 | 1,225 | $2.6200 | ($3,210) | 4/1/2021 | (500) | $2.8900 | $1,445 | | | | |
| Evans, Candra | 12/1/2020 | 400 | $2.6200 | ($1,048) | 4/1/2021 | (500) | $2.8600 | $1,430 | | | | |
| Evans, Candra | 12/1/2020 | 300 | $2.6000 | ($780) | 4/1/2021 | (1,000) | $2.9000 | $2,900 | | | | |
| Evans, Candra | 12/1/2020 | 199 | $2.6200 | ($521) | 4/1/2021 | (1,500) | $2.9000 | $4,350 | | | | |
| Evans, Candra | 12/1/2020 | 179 | $2.6200 | ($469) | 4/1/2021 | (1,700) | $2.8600 | $4,862 | | | | |
| Evans, Candra | 12/1/2020 | 159 | $2.6200 | ($417) | 4/1/2021 | (2,000) | $2.8900 | $5,780 | | | | |
| Evans, Candra | 12/1/2020 | 159 | $2.6200 | ($417) | 4/1/2021 | (2,000) | $2.9000 | $5,800 | | | | |
| Evans, Candra | 12/1/2020 | 79 | $2.6200 | ($207) | 4/1/2021 | (2,600) | $2.8600 | $7,436 | | | | |
| Evans, Candra | 12/2/2020 | 450 | $2.5300 | ($1,139) | 4/1/2021 | (3,000) | $2.8900 | $8,670 | | | | |
| Evans, Candra | 12/3/2020 | 400 | $2.4200 | ($968) | 4/1/2021 | (4,680) | $2.8800 | $13,478 | | | | |
| Evans, Candra | 12/4/2020 | 600 | $2.3900 | ($1,434) | 4/1/2021 | (4,820) | $2.8700 | $13,833 | | | | |
| Evans, Candra | 12/4/2020 | 400 | $2.3900 | ($956) | 4/1/2021 | (5,000) | $2.8500 | $14,250 | | | | |
| Evans, Candra | 12/4/2020 | 100 | $2.3200 | ($232) | 4/1/2021 | (7,000) | $2.7900 | $19,530 | | | | |
| Evans, Candra | 12/7/2020 | 500 | $2.4400 | ($1,220) | 4/16/2021 | (200) | $2.9700 | $594 | | | | |
| Evans, Candra | 12/8/2020 | 1,000 | $2.9300 | ($2,930) | 4/26/2021 | (28) | $3.2000 | $90 | | | | |
| Evans, Candra | 12/8/2020 | 900 | $2.9700 | ($2,673) | 4/26/2021 | (47) | $3.2000 | $150 | | | | |
| Evans, Candra | 12/8/2020 | 650 | $2.8700 | ($1,866) | 4/26/2021 | (87) | $3.2000 | $278 | | | | |

*Average Closing Prices from March 10, 2021 to May 5, 2021

**Post-class period sales are valued at the average closing prices from March 9 to the date of sale

**CytoDyn Inc. (CYDY)**
**Class Period: March 27, 2020 through March 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Day* Mean Price $2.8283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evans, Candra | 12/8/2020 | 400 | $3.0800 | ($1,232) | 4/26/2021 | (100) | $3.2000 | $320 | | | | |
| Evans, Candra | 12/8/2020 | 350 | $2.8500 | ($998) | 4/26/2021 | (140) | $3.1700 | $444 | | | | |
| Evans, Candra | 12/8/2020 | 100 | $2.9700 | ($297) | 4/26/2021 | (350) | $3.2000 | $1,120 | | | | |
| Evans, Candra | 12/8/2020 | 50 | $3.1400 | ($157) | 4/26/2021 | (680) | $3.2000 | $2,176 | | | | |
| Evans, Candra | 12/10/2020 | 500 | $3.3200 | ($1,660) | 4/26/2021 | (763) | $3.2000 | $2,442 | | | | |
| Evans, Candra | 12/10/2020 | 300 | $3.3400 | ($1,002) | 4/26/2021 | (860) | $3.1700 | $2,726 | | | | |
| Evans, Candra | 12/10/2020 | 248 | $3.3300 | ($826) | 4/26/2021 | (1,000) | $3.1700 | $3,170 | | | | |
| Evans, Candra | 12/10/2020 | 100 | $3.2800 | ($328) | | | | | | | | |
| Evans, Candra | 12/10/2020 | 94 | $3.3700 | ($317) | | | | | | | | |
| Evans, Candra | 12/15/2020 | 2,950 | $3.3800 | ($9,971) | | | | | | | | |
| Evans, Candra | 12/15/2020 | 2,000 | $3.4000 | ($6,800) | | | | | | | | |
| Evans, Candra | 12/15/2020 | 1,200 | $3.4000 | ($4,080) | | | | | | | | |
| Evans, Candra | 12/15/2020 | 800 | $3.4000 | ($2,720) | | | | | | | | |
| Evans, Candra | 12/15/2020 | 80 | $3.3900 | ($271) | | | | | | | | |
| Evans, Candra | 12/15/2020 | 50 | $3.3800 | ($169) | | | | | | | | |
| Evans, Candra | 12/30/2020 | 30 | $4.9500 | ($149) | | | | | | | | |
| Evans, Candra | 12/30/2020 | 10 | $5.0500 | ($51) | | | | | | | | |
| Evans, Candra | 12/30/2020 | 10 | $5.1000 | ($51) | | | | | | | | |
| Evans, Candra | 12/30/2020 | 3 | $4.9900 | ($15) | | | | | | | | |
| Evans, Candra | 1/5/2021 | 600 | $5.8700 | ($3,522) | | | | | | | | |
| Evans, Candra | 1/5/2021 | 400 | $5.8700 | ($2,348) | | | | | | | | |
| Evans, Candra | 1/5/2021 | 100 | $5.9900 | ($599) | | | | | | | | |
| Evans, Candra | 1/8/2021 | 100 | $5.1500 | ($515) | | | | | | | | |
| Evans, Candra | 1/27/2021 | 8,094 | $5.3800 | ($43,546) | | | | | | | | |
| Evans, Candra | 1/27/2021 | 5,000 | $5.3800 | ($26,900) | | | | | | | | |
| Evans, Candra | 1/27/2021 | 2,000 | $5.3600 | ($10,720) | | | | | | | | |
| Evans, Candra | 1/27/2021 | 1,136 | $5.3800 | ($6,112) | | | | | | | | |
| Evans, Candra | 1/27/2021 | 770 | $5.3800 | ($4,143) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 10,000 | $5.2000 | ($52,000) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 10,000 | $5.3300 | ($53,300) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 8,000 | $5.1500 | ($41,200) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 3,738 | $5.2900 | ($19,774) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 2,000 | $5.1500 | ($10,300) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 632 | $5.3300 | ($3,369) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 300 | $5.3000 | ($1,590) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 300 | $5.3000 | ($1,590) | | | | | | | | |
| Evans, Candra | 1/28/2021 | 30 | $5.3000 | ($159) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 5,000 | $5.3500 | ($26,750) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 5,000 | $5.1300 | ($25,650) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 4,804 | $5.2500 | ($25,221) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 4,800 | $5.3000 | ($25,440) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 3,037 | $5.3700 | ($16,309) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 2,240 | $5.2500 | ($11,760) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 1,500 | $5.3700 | ($8,055) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 700 | $5.2400 | ($3,668) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 631 | $5.2700 | ($3,325) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 600 | $5.2500 | ($3,150) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 200 | $5.2900 | ($1,058) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 125 | $5.2800 | ($660) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.3700 | ($537) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.3700 | ($537) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.3700 | ($537) | | | | | | | | |

*Average Closing Prices from March 10, 2021 to May 5, 2021

**Post-class period sales are valued at the average closing prices from March 9 to the date of sale

**CytoDyn Inc. (CYDY)**
**Class Period: March 27, 2020 through March 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Day* Mean Price $2.8283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evans, Candra | 1/29/2021 | 100 | $5.2700 | ($527) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2700 | ($527) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2700 | ($527) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2700 | ($527) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2700 | ($527) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2800 | ($528) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2400 | ($524) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.2800 | ($528) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 100 | $5.1800 | ($518) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 85 | $5.3700 | ($456) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 65 | $5.3700 | ($349) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 50 | $5.3700 | ($269) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 14 | $5.3600 | ($75) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 10 | $5.3700 | ($54) | | | | | | | | |
| Evans, Candra | 1/29/2021 | 3 | $5.3600 | ($16) | | | | | | | | |
| Evans, Candra | 2/2/2021 | 500 | $6.9900 | ($3,495) | | | | | | | | |
| Evans, Candra | 2/2/2021 | 300 | $6.6000 | ($1,980) | | | | | | | | |
| Evans, Candra | 2/2/2021 | 300 | $6.6800 | ($2,004) | | | | | | | | |
| Evans, Candra | 2/2/2021 | 200 | $6.5500 | ($1,310) | | | | | | | | |
| Evans, Candra | 2/3/2021 | 200 | $6.2500 | ($1,250) | | | | | | | | |
| Evans, Candra | 2/3/2021 | 100 | $6.1700 | ($617) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 2,000 | $6.4000 | ($12,800) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 1,000 | $6.3900 | ($6,390) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 500 | $6.3800 | ($3,190) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 500 | $6.3600 | ($3,180) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 295 | $6.3500 | ($1,873) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 200 | $6.1300 | ($1,226) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 136 | $6.3600 | ($865) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 15 | $6.3100 | ($95) | | | | | | | | |
| Evans, Candra | 2/4/2021 | 2 | $6.3000 | ($13) | | | | | | | | |
| Evans, Candra | 2/9/2021 | 159 | $5.9700 | ($949) | | | | | | | | |
| Evans, Candra | 2/11/2021 | 180 | $5.3000 | ($954) | | | | | | | | |
| Evans, Candra | 2/11/2021 | 100 | $5.2800 | ($528) | | | | | | | | |
| Evans, Candra | 2/11/2021 | 100 | $5.2800 | ($528) | | | | | | | | |
| Evans, Candra | 2/11/2021 | 10 | $6.0600 | ($61) | | | | | | | | |
| Evans, Candra | 2/12/2021 | 100 | $6.0400 | ($604) | | | | | | | | |
| Evans, Candra | 2/12/2021 | 80 | $5.9800 | ($478) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 200 | $5.9500 | ($1,190) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 100 | $5.9500 | ($595) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 100 | $5.9000 | ($590) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 100 | $5.9200 | ($592) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 100 | $5.9700 | ($597) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 100 | $5.9700 | ($597) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 100 | $5.9700 | ($597) | | | | | | | | |
| Evans, Candra | 2/16/2021 | 71 | $5.9400 | ($422) | | | | | | | | |
| Evans, Candra | 2/24/2021 | 1,000 | $4.7000 | ($4,700) | | | | | | | | |
| Evans, Candra | 2/25/2021 | 40 | $5.0200 | ($201) | | | | | | | | |
| Evans, Candra | 2/25/2021 | 20 | $5.0000 | ($100) | | | | | | | | |
| Evans, Candra | 3/5/2021 | 300 | $4.0300 | ($1,209) | | | | | | | | |
| Evans, Candra | 3/5/2021 | 50 | $4.0300 | ($202) | | | | | | | | |
| Evans, Candra | 3/5/2021 | 24 | $4.0300 | ($97) | | | | | | | | |
| **Evans, Candra** | | **181,806** | | **($790,386)** | | **(140,986)** | | **$462,266** | **100,000** | **40,820** | **$115,453** | **($212,667)** |

*Average Closing Prices from March 10, 2021 to May 5, 2021

**Post-class period sales are valued at the average closing prices from March 9 to the date of sale

**CytoDyn Inc. (CYDY)**
**Class Period: March 27, 2020 through March 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Day* Mean Price $2.8283 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Kirschenbaum, Kenneth | | 100,000 | | ($523,763) | | 0 | | $0 | 100,000 | 100,000 | | ($240,929) |
| Evans, Candra | | 181,806 | | ($790,386) | | (140,986) | | $462,266 | 100,000 | 40,820 | | ($212,667) |
| **Total** | | **281,806** | | **($1,314,148)** | | **(140,986)** | | **$462,266** | **200,000** | **140,820** | | **($453,596)** |

*Average Closing Prices from March 10, 2021 to May 5, 2021
**Post-class period sales are valued at the average closing prices from March 9 to the date of sale