EXHIBIT C

Monday, May 3, 2021

## CytoDyn (CYDY)

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against CytoDyn, Inc. ("CytoDyn" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire CytoDyn securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired CytoDyn securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  The attached sheet lists all of my transactions in CytoDyn securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**
KENNETH KIRSCHENBAUM

**Signature**

1

**CytoDyn Inc. (CYDY)**                                                      **Kirschenbaum, Kenneth**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/23/2020 | 25,000 | $4.4359 |
| Purchase | 6/24/2020 | 25,000 | $4.6233 |
| Purchase | 6/25/2020 | 25,000 | $5.6333 |
| Purchase | 6/25/2020 | 25,000 | $6.2580 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _____Candra Evans_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 (the "Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against CytoDyn, Inc. ("CytoDyn" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire CytoDyn securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or the Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired CytoDyn securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in CytoDyn securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

Executed ___May 12th 2021___
             (Date)

___Candra Evans___
             (Signature)

___Candra Evans___
             (Type or Print Name)

**CytoDyn Inc. (CYDY)**                                                                 **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 5/18/2020 | 165 | $3.1400 |
| Purchase | 5/18/2020 | 159 | $3.1400 |
| Purchase | 7/21/2020 | 1,000 | $6.6500 |
| Purchase | 7/21/2020 | 1,000 | $6.3600 |
| Purchase | 7/21/2020 | 635 | $6.6500 |
| Purchase | 7/21/2020 | 500 | $5.8600 |
| Purchase | 7/21/2020 | 400 | $6.0200 |
| Purchase | 7/21/2020 | 400 | $5.7000 |
| Purchase | 7/21/2020 | 350 | $5.8700 |
| Purchase | 7/21/2020 | 300 | $6.1200 |
| Purchase | 7/21/2020 | 300 | $6.0200 |
| Purchase | 7/21/2020 | 200 | $6.1200 |
| Purchase | 7/21/2020 | 150 | $5.8600 |
| Purchase | 7/21/2020 | 100 | $6.1100 |
| Purchase | 7/21/2020 | 100 | $5.6500 |
| Purchase | 7/21/2020 | 100 | $5.7100 |
| Purchase | 7/22/2020 | 1,000 | $5.6600 |
| Purchase | 7/22/2020 | 500 | $5.8500 |
| Purchase | 7/22/2020 | 500 | $5.9300 |
| Purchase | 7/22/2020 | 500 | $5.8500 |
| Purchase | 7/30/2020 | 300 | $5.4900 |
| Purchase | 7/30/2020 | 200 | $5.3000 |
| Purchase | 7/30/2020 | 25 | $5.4500 |
| Purchase | 8/3/2020 | 100 | $5.2400 |
| Purchase | 8/13/2020 | 1,000 | $4.0000 |
| Purchase | 8/14/2020 | 1,000 | $3.7500 |
| Purchase | 8/14/2020 | 1,000 | $3.7600 |
| Purchase | 8/17/2020 | 400 | $3.5300 |
| Purchase | 8/17/2020 | 30 | $3.5300 |
| Purchase | 8/18/2020 | 1,000 | $3.2700 |
| Purchase | 8/18/2020 | 500 | $2.9800 |
| Purchase | 8/18/2020 | 310 | $3.2500 |
| Purchase | 8/19/2020 | 1,000 | $3.1900 |
| Purchase | 8/19/2020 | 1,000 | $3.0700 |
| Purchase | 8/19/2020 | 400 | $3.1600 |
| Purchase | 8/19/2020 | 300 | $3.1600 |
| Purchase | 8/19/2020 | 300 | $3.1600 |
| Purchase | 8/19/2020 | 70 | $3.1700 |
| Purchase | 8/21/2020 | 1,000 | $3.4100 |
| Purchase | 8/21/2020 | 360 | $3.4800 |
| Purchase | 8/21/2020 | 212 | $3.8700 |
| Purchase | 8/21/2020 | 22 | $3.5400 |
| Purchase | 8/21/2020 | 2 | $3.6000 |
| Purchase | 8/24/2020 | 20 | $3.8100 |
| Purchase | 8/24/2020 | 12 | $3.7500 |
| Purchase | 8/28/2020 | 500 | $3.2000 |
| Purchase | 9/1/2020 | 1,500 | $3.3500 |
| Purchase | 9/2/2020 | 1,200 | $3.6300 |
| Purchase | 9/2/2020 | 100 | $3.6500 |

**CytoDyn Inc. (CYDY)**                                                     **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/2/2020 | 67 | $3.6500 |
| Purchase | 9/4/2020 | 130 | $4.2900 |
| Purchase | 9/8/2020 | 600 | $5.0800 |
| Purchase | 9/14/2020 | 1,650 | $4.1300 |
| Purchase | 9/14/2020 | 500 | $4.1700 |
| Purchase | 9/14/2020 | 490 | $4.1400 |
| Purchase | 9/14/2020 | 100 | $4.1200 |
| Purchase | 9/14/2020 | 100 | $4.1700 |
| Purchase | 9/14/2020 | 10 | $4.1500 |
| Purchase | 9/15/2020 | 400 | $3.9900 |
| Purchase | 9/15/2020 | 200 | $4.0400 |
| Purchase | 9/16/2020 | 200 | $4.1800 |
| Purchase | 9/16/2020 | 200 | $4.1800 |
| Purchase | 9/16/2020 | 200 | $4.1500 |
| Purchase | 9/16/2020 | 150 | $4.0200 |
| Purchase | 9/16/2020 | 13 | $4.0200 |
| Purchase | 9/16/2020 | 9 | $4.0400 |
| Purchase | 9/22/2020 | 3,750 | $3.5300 |
| Purchase | 9/28/2020 | 1,000 | $3.2000 |
| Purchase | 10/2/2020 | 1,000 | $2.9900 |
| Purchase | 10/2/2020 | 200 | $3.0200 |
| Purchase | 10/5/2020 | 200 | $3.1100 |
| Purchase | 10/5/2020 | 20 | $3.0700 |
| Purchase | 10/7/2020 | 200 | $3.1300 |
| Purchase | 10/7/2020 | 18 | $3.1600 |
| Purchase | 10/9/2020 | 200 | $3.2800 |
| Purchase | 10/9/2020 | 200 | $3.3000 |
| Purchase | 10/9/2020 | 100 | $3.3000 |
| Purchase | 10/14/2020 | 67 | $3.0200 |
| Purchase | 10/15/2020 | 1,200 | $2.9200 |
| Purchase | 10/16/2020 | 475 | $2.7700 |
| Purchase | 10/16/2020 | 100 | $2.8000 |
| Purchase | 10/16/2020 | 25 | $2.7700 |
| Purchase | 10/19/2020 | 1,500 | $2.9000 |
| Purchase | 10/19/2020 | 6 | $2.8800 |
| Purchase | 10/26/2020 | 2,000 | $2.3500 |
| Purchase | 10/26/2020 | 1,000 | $2.3200 |
| Purchase | 10/26/2020 | 1,000 | $2.3400 |
| Purchase | 10/26/2020 | 390 | $2.3100 |
| Purchase | 10/26/2020 | 100 | $2.3900 |
| Purchase | 10/30/2020 | 1,980 | $2.4100 |
| Purchase | 10/30/2020 | 1,000 | $2.4900 |
| Purchase | 11/3/2020 | 750 | $2.6700 |
| Purchase | 11/3/2020 | 250 | $2.6500 |
| Purchase | 11/3/2020 | 100 | $2.6600 |
| Purchase | 11/3/2020 | 100 | $2.6600 |
| Purchase | 11/3/2020 | 100 | $2.7000 |
| Purchase | 11/4/2020 | 2,000 | $2.6800 |
| Purchase | 11/4/2020 | 1,374 | $2.7200 |
| Purchase | 11/4/2020 | 901 | $2.7000 |

**CytoDyn Inc. (CYDY)**                                                                    **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 11/4/2020 | 500 | $2.7000 |
| Purchase | 11/4/2020 | 500 | $2.7000 |
| Purchase | 11/4/2020 | 500 | $2.7200 |
| Purchase | 11/4/2020 | 422 | $2.7200 |
| Purchase | 11/4/2020 | 300 | $2.7200 |
| Purchase | 11/4/2020 | 99 | $2.7000 |
| Purchase | 11/4/2020 | 50 | $2.7200 |
| Purchase | 11/4/2020 | 50 | $2.7200 |
| Purchase | 11/4/2020 | 4 | $2.7200 |
| Purchase | 11/5/2020 | 6,000 | $2.6500 |
| Purchase | 11/5/2020 | 4,900 | $2.6600 |
| Purchase | 11/5/2020 | 4,000 | $2.6600 |
| Purchase | 11/5/2020 | 1,855 | $2.6500 |
| Purchase | 11/5/2020 | 300 | $2.6500 |
| Purchase | 11/5/2020 | 100 | $2.6600 |
| Purchase | 11/5/2020 | 100 | $2.6500 |
| Purchase | 11/10/2020 | 300 | $1.7800 |
| Purchase | 11/10/2020 | 200 | $1.7900 |
| Purchase | 11/10/2020 | 107 | $1.7200 |
| Purchase | 11/10/2020 | 100 | $1.7000 |
| Purchase | 11/10/2020 | 59 | $1.7200 |
| Purchase | 11/10/2020 | 34 | $1.7200 |
| Purchase | 11/13/2020 | 200 | $2.5000 |
| Purchase | 11/16/2020 | 100 | $2.6200 |
| Purchase | 11/16/2020 | 100 | $2.5800 |
| Purchase | 11/16/2020 | 58 | $2.6500 |
| Purchase | 11/18/2020 | 400 | $2.4200 |
| Purchase | 11/18/2020 | 160 | $2.4200 |
| Purchase | 11/18/2020 | 40 | $2.4200 |
| Purchase | 11/20/2020 | 100 | $2.5000 |
| Purchase | 11/20/2020 | 50 | $2.4800 |
| Purchase | 11/20/2020 | 50 | $2.4800 |
| Purchase | 12/1/2020 | 1,225 | $2.6200 |
| Purchase | 12/1/2020 | 400 | $2.6200 |
| Purchase | 12/1/2020 | 300 | $2.6000 |
| Purchase | 12/1/2020 | 199 | $2.6200 |
| Purchase | 12/1/2020 | 179 | $2.6200 |
| Purchase | 12/1/2020 | 159 | $2.6200 |
| Purchase | 12/1/2020 | 159 | $2.6200 |
| Purchase | 12/1/2020 | 79 | $2.6200 |
| Purchase | 12/2/2020 | 450 | $2.5300 |
| Purchase | 12/3/2020 | 400 | $2.4200 |
| Purchase | 12/4/2020 | 600 | $2.3900 |
| Purchase | 12/4/2020 | 400 | $2.3900 |
| Purchase | 12/4/2020 | 100 | $2.3200 |
| Purchase | 12/7/2020 | 500 | $2.4400 |
| Purchase | 12/8/2020 | 1,000 | $2.9300 |
| Purchase | 12/8/2020 | 900 | $2.9700 |
| Purchase | 12/8/2020 | 650 | $2.8700 |
| Purchase | 12/8/2020 | 400 | $3.0800 |

**CytoDyn Inc. (CYDY)**                                                    **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/8/2020 | 350 | $2.8500 |
| Purchase | 12/8/2020 | 100 | $2.9700 |
| Purchase | 12/8/2020 | 50 | $3.1400 |
| Purchase | 12/10/2020 | 500 | $3.3200 |
| Purchase | 12/10/2020 | 300 | $3.3400 |
| Purchase | 12/10/2020 | 248 | $3.3300 |
| Purchase | 12/10/2020 | 100 | $3.2800 |
| Purchase | 12/10/2020 | 94 | $3.3700 |
| Purchase | 12/15/2020 | 2,950 | $3.3800 |
| Purchase | 12/15/2020 | 2,000 | $3.4000 |
| Purchase | 12/15/2020 | 1,200 | $3.4000 |
| Purchase | 12/15/2020 | 800 | $3.4000 |
| Purchase | 12/15/2020 | 80 | $3.3900 |
| Purchase | 12/15/2020 | 50 | $3.3800 |
| Purchase | 12/30/2020 | 30 | $4.9500 |
| Purchase | 12/30/2020 | 10 | $5.0500 |
| Purchase | 12/30/2020 | 10 | $5.1000 |
| Purchase | 12/30/2020 | 3 | $4.9900 |
| Purchase | 1/5/2021 | 600 | $5.8700 |
| Purchase | 1/5/2021 | 400 | $5.8700 |
| Purchase | 1/5/2021 | 100 | $5.9900 |
| Purchase | 1/8/2021 | 100 | $5.1500 |
| Purchase | 1/27/2021 | 8,094 | $5.3800 |
| Purchase | 1/27/2021 | 5,000 | $5.3800 |
| Purchase | 1/27/2021 | 2,000 | $5.3600 |
| Purchase | 1/27/2021 | 1,136 | $5.3800 |
| Purchase | 1/27/2021 | 770 | $5.3800 |
| Purchase | 1/28/2021 | 10,000 | $5.2000 |
| Purchase | 1/28/2021 | 10,000 | $5.3300 |
| Purchase | 1/28/2021 | 8,000 | $5.1500 |
| Purchase | 1/28/2021 | 3,738 | $5.2900 |
| Purchase | 1/28/2021 | 2,000 | $5.1500 |
| Purchase | 1/28/2021 | 632 | $5.3300 |
| Purchase | 1/28/2021 | 300 | $5.3000 |
| Purchase | 1/28/2021 | 300 | $5.3000 |
| Purchase | 1/28/2021 | 30 | $5.3000 |
| Purchase | 1/29/2021 | 5,000 | $5.3500 |
| Purchase | 1/29/2021 | 5,000 | $5.1300 |
| Purchase | 1/29/2021 | 4,804 | $5.2500 |
| Purchase | 1/29/2021 | 4,800 | $5.3000 |
| Purchase | 1/29/2021 | 3,037 | $5.3700 |
| Purchase | 1/29/2021 | 2,240 | $5.2500 |
| Purchase | 1/29/2021 | 1,500 | $5.3700 |
| Purchase | 1/29/2021 | 700 | $5.2400 |
| Purchase | 1/29/2021 | 631 | $5.2700 |
| Purchase | 1/29/2021 | 600 | $5.2500 |
| Purchase | 1/29/2021 | 200 | $5.2900 |
| Purchase | 1/29/2021 | 125 | $5.2800 |
| Purchase | 1/29/2021 | 100 | $5.3700 |
| Purchase | 1/29/2021 | 100 | $5.3700 |

**CytoDyn Inc. (CYDY)**                                                        **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 1/29/2021 | 100 | $5.3700 |
| Purchase | 1/29/2021 | 100 | $5.2700 |
| Purchase | 1/29/2021 | 100 | $5.2700 |
| Purchase | 1/29/2021 | 100 | $5.2700 |
| Purchase | 1/29/2021 | 100 | $5.2700 |
| Purchase | 1/29/2021 | 100 | $5.2700 |
| Purchase | 1/29/2021 | 100 | $5.2800 |
| Purchase | 1/29/2021 | 100 | $5.2400 |
| Purchase | 1/29/2021 | 100 | $5.2800 |
| Purchase | 1/29/2021 | 100 | $5.1800 |
| Purchase | 1/29/2021 | 85 | $5.3700 |
| Purchase | 1/29/2021 | 65 | $5.3700 |
| Purchase | 1/29/2021 | 50 | $5.3700 |
| Purchase | 1/29/2021 | 14 | $5.3600 |
| Purchase | 1/29/2021 | 10 | $5.3700 |
| Purchase | 1/29/2021 | 3 | $5.3600 |
| Purchase | 2/2/2021 | 500 | $6.9900 |
| Purchase | 2/2/2021 | 300 | $6.6000 |
| Purchase | 2/2/2021 | 300 | $6.6800 |
| Purchase | 2/2/2021 | 200 | $6.5500 |
| Purchase | 2/3/2021 | 200 | $6.2500 |
| Purchase | 2/3/2021 | 100 | $6.1700 |
| Purchase | 2/4/2021 | 2,000 | $6.4000 |
| Purchase | 2/4/2021 | 1,000 | $6.3900 |
| Purchase | 2/4/2021 | 500 | $6.3800 |
| Purchase | 2/4/2021 | 500 | $6.3600 |
| Purchase | 2/4/2021 | 295 | $6.3500 |
| Purchase | 2/4/2021 | 200 | $6.1300 |
| Purchase | 2/4/2021 | 136 | $6.3600 |
| Purchase | 2/4/2021 | 15 | $6.3100 |
| Purchase | 2/4/2021 | 2 | $6.3000 |
| Purchase | 2/9/2021 | 159 | $5.9700 |
| Purchase | 2/11/2021 | 180 | $5.3000 |
| Purchase | 2/11/2021 | 100 | $5.2800 |
| Purchase | 2/11/2021 | 100 | $5.2800 |
| Purchase | 2/11/2021 | 10 | $6.0600 |
| Purchase | 2/12/2021 | 100 | $6.0400 |
| Purchase | 2/12/2021 | 80 | $5.9800 |
| Purchase | 2/16/2021 | 200 | $5.9500 |
| Purchase | 2/16/2021 | 100 | $5.9500 |
| Purchase | 2/16/2021 | 100 | $5.9000 |
| Purchase | 2/16/2021 | 100 | $5.9200 |
| Purchase | 2/16/2021 | 100 | $5.9700 |
| Purchase | 2/16/2021 | 100 | $5.9700 |
| Purchase | 2/16/2021 | 100 | $5.9700 |
| Purchase | 2/16/2021 | 71 | $5.9400 |
| Purchase | 2/24/2021 | 1,000 | $4.7000 |
| Purchase | 2/25/2021 | 40 | $5.0200 |
| Purchase | 2/25/2021 | 20 | $5.0000 |
| Purchase | 3/5/2021 | 300 | $4.0300 |

**CytoDyn Inc. (CYDY)**                                                    **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/5/2021 | 50 | $4.0300 |
| Purchase | 3/5/2021 | 24 | $4.0300 |
| Sale | 5/19/2020 | (324) | $3.1600 |
| Sale | 7/22/2020 | (1) | $5.5500 |
| Sale | 7/22/2020 | (19) | $5.5500 |
| Sale | 7/22/2020 | (50) | $5.5600 |
| Sale | 7/22/2020 | (100) | $5.5600 |
| Sale | 7/22/2020 | (100) | $5.6100 |
| Sale | 7/22/2020 | (200) | $5.5800 |
| Sale | 7/22/2020 | (500) | $5.5700 |
| Sale | 7/22/2020 | (830) | $5.5500 |
| Sale | 7/23/2020 | (75) | $5.6700 |
| Sale | 7/23/2020 | (100) | $5.6500 |
| Sale | 7/23/2020 | (200) | $5.6800 |
| Sale | 7/23/2020 | (250) | $5.6900 |
| Sale | 7/23/2020 | (250) | $5.6800 |
| Sale | 7/23/2020 | (425) | $5.6700 |
| Sale | 7/23/2020 | (500) | $5.7000 |
| Sale | 7/23/2020 | (500) | $5.6400 |
| Sale | 7/24/2020 | (1,300) | $5.4500 |
| Sale | 8/5/2020 | (200) | $4.8300 |
| Sale | 8/6/2020 | (400) | $4.5900 |
| Sale | 8/7/2020 | (200) | $4.8800 |
| Sale | 8/11/2020 | (50) | $4.3800 |
| Sale | 8/11/2020 | (150) | $4.3600 |
| Sale | 8/20/2020 | (10) | $3.0500 |
| Sale | 8/21/2020 | (30) | $3.3300 |
| Sale | 8/27/2020 | (300) | $3.3000 |
| Sale | 8/27/2020 | (500) | $3.3200 |
| Sale | 8/28/2020 | (500) | $3.4500 |
| Sale | 8/31/2020 | (358) | $3.3900 |
| Sale | 8/31/2020 | (500) | $3.3900 |
| Sale | 9/3/2020 | (300) | $3.9000 |
| Sale | 9/10/2020 | (75) | $4.5200 |
| Sale | 9/10/2020 | (91) | $4.5400 |
| Sale | 9/10/2020 | (334) | $4.5200 |
| Sale | 9/10/2020 | (2,000) | $4.5100 |
| Sale | 9/11/2020 | (1,000) | $3.9500 |
| Sale | 9/16/2020 | (10) | $4.1800 |
| Sale | 9/17/2020 | (280) | $3.4100 |
| Sale | 9/17/2020 | (1,500) | $3.4100 |
| Sale | 9/17/2020 | (2,220) | $3.4100 |
| Sale | 9/24/2020 | (3,750) | $3.3500 |
| Sale | 9/28/2020 | (20) | $3.2300 |
| Sale | 9/28/2020 | (1,980) | $3.2300 |
| Sale | 9/29/2020 | (10) | $3.1800 |
| Sale | 9/29/2020 | (1,500) | $3.1200 |
| Sale | 10/21/2020 | (490) | $2.7000 |
| Sale | 10/21/2020 | (1,510) | $2.7000 |
| Sale | 10/21/2020 | (2,000) | $2.7000 |

**CytoDyn Inc. (CYDY)**                                                    **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 10/21/2020 | (2,000) | $2.7000 |
| Sale | 10/27/2020 | (44) | $2.5900 |
| Sale | 10/27/2020 | (300) | $2.5200 |
| Sale | 10/27/2020 | (656) | $2.5900 |
| Sale | 10/27/2020 | (1,300) | $2.5900 |
| Sale | 10/27/2020 | (1,700) | $2.5200 |
| Sale | 10/28/2020 | (8) | $2.4400 |
| Sale | 10/28/2020 | (50) | $2.4400 |
| Sale | 10/28/2020 | (415) | $2.4200 |
| Sale | 10/28/2020 | (2,527) | $2.4200 |
| Sale | 11/2/2020 | (80) | $2.5800 |
| Sale | 11/2/2020 | (900) | $2.5800 |
| Sale | 11/2/2020 | (2,000) | $2.5700 |
| Sale | 11/6/2020 | (5) | $2.5400 |
| Sale | 11/6/2020 | (250) | $2.5500 |
| Sale | 11/6/2020 | (250) | $2.6000 |
| Sale | 11/6/2020 | (750) | $2.5500 |
| Sale | 11/17/2020 | (1,000) | $2.5600 |
| Sale | 11/17/2020 | (2,000) | $2.5700 |
| Sale | 11/18/2020 | (300) | $2.4700 |
| Sale | 11/24/2020 | (400) | $2.6500 |
| Sale | 12/3/2020 | (1,000) | $2.4600 |
| Sale | 12/3/2020 | (1,000) | $2.3500 |
| Sale | 12/3/2020 | (2,000) | $2.3500 |
| Sale | 12/11/2020 | (400) | $2.9600 |
| Sale | 12/11/2020 | (500) | $2.9600 |
| Sale | 12/11/2020 | (1,000) | $3.1000 |
| Sale | 12/11/2020 | (1,750) | $2.9100 |
| Sale | 12/11/2020 | (2,350) | $2.9200 |
| Sale | 12/11/2020 | (3,000) | $2.9600 |
| Sale | 12/17/2020 | (100) | $4.4600 |
| Sale | 12/17/2020 | (780) | $4.4600 |
| Sale | 12/18/2020 | (400) | $4.9300 |
| Sale | 1/4/2021 | (50) | $5.4700 |
| Sale | 1/4/2021 | (100) | $5.3300 |
| Sale | 1/4/2021 | (200) | $5.6900 |
| Sale | 1/4/2021 | (200) | $5.5700 |
| Sale | 1/8/2021 | (3) | $5.1700 |
| Sale | 1/8/2021 | (200) | $5.0900 |
| Sale | 1/8/2021 | (200) | $5.1200 |
| Sale | 1/8/2021 | (400) | $5.1200 |
| Sale | 1/11/2021 | (14) | $5.1500 |
| Sale | 1/11/2021 | (25) | $5.1500 |
| Sale | 1/11/2021 | (35) | $5.1500 |
| Sale | 1/11/2021 | (50) | $5.1500 |
| Sale | 1/11/2021 | (70) | $5.0300 |
| Sale | 1/11/2021 | (86) | $5.0300 |
| Sale | 1/11/2021 | (100) | $5.0300 |
| Sale | 1/11/2021 | (100) | $5.0300 |
| Sale | 1/11/2021 | (200) | $5.0300 |

**CytoDyn Inc. (CYDY)**                                                      **Evans, Candra**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Sale | 1/11/2021 | (200) | $5.1500 |
| Sale | 1/11/2021 | (401) | $5.0300 |
| Sale | 1/11/2021 | (1,000) | $5.1300 |
| Sale | 1/11/2021 | (1,576) | $5.0800 |
| Sale | 1/11/2021 | (1,829) | $5.0300 |
| Sale | 1/12/2021 | (400) | $4.3000 |
| Sale | 1/12/2021 | (814) | $4.3500 |
| Sale | 1/12/2021 | (1,000) | $4.2900 |
| Sale | 1/20/2021 | (1,000) | $5.0000 |
| Sale | 1/25/2021 | (1,000) | $4.8000 |
| Sale | 1/25/2021 | (1,000) | $4.9200 |
| Sale | 1/25/2021 | (1,000) | $4.8300 |
| Sale | 2/9/2021 | (2) | $5.9500 |
| Sale | 2/9/2021 | (200) | $5.9700 |
| Sale | 2/9/2021 | (200) | $5.9300 |
| Sale | 2/9/2021 | (300) | $5.9300 |
| Sale | 2/9/2021 | (810) | $5.9500 |
| Sale | 2/16/2021 | (1,600) | $5.8900 |
| Sale | 2/23/2021 | (300) | $4.1000 |
| Sale | 2/23/2021 | (1,000) | $4.0300 |
| Sale | 2/23/2021 | (1,700) | $4.0600 |
| Sale | 2/23/2021 | (1,800) | $4.1700 |
| Sale | 3/8/2021 | (1,434) | $2.9800 |