EXHIBIT F

**Matthew J. Ide of Ide Law Office**

Matt has been a licensed attorney actively engaged in the practice of law since 1993.  Originally admitted to the Virginia State Bar, he has resided and been licensed to practice law in the State of Washington since 1996.  He is also admitted to the U.S. Court of Appeals for the Seventh and Ninth Circuits, the U.S. District Courts for the Eastern & Western Districts of Washington, and the U.S. District Courts for the Eastern & Western Districts of Virginia.

Matt has argued before the U.S. Court of Appeals for the Ninth Circuit, the Washington Supreme Court and Court of Appeals, the Virginia Court of Appeals, and various U.S. District Courts.  He has authored briefs submitted to the U.S. Supreme Court, the highest appellate courts of Washington, California, and Virginia, as well as U.S. Circuit Courts of Appeal and U.S. District Courts.

Matt has participated in a broad spectrum of cases, including a number of complex or class action matters involving areas that include federal securities law, consumer protection matters, insurance litigation, wage and hour cases, employment discrimination and ERISA litigation. Before opening his own office, Matt practiced for several years with one of the nation's leading class action law firms.

Matt earned an undergraduate degree in Business Administration from the University of Washington in Seattle, Washington, and a law degree from the Marshall-Wythe School of Law at the College of William & Mary in Williamsburg, Virginia. Before attending college, Matt served approximately six and a half years with the U.S. Army's Second Ranger Battalion at Fort Lewis, Washington.

**Select Cases**

Daniels v. State Farm Mutual Automobile Insurance Company (King County Superior Court, Washington). Class action for alleged breach of insurance contract and bad faith relating to reimbursement of collision deductibles where the insurer had recovered some or all of its property damage payments from the allegedly responsible party before its insured was made whole for the property damage loss. Published opinion, *Daniels v. State Farm Mut. Auto. Ins. Co.*, 193 Wn.2d 563, 444 P.3d 582 (2019), ruled in plaintiff's favor, reversing the Court of Appeals and the precedent set out in *Averill v. Farmers Ins. Co. of Washington*, 155 Wn. App. 106, 229 P.3d 830 (2010). Resolved after remand by class settlement.

Matsyuk v. State Farm Fire & Casualty Co. (King County Superior Court, Washington). Putative class action asserting claims arising from a PIP insurer's duty to bear a portion of the legal expense incurred by its PIP insureds when the insurer recovers its PIP payments out of the PIP insured's liability recovery from the allegedly responsible driver. Published opinion, *Matsyuk v. State Farm Fire & Cas. Ins. Co.*, 173 Wn.2d 643 (2012), confirmed the "*Mahler*" rule applies to situations where the PIP payments and liability

1

payments both come from the insurance policy of the driver who injured the PIP claimant (e.g., as a passenger, pedestrian or cyclist). Resolved after remand by consolidated class settlement.

Stephens v. Omni Insurance Co., et al./Panag v. Farmers Insurance Co. of Wash., et al. (King County Superior Court, Washington). Putative class action asserting Washington Consumer Protection Act and related claims arising from a collection agency's efforts to collect money that insurance companies claimed they were owed via subrogation against uninsured drivers who allegedly caused a loss to their insureds. Published Opinions: *Panag v. Farmers Ins. Co., of Wash., et al.*, 166 Wn. 2d 27 (2009); *Stephens v. Omni Ins. Co., et al.*, 138 Wn. App. 151 (2007). Resolved after remand by consolidated class settlement, including injunctive relief.

Johnson v. Progressive Max Insurance Co., et al. (King County Superior Court, Washington). Class case asserting claims arising from a PIP insurer's duty to bear a portion of the legal expense incurred by its PIP insureds when the insurer recovers its PIP payments out of the PIP insured's liability recovery; claims based on the "*Matsyuk*" extension to the "*Mahler*" rule. Resolved by class settlement.

Wright, et al. v. GEICO General Ins. Co. et al. (King County Superior Court, Washington). Class action for alleged CPA violations and breach of insurance contract relating to reimbursement of collision deductibles where the insurer had recovered some or all of its property damage payments from the allegedly responsible party before its insured was made whole for the property damage loss. Resolved by class settlement.

In re Boeing Asian-American Litigation (Western District of Washington). Class action brought on behalf of Asian-American engineers of The Boeing Company asserting claims for employment discrimination based on race/ethnicity.

In re Itron, Inc. Securities Litigation (Eastern District of Washington). Class action for alleged federal securities laws violations. Resolved by class settlement.

In re American United Global, Inc. Litigation (King County Superior Court, Washington). Class action asserting federal and state law securities claims. Resolved by class settlement, including corporate governance changes.

In re Ride, Inc. Securities Litigation (Western District of Washington). Class action for alleged federal securities laws violations. Resolved by class settlement.