THE HONORABLE BENJAMIN SETTLE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | Civil Action No.  3:21-cv-05190-BHS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF MICHAEL O'DONNELL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | Civil Action No. 3:21-cv-05260-MLP |

[PROPOSED] ORDER (3:21-cv-05190-BHS) - 1

Having considered the motion of Michael O'Donnell for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re CytoDyn Securities Litigation*, Master File No. 3:21-cv-05190;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Michael O'Donnell as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel and Rossi Vucinovich, P.C. as Liaison Counsel for the class.

SO ORDERED.

Dated: _____, 2021

_____
HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

**ROSSI VUCINOVICH, P.C.**

*/s/ Benjamin T. G. Nivison*
Benjamin T.G. Nivison, WSBA No. 39797
1000 Second Avenue, Suite 1780
Seattle, WA 98104
Phone (425) 646-8003
Fax (425) 646-8004

*Liaison Counsel for Movant Michael O'Donnell and Proposed Liaison Counsel for the Clas*

[PROPOSED] ORDER (3:21-cv-05190-BHS) - 2

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Phone (310) 201-9150
Fax (310) 201-9160

*Counsel for Movant Michael O'Donnell and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*