THE HONORABLE BENJAMIN SETTLE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | Civil Action No.  3:21-cv-05190-BHS<br><br>**DECLARATION OF BENJAMIN T.G. NIVISON IN SUPPORT OF MOTION OF MICHAEL O'DONNELL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | Civil Action No. 3:21-cv-05260-MLP |

DECLARATION OF BENJAMIN T.G. NIVISON  (3:21-cv-05190-BHS) - 1

ROSSI VUCINOVICH, P.C.
1000 Second Avenue, Suite 1780
Seattle, WA 98104
425.646.8003

I, Benjamin T.G. Nivison, declare as follows:

1.    I am an attorney with the law firm of Rossi Vucinovich, P.C., liaison counsel for lead plaintiff movant Michael O'Donnell ("O'Donnell") and proposed liaison counsel for the class in the above-captioned action.  I make this declaration in support of O'Donnell's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Globe Newswire* on March 18, 2021, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:    Signed PSLRA Certification of O'Donnell;

Exhibit C:    Table of O'Donnell's calculated losses, as a result of transactions in CytoDyn, Inc. common stock; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP,.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May 2021, at Seattle, Washington.

/s/ Benjamin T.G. Nivison
Benjamin T.G. Nivison

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 17, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Washington, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2021, at Seattle, Washington.

/s/ Benjamin T.G. Nivison
Benjamin T.G. Nivison