# EXHIBIT C

## Loss Chart

**Company Name:** CytoDyn Inc.
**Ticker:** CYDY
**Class Period:** March 27, 2020 to March 9, 2021
**Name:** Michael O'Donnell

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/30/2020 | 7,900 | $9.6550 | -$76,274.5000 | | $0.0000 | -$76,274.50 |
| 6/30/2020 | 100 | $9.6600 | -$966.0000 | | $0.0000 | -$966.00 |
| 8/18/2020 | 1,500 | $3.0200 | -$4,530.0000 | | $0.0000 | -$4,530.00 |
| 8/18/2020 | 1,500 | $3.0300 | -$4,545.0000 | | $0.0000 | -$4,545.00 |
| 3/9/2021 | -10,000 | | $0.0000 | $2.2000 | $22,000.0000 | $22,000.00 |
| 3/9/2021 | -1,000 | | $0.0000 | $2.2100 | $2,210.0000 | $2,210.00 |

**Shares Retained:** 0

| | 90-Day Average Price | Shares Retained | Subtotal: | -$62,105.50 |
|---|---|---|---|---|
| | $2.8283 | 0 | 90-Day Average: | $0.00 |
| | | | Total: | -$62,105.50 |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2020 | 100 | $5.7200 | -$572.0000 | | $0.0000 | -$572.00 |
| 6/25/2020 | 3,600 | $5.7000 | -$20,520.0000 | | $0.0000 | -$20,520.00 |
| 6/30/2020 | 28,500 | $7.2000 | -$205,200.0000 | | $0.0000 | -$205,200.00 |
| 6/30/2020 | 500 | $7.1900 | -$3,595.0000 | | $0.0000 | -$3,595.00 |
| 6/30/2020 | -11,990 | | $0.0000 | $5.8800 | $70,501.2000 | $70,501.20 |
| 6/30/2020 | -20,710 | | $0.0000 | $5.9000 | $122,189.0000 | $122,189.00 |

**Shares Retained:** 0

| | 90-Day Average Price | Shares Retained | Subtotal: | -$37,196.80 |
|---|---|---|---|---|
| | $2.8283 | 0 | 90-Day Average: | $0.00 |
| | | | Total: | -$37,196.80 |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between March 9, 2021 and May 14, 2021.

| Michael O'Donnell Loss Summary | |
|---|---|
| Acct 1: | -$62,105.50 |
| Acct 2: | -$37,196.80 |
| **Total Loss:** | **-$99,302.30** |