THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-05190-BHS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING HO "MATT" CHUN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| vs. | |
| CYTODYN, INC., et al., | |
| Defendants. | NOTE ON MOTION CALENDAR: June 4, 2021 |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 3:21-cv-05260-MLP |
| vs. | |
| CYTODYN, INC., et al., | |
| Defendants. | |

Having considered Ho "Matt" Chun's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

[Proposed] Order Granting Chun Motion for Consolidation
and Appointment of Lead Plaintiff and Counsel - 1

1.    The Motion is GRANTED.

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Lewis v. CytoDyn, Inc.*, No. 3:21-cv-05190-BHS, and *Goodwin v. CytoDyn, Inc.*, No. 3:21-cv-05260-MLP are consolidated as:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re CYTODYN, INC. SECURITIES LITIGATION | ) Master File No. 3:21-cv-05190-BHS |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |
| | ) |

(a)    The file in Case No. 3:21-cv-05190-BHS shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of CytoDyn, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.    Ho "Matt" Chun is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

[Proposed] Order Granting Chun Motion for Consolidation
and Appointment of Lead Plaintiff and Counsel - 2

4.      Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings including depositions;

(c)      settlement negotiations with counsel for defendants;

(d)      the pretrial proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)      the preparation and filing of all pleadings; and

(f)      the supervision of all other matters concerning the prosecution or resolution of the consolidated action.


IT IS SO ORDERED.


DATED: _____      _____

THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Chun Motion for Consolidation
and Appointment of Lead Plaintiff and Counsel - 3