THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and On Behalf of All Others Similarly Situated, ) ) | Case No. 3:21-cv-05190-BHS |
| Plaintiff, ) ) | **[PROPOSED] ORDER GRANTING DR. SMILA KODALI'S MOTION TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE HER SELECTION OF LEAD AND LIAISON COUNSEL** |
| v. ) ) | |
| CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND, ) ) ) | NOTE ON MOTION CALENDAR: June 4, 2021 |
| Defendants. ) ) | |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:21-cv-05260-MLP |
| Plaintiff, ) ) | |
| v. ) ) | |
| CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND, ) ) ) | |
| Defendants. ) ) | |

[PROPOSED] ORDER
CASE NO. 3:21-cv-5190-BHS

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8290

Before the Court is Dr. Smila Kodali's motion for: (i) consolidation of the above-captioned securities actions; (ii) appointment as Lead Plaintiff; and (iii) approval of her selection of Kahn Swick & Foti, LLC as Lead Counsel and Breskin Johnson & Townsend, PLLC as Liaison Counsel. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well take and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

(a)    The above-captioned *Lewis* and *Goodwin* Actions are hereby consolidated under Case No. 3:21-cv-5190-BHS;

(b)    Dr. Kodali is appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

(c)    Kahn Swick & Foti, LLC is approved as Lead Counsel for the putative Class pursuant to the PSLRA; and

(d)    Breskin Johnson & Townsend, PLLC is approved as Liaison Counsel for the putative Class pursuant to the PSLRA.

This _____ day of _____, 2021.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented By:

*s/ Roger M. Townsend*
_____
Roger M. Townsend
Breskin Johnson & Townsend PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
rtownsend@bjtlegal.com

*Liaison Counsel for Movant, Dr. Smila Kodali*

[PROPOSED] ORDER
CASE NO. 3:21-cv-5190-BHS

1

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8290