THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-05190-BHS |
| Plaintiff, | **DECLARATION OF JULI E. FARRIS IN SUPPORT OF HO "MATT" CHUN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL AND MEMORANDUM IN SUPPORT** |
| vs. | |
| CYTODYN, INC., et al., | |
| Defendants. | |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated, | NOTE ON MOTION CALENDAR: June 4, 2021 |
| Plaintiff, | |
| vs. | Case No. 3:21-cv-05260-MLP |
| CYTODYN, INC., et al., | |
| Defendants. | |

I, Juli E. Farris declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Washington and this Court.  I am a member of the law firm of Keller Rohrback LLP, local counsel for proposed lead plaintiff Ho "Matt" Chun in the above-captioned actions.  I make this declaration in support of Mr. Chun's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published in *Globe Newswire*, a national business-oriented wire service, on March 18, 2021;

Exhibit B:      Mr. Chun's Sworn Certification;

Exhibit C:      Chart of Mr. Chun's estimated losses, prepared by counsel; and

Exhibit D:      Declaration of Ho "Matt" Chun in Support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May 2021, at Seattle Washington.

*s/ Juli E. Farris*
Juli E. Farris
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Farris Declaration to Chun Motion for Consolidation
and Appointment of Lead Plaintiff and Counsel - 1