# EXHIBIT D

DocuSign Envelope ID: 07A73E6D-D65B-4F51-A39A-7F6119C6CC4B

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CYTODYN, INC., et al., )<br><br>Defendants. ) | No. 3:21-cv-05190-BHS<br><br>CLASS ACTION |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CYTODYN, INC., et al., )<br><br>Defendants. ) | No. 3:21-cv-05260-MLP<br><br>CLASS ACTION |

DECLARATION OF HO "MATT" CHUN IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

DECLARATION OF HO "MATT" CHUN IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL (3:21-cv-05190-BHS)<br>4844-0094-5129.v1

KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Telephone: 206/623-1900 • Fax: 206/623-3384

DocuSign Envelope ID: 07A73E6D-D65B-4F51-A39A-7F6119C6CC4B

I, Ho "Matt" Chun, submit this declaration in support of my Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1. I am the president and lead digital strategist of a digital marketing and communications company I founded approximately four years ago. Before my career as an entrepreneur, I attended the University of Virginia where I earned both a Bachelor of Arts in Psychology and a Master's degree in Education. I have over twenty years of experience investing in the stock market and I am familiar with selecting and overseeing lawyers. I live in Washington, D.C.

2. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and is empowered to authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4. I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of CytoDyn, Inc. shareholders.

5. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6. I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Robbins Geller Rudman &

DECLARATION OF HO "MATT" CHUN IN
SUPPORT OF MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL (**3:21-cv-05260-MLP**)          - 1 -
4844-0094-5129.v1

KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Telephone: 206/623-1900 • Fax: 206/623-3384

DocuSign Envelope ID: 07A73E6D-D65B-4F51-A39A-7F6119C6CC4B

Dowd LLP to represent the class in this case on a contingency basis. Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with Robbins Geller.

I declare under penalty of perjury that the foregoing is true and correct. Executed this $\underline{14}$ day of May, 2021, at Washington, D.C.

DocuSigned by:

A3BC45E77DA7482

HO "MATT" CHUN

DECLARATION OF HO "MATT" CHUN IN
SUPPORT OF MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL (**3:21-cv-05260-MLP**)    - 2 -
4844-0094-5129.v1

KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Telephone: 206/623-1900 • Fax: 206/623-3384