THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

ANGELA LEWIS, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-cv-05190-BHS

**DECLARATION OF ROGER M. TOWNSEND IN SUPPORT OF DR. SMILA KODALI'S MOTION TO CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE HER SELECTION OF LEAD AND LIAISON COUNSEL**

NOTE ON MOTION CALENDAR: June 4, 2021

JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-cv-05260-MLP

TOWNSEND DECL. ISO DR. SMILA KODALI'S
MOTION TO CONSOLIDATE, TO APPOINT LEAD
PLAINTIFF, AND TO APPROVE SELECTION OF
LEAD AND LIAISON COUNSEL
CASE NO. 3:21-cv-5190-BHS

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8660

I, Roger M. Townsend, hereby declare as follows:

1.    I am a member in good standing of the bar of the State of Washington and am admitted to practice in this District.

2.    I submit this Declaration, together with the attached exhibits, in support of Dr. Smila Kodali's Motion to Consolidate Actions, to Appoint Lead Plaintiff and to Approve Selection of Lead and Liaison Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification of Dr. Smila Kodali, reflecting all of her transactions in CytoDyn, Inc. ("CytoDyn") securities during the Class Period.

4.    Attached hereto as **Exhibit B** is a table reflecting the losses incurred by Dr. Smila Kodali from her transactions in CytoDyn securities during the Class Period.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Dr. Smila Kodali in Support of Her Motion for Appointment as Lead Plaintiff and for Approval of Her Selection of Lead Counsel, dated May 17, 2021.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the press release published on March 18, 2021 on Globe Newswire, a well-known national business-oriented publication, announcing the pendency of the first-filed lawsuit commenced against Defendants in *Lewis v. CytoDyn, Inc., et al.,* No. 3:21-cv-5190-BHS (W.D. Wash.).

7.    Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Breskin Johnson & Townsend, PLLC.

8.    Attached hereto as **Exhibit F** is a true and correct copy of the firm resume of Kahn Swick & Foti, LLC.

TOWNSEND DECL. ISO DR. SMILA KODALI'S
MOTION TO CONSOLIDATE, TO APPOINT LEAD
PLAINTIFF, AND TO APPROVE SELECTION OF
LEAD AND LIAISON COUNSEL
CASE NO. 3:21-cv-5190-BHS

1

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8660

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 17, 2021, in Seattle, Washington.

*s/ Roger M. Townsend*
ROGER M. TOWNSEND

TOWNSEND DECL. ISO DR. SMILA KODALI'S MOTION TO CONSOLIDATE, TO APPOINT LEAD PLAINTIFF, AND TO APPROVE SELECTION OF LEAD AND LIAISON COUNSEL CASE NO. 3:21-cv-5190-BHS

2

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8660