# EXHIBIT B

**CytoDyn Securities Litigation**
**LOSS CHART**
**Class Period Begins:**        3/27/2020
**Class Period Ends:**        3/9/2021
**90-Day Lookback Ends:**        6/7/2021 **Not Yet Expired**
**MEAN TRADING PRICE:    $        2.84**

| PURCHASES | | | | | SALES | | | | | GAIN or (LOSS) |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | TRANSACTION | QUANTITY | PRICE | (TOTAL COST) | DATE | TRANSACTION | QUANTITY | PRICE | TOTAL PROCEEDS | |
| 6/29/2020 | BOUGHT | 1,000 | $ 7.85 | $ (7,850.00) | 6/29/2020 | SOLD | (1,000) | $ 7.95 | $ 7,950.00 | $ 100.00 |
| 6/30/2020 | BOUGHT | 10,000 | $ 9.50 | $ (95,000.00) | | HELD | (10,000) | $ 2.84 | $ 28,385.11 | $ (66,614.89) |
| 6/30/2020 | BOUGHT | 10,000 | $ 9.50 | $ (95,000.00) | | HELD | (10,000) | $ 2.84 | $ 28,385.11 | $ (66,614.89) |
| 6/30/2020 | BOUGHT | 9,900 | $ 9.38 | $ (92,862.00) | | HELD | (9,900) | $ 2.84 | $ 28,101.26 | $ (64,760.74) |
| 6/30/2020 | BOUGHT | 100 | $ 9.39 | $ (939.00) | | HELD | (100) | $ 2.84 | $ 283.85 | $ (655.15) |
| 6/30/2020 | BOUGHT | 1,040 | $ 8.95 | $ (9,308.00) | | HELD | (1,040) | $ 2.84 | $ 2,952.05 | $ (6,355.95) |
| 6/30/2020 | BOUGHT | 8,960 | $ 8.98 | $ (80,460.80) | | HELD | (8,960) | $ 2.84 | $ 25,433.06 | $ (55,027.74) |

|  | | | | | | |
|---|---|---|---|---|---|---|
| **Total Purchases:** | 41,000 | **Total Cost:** | $ (381,419.80) | **Total Sold:** | (1,000) | **Total Gain or (Loss):    $    (259,929.37)** |
| | | *Less: Total Proceeds From Sales* | $ 7,950.00 | **Total Held:** | 40,000 | |
| | | *Yields: Net Expenditures* | $ (373,469.80) | | | |

**HELD** = For shares acquired during the Class Period, but held throughout the 90-day period immediately thereafter, losses have been determined using "the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." 15 U.S.C. § 78u-4(e)(1).

Here, the "mean trading price" as of May 14, 2021 (the last completed trading day as of the date of filing) was approximately **$2.84**.