# EXHIBIT C

The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND, )<br><br>Defendants. ) | Case No. 3:21-cv-05190-BHS<br><br>**DECLARATION OF DR. SMILA KODALI IN SUPPORT OF HER MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF HER SELECTION OF LEAD COUNSEL**<br><br>NOTE ON MOTION CALENDAR: June 4, 2021 |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND, )<br><br>Defendants. ) | Case No. 3:21-cv-05260-MLP |

DECLARATION OF DR. SMILA KODALI
CASE NO. 3:21-cv-5190-BHS

I, Dr. Smila Kodali, M.D., hereby declare as follows:

1.      I respectfully submit this Declaration to support my Motion for Appointment as Lead Plaintiff and for Approval of my Selection of Counsel in the instant Class action on behalf of investors in CytoDyn, Inc. ("CytoDyn" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      I am informed of and understand the requirements and duties imposed by the PSLRA. I am a resident of Kentucky.

3.      I am a psychiatrist, currently work in Queens, NY, and have spent several years investing in the capital markets.

4.      I believe that the securities class action against CytoDyn is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class. I suffered a substantial loss on my investment in CytoDyn securities. For this reason, I decided to seek appointment as Lead Plaintiff in this action. I understand the responsibilities and duties of serving as a Lead Plaintiff.

5.      A Lead Plaintiff's obligation under the PSLRA is to act as a fiduciary for the class and that an important decision in this role is the selection of Lead Counsel. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel.

6.      Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe KSF is well-qualified to represent the Class. As part of my due diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF's Managing Partner.

7.      I will direct Lead Counsel to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing substantive filings before they are filed with the Court, attending key hearings, and leading settlement discussions, if any, that will take place in this matter.

DECLARATION OF DR. SMILA KODALI
CASE NO. 3:21-cv-5190-BHS                    1

8.    I understand that a Lead Plaintiff's share of any recovery is the same as any other potential Class member. As my Certification states, I will not accept and have not accepted any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation, as may be ordered or approved by the Court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 17, 2021, in New York City, New York.



DocuSigned by:

—7771B6C28AFE473...

Dr. Smila Kodali, M.D.

DECLARATION OF DR. SMILA KODALI        2
CASE NO. 3:21-cv-5190-BHS