# EXHIBIT E

# BRESKIN | JOHNSON | TOWNSEND PLLC

### OUR FIRM

Breskin Johnson & Townsend PLLC was founded in 2007 and has been appointed class counsel in dozens of cases in state and federal courts in Washington and around the country.  Breskin Johnson & Townsend specializes in representing plaintiffs in consumer, employment, insurance and securities class actions.  Below are a few of BJT's representative cases

### REPRESENTATIVE CLASS ACTIONS CASES

- *Pisano v. Zulily, Inc., et al.* Federal securities law class action against Zulily, Inc. Defendants have violated the above-referenced Sections of the Exchange Act by causing a materially incomplete and misleading Schedule 14D-9 Solicitation/Recommendation Statement to be filed with the SEC.

- *Griffith v. IsoRay, Inc., et al.* Class action against IsoRay and current and Former members of its Board of Directors for breaches of fiduciary duty and violations of the Minnesota Business Corporations Act.

- *In re: WSB Financial Group Securities Litigation*. Federal securities law class action against WSB Financial Group relating to its misrepresentations and disclosures in SEC filings about its initial public offering.

- *Hill v. Garda CL Northwest*. Armored car drivers in Washington challenge Garda's break and wage practices.

- *Sump v. Affiliated Computer Services, Inc*. Class action by Washington state customer service representatives paid under ACS's "Activity Based Compensation" or "ABC" pay plan, which they claim is deceptive and violates Washington wage laws.

- *In re: Former Washington Mutual Employees* Lead Counsel in a consolidated lawsuit against the FDIC for failing to pay compensation due to former employees of Washington Mutual Bank.

- *Barker v. Skype.* Settled. Reached nationwide settlement in federal lawsuit against Skype, for alleged violations of state laws due to Skype's policy of expiring consumer credits. Settlement includes refunding expired customer credits and a nationwide practice change.

- *Volkswagen Motor Company*. Class Action filed by owners of 1999 and 2000 model year Volkswagens with a diesel (TDI) engine for defects to the intake manifold.

- *MySpine, PS v. Allstate Insurance*. Washington class actions for failure to pay all reasonable and necessary medical expenses under an Allstate PIP insurance policy. Preliminary Approval Granted.

- *MySpine, PS v. Hartford Insurance.* Washington class actions for failure to pay all reasonable and necessary medical expenses under a Hartford PIP insurance policy.

Preliminary Approval Granted. *Randolph v. AT&T Wireless / Schnall v. AT&T Wireless*. California and national class actions by AT&T Wireless subscribers challenging ATT's practice of adding undisclosed "universal connectivity" charges to monthly price of service.

- *Udlinek v. AT&T Wireless*. Washington consumers challenging "cramming" of unwanted features and charging for calls that were supposed to be free.

- *Peck/Bowden v. Cingular / Riensche v. Cingular*. Class actions on behalf of Washington consumers challenging Cingular's practice of billing them an additional fee for its state B&O tax obligations (the so-called "B&O Surcharge").

- *Baxter Air, Inc. v. NOS Communications*. Class action by small businesses in Washington who were deceived into purchasing long distance services at inflated prices through "call unit" billing scheme.

- *Short v. Sprint*. Action by Washington consumers challenging Sprint's practice of "contract renewal" without their knowledge or consent, to prevent them from switching carriers or require them to pay large Early Termination Fees.

- *Hesse/Olson v. Sprint*. Class action by Washington consumers challenging Sprint's practice of billing them an additional fee for its state B&O tax obligations.

- *eNIC Shareholders v. Verisign, Inc.*, United States District Court, Western District of Washington; obtained summary judgment in favor of Plaintiffs in enforcement action under Earnout Clauses to Merger Agreement.

- *Douglas v. Xerox.* Employees across the county challenge Xerox's wage practices.

- *Douglas v. Hill.* Washington employees challenge Xerox's wage practices.

- *MySpine v. USAA.* Washington class action for failure to pay all reasonable and necessary medical expenses under an USAA insurance policy

- *Chan v. Liberty Mutual.* Washington class action for failure to pay all reasonable and necessary medical expenses under a Liberty Mutual insurance policy

- *Chan v. Safeco.* Washington class action for failure to pay all reasonable and necessary medical expenses under a Safeco  insurance policy

- *Folweiler Chiropractic v. FairHealth.* A class action by Washington providers whose bills were improperly reduced based on the FairHealth database.

- *Folweiler Chiropractic v. Allstate.* Washington class action for failure to pay all reasonable and necessary medical expenses under an Allstate insurance policy

- *Folweiler Chirporactiv v. Progressive.* Washington class action for failure to pay all reasonable and necessary medical expenses under a Progressive insurance policy

- *Sonosite, Inc. Shareholder Litigation.* Federal securities law class action against Sonosite, Inc  Financial Group relating to their breach of fiduciary duties arising out of their attempt to sell the Company to FUJIFILM Holdings Corporation ("Fujifilm") (the "Proposed Transaction"); and Fujifilm and Salmon Acquisition Corporation for aiding and abetting these breaches of fiduciary duties.

- *In Re Superclick, Inc. Shareholder Litigation.* Federal securities law class action against Superclick Board of Directors relating to  their breach of fiduciary duties arising out of their attempt to sell the Company to AT&T Corp. ("AT&T") by means of an unfair process and for an unfair price.

- *Daks v. Seabright Holdings, Inc. Et Al.* Federal securities law class action against Seabright Holdings, Inc. relating to its breach of fiduciary duties arising out of their attempt to sell the Company to Enstar by means of an unfair process and for an unfair price.

- *In Re Emeritus Corp. Shareholder Litigation*. Federal securities law class action against Emeritus Board of Directors relating to its for their breach of fiduciary duties arising out of their attempt to sell the Company to Brookdale by means of an unfair process and for an unfair price.

Roger M. Townsend, Partner

Roger Townsend has been a respected complex litigation attorney in Seattle since 1995. Mr. Townsend has represented individuals and businesses in partnership, breach of contract, intellectual property, privacy rights, professional malpractice, shareholder, employment, non-compete, trade secret and related matters.

Mr. Townsend has been appointed class counsel in multiple class actions including, *Pisano v. Zulily, Inc., et al.; Griffith v. IsoRay, Inc., et al.; In re: WSB Financial Group Securities Litigation*; *Barker v. Skype*; *Volkswagen Motor Company TDI litigation; MySpine, PS v. Allstate Insurance; MySpine, PS v. Hartford Insurance; Peck/Bowden v. Cingular / Riensche v. Cingular*; *Hesse/Olson v. Sprint*; *MySpine v. USAA; Sonosite, Inc. Shareholder Litigation; In Re Superclick, Inc. Shareholder Litigation; Daks v. Seabright Holdings, Inc. Et Al.; In Re Emeritus Corp. Shareholder Litigation.*

Professional Honors and Affiliations

- Ninth Circuit Lawyer Representative, Exeuctive Committee, 2020-present
- Ninth Circuit Lawyer Representative, Co-Chair Western District of Washington (2017-2019)
- President (2017 Term), Federal Bar Association, Western District of Washington
- Named "Super Lawyer" by Washington Law & Politics, 2008–present
- "AV" rated by Martindale-Hubbell Peer Review (highest rating)
- AVVO rating: 10.0 (highest rating)
- Member, Bainbridge Island City Council (2013-2017)
- Law Clerk to the Honorable William L. Dwyer, United States District Judge, Western District of Washington, 1996–1997
- Law Clerk to the Honorable Robert R. Beezer, United States Circuit Judge, Ninth Circuit Court of Appeals, 1997–1998

Education
- Northwestern University School of Law
- Wesleyan University B.A., Economics