THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND, <br><br> Defendants. | Case No. 3:21-cv-05190-BHS <br><br> **DECLARATION OF ROGER TOWNSEND IN SUPPORT OF DR. SMILA KODALI'S OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO ALL OTHER MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** <br><br> NOTE ON MOTION CALENDAR: June 4, 2021 |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND, <br><br> Defendants. | Case No. 3:21-cv-05260-MLP |

TOWNSEND DECL. ISO DR. SMILA KODALI'S OMNIBUS OPPOSITION TO ALL OTHER MOTIONS FOR LEAD PLAINTIFF CASE NO. 3:21-cv-5190-BHS

BRESKIN JOHNSON & TOWNSEND, PLLC 1000 SECOND AVENUE, SUITE 3670 SEATTLE, WA 98104 T: (206) 652-8660

I, Roger Townsend, hereby declare as follows:

1.      I am a member in good standing of the bar of the state of Washington and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Dr. Smila Kodali's Omnibus Opposition to All Other Motions for Appointment as Lead Plaintiff. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a spreadsheet generated from Brian Joe Courter and Courter and Sons LLC ("Courter")'s trade data (*see* ECF 27, at 8-9).

4.      Attached hereto as **Exhibit B** is a true and correct copy of CytoDyn's trading data for the calendar year preceding the Class Period, obtained from *Yahoo!* Finance.

5.      Attached hereto as **Exhibit C** is a true and correct copy of Courter's loss chart (*see* ECF No. 27, at 11-12), which has been annotated to highlight proceeds excluded from his calculated losses.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 1, 2021, in Seattle, Washington.

_s/ Roger Townsend_
ROGER TOWNSEND

TOWNSEND DECL. ISO DR. SMILA KODALI'S
OMNIBUS OPPOSITION TO ALL OTHER MOTIONS
FOR LEAD PLAINTIFF
CASE NO. 3:21-cv-5190-BHS

1

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8660