# EXHIBIT A

### Brian Joe Courter Roth IRA

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 6/24/2020 | 5,000 | $5.00 |
| Com Stk | Buy | 6/25/2020 | 24,000 | $5.95 |
| Com Stk | Buy | 7/2/2020 | 29,400 | $6.86 |
| Com Stk | Buy | 7/13/2020 | 318 | $3.64 |
| Com Stk | Buy | 7/17/2020 | 2,300 | $5.00 |
| Com Stk | Buy | 7/21/2020 | 32,000 | $5.41 |
| Com Stk | Buy | 7/29/2020 | 2,700 | $5.00 |
| Com Stk | Sell | 6/19/2020 | 30,000 | $3.75 |
| Com Stk | Sell | 7/2/2020 | 29,000 | $6.96 |
| Com Stk | Sell | 7/20/2020 | 600 | $5.82 |
| Com Stk | Sell | 7/20/2020 | 31,418 | $5.82 |

### Brian Joe Courter IRA

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 4/2/2020 | 10,000 | $2.24 |
| Com Stk | Buy | 6/24/2020 | 5,000 | $5.00 |
| Com Stk | Buy | 6/25/2020 | 50,000 | $6.00 |
| Com Stk | Buy | 6/30/2020 | 1,418 | $9.80 |
| Com Stk | Buy | 6/30/2020 | 5,002 | $9.79 |
| Com Stk | Buy | 6/30/2020 | 7,080 | $9.80 |
| Com Stk | Buy | 7/13/2020 | 270 | $3.75 |
| Com Stk | Buy | 7/17/2020 | 2,230 | $5.00 |
| Com Stk | Buy | 7/21/2020 | 3,100 | $5.35 |
| Com Stk | Buy | 7/21/2020 | 23,994 | $5.30 |
| Com Stk | Buy | 7/21/2020 | 47,906 | $5.35 |
| Com Stk | Buy | 7/29/2020 | 2,670 | $5.00 |
| Com Stk | Sell | 6/19/2020 | 40,000 | $3.75 |
| Com Stk | Sell | 7/20/2020 | 1,166 | $5.80 |
| Com Stk | Sell | 7/20/2020 | 9,588 | $5.83 |
| Com Stk | Sell | 7/20/2020 | 17,509 | $5.79 |
| Com Stk | Sell | 7/20/2020 | 42,737 | $5.82 |

### Brian Joe Courter IRA

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 6/25/2020 | 61 | $6.08 |

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Com Stk | Buy | 7/21/2020 | 1,000 | $5.29 |
| Com Stk | Sell | 7/20/2020 | 935 | $5.78 |

## Courter and Sons LLC

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Com Stk | Buy | 4/2/2020 | 15,000 | $2.40 |
| Com Stk | Buy | 6/24/2020 | 5,000 | $4.99 |
| Com Stk | Buy | 6/25/2020 | 55,000 | $5.95 |
| Com Stk | Buy | 9/30/2020 | 312 | $3.00 |
| Com Stk | Sell | 3/27/2020 | 100,000 | $1.05 |
| Com Stk | Sell | 6/12/2020 | 5,000 | $3.24 |
| Com Stk | Sell | 6/19/2020 | 70,000 | $3.75 |

|  |  |
|---|---|
| TOTAL BOUGHT: | 330,761 |
| TOTAL SOLD: | 377,953 |
| **DIFFERENCE:** | **(47,192) Net Seller** |