# EXHIBIT B

**CytoDyn Securities Litigation**
**Historical Prices of CYDY Common Stock**
**For the One Year Period March 26, 2019 through March 26, 2020**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/26/2019 | 0.51 | 0.51 | 0.5 | 0.5 | 0.5 | 350400 |
| 3/27/2019 | 0.5 | 0.5 | 0.49 | 0.5 | 0.5 | 296900 |
| 3/28/2019 | 0.5 | 0.5 | 0.47 | 0.48 | 0.48 | 482100 |
| 3/29/2019 | 0.5 | 0.5 | 0.48 | 0.48 | 0.48 | 488500 |
| 4/1/2019 | 0.49 | 0.5 | 0.48 | 0.48 | 0.48 | 644400 |
| 4/2/2019 | 0.51 | 0.55 | 0.48 | 0.52 | 0.52 | 1355900 |
| 4/3/2019 | 0.53 | 0.54 | 0.5 | 0.5 | 0.5 | 997300 |
| 4/4/2019 | 0.5 | 0.51 | 0.5 | 0.5 | 0.5 | 283200 |
| 4/5/2019 | 0.51 | 0.52 | 0.5 | 0.51 | 0.51 | 230400 |
| 4/8/2019 | 0.52 | 0.52 | 0.5 | 0.5 | 0.5 | 767100 |
| 4/9/2019 | 0.5 | 0.51 | 0.48 | 0.5 | 0.5 | 649100 |
| 4/10/2019 | 0.5 | 0.5 | 0.46 | 0.47 | 0.47 | 578000 |
| 4/11/2019 | 0.48 | 0.48 | 0.45 | 0.45 | 0.45 | 655600 |
| 4/12/2019 | 0.45 | 0.46 | 0.43 | 0.45 | 0.45 | 417600 |
| 4/15/2019 | 0.46 | 0.46 | 0.43 | 0.44 | 0.44 | 451200 |
| 4/16/2019 | 0.45 | 0.46 | 0.44 | 0.45 | 0.45 | 353300 |
| 4/17/2019 | 0.45 | 0.45 | 0.44 | 0.45 | 0.45 | 347900 |
| 4/18/2019 | 0.45 | 0.47 | 0.45 | 0.46 | 0.46 | 306500 |
| 4/22/2019 | 0.46 | 0.46 | 0.44 | 0.44 | 0.44 | 295600 |
| 4/23/2019 | 0.45 | 0.45 | 0.44 | 0.45 | 0.45 | 90100 |
| 4/24/2019 | 0.45 | 0.45 | 0.44 | 0.45 | 0.45 | 205600 |
| 4/25/2019 | 0.46 | 0.46 | 0.42 | 0.44 | 0.44 | 774800 |
| 4/26/2019 | 0.45 | 0.45 | 0.42 | 0.43 | 0.43 | 371100 |
| 4/29/2019 | 0.43 | 0.44 | 0.42 | 0.44 | 0.44 | 351600 |
| 4/30/2019 | 0.44 | 0.44 | 0.42 | 0.42 | 0.42 | 395100 |
| 5/1/2019 | 0.42 | 0.43 | 0.41 | 0.42 | 0.42 | 484400 |
| 5/2/2019 | 0.42 | 0.42 | 0.39 | 0.41 | 0.41 | 531600 |
| 5/3/2019 | 0.41 | 0.42 | 0.39 | 0.4 | 0.4 | 444500 |
| 5/6/2019 | 0.42 | 0.44 | 0.4 | 0.41 | 0.41 | 487300 |
| 5/7/2019 | 0.42 | 0.43 | 0.4 | 0.4 | 0.4 | 540800 |
| 5/8/2019 | 0.4 | 0.43 | 0.4 | 0.42 | 0.42 | 748300 |
| 5/9/2019 | 0.43 | 0.49 | 0.42 | 0.49 | 0.49 | 855900 |
| 5/10/2019 | 0.49 | 0.49 | 0.46 | 0.47 | 0.47 | 747700 |
| 5/13/2019 | 0.47 | 0.48 | 0.43 | 0.46 | 0.46 | 497600 |
| 5/14/2019 | 0.42 | 0.47 | 0.42 | 0.43 | 0.43 | 463800 |
| 5/15/2019 | 0.42 | 0.43 | 0.37 | 0.39 | 0.39 | 1861300 |
| 5/16/2019 | 0.39 | 0.43 | 0.38 | 0.41 | 0.41 | 824200 |
| 5/17/2019 | 0.42 | 0.47 | 0.42 | 0.44 | 0.44 | 412000 |
| 5/20/2019 | 0.44 | 0.47 | 0.44 | 0.46 | 0.46 | 425200 |
| 5/21/2019 | 0.47 | 0.49 | 0.44 | 0.44 | 0.44 | 669000 |
| 5/22/2019 | 0.45 | 0.45 | 0.42 | 0.44 | 0.44 | 434400 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/23/2019 | 0.44 | 0.45 | 0.4 | 0.41 | 0.41 | 303000 |
| 5/24/2019 | 0.42 | 0.42 | 0.4 | 0.41 | 0.41 | 411700 |
| 5/28/2019 | 0.43 | 0.44 | 0.39 | 0.4 | 0.4 | 534200 |
| 5/29/2019 | 0.4 | 0.41 | 0.38 | 0.38 | 0.38 | 1217100 |
| 5/30/2019 | 0.39 | 0.4 | 0.38 | 0.4 | 0.4 | 523500 |
| 5/31/2019 | 0.4 | 0.41 | 0.39 | 0.39 | 0.39 | 398300 |
| 6/3/2019 | 0.39 | 0.4 | 0.39 | 0.4 | 0.4 | 251100 |
| 6/4/2019 | 0.39 | 0.4 | 0.39 | 0.39 | 0.39 | 223800 |
| 6/5/2019 | 0.39 | 0.4 | 0.38 | 0.39 | 0.39 | 685000 |
| 6/6/2019 | 0.4 | 0.4 | 0.39 | 0.39 | 0.39 | 499700 |
| 6/7/2019 | 0.39 | 0.4 | 0.39 | 0.39 | 0.39 | 924400 |
| 6/10/2019 | 0.4 | 0.4 | 0.39 | 0.4 | 0.4 | 397900 |
| 6/11/2019 | 0.4 | 0.44 | 0.4 | 0.43 | 0.43 | 511900 |
| 6/12/2019 | 0.47 | 0.47 | 0.43 | 0.45 | 0.45 | 412400 |
| 6/13/2019 | 0.45 | 0.45 | 0.43 | 0.44 | 0.44 | 362200 |
| 6/14/2019 | 0.45 | 0.45 | 0.43 | 0.44 | 0.44 | 167600 |
| 6/17/2019 | 0.45 | 0.48 | 0.44 | 0.48 | 0.48 | 464200 |
| 6/18/2019 | 0.5 | 0.53 | 0.48 | 0.52 | 0.52 | 952300 |
| 6/19/2019 | 0.53 | 0.55 | 0.51 | 0.52 | 0.52 | 1018200 |
| 6/20/2019 | 0.51 | 0.52 | 0.46 | 0.5 | 0.5 | 494500 |
| 6/21/2019 | 0.5 | 0.51 | 0.49 | 0.5 | 0.5 | 328100 |
| 6/24/2019 | 0.49 | 0.49 | 0.47 | 0.49 | 0.49 | 219900 |
| 6/25/2019 | 0.49 | 0.51 | 0.47 | 0.47 | 0.47 | 110300 |
| 6/26/2019 | 0.48 | 0.48 | 0.46 | 0.46 | 0.46 | 215200 |
| 6/27/2019 | 0.46 | 0.48 | 0.46 | 0.47 | 0.47 | 145200 |
| 6/28/2019 | 0.47 | 0.48 | 0.44 | 0.47 | 0.47 | 359000 |
| 7/1/2019 | 0.5 | 0.5 | 0.46 | 0.46 | 0.46 | 266900 |
| 7/2/2019 | 0.46 | 0.49 | 0.46 | 0.46 | 0.46 | 130700 |
| 7/3/2019 | 0.46 | 0.47 | 0.46 | 0.47 | 0.47 | 176300 |
| 7/5/2019 | 0.47 | 0.47 | 0.45 | 0.46 | 0.46 | 170200 |
| 7/8/2019 | 0.46 | 0.46 | 0.45 | 0.45 | 0.45 | 178600 |
| 7/9/2019 | 0.41 | 0.45 | 0.41 | 0.42 | 0.42 | 409800 |
| 7/10/2019 | 0.43 | 0.44 | 0.42 | 0.42 | 0.42 | 130700 |
| 7/11/2019 | 0.42 | 0.43 | 0.39 | 0.4 | 0.4 | 438900 |
| 7/12/2019 | 0.4 | 0.47 | 0.4 | 0.45 | 0.45 | 463800 |
| 7/15/2019 | 0.45 | 0.48 | 0.43 | 0.44 | 0.44 | 247700 |
| 7/16/2019 | 0.44 | 0.46 | 0.43 | 0.43 | 0.43 | 207500 |
| 7/17/2019 | 0.46 | 0.46 | 0.42 | 0.42 | 0.42 | 208400 |
| 7/18/2019 | 0.46 | 0.46 | 0.43 | 0.45 | 0.45 | 993800 |
| 7/19/2019 | 0.46 | 0.46 | 0.43 | 0.44 | 0.44 | 740700 |
| 7/22/2019 | 0.44 | 0.44 | 0.41 | 0.41 | 0.41 | 450600 |
| 7/23/2019 | 0.41 | 0.43 | 0.4 | 0.43 | 0.43 | 285800 |
| 7/24/2019 | 0.43 | 0.44 | 0.41 | 0.44 | 0.44 | 108100 |
| 7/25/2019 | 0.43 | 0.47 | 0.43 | 0.45 | 0.45 | 302200 |
| 7/26/2019 | 0.43 | 0.45 | 0.39 | 0.42 | 0.42 | 1380000 |
| 7/29/2019 | 0.45 | 0.45 | 0.39 | 0.43 | 0.43 | 518200 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/30/2019 | 0.43 | 0.43 | 0.39 | 0.4 | 0.4 | 259400 |
| 7/31/2019 | 0.42 | 0.43 | 0.4 | 0.43 | 0.43 | 245900 |
| 8/1/2019 | 0.45 | 0.45 | 0.42 | 0.43 | 0.43 | 277000 |
| 8/2/2019 | 0.41 | 0.46 | 0.41 | 0.45 | 0.45 | 229400 |
| 8/5/2019 | 0.47 | 0.47 | 0.43 | 0.44 | 0.44 | 277600 |
| 8/6/2019 | 0.46 | 0.46 | 0.44 | 0.45 | 0.45 | 278200 |
| 8/7/2019 | 0.45 | 0.45 | 0.43 | 0.43 | 0.43 | 358500 |
| 8/8/2019 | 0.45 | 0.45 | 0.42 | 0.43 | 0.43 | 229400 |
| 8/9/2019 | 0.43 | 0.46 | 0.43 | 0.44 | 0.44 | 604800 |
| 8/12/2019 | 0.45 | 0.46 | 0.41 | 0.43 | 0.43 | 317800 |
| 8/13/2019 | 0.43 | 0.43 | 0.42 | 0.43 | 0.43 | 166700 |
| 8/14/2019 | 0.43 | 0.44 | 0.42 | 0.44 | 0.44 | 316900 |
| 8/15/2019 | 0.49 | 0.49 | 0.41 | 0.42 | 0.42 | 310100 |
| 8/16/2019 | 0.42 | 0.42 | 0.42 | 0.42 | 0.42 | 0 |
| 8/19/2019 | 0.43 | 0.44 | 0.41 | 0.43 | 0.43 | 254600 |
| 8/20/2019 | 0.43 | 0.44 | 0.4 | 0.42 | 0.42 | 711700 |
| 8/21/2019 | 0.42 | 0.43 | 0.41 | 0.42 | 0.42 | 1143100 |
| 8/22/2019 | 0.45 | 0.45 | 0.42 | 0.44 | 0.44 | 523500 |
| 8/23/2019 | 0.44 | 0.44 | 0.42 | 0.43 | 0.43 | 360100 |
| 8/26/2019 | 0.44 | 0.45 | 0.41 | 0.43 | 0.43 | 799100 |
| 8/27/2019 | 0.44 | 0.44 | 0.42 | 0.43 | 0.43 | 177100 |
| 8/28/2019 | 0.44 | 0.44 | 0.43 | 0.43 | 0.43 | 317300 |
| 8/29/2019 | 0.44 | 0.44 | 0.41 | 0.41 | 0.41 | 492700 |
| 8/30/2019 | 0.42 | 0.42 | 0.39 | 0.4 | 0.4 | 1048300 |
| 9/3/2019 | 0.4 | 0.41 | 0.39 | 0.4 | 0.4 | 374500 |
| 9/4/2019 | 0.4 | 0.4 | 0.39 | 0.4 | 0.4 | 430300 |
| 9/5/2019 | 0.39 | 0.4 | 0.39 | 0.39 | 0.39 | 366700 |
| 9/6/2019 | 0.39 | 0.4 | 0.39 | 0.39 | 0.39 | 327600 |
| 9/9/2019 | 0.4 | 0.4 | 0.39 | 0.4 | 0.4 | 807800 |
| 9/10/2019 | 0.4 | 0.4 | 0.36 | 0.39 | 0.39 | 960300 |
| 9/11/2019 | 0.4 | 0.41 | 0.38 | 0.4 | 0.4 | 922800 |
| 9/12/2019 | 0.4 | 0.4 | 0.39 | 0.39 | 0.39 | 808500 |
| 9/13/2019 | 0.39 | 0.4 | 0.38 | 0.38 | 0.38 | 689200 |
| 9/16/2019 | 0.39 | 0.4 | 0.38 | 0.39 | 0.39 | 623100 |
| 9/17/2019 | 0.4 | 0.4 | 0.38 | 0.39 | 0.39 | 730200 |
| 9/18/2019 | 0.4 | 0.4 | 0.38 | 0.39 | 0.39 | 396100 |
| 9/19/2019 | 0.4 | 0.4 | 0.38 | 0.38 | 0.38 | 635700 |
| 9/20/2019 | 0.38 | 0.39 | 0.38 | 0.39 | 0.39 | 218000 |
| 9/23/2019 | 0.39 | 0.39 | 0.32 | 0.35 | 0.35 | 1298800 |
| 9/24/2019 | 0.35 | 0.37 | 0.31 | 0.34 | 0.34 | 895800 |
| 9/25/2019 | 0.34 | 0.36 | 0.33 | 0.33 | 0.33 | 450900 |
| 9/26/2019 | 0.33 | 0.35 | 0.33 | 0.35 | 0.35 | 549300 |
| 9/27/2019 | 0.35 | 0.35 | 0.33 | 0.34 | 0.34 | 204100 |
| 9/30/2019 | 0.35 | 0.39 | 0.34 | 0.38 | 0.38 | 917700 |
| 10/1/2019 | 0.38 | 0.38 | 0.35 | 0.36 | 0.36 | 549400 |
| 10/2/2019 | 0.36 | 0.38 | 0.35 | 0.36 | 0.36 | 176900 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/3/2019 | 0.37 | 0.37 | 0.36 | 0.36 | 0.36 | 256300 |
| 10/4/2019 | 0.37 | 0.39 | 0.37 | 0.39 | 0.39 | 279100 |
| 10/7/2019 | 0.39 | 0.39 | 0.37 | 0.39 | 0.39 | 144800 |
| 10/8/2019 | 0.37 | 0.39 | 0.37 | 0.38 | 0.38 | 170200 |
| 10/9/2019 | 0.39 | 0.39 | 0.35 | 0.36 | 0.36 | 202600 |
| 10/10/2019 | 0.36 | 0.38 | 0.36 | 0.37 | 0.37 | 113800 |
| 10/11/2019 | 0.35 | 0.37 | 0.35 | 0.35 | 0.35 | 263700 |
| 10/14/2019 | 0.35 | 0.38 | 0.34 | 0.34 | 0.34 | 297400 |
| 10/15/2019 | 0.34 | 0.36 | 0.33 | 0.34 | 0.34 | 284400 |
| 10/16/2019 | 0.34 | 0.34 | 0.32 | 0.33 | 0.33 | 645000 |
| 10/17/2019 | 0.32 | 0.33 | 0.31 | 0.32 | 0.32 | 804800 |
| 10/18/2019 | 0.32 | 0.32 | 0.26 | 0.31 | 0.31 | 2244500 |
| 10/21/2019 | 0.31 | 0.31 | 0.28 | 0.29 | 0.29 | 457900 |
| 10/22/2019 | 0.3 | 0.33 | 0.3 | 0.32 | 0.32 | 620600 |
| 10/23/2019 | 0.31 | 0.33 | 0.31 | 0.32 | 0.32 | 240500 |
| 10/24/2019 | 0.34 | 0.34 | 0.32 | 0.32 | 0.32 | 372800 |
| 10/25/2019 | 0.34 | 0.38 | 0.32 | 0.32 | 0.32 | 1503100 |
| 10/28/2019 | 0.33 | 0.34 | 0.27 | 0.3 | 0.3 | 1487200 |
| 10/29/2019 | 0.3 | 0.32 | 0.29 | 0.3 | 0.3 | 1452300 |
| 10/30/2019 | 0.3 | 0.32 | 0.3 | 0.3 | 0.3 | 325500 |
| 10/31/2019 | 0.3 | 0.31 | 0.3 | 0.3 | 0.3 | 385800 |
| 11/1/2019 | 0.3 | 0.32 | 0.3 | 0.31 | 0.31 | 327600 |
| 11/4/2019 | 0.31 | 0.33 | 0.31 | 0.32 | 0.32 | 932400 |
| 11/5/2019 | 0.32 | 0.32 | 0.3 | 0.31 | 0.31 | 272800 |
| 11/6/2019 | 0.32 | 0.32 | 0.3 | 0.31 | 0.31 | 1229600 |
| 11/7/2019 | 0.31 | 0.32 | 0.3 | 0.32 | 0.32 | 906300 |
| 11/8/2019 | 0.31 | 0.32 | 0.3 | 0.32 | 0.32 | 628800 |
| 11/11/2019 | 0.32 | 0.32 | 0.3 | 0.3 | 0.3 | 1141500 |
| 11/12/2019 | 0.33 | 0.34 | 0.31 | 0.32 | 0.32 | 1779400 |
| 11/13/2019 | 0.32 | 0.32 | 0.3 | 0.3 | 0.3 | 1375000 |
| 11/14/2019 | 0.32 | 0.37 | 0.32 | 0.34 | 0.34 | 4060900 |
| 11/15/2019 | 0.35 | 0.36 | 0.32 | 0.34 | 0.34 | 1730400 |
| 11/18/2019 | 0.34 | 0.34 | 0.33 | 0.33 | 0.33 | 1403400 |
| 11/19/2019 | 0.33 | 0.34 | 0.3 | 0.33 | 0.33 | 2112100 |
| 11/20/2019 | 0.34 | 0.34 | 0.3 | 0.31 | 0.31 | 1176700 |
| 11/21/2019 | 0.31 | 0.32 | 0.3 | 0.3 | 0.3 | 725400 |
| 11/22/2019 | 0.32 | 0.32 | 0.3 | 0.31 | 0.31 | 1363700 |
| 11/25/2019 | 0.31 | 0.31 | 0.3 | 0.3 | 0.3 | 614800 |
| 11/26/2019 | 0.3 | 0.31 | 0.29 | 0.29 | 0.29 | 694400 |
| 11/27/2019 | 0.3 | 0.3 | 0.29 | 0.29 | 0.29 | 1357000 |
| 11/29/2019 | 0.28 | 0.29 | 0.27 | 0.28 | 0.28 | 1047200 |
| 12/2/2019 | 0.29 | 0.29 | 0.28 | 0.28 | 0.28 | 1510900 |
| 12/3/2019 | 0.29 | 0.3 | 0.26 | 0.29 | 0.29 | 996200 |
| 12/4/2019 | 0.29 | 0.29 | 0.28 | 0.29 | 0.29 | 358600 |
| 12/5/2019 | 0.3 | 0.3 | 0.28 | 0.29 | 0.29 | 662500 |
| 12/6/2019 | 0.29 | 0.3 | 0.29 | 0.29 | 0.29 | 630600 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/9/2019 | 0.31 | 0.31 | 0.29 | 0.29 | 0.29 | 360100 |
| 12/10/2019 | 0.3 | 0.32 | 0.29 | 0.29 | 0.29 | 822100 |
| 12/11/2019 | 0.29 | 0.3 | 0.29 | 0.29 | 0.29 | 362400 |
| 12/12/2019 | 0.3 | 0.3 | 0.28 | 0.28 | 0.28 | 599200 |
| 12/13/2019 | 0.3 | 0.31 | 0.27 | 0.31 | 0.31 | 556100 |
| 12/16/2019 | 0.31 | 0.31 | 0.29 | 0.29 | 0.29 | 647700 |
| 12/17/2019 | 0.29 | 0.31 | 0.29 | 0.3 | 0.3 | 443700 |
| 12/18/2019 | 0.35 | 0.45 | 0.35 | 0.42 | 0.42 | 3501500 |
| 12/19/2019 | 0.43 | 0.74 | 0.43 | 0.63 | 0.63 | 9052700 |
| 12/20/2019 | 0.65 | 0.66 | 0.5 | 0.58 | 0.58 | 5232900 |
| 12/23/2019 | 0.62 | 0.67 | 0.58 | 0.61 | 0.61 | 4180600 |
| 12/24/2019 | 0.61 | 0.66 | 0.58 | 0.64 | 0.64 | 1772600 |
| 12/26/2019 | 0.64 | 0.79 | 0.62 | 0.78 | 0.78 | 4641500 |
| 12/27/2019 | 0.83 | 1.05 | 0.82 | 0.98 | 0.98 | 8268900 |
| 12/30/2019 | 1 | 1.18 | 0.87 | 0.93 | 0.93 | 7847500 |
| 12/31/2019 | 0.99 | 1.06 | 0.94 | 1 | 1 | 3295600 |
| 1/2/2020 | 1 | 1.1 | 0.83 | 0.97 | 0.97 | 4843600 |
| 1/3/2020 | 0.99 | 1 | 0.89 | 0.97 | 0.97 | 1576900 |
| 1/6/2020 | 0.98 | 1.03 | 0.97 | 0.98 | 0.98 | 1784600 |
| 1/7/2020 | 0.99 | 1.02 | 0.89 | 0.93 | 0.93 | 2850500 |
| 1/8/2020 | 0.91 | 0.93 | 0.77 | 0.85 | 0.85 | 4005000 |
| 1/9/2020 | 0.86 | 0.91 | 0.82 | 0.88 | 0.88 | 2416900 |
| 1/10/2020 | 0.93 | 0.99 | 0.86 | 0.98 | 0.98 | 2061200 |
| 1/13/2020 | 1.04 | 1.17 | 1.03 | 1.11 | 1.11 | 5461100 |
| 1/14/2020 | 1.11 | 1.12 | 1 | 1.11 | 1.11 | 3383000 |
| 1/15/2020 | 1.11 | 1.11 | 0.98 | 1.01 | 1.01 | 1954600 |
| 1/16/2020 | 1.06 | 1.09 | 1.03 | 1.03 | 1.03 | 941200 |
| 1/17/2020 | 1.08 | 1.09 | 1.01 | 1.05 | 1.05 | 1859000 |
| 1/21/2020 | 1.06 | 1.08 | 1.01 | 1.06 | 1.06 | 1560700 |
| 1/22/2020 | 1.1 | 1.13 | 1.04 | 1.09 | 1.09 | 3075900 |
| 1/23/2020 | 1.09 | 1.13 | 1.05 | 1.08 | 1.08 | 2755900 |
| 1/24/2020 | 1.09 | 1.12 | 1.06 | 1.09 | 1.09 | 2550900 |
| 1/27/2020 | 1.1 | 1.15 | 1.09 | 1.15 | 1.15 | 2812800 |
| 1/28/2020 | 1.18 | 1.25 | 1.16 | 1.2 | 1.2 | 4468800 |
| 1/29/2020 | 1.23 | 1.35 | 1.22 | 1.34 | 1.34 | 4224800 |
| 1/30/2020 | 1.35 | 1.54 | 1.24 | 1.24 | 1.24 | 8417400 |
| 1/31/2020 | 1.49 | 1.51 | 1.39 | 1.49 | 1.49 | 7587100 |
| 2/3/2020 | 1.5 | 1.54 | 1.44 | 1.52 | 1.52 | 5004300 |
| 2/4/2020 | 1.53 | 1.53 | 1.37 | 1.48 | 1.48 | 4377100 |
| 2/5/2020 | 1.51 | 1.65 | 1.47 | 1.48 | 1.48 | 6309100 |
| 2/6/2020 | 1.57 | 1.57 | 1.27 | 1.31 | 1.31 | 9436200 |
| 2/7/2020 | 1.27 | 1.27 | 1.04 | 1.08 | 1.08 | 13624200 |
| 2/10/2020 | 1.1 | 1.12 | 0.79 | 1.02 | 1.02 | 18008100 |
| 2/11/2020 | 1.04 | 1.24 | 1.04 | 1.2 | 1.2 | 3413300 |
| 2/12/2020 | 1.23 | 1.35 | 1.16 | 1.19 | 1.19 | 3674500 |
| 2/13/2020 | 1.19 | 1.23 | 1.11 | 1.18 | 1.18 | 2150800 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2/14/2020 | 1.18 | 1.2 | 1.13 | 1.17 | 1.17 | 2081000 |
| 2/18/2020 | 1.18 | 1.18 | 1.01 | 1.04 | 1.04 | 4745500 |
| 2/19/2020 | 1.05 | 1.12 | 1.05 | 1.07 | 1.07 | 1592600 |
| 2/20/2020 | 1.09 | 1.1 | 1.06 | 1.1 | 1.1 | 1531800 |
| 2/21/2020 | 1.1 | 1.11 | 1.06 | 1.1 | 1.1 | 1883700 |
| 2/24/2020 | 1.1 | 1.11 | 1.07 | 1.1 | 1.1 | 1783100 |
| 2/25/2020 | 1.1 | 1.16 | 1.08 | 1.1 | 1.1 | 1953500 |
| 2/26/2020 | 1.11 | 1.12 | 0.96 | 1.05 | 1.05 | 2680900 |
| 2/27/2020 | 1.06 | 1.06 | 0.95 | 1 | 1 | 3112200 |
| 2/28/2020 | 1 | 1.08 | 0.9 | 1.05 | 1.05 | 4184100 |
| 3/2/2020 | 1.1 | 1.15 | 1.02 | 1.07 | 1.07 | 3149300 |
| 3/3/2020 | 1.07 | 1.07 | 1 | 1.01 | 1.01 | 1566500 |
| 3/4/2020 | 1.02 | 1.04 | 1 | 1.02 | 1.02 | 2026500 |
| 3/5/2020 | 1.04 | 1.04 | 0.98 | 1.02 | 1.02 | 1537200 |
| 3/6/2020 | 1.05 | 1.11 | 1.05 | 1.1 | 1.1 | 3114600 |
| 3/9/2020 | 1.15 | 1.2 | 1.08 | 1.09 | 1.09 | 3033000 |
| 3/10/2020 | 1.15 | 1.16 | 0.99 | 1.03 | 1.03 | 2710600 |
| 3/11/2020 | 1.03 | 1.04 | 0.96 | 0.97 | 0.97 | 2090600 |
| 3/12/2020 | 0.94 | 1 | 0.83 | 0.98 | 0.98 | 3810800 |
| 3/13/2020 | 1.04 | 1.06 | 0.98 | 1 | 1 | 2947600 |
| 3/16/2020 | 1 | 1.01 | 0.92 | 0.96 | 0.96 | 2196500 |
| 3/17/2020 | 0.98 | 0.98 | 0.9 | 0.92 | 0.92 | 1735700 |
| 3/18/2020 | 0.9 | 0.94 | 0.81 | 0.94 | 0.94 | 2100000 |
| 3/19/2020 | 0.98 | 1.06 | 0.98 | 0.98 | 0.98 | 4124300 |
| 3/20/2020 | 0.99 | 0.99 | 0.9 | 0.95 | 0.95 | 2373400 |
| 3/23/2020 | 1 | 1 | 0.96 | 0.97 | 0.97 | 2724400 |
| 3/24/2020 | 0.99 | 1.04 | 0.98 | 1.02 | 1.02 | 2363400 |
| 3/25/2020 | 1.04 | 1.04 | 1.01 | 1.03 | 1.03 | 1655400 |
| 3/26/2020 | 1.04 | 1.04 | 0.91 | 0.94 | 0.94 | 3295000 |

**AVERAGE CLOSE: $ 0.57**