# EXHIBIT C

*Total LIFO Losses:* ($489,006.64)

**Brian Joe Courter Roth IRA**
**LIFO Losses in CytoDyn Inc.**
CP: 3/27/20 - 3/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 30,000 | | | Sale | 6/19/2020 | 30,000 | $3.75 | $112,500.00 | |
| | | | | | *Sales offsetting opening balance:* | | 30,000 | | $112,500.00 | Not included in losses |
| Purchase | 6/24/2020 | 5,000 | $4.9999 | $24,999.50 | Sale | 7/2/2020 | 29,000 | $6.9600 | $201,840.00 | |
| Purchase | 6/25/2020 | 24,000 | $5.9500 | $142,800.00 | Sale | 7/20/2020 | 31,418 | $5.8201 | $182,855.90 | |
| Purchase | 7/2/2020 | 29,400 | $6.8600 | $201,684.00 | Sale | 7/20/2020 | 600 | $5.8200 | $3,492.00 | |
| Purchase | 7/13/2020 | 318 | $3.6400 | $1,157.52 | Sale | 4/14/2021 | 2,000 | $2.8300 | $5,660.00 | |
| Purchase | 7/17/2020 | 2,300 | $5.0000 | $11,500.00 | Sale | 4/14/2021 | 6,600 | $2.8200 | $18,612.00 | |
| Purchase | 7/21/2020 | 32,000 | $5.4100 | $173,120.00 | Sale | 4/14/2021 | 42,400 | $2.8000 | $118,720.00 | |
| Purchase | 7/29/2020 | 2,700 | $5.0000 | $13,500.00 | | | | | | |
| Transfer In * | 12/17/2020 | 8,000 | | $0.00 | | | | | | |
| Transfer In * | 2/1/2021 | 8,300 | | $0.00 | | | | | | |
| | | 112,018 | | $568,761.02 | | | 112,018 | | $531,179.90 | |

*LIFO Losses in CytoDyn Inc.* ($37,581.12)

**Brian Joe Courter IRA**
**LIFO Losses in CytoDyn Inc.**
CP: 3/27/20 - 3/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 30,000 | | | Sale | 6/19/2020 | 30,000 | $3.75 | $112,500.00 | |
| | | | | | *Sales offsetting opening balance:* | | 30,000 | | $112,500.00 | Not included in losses |
| Purchase | 4/2/2020 | 10,000 | $2.2400 | $22,400.00 | Sale | 6/19/2020 | 10,000 | $3.7500 | $37,500.00 | |
| Purchase | 6/24/2020 | 5,000 | $5.0000 | $25,000.00 | Sale | 7/20/2020 | 9,588 | $5.8300 | $55,898.04 | |
| Purchase | 6/25/2020 | 50,000 | $6.0000 | $300,000.00 | Sale | 7/20/2020 | 42,737 | $5.8201 | $248,733.61 | |
| Purchase | 6/30/2020 | 7,080 | $9.8000 | $69,384.00 | Sale | 7/20/2020 | 1,166 | $5.8000 | $6,762.80 | |
| Purchase | 6/30/2020 | 1,418 | $9.7950 | $13,889.31 | Sale | 7/20/2020 | 17,509 | $5.7900 | $101,377.11 | |
| Purchase | 6/30/2020 | 5,002 | $9.7900 | $48,969.58 | Transfer Out * | 12/17/2020 | 8,000 | | $0.00 | |
| Purchase | 7/13/2020 | 270 | $3.7500 | $1,012.50 | Transfer Out * | 2/1/2021 | 8,300 | | $0.00 | |
| Purchase | 7/17/2020 | 2,230 | $5.0000 | $11,150.00 | Sale | 4/14/2021 | 61,370 | $2.8000 | $171,836.00 | |
| Purchase | 7/21/2020 | 3,100 | $5.3500 | $16,585.00 | | | | | | |
| Purchase | 7/21/2020 | 47,906 | $5.3499 | $256,292.31 | | | | | | |
| Purchase | 7/21/2020 | 23,994 | $5.3000 | $127,168.20 | | | | | | |
| Purchase | 7/29/2020 | 2,670 | $5.0000 | $13,350.00 | | | | | | |

| | | 158,670 | | $905,200.90 | | | 158,670 | | $622,107.56 |
|---|---|---|---|---|---|---|---|---|---|

*LIFO Losses in CytoDyn Inc.* ($283,093.34)

**Brian Joe Courter**
**LIFO Losses in CytoDyn Inc.**
CP: 3/27/20 - 3/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 874 | | | Sale | 7/20/2020 | 874 | $5.78 | $5,051.72 | |
| | | | | | *Sales offsetting opening balance:* 874 | | | | $5,051.72 | Not included in losses |
| Purchase | 6/25/2020 | 61 | $6.0800 | $370.88 | Sale | 7/20/2020 | 61 | $5.7800 | $352.58 | |
| Purchase | 7/21/2020 | 1,000 | $5.2900 | $5,290.00 | Sale | 4/14/2021 | 1,000 | $2.8000 | $2,800.00 | |
| | | 1,061 | | $5,660.88 | | | 1,061 | | $3,152.58 | |

*LIFO Losses in CytoDyn Inc.* ($2,508.30)

**Courter and Sons LLC**
**LIFO Losses in CytoDyn Inc.**
CP: 3/27/20 - 3/9/21
Retained Shares Priced at    $2.81

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 160,000 | | | Sale | 3/27/2020 | 100,000 | $1.05 | $105,000.00 | |
| | | | | | Sale | 6/19/2020 | 60,000 | $3.75 | $225,000.00 | |
| | | | | | *Sales offsetting opening balance:* 160,000 | | | | $330,000.00 | Not included in losses |
| Purchase | 4/2/2020 | 15,000 | $2.4000 | $36,000.00 | Sale | 6/12/2020 | 5,000 | $3.2400 | $16,200.00 | |
| Purchase | 6/24/2020 | 5,000 | $4.9900 | $24,950.00 | Sale | 6/19/2020 | 10,000 | $3.7500 | $37,500.00 | |
| Purchase | 6/25/2020 | 55,000 | $5.9500 | $327,250.00 | Retained Shares | | 60,312 | $2.8122 | $169,612.11 | |
| Purchase | 9/30/2020 | 312 | $3.0000 | $936.00 | | | | | | |
| | | 75,312 | | $389,136.00 | | | 75,312 | | $223,312.11 | |

*LIFO Losses in CytoDyn Inc.* ($165,823.89)

*Shares transferred from IRA account to Roth IRA account.