The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>               Defendants. | No. 3:21-cv-05190-BHS<br><br>**REPLY DECLARATION OF BRADLEY S. KELLER IN FURTHER SUPPORT OF THE MOTION OF BRIAN JOE COURTER AND COURTER AND SONS LLC FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS** |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>               Defendants. | No. 3:21-cv-05260-MLP |

REPLY DECLARATION OF BRADLEY S. KELLER IN
FURTHER SUPPORT OF THE MOTION OF BRIAN JOE
COURTER AND COURTER AND SONS LLC
CASE NOS. 3:21-CV-05190-BHS, *ET AL.*

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

I, Bradley S. Keller, declare as follows:

1.    I am a member in good standing of the bar of the State of Washington and of this Court. I am a partner at the law firm Byrnes Keller Cromwell LLP. I submit this Reply Declaration in support of the motion filed by Brian Joe Courter and Courter and Sons LLC (collectively, "Courter") for consolidation of related actions, appointment as Lead Plaintiff, and approval of the selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class and Byrnes Keller Cromwell LLP to serve as Liaison Counsel for the class. Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Excerpts from the declaration of Kim E. Miller of Kahn Swick & Foti, LLC submitting movant loss chart in *In re Twitter Inc. Securities Litigation*, No. 16-cv-05314 (N.D. Cal. filed Nov. 15, 2016), ECF No. 43;

Exhibit B:    Excerpts from the declaration of Kim E. Miller of Kahn Swick & Foti, LLC submitting movant loss chart in *In re Weight Watchers International, Inc. Securities Litigation*, No. 19-cv-02005 (S.D.N.Y. filed May 3, 2019), ECF No. 22;

Exhibit C:    Calculation of Courter's losses pursuant to the methodology proposed by Dr. Smila Kodali; and

Exhibit D:    Calculation of the four financial interest factors for Courter and Dr. Smila Kodali.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

REPLY DECLARATION OF BRADLEY S. KELLER IN
FURTHER SUPPORT OF THE MOTION OF BRIAN JOE
COURTER AND COURTER AND SONS LLC
CASE NOS. 3:21-CV-05190-BHS, *ET AL.*

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

1

DATED this 4th day of June 2021, at Seattle, Washington.

By: *s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206), 622-2522
Email: bkeller@byrneskeller.com

---

REPLY DECLARATION OF BRADLEY S. KELLER IN
FURTHER SUPPORT OF THE MOTION OF BRIAN JOE
COURTER AND COURTER AND SONS LLC
CASE NOS. 3:21-CV-05190-BHS, *ET AL.*

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

2

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 4th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

REPLY DECLARATION OF BRADLEY S. KELLER IN
FURTHER SUPPORT OF THE MOTION OF BRIAN JOE
COURTER AND COURTER AND SONS LLC
CASE NOS. 3:21-CV-05190-BHS, *ET AL.*

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

3

# **EXHIBIT A**

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou (SBN 222567)
912 Cole Street, # 251
San Francisco, CA 94117
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

Kim E. Miller (SBN 178370)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone:  (212) 696-3730
Facsimile:  (504) 455-1498
kim.miller@ksfcounsel.com

Lewis S. Kahn
206 Covington St.
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com

*Counsel for Movants and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DORIS SHENWICK, as Trustee for the DORIS SHENWICK TRUST, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TWITTER, INC., RICHARD COSTOLO and ANTHONY NOTO, <br><br> Defendants. | **Case No. 3:16-cv-05314-JST** <br> <u>CLASS ACTION</u> <br> DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF JOHN AND DIANE STEARNS AND EDWARD PUHALLA FOR CONSOLIDATION, OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFFS, AND APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL <br><br> DATE:  December 22, 2016 <br> TIME:   2:00 P.M. <br> DEPT:  Courtroom 9, 19th Floor |

DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF JOHN AND DIANE STEARNS AND EDWARD PUHALLA FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL

1

CLAIRE DEGENHARDT, Individually and
On Behalf of All Others Similarly Situated,

      Plaintiff,

 v.

TWITTER, INC., RICHARD COSTOLO, and
ANTHONY NOTO,

      Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 3:16-cv-05439-JST**

DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF JOHN AND DIANE STEARNS AND EDWARD PUHALLA FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL

2

I, Kim E. Miller, hereby declare as follows:

1.     I am a member in good standing of the bars of the State of California and State of New York.

2.     Movants John and Diane Stearns and Edward Puhalla seek appointment as Lead Plaintiffs pursuant to Section 21(D) of the Securities Exchange Act of 1934 in the above-captioned actions (the "Actions").

3.     I submit this Declaration, together with the attached exhibits, in support of the Motion of John and Diane Stearns and Edward Puhalla to consolidate all related cases, to appoint them to serve as Lead Plaintiffs on behalf of the Class in the Actions and to approve their selection of Kahn Swick & Foti, LLC as Lead Counsel for the Class.  I am fully familiar with the facts set forth herein.

4.     Attached hereto as Exhibit A are true and correct copies of the sworn certifications of John and Diane Stearns and Edward Puhalla reflecting their transactions in Twitter, Inc. securities during the Class Period.

5.     Attached hereto as Exhibit B are tables reflecting the calculated losses incurred by John and Diane Stearns and Edward Puhalla as a result of their transactions in Twitter, Inc. securities during the Class Period.

6.     Attached hereto as Exhibit C is a true and correct copy of the press release published on September 16, 2016, on *PRNewswire*, a well-known national business-oriented publication, announcing the pendency of the lawsuit commenced against Defendants herein.

7.     Attached hereto as Exhibit D is a true and correct copy of the firm resume of Kahn Swick & Foti, LLC.

DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF JOHN AND DIANE STEARNS AND EDWARD PUHALLA FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL

I declare on personal knowledge and under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of November, 2016 at New York, New York.

/s/ Kim E. Miller
KIM E. MILLER

DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF JOHN AND DIANE STEARNS AND EDWARD PUHALLA FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL

# EXHIBIT B

**LOSS CHART OF JOHN AND DIANE STEARNS AND EDWARD PUHALLA IN SECURITIES OF TWITTER, INC.**

**Edward Puhalla Account**

| Purchase Date | Shares | Purchase Price | Cost | Sale Date | Sale Price | Proceeds | Loss/Gain |
|---|---|---|---|---|---|---|---|
| | 4,204 | pre-Class Period Holdings | | 2/12/2015 | $47.92 | n/a | n/a |
| 2/18/2015 | 4,231 | $47.90 | $202,664.90 | 2/23/2015 | $48.50 | $205,203.50 | $2,538.60 |
| 2/27/2015 | 4,217 | $48.10 | $202,837.70 | 3/9/2015 | $48.00 | $202,416.00 | ($421.70) |
| 3/9/2015 | 4,270 | $47.40 | $202,398.00 | 3/17/2015 | $46.90 | $200,263.00 | ($2,135.00) |
| 3/18/2015 | 4,315 | $46.40 | $200,216.00 | 3/23/2015 | $48.70 | $210,140.50 | $9,924.50 |
| 3/23/2015 | 4,333 | $48.50 | $210,150.50 | 3/26/2015 | $50.60 | $219,249.80 | $9,099.30 |
| 3/26/2015 | 200 | $50.09 | $10,018.00 | 3/31/2015 | $50.92 | $10,184.00 | $166.00 |
| 3/26/2015 | 300 | $50.09 | $15,027.00 | 3/31/2015 | $50.92 | $15,276.00 | $249.00 |
| 3/26/2015 | 3,875 | $50.09 | $194,098.75 | 3/31/2015 | $50.92 | $197,315.00 | $3,216.25 |
| 3/31/2015 | 4,395 | $50.70 | $222,826.50 | 4/6/2015 | $50.60 | $222,387.00 | ($439.50) |
| 4/10/2015 | 4,309 | $51.60 | $222,344.40 | held | $28.14 | $121,255.26 | ($101,089.14) |

**Diane Stearns Account 1**

| Purchase Date | Shares | Purchase Price | Cost | Sale Date | Sale Price | Proceeds | Loss/Gain |
|---|---|---|---|---|---|---|---|
| | 2,530 | pre-Class Period Holdings | | 2/12/2015 | $47.93 | n/a | n/a |
| 2/18/2015 | 2,545 | $47.90 | $121,905.50 | 2/23/2015 | $48.50 | $123,432.50 | $1,527.00 |
| 2/27/2015 | 2,538 | $48.10 | $122,077.80 | 3/9/2015 | $48.00 | $121,824.00 | ($253.80) |
| 3/9/2015 | 2,570 | $47.40 | $121,818.00 | 3/17/2015 | $46.90 | $120,533.00 | ($1,285.00) |
| 3/18/2015 | 2,597 | $46.40 | $120,500.80 | 3/23/2015 | $48.70 | $126,473.90 | $5,973.10 |
| 3/23/2015 | 2,587 | $48.50 | $125,469.50 | 3/26/2015 | $50.60 | $130,902.20 | $5,432.70 |
| 3/26/2015 | 2,632 | $50.10 | $131,863.20 | 3/31/2015 | $50.92 | $134,021.44 | $2,158.24 |
| 3/31/2015 | 2,644 | $50.70 | $134,050.80 | 4/6/2015 | $50.60 | $133,786.40 | ($264.40) |
| 4/10/2015 | 2,592 | $51.60 | $133,747.20 | held | $28.14 | $72,938.88 | ($60,808.32) |

**Diane Stearns Account 2**

| Purchase Date | Shares | Purchase Price | Cost | Sale Date | Sale Price | Proceeds | Loss/Gain |
|---|---|---|---|---|---|---|---|
| | 13,000 | pre-Class Period Holdings | | 2/13/2015 | $48.05 | n/a | n/a |
| 2/18/2015 | 13,054 | $47.90 | $625,286.60 | 2/24/2015 | $48.83 | $637,426.82 | $12,140.22 |
| 2/27/2015 | 13,274 | $48.10 | $638,479.40 | 3/9/2015 | $48.00 | $637,152.00 | ($1,327.40) |
| 3/9/2015 | 13,441 | $47.40 | $637,103.40 | 3/17/2015 | $46.90 | $630,382.90 | ($6,720.50) |
| 3/18/2015 | 13,585 | $46.40 | $630,344.00 | 3/23/2015 | $48.70 | $661,589.50 | $31,245.50 |
| 3/23/2015 | 13,641 | $48.50 | $661,588.50 | 3/26/2015 | $50.60 | $690,234.60 | $28,646.10 |
| 3/26/2015 | 13,776 | $50.10 | $690,177.60 | 3/31/2015 | $50.92 | $701,473.92 | $11,296.32 |
| 3/31/2015 | 13,835 | $50.70 | $701,434.50 | 4/6/2015 | $50.60 | $700,051.00 | ($1,383.50) |
| 4/10/2015 | 13,567 | $51.60 | $700,057.20 | held | $28.14 | $381,775.38 | ($318,281.82) |

**John Stearns Account**

| Purchase Date | Shares | Purchase Price | Cost | Sale Date | Sale Price | Proceeds | Loss/Gain |
|---|---|---|---|---|---|---|---|
| | 15,421 | pre-Class Period Holdings | | 2/12/2015 | $47.92 | n/a | n/a |
| 2/18/2015 | 15,427 | $47.90 | $738,953.30 | 2/23/2015 | $48.50 | $748,209.50 | $9,256.20 |
| 2/27/2015 | 15,376 | $48.10 | $739,585.60 | 3/9/2015 | $48.00 | $738,048.00 | ($1,537.60) |
| 3/9/2015 | 15,570 | $47.40 | $738,018.00 | 3/17/2015 | $46.90 | $730,233.00 | ($7,785.00) |
| 3/18/2015 | 15,737 | $46.40 | $730,196.80 | 3/23/2015 | $48.70 | $766,391.90 | $36,195.10 |
| 3/23/2015 | 15,801 | $48.50 | $766,348.50 | 3/26/2015 | $50.60 | $799,530.60 | $33,182.10 |
| 3/26/2015 | 15,958 | $50.10 | $799,495.80 | 3/31/2015 | $50.92 | $812,581.36 | $13,085.56 |
| 3/31/2015 | 16,027 | $50.70 | $812,568.90 | 4/6/2015 | $50.60 | $810,966.20 | ($1,602.70) |
| 4/10/2015 | 15,716 | $51.60 | $810,945.60 | held | $28.14 | $442,248.24 | ($368,697.36) |

| | |
|---|---|
| TOTAL SHARES ACQUIRED DURING CLASS PERIOD: | 288,935 |
| TOTAL DAMAGED SHARES ACQUIRED DURING CLASS PERIOD: | 36,184 |
| TOTAL LIFO LOSSES: | ($848,876.64) |

# EXHIBIT B

Case 3:21-cv-05190-BHS    Document 52    Filed 06/04/21    Page 13 of 22
Case 1:19-cv-02005-WHP    Document 22    Filed 05/03/19    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1: 19-cv-02005-WHP |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| JOHN JUBELT, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-02528-WHP |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF DAVID LUEBBE TO CONSOLIDATE RELATED ACTIONS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF <u>COUNSEL</u>**

I, Kim E. Miller, hereby declare as follows:

1.      I am a member in good standing of the bar of New York and a member of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for Lead Plaintiff Movant David Luebbe ("Movant"). I submit this Declaration in support of the Motion filed by Movant to: (1) consolidate

1

related cases; (2) be appointed as Lead Plaintiff; and (2) approve Proposed Lead Plaintiff's choice

of Lead Counsel for the Class.

2.      Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:    Certification of Mr. David Luebbe along with a detailed listing of his transactions in Weight Watchers International, Inc. common stock from May 4, 2018 through February 26, 2019, inclusive.

Exhibit B:    Loss Chart of Mr. David Luebbe reflecting his transactions in Weight Watchers International, Inc. common stock from May 4, 2018 through February 26, 2019, inclusive.

Exhibit C:    Published Notice on *BusinessWire* on March 4, 2019 of the first securities class action complaint filed in this matter, in the United States District Court for Southern District of New York.

Exhibit D:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing

facts are true and correct.

Executed this 3rd day of May, 2019, at New York, New York,

/s/ Kim E. Miller
Kim E. Miller

2

# EXHIBIT B

**Class Period Losses of David Luebbe in Common Stock of Weight Watchers International, Inc.**

| | |
|---|---|
| **Class Period Begins:** | 5/4/2018 |
| **Class Period Ends:** | 2/26/2019 |
| **90-Day Lookback Period Ends:** | 5/27/2019 |
| **90-Day Lookback Value (through May 3, 2019):** | $ 19.82 |

ACCOUNT NO. 1:

| DATE: | QUANTITY: | PRICE: | TOTAL COST: | SALE DATE: | PRICE: | TOTAL PROCEEDS: | GAIN/(LOSS): | |
|---|---|---|---|---|---|---|---|---|
| 5/3/2018 | 568 | $ 69.92 | $ 39,714.56 | 6/5/2018 | $ 86.48 | $ 49,120.64 | $ 9,406.08 | A |
| 5/3/2018 | 580 | $ 69.92 | $ 40,553.60 | 6/25/2018 | $ 98.95 | $ 57,391.00 | $ 16,837.40 | A |
| 7/12/2018 | 650 | $ 92.73 | $ 60,274.50 | HELD | $ 19.82 | $ 12,880.23 | $ (47,394.27) | |
| 8/7/2018 | 452 | $ 79.35 | $ 35,866.20 | HELD | $ 19.82 | $ 8,956.72 | $ (26,909.48) | |
| 10/31/2018 | 344 | $ 66.48 | $ 22,869.12 | HELD | $ 19.82 | $ 6,816.62 | $ (16,052.50) | |
| 1/25/2019 | 455 | $ 33.07 | $ 15,046.85 | HELD | $ 19.82 | $ 9,016.16 | $ (6,030.69) | |
| 2/21/2019 | 500 | $ 29.04 | $ 14,520.00 | HELD | $ 19.82 | $ 9,907.87 | $ (4,612.13) | |

OVERALL LOSSES: $ (74,755.59)

CLAIMED LOSSES: $ (100,999.07)

ACCOUNT NO. 2:

| DATE: | QUANTITY: | PRICE: | TOTAL COST: | SALE DATE: | PRICE: | TOTAL PROCEEDS: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| 5/29/2018 | 900 | $ 80.01 | $ 72,009.00 | HELD | $ 19.82 | $ 17,834.17 | $ (54,174.83) |

OVERALL LOSSES: $ (54,174.83)

CLAIMED LOSSES: $ (54,174.83)

**TOTAL OVERALL LOSSES: $ (128,930.42)**

**TOTAL CLAIMED LOSSES: $ (155,173.90)**

**A :** Under the LIFO method, these class period sales would be matched against pre-Class Period holdings. However, the Southern District of New York typically does not consider losses or gains on pre-class period holdings, holding they are not the focus when determining which movant has the "largest financial interest." *See City of Monroe Emps.' Ret. Sys. v. Hartford Fin. Servs. Grp.*, 269 F.R.D. 291, 295 (S.D.N.Y. 2010). Accordingly, the gains on these sales are not included in the "claimed losses" figures.

**HELD :** For shares purchased during the Class Period and held through the end of the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market, damages are limited pursuant to 15 U.S.C. § 78u–4(e)(1), using the "mean trading price" for that 90-Day period. Here, because the 90-Day period has not yet expired, the mean trading price has been determined using the available historical trading data through the close of the market on May 3, 2019.

# EXHIBIT C

**Brian Joe Courter Roth IRA**
CP: 3/27/20 - 3/9/21

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/27/2019 | 5,000 | $0.9900 | $4,950.00 | Sale | | 6/19/2020 | 30,000 | $3.7500 | $112,500.00 |
| Purchase | 2/4/2020 | 5,000 | $1.4000 | $7,000.00 | | | | | | |
| Purchase | 2/6/2020 | 15,000 | $1.4000 | $21,000.00 | | | | | | |
| Purchase | 2/27/2020 | 5,000 | $0.9500 | $4,750.00 | | | | | | |
| *Pre-Class Period Purchases Sold During Class Period:* | | 30,000 | | $37,700.00 | | *Class Period Sales of Pre-Class Period Purchases:* | | 30,000 | | $112,500.00 |
| Purchase | 6/24/2020 | 5,000 | $4.9999 | $24,999.50 | Sale | | 7/2/2020 | 29,000 | $6.9600 | $201,840.00 |
| Purchase | 6/25/2020 | 24,000 | $5.9500 | $142,800.00 | Sale | | 7/20/2020 | 31,418 | $5.8201 | $182,855.90 |
| Purchase | 7/2/2020 | 29,400 | $6.8600 | $201,684.00 | Sale | | 7/20/2020 | 600 | $5.8200 | $3,492.00 |
| Purchase | 7/13/2020 | 318 | $3.6400 | $1,157.52 | Sale | | 4/14/2021 | 2,000 | $2.8300 | $5,660.00 |
| Purchase | 7/17/2020 | 2,300 | $5.0000 | $11,500.00 | Sale | | 4/14/2021 | 6,600 | $2.8200 | $18,612.00 |
| Purchase | 7/21/2020 | 32,000 | $5.4100 | $173,120.00 | Sale | | 4/14/2021 | 42,400 | $2.8000 | $118,720.00 |
| Purchase | 7/29/2020 | 2,700 | $5.0000 | $13,500.00 | | | | | | |
| Transfer In * | 12/17/2020 | 8,000 | | $0.00 | | | | | | |
| Transfer In * | 2/1/2021 | 8,300 | | $0.00 | | | | | | |
| *Class Period Purchases:* | | 112,018 | | $568,761.02 | | | | 112,018 | | $531,179.90 |

*(Loss) or Gain Under "Dr. Kodali" Methodology:*    $37,218.88

**Brian Joe Courter IRA**
CP: 3/27/20 - 3/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/4/2020 | 1,464 | $1.4000 | $2,049.60 | Sale | 6/19/2020 | 30,000 | $3.7500 | $112,500.00 |
| Purchase | 2/6/2020 | 10,000 | $1.4500 | $14,500.00 | | | | | |
| Purchase | 2/11/2020 | 5,100 | $1.2300 | $6,273.00 | | | | | |
| Purchase | 2/11/2020 | 13,436 | $1.2299 | $16,524.94 | | | | | |
| *Pre-Class Period Purchases Sold During Class Period:* | | 30,000 | | $39,347.54 | *Class Period Sales of Pre-Class Period Purchases:* | | 30,000 | | $112,500.00 |
| Purchase | 4/2/2020 | 10,000 | $2.2400 | $22,400.00 | Sale | 6/19/2020 | 10,000 | $3.7500 | $37,500.00 |
| Purchase | 6/24/2020 | 5,000 | $5.0000 | $25,000.00 | Sale | 7/20/2020 | 9,588 | $5.8300 | $55,898.04 |
| Purchase | 6/25/2020 | 50,000 | $6.0000 | $300,000.00 | Sale | 7/20/2020 | 42,737 | $5.8201 | $248,733.61 |
| Purchase | 6/30/2020 | 7,080 | $9.8000 | $69,384.00 | Sale | 7/20/2020 | 1,166 | $5.8000 | $6,762.80 |
| Purchase | 6/30/2020 | 1,418 | $9.7950 | $13,889.31 | Sale | 7/20/2020 | 17,509 | $5.7900 | $101,377.11 |
| Purchase | 6/30/2020 | 5,002 | $9.7900 | $48,969.58 | Transfer Out * | 12/17/2020 | 8,000 | | $0.00 |
| Purchase | 7/13/2020 | 270 | $3.7500 | $1,012.50 | Transfer Out * | 2/1/2021 | 8,300 | | $0.00 |
| Purchase | 7/17/2020 | 2,230 | $5.0000 | $11,150.00 | Sale | 4/14/2021 | 61,370 | $2.8000 | $171,836.00 |
| Purchase | 7/21/2020 | 3,100 | $5.3500 | $16,585.00 | | | | | |
| Purchase | 7/21/2020 | 47,906 | $5.3499 | $256,292.31 | | | | | |
| Purchase | 7/21/2020 | 23,994 | $5.3000 | $127,168.20 | | | | | |
| Purchase | 7/29/2020 | 2,670 | $5.0000 | $13,350.00 | | | | | |
| *Class Period Purchases:* | | 158,670 | | $905,200.90 | *Class Period Sales of Pre-Class Period Purchases:* | | 158,670 | | $622,107.56 |

*(Loss) or Gain Under "Dr. Kodali" Methodology:*    ($209,940.87)

**Brian Joe Courter**
CP: 3/27/20 - 3/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/4/2020 | 874 | $1.4500 | $1,267.30 | Sale | 7/20/2020 | 874 | $5.7800 | $5,051.72 |
| *Pre-Class Period Purchases Sold During Class Period:* | | 874 | | $1,267.30 | *Class Period Sales of Pre-Class Period Purchases:* | | 874 | | $5,051.72 |
| Purchase | 6/25/2020 | 61 | $6.0800 | $370.88 | Sale | 7/20/2020 | 61 | $5.7800 | $352.58 |
| Purchase | 7/21/2020 | 1,000 | $5.2900 | $5,290.00 | Sale | 4/14/2021 | 1,000 | $2.8000 | $2,800.00 |
| *Class Period Purchases:* | | 1,061 | | $5,660.88 | | | 1,061 | | $3,152.58 |

*(Loss) or Gain Under "Dr. Kodali" Methodology:*    $1,276.12

**Courter and Sons LLC**
CP: 3/27/20 - 3/9/21
Retained Shares Priced at                           $2.81

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/11/2020 | 26,000 | $1.1700 | $30,420.00 | Sale | 3/27/2020 | 100,000 | $1.0500 | $105,000.00 |
| Purchase | 2/11/2020 | 24,000 | $1.1699 | $28,077.60 | Sale | 6/19/2020 | 60,000 | $3.7500 | $225,000.00 |
| Purchase | 2/11/2020 | 2,400 | $1.1600 | $2,784.00 | | | | | |
| Purchase | 2/11/2020 | 59,700 | $1.1800 | $70,446.00 | | | | | |
| Purchase | 2/11/2020 | 300 | $1.1750 | $352.50 | | | | | |
| Purchase | 2/11/2020 | 46,600 | $1.2000 | $55,920.00 | | | | | |
| Purchase | 2/12/2020 | 1,000 | $1.1800 | $1,180.00 | | | | | |
| *Pre-Class Period Purchases Sold During Class Period:* | | 160,000 | | $189,180.10 | | | 160,000 | | $330,000.00 |
| Purchase | 4/2/2020 | 15,000 | $2.4000 | $36,000.00 | Sale | 6/12/2020 | 5,000 | $3.2400 | $16,200.00 |
| Purchase | 6/24/2020 | 5,000 | $4.9900 | $24,950.00 | Sale | 6/19/2020 | 10,000 | $3.7500 | $37,500.00 |
| Purchase | 6/25/2020 | 55,000 | $5.9500 | $327,250.00 | Retained Shares | | 60,312 | $2.8122 | $169,612.11 |
| Purchase | 9/30/2020 | 312 | $3.0000 | $936.00 | | | | | |
| *Class Period Purchases:* | | 75,312 | | $389,136.00 | | | 75,312 | | $223,312.11 |

*(Loss) or Gain Under "Dr. Kodali" Methodology:*    ($25,003.99)

*Shares transferred from IRA account to Roth IRA account.

*Total (Loss) or Gain Under "Dr. Kodali" Methodology:*    ($196,449.86)

# EXHIBIT D

**Factor 1 (total shares purchased during the Class Period):**

| Movant | Total Shares Purchased |
|---|---|
| Courter | 330,761 |
| Dr. Kodali | 41,000 |

**Factor 2 (net shares purchased during the Class Period):**

| Movant | Shares Purchased | Shares Sold | Net Shares Purchased |
|---|---|---|---|
| Courter | 330,761 | 377,953 | -47,192 |
| Dr. Kodali | 41,000 | 1,000 | 40,000 |

**Factor 3 (net expenditures during the Class Period):**

| Movant | Total Expenditures | Total Proceeds | Net Expenditures |
|---|---|---|---|
| Courter | -$1,868,759 | $1,452,564 | -$416,195 |
| Dr. Kodali | -$381,420 | $7,950 | -$373,470 |

**Factor 4 (LIFO losses):**

| Movant | LIFO Losses |
|---|---|
| Courter | $498,007 |
| Dr. Kodali | $259,929 |