The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ANGELA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>      Defendants. | Case No. 3:21-cv-05190-BHS<br><br>**DR. SMILA KODALI'S NOTICE OF INTENT TO FILE SURREPLY PURSUANT TO LCR 7(g)(1)** |
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>      Defendants. | Case No. 3:21-cv-05260-MLP |

KODALI'S NOTICE OF INTENT TO FILE SURREPLY
CASE NO. 3:21-cv-5190-BHS

BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8290

Pursuant to LCR 7(g)(1), Movant Dr. Smila Kodali hereby gives notice that she intends to file a surreply asking the Court to strike (i) footnote six in Brian Joe Courter and Courter and Sons, LLC's Reply in Further Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, and in Opposition to Competing Motions (ECF 51 at 4), and (ii) Exhibit D to the Reply Declaration of Bradley S. Keller in Further Support of the Motion of Brian Joe Courter and Courter and Sons LLC for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, and in Opposition to Competing Motions (ECF 52 at 22).

Pursuant to LCR 7(g)(2), Movant Kodali's surreply will be filed on or before June 9, 2021.

Dated: June 7, 2021

Respectfully submitted,

**BRESKIN JOHNSON & TOWNSEND, PLLC**

By:    s/ Roger M. Townsend
Roger M. Townsend
1000 Second Avenue, Suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
rtownsend@bjtlegal.com

*Proposed Liaison Counsel for Movant,*
*Dr. Smila Kodali*

-and-

By:    s/ Ramzi Abadou
Ramzi Abadou (admitted *pro hac vice*)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel*
*for Movant, Dr. Smila Kodali*

KODALI'S NOTICE OF INTENT TO FILE SURREPLY
CASE NO. 3:21-cv-5190-BHS
1
BRESKIN JOHNSON & TOWNSEND, PLLC
1000 SECOND AVENUE, SUITE 3670
SEATTLE, WA 98104
T: (206) 652-8290