The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ANGELA LEWIS, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CYTODYN, INC, et al. )<br><br>Defendants. ) | Case No. 3:21-cv-05190-BHS<br><br>**[PROPOSED] ORDER GRANTING DR. SMILA KODALI'S MOTION TO RECONSIDER ORDER APPOINTING LEAD PLAINTIFF**<br><br>NOTE ON MOTION CALENDAR: **August 25, 2021** |

[PROPOSED] ORDER
CASE NO. 3:21-cv-5190-BHS

Before the Court is Dr. Smila Kodali's Motion to Reconsider Order Appointing Lead Plaintiff. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well-taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

This _____ day of _____, 2021.

THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented By:

*s/ Roger M. Townsend*
Roger M. Townsend
Breskin Johnson & Townsend PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
rtownsend@bjtlegal.com

*Liaison Counsel for Movant, Dr. Smila Kodali*

[PROPOSED] ORDER
CASE NO. 3:21-cv-5190-BHS

1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660