_____ FILED _____ LODGED
_____ RECEIVED

AUG 26 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN JOE COURTER, et al.<br><br>                    Plaintiffs,<br><br>    v.<br><br>CYTODYN, INC.,<br><br>                    Defendant. | CASE NO. C21-5190 BHS<br><br>ORDER REQUESTING RESPONSE AND RENOTING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Movant Dr. Smila Kodali's motion for reconsideration. Dkt. 66.

On August 19, 2021, the Court granted in part and denied as moot in part Movant Brian Joe Courter and Courter and Sons LLC's (collectively "Courter") motion to consolidate actions, appoint lead plaintiff, and approve selection of lead counsel. Dkt. 65. The Court denied Kodali's motion to appoint lead plaintiff, concluding that Courter had established the largest financial loss in this putative securities class action. *Id.*

On August 25, 2021, Kodali filed a timely motion for reconsideration. Dkt. 66. She argues that the Court committed manifest error by ignoring Courter's windfall gains during the Class Period and that the Court should appoint her as lead plaintiff. *Id.* The

ORDER - 1

Court, however, may not grant a motion for reconsideration without allowing the opposing party an opportunity to respond. Local Rules W.D. Wash. LCR 7(h)(3).

Therefore, Courter may respond no later than September 7, 2021, and Kodali may reply no later than September 10, 2021. The Clerk shall renote Kodali's motion for reconsideration for the Court's September 10, 2021 calendar.

**IT IS SO ORDERED.**

Dated this 16 day of August, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2