The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

BRIAN JOE COURTER, et al.,                    )    Case No. C21-cv-05190-BHS
                                              )
                              Plaintiff,      )
                                              )
                v.                            )
                                              )
CYTODYN, INC, et al.                          )    **DECLARATION OF ROGER TOWNSEND**
                                              )
                              Defendants.     )
                                              )
                                              )
                                              )
                                              )

DECLARATION OF ROGER TOWNSEND
CASE NO. C21-cv-5190-BHS

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

I, Roger Townsend, hereby declare as follows:

1.      I am a member in good standing of the bar of the state of Washington and am admitted to practice in this District.

2.      I submit this Declaration, together with the attached exhibits, in support of Dr. Kodali's Reply in Further Support of Her Motion to Reconsider Order Appointing Lead Plaintiff. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Greg Regan, CPA/CFF.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the Reply in Further Support of Fred Remer's Motion for (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel, filed on April 22, 2019 in the matter captioned *Glavan v. Revolution Lighting Technologies, Inc., et al.,* No. 1:19-cv-00980 (S.D.N.Y.), at Dkt. Entry 36.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 10, 2021, in Seattle, Washington.

_s/ Roger Townsend_
ROGER TOWNSEND

DECLARATION OF ROGER TOWNSEND
CASE NO. C21-cv-5190-BHS

1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660