# **EXHIBIT A**

## CERTIFICATION

I, Brian Joe Courter, individually and as owner and managing member of Courter and Sons LLC, declare that:

1. I have reviewed and have authorized the filing of the Amended Class Action Complaint For Violations Of The Federal Securities Laws on behalf of both myself and Courter and Son LLC.

2. Neither I nor Courter and Sons LLC purchased and/or acquired the security that is the subject of this action at the direction of my counsel nor in order to participate in any private action under the federal securities laws.

3. I and Courter and Sons LLC are willing to serve as a representative party on behalf of the class, including giving testimony at deposition and trial, if necessary. We understand that this is not a claim form, and that our ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4. My and Courter and Sons LLC's Class Period purchase and sale transaction(s) in CytoDyn Inc. securities that are the subject of this action are attached in Schedule A. I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A on behalf of myself and as owner and managing member of Courter and Sons LLC.

5. During the three years prior to the date of this Certification, neither I nor Courter and Sons LLC have sought to serve nor served as a representative party for a class in an action filed under the federal securities laws except for:

*Courter, et al., v. CytoDyn Inc., et al.,* Case No. 3:21-cv-05190-BHS (W.D. Wash.)

6. Neither I nor Courter and Sons LLC will accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/21/2021

*Brian Courter*
Brian Joe Courter, individually
and as owner and managing member of
Courter and Sons LLC

SCHEDULE A

Brian Joe Courter Account 1[1]

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 6/24/2020 | 5,000 | $4.9999 |
| Com Stk | Buy | 6/25/2020 | 24,000 | $5.9500 |
| Com Stk | Buy | 7/2/2020 | 29,400 | $6.8600 |
| Com Stk | Buy | 7/13/2020 | 318 | $3.6400 |
| Com Stk | Buy | 7/17/2020 | 2,300 | $5.0000 |
| Com Stk | Buy | 7/21/2020 | 32,000 | $5.4100 |
| Com Stk | Buy | 7/29/2020 | 2,700 | $5.0000 |
| Com Stk | Sell | 7/2/2020 | 29,000 | $6.9600 |
| Com Stk | Sell | 7/20/2020 | 600 | $5.8200 |
| Com Stk | Sell | 7/20/2020 | 31,418 | $5.8201 |
| Com Stk | Sell | 4/14/2021 | 2,000 | $2.8300 |
| Com Stk | Sell | 4/14/2021 | 6,600 | $2.8200 |
| Com Stk | Sell | 4/14/2021 | 42,400 | $2.8000 |

Brian Joe Courter Account 2

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 4/2/2020 | 10,000 | $2.2400 |
| Com Stk | Buy | 6/24/2020 | 5,000 | $5.0000 |
| Com Stk | Buy | 6/25/2020 | 50,000 | $6.0000 |
| Com Stk | Buy | 6/30/2020 | 1,418 | $9.7950 |
| Com Stk | Buy | 6/30/2020 | 5,002 | $9.7900 |
| Com Stk | Buy | 6/30/2020 | 7,080 | $9.8000 |
| Com Stk | Buy | 7/13/2020 | 270 | $3.7500 |
| Com Stk | Buy | 7/17/2020 | 2,230 | $5.0000 |
| Com Stk | Buy | 7/21/2020 | 3,100 | $5.3500 |
| Com Stk | Buy | 7/21/2020 | 23,994 | $5.3000 |
| Com Stk | Buy | 7/21/2020 | 47,906 | $5.3499 |
| Com Stk | Buy | 7/29/2020 | 2,670 | $5.0000 |
| Com Stk | Buy | 5/17/2021 | 87,000 | $1.9700 |
| Com Stk | Sell | 6/19/2020 | 10,000 | $3.7500 |
| Com Stk | Sell | 7/20/2020 | 1,166 | $5.8000 |
| Com Stk | Sell | 7/20/2020 | 9,588 | $5.8300 |
| Com Stk | Sell | 7/20/2020 | 17,509 | $5.7900 |
| Com Stk | Sell | 7/20/2020 | 42,737 | $5.8201 |
| Com Stk | Sell | 4/14/2021 | 61,370 | $2.8000 |

### Brian Joe Courter Account 3

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 6/25/2020 | 61 | $6.0800 |
| Com Stk | Sell | 7/20/2020 | 61 | $5.7800 |
| Com Stk | Buy | 7/21/2020 | 1,000 | $5.2900 |
| Com Stk | Sell | 4/14/2021 | 1,000 | $2.8000 |

### Courter and Sons LLC

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 4/2/2020 | 15,000 | $2.4000 |
| Com Stk | Buy | 6/24/2020 | 5,000 | $4.9900 |
| Com Stk | Buy | 6/25/2020 | 55,000 | $5.9500 |
| Com Stk | Buy | 9/30/2020 | 312 | $3.0000 |
| Com Stk | Sell | 6/12/2020 | 5,000 | $3.2400 |
| Com Stk | Sell | 6/19/2020 | 10,000 | $3.7500 |

[1] On December 17, 2020, I transferred 8,000 shares of CytoDyn common stock from Brian Joe Courter Account 2 to Brian Joe Courter Account 1. On February 1, 2021, I transferred 8,300 shares of CytoDyn common stock from Brian Joe Courter Account 2 to Brian Joe Courter Account 1.