The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,<br><br>    Defendants. | No. C21-5190 BHS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY MODIFY THE PSLRA DISCOVERY STAY**<br><br>NOTE ON MOTION CALENDAR: February 11, 2022 |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO PARTIALLY
MODIFY THE PSLRA DISCOVERY STAY
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

This matter is before the Court on Plaintiff's Motion to Partially Modify the PSLRA Discovery Stay (the "Motion"). The Court, having considered the Motion, finds that a further delay of all discovery would unduly prejudice Plaintiffs.

Accordingly, IT IS SO ORDERED that the Motion is hereby GRANTED. The discovery stay is hereby modified to allow Plaintiffs to request and receive a copy of the discovery Defendants have provided or will provide to the SEC and DOJ in response to the subpoenas described in CytoDyn's July 30, 2021 and January 10, 2022 SEC filings.

IT IS SO ORDERED.

Dated this ___ day of _____ 2022.

_____
Honorable Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

Presented by:

**BYRNES KELLER CROMWELL LLP**

By: /s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206), 622-2522
Email: bkeller@byrneskeller.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

and

[PROPOSED] ORDER GRANTING                    BYRNES KELLER CROMWELL LLP
PLAINTIFFS' MOTION TO PARTIALLY              1000 Second Avenue, 38th Floor
MODIFY THE PSLRA DISCOVERY STAY              Seattle, Washington 98104
No. C21-5190 BHS                             (206) 622-2000

1

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe Courter
and Courter and Sons LLC, Named Plaintiffs
Diane M. Hooper, Thomas McGee, and Candra E.
Evans, and Lead Counsel for the Putative Class*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO PARTIALLY
MODIFY THE PSLRA DISCOVERY STAY
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on the 26th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO PARTIALLY
MODIFY THE PSLRA DISCOVERY STAY
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

3