The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

                          Plaintiffs,

          v.

CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

                          Defendants.

No. 3:21-cv-05190-BHS

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO PARTIALLY MODIFY THE PSLRA DISCOVERY STAY**

**NOTE ON MOTION CALENDAR:  2/11/2022**

THIS MATTER came before the Court on Plaintiffs' Motion to Partially Modify the PSLRA Discovery Stay.  The Court has considered the following documents:

1.    Plaintiffs' Motion to Partially Modify the PSLRA Discovery Stay;

2.    Defendants' Opposition;

3.    Plaintiffs' Reply (if any); and

4.    The pleadings and filings in this litigation.

IT IS ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion to Partially Modify the PSLRA Discovery Stay is hereby DENIED.

[PROPOSED] ORDER DENYING PLFS'
MOTION TO PARTIALLY MODIFY - 1
(NO. 3:21-cv-01590-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS ORDERED this _____ day of February, 2022.

_____

HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By /s/ *Fred Burnside*_____
 Fred Burnside, WSBA #32491
 920 Fifth Avenue, Suite 3300
 Seattle, WA  98104-1610
 Tel: 206-622-3150
 Fax: 206-757-7700
 Email:  fredburnside@dwt.com

WILMER CUTLER PICKERING
  HALE and DORR LLP

Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email:  michael.bongiorno@wilmerhale.com
        kevin.muck@wilmerhale.com
        peter.kolovos@wilmerhale.com

*Attorneys for Defendants CytoDyn, Inc.,*
*Nader Z. Pourhassan, Michael Mulholland*
*and Scott A. Kelly*

[PROPOSED] ORDER DENYING PLFS'
MOTION TO PARTIALLY MODIFY - 2
(NO. 3:21-cv-01590-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax