The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

**DECLARATION OF BRENDAN T. MANGAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

DECL. OF BRENDAN T. MANGAN
IN SUPP. OF MOT. TO DISMISS
(No. 3:21-cv-05190-BHS)

4870-2294-9649v.1 0117810-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

I, Brendan T. Mangan, declare:

1.      I am an attorney duly licensed to practice law in the State of Washington and am admitted to practice before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, counsel of record for Defendants CytoDyn, Inc., Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly (collectively, "Defendants") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently to such matters.

2.      Attached as **Exhibit A** is a true and correct copy of the FDA's May 17, 2021 Statement on Leronlimab, as available via the FDA website.

3.      Attached as **Exhibit B** are true and correct excerpts of the Form 10-Q filed by CytoDyn with the Securities and Exchange Commission ("SEC") on April 9, 2020.

4.      Attached as **Exhibit C** is a true and correct copy of CytoDyn's May 15, 2020 press release entitled "CytoDyn to Offer No-Cost Exploratory Laboratory Testing for Childhood Inflammatory Disease Associated with COVID-19."

5.      Attached as **Exhibit D** is a true and correct copy of CytoDyn's May 18, 2020 press release entitled "CytoDyn to Prepare a Phase 3 Protocol to Submit to the FDA for a Three-Arm Comparative and Combination Trial of Leronlimab and Remdesivir."

6.      Attached as **Exhibit E** is a true and correct copy of CytoDyn's May 19, 2020 press release entitled "CytoDyn and the Mexican National Institutes of Health Participate in a Collaborative Study of Leronlimab for the Treatment of Severe/Critical COVID-19 Population."

7.      Attached as **Exhibit F** is a true and correct copy of CytoDyn's June 11, 2020 press release entitled "CytoDyn Reached Its Enrollment Target for Phase 2 COVID-19 Trial for Mild to Moderate Indication – Primary End Point Announcement Is Next."

8.      Attached as **Exhibit G** is a true and correct copy of CytoDyn's June 29, 2020 press release entitled "CytoDyn and NIH of Mexico Complete Memorandum of Understanding to Conduct Small Covid-19 Phase 3 Trial for Severe and Critically Ill Patients."

DECL. OF BRENDAN T. MANGAN
IN SUPP. OF MOT. TO DISMISS - 1
(No. 3:21-cv-05190-BHS)
4870-2294-9649v.1 0117810-000001

9.      Attached as **Exhibit H** is a true and correct copy of CytoDyn's July 2, 2020 press release entitled "CytoDyn Releases Mechanism of Action Animation for Leronlimab in Immuno-Oncology."

10.      Attached as **Exhibit I** is a true and correct copy of CytoDyn's March 5, 2021 press release entitled "CytoDyn's Phase 3 Trial Demonstrates Safety, a 24% Reduction in Mortality and Faster Hospital Discharge for Mechanically Ventilated Critically Ill COVID-19 Patients Treated with Leronlimab."

11.      Attached as **Exhibit J** is a true and correct copy of CytoDyn's March 6, 2021 press release entitled "CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19."

12.      Attached as **Exhibit K** is a true and correct copy of the transcript of CytoDyn's March 8, 2021 conference call with investors.

13.      Attached as **Exhibit L** is a true and correct copy of CytoDyn's March 8, 2021 press release entitled "CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19."

14.      Attached as **Exhibit M** is a true and correct copy of the Form 8-K and accompanying Exhibit 99.1 ("Executive Summary CD12_COVID-19 Study") filed by CytoDyn with the SEC on March 8, 2021.

15.      Attached as **Exhibit N** are true and correct excerpts of the Form 10-K filed by CytoDyn with the SEC on August 14, 2019.

16.      Attached as **Exhibit O** is a true and correct copy of the Form 4 filing for Defendant Nader Z. Pourhassan, filed with the SEC on August 3, 2020.

17.      Attached as **Exhibit P** is a true and correct copy of CytoDyn's May 4, 2020 Press Release entitled "FDA Approves 54 Emergency INDs for Leronlimab Treatment of Coronavirus - CytoDyn Requests Compassionate Use from FDA for COVID."

18.      Attached as **Exhibit Q** is a chart of daily stock prices for CytoDyn during the

DECL. OF BRENDAN T. MANGAN
IN SUPP. OF MOT. TO DISMISS - 2
(No. 3:21-cv-05190-BHS)
4870-2294-9649v.1 0117810-000001

alleged Class Period of March 27, 2020 through May 17, 2021, as obtained from Yahoo! Finance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2022.

_s/ Brendan T. Mangan_
Brendan T. Mangan

DECL. OF BRENDAN T. MANGAN
IN SUPP. OF MOT. TO DISMISS - 3
(No. 3:21-cv-05190-BHS)
4870-2294-9649v.1 0117810-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# Exhibit A

# Statement on Leronlimab

FDA recognizes the substantial public interest in medicines that are being studied for the prevention or treatment of COVID-19, especially those medicines that may provide a benefit to patients with the most severe forms of disease that can result in respiratory failure and death. Leronlimab, a monoclonal antibody investigational drug under development by CytoDyn, Inc. (CytoDyn), is one of the potential medicines that has been studied to determine whether it is safe and effective in treating patients with COVID-19, including those with severe outcomes from COVID-19.

CytoDyn has conducted two separate clinical trials investigating leronlimab for the treatment of COVID-19. A smaller trial, titled CD10, which included 86 patients, studied leronlimab's effect on mild-to-moderate COVID-19 disease. A larger trial, titled CD12, which included 394 patients, studied leronlimab's effect on severe symptoms of respiratory illness associated with COVID-19. CytoDyn has communicated information to the public about the results of these trials. Although FDA generally cannot disclose confidential information about unapproved products, we have concluded that given the significant public interest in leronlimab, it is important to provide summary information about the status of the CytoDyn development program.

First, we underscore the significance of a well-designed clinical trial when evaluating whether a medicine is safe and effective for a particular use. Well-designed trials have specific objectives, referred to as "endpoints", that are documented (i.e., pre-specified) in the study protocol before the initiation of the investigation. Data obtained from the clinical trial are later analyzed using pre-specified statistical methodologies. If the analyses of the primary and secondary endpoints do not support conclusions of the medicine's benefit, then FDA considers subgroup analyses to be exploratory, meaning they may inform the design of future trials, but do not support reliable conclusions about the medicine's benefit. Focusing on only the most favorable of many subgroup analyses, even if the sub-groups are pre-specified, can lead to overestimating the evidence of benefit, because regardless of a drug's true efficacy, some analyses are likely to appear favorable by chance when a large number of analyses are conducted.

With the conclusion of both the CD10 and CD12 clinical trials, it has become clear that the data currently available do not support the clinical benefit of leronlimab for the treatment of COVID-19. In the smaller study that CytoDyn conducted in patients with mild-to-moderate COVID-19 disease (CD10), there was no observed effect of the drug on the study's primary endpoint or on any of the secondary endpoints. The primary endpoint for the CD10 trial relied on a measure of participants' COVID-19 symptoms called a "total clinical symptom score", which was assigned based on the severity of each participant's fever, muscle aches, shortness of breath, and cough. This score ranged from 0 (no symptoms) to 12 (all 4 symptoms present and severe). The CD10

trial results showed no clinically meaningful differences in average change in "total clinical symptom score" from baseline to Day 14 between study arms (-3.5 in the leronlimab group versus -3.4 in the placebo group). Additionally, none of the secondary endpoints were met in this study, including mortality, time to symptom resolution, and time to return to normal activity. Taken together, the CD10 results indicate that most study participants experienced resolution in COVID-19 symptoms regardless of whether they received leronlimab or placebo.

The larger trial that CytoDyn conducted in patients with severe COVID-19 disease (CD12) also failed to find any effect of the drug on the primary study endpoint, with no difference seen in mortality (20.5% in the leronlimab treatment group and 21.6% in the placebo treatment group); or on any of the secondary endpoints, for example, with no difference on the average length of hospitalization (21.4 days in both the leronlimab and the placebo treatment groups).

CytoDyn has publicly communicated differences in small subgroups from the CD12 trial (e.g., a sub-group analysis of 62 of the 394 patients studied) suggesting that the data demonstrated a mortality benefit in certain patients who had received leronlimab. Subgroup analyses have well-established limitations, especially in the context of a clinical trial that has failed to show a benefit in the overall study population. For example, subgroups are often small, and therefore imbalances are common. Here, the data from CD12 illustrated imbalances in mortality among subgroups, some favoring leronlimab and some favoring placebo. None of these analyses met statistical significance when using established and reliable analytical methods that correct for multiple comparisons. However, as noted above, such analyses may inform the design of future clinical trials investigating leronlimab for the treatment of COVID-19.

If CytoDyn plans further studies of leronlimab to determine whether the drug can provide clinical benefit to individuals with COVID-19, FDA will continue to provide advice to the company on their development program.

FDA recognizes the critical unmet medical need for new, effective treatments for COVID-19, especially for severe forms of the disease. We are committed to working with sponsors of novel therapies to facilitate development and approval of new treatments.

# Exhibit B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

# FORM 10-Q

---

☒ **QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended February 29, 2020**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES ACT OF 1933**

For the transition period from _____ to _____

**Commission File Number: 000-49908**

---

# CYTODYN INC.
**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **83-1887078** |
| **(State or other jurisdiction of** | **(I.R.S. Employer or** |
| **incorporation or organization)** | **Identification No.)** |
| | |
| **1111 Main Street, Suite 660** | |
| **Vancouver, Washington** | **98660** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(Registrant's telephone number, including area code) (360) 980-8524**

**(Former name, former address and former fiscal year, if changed since last report)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| None. | None. | None. |

---

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, anon-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large Accelerated Filer | ☐ | Accelerated Filer | ☒ |
| Non-accelerated Filer | ☐ | Smaller Reporting Company | ☒ |
| | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act):   Yes ☐   No ☒

On March 31, 2020, there were 482,174,407 shares outstanding of the registrant's $0.001 par value common stock.

**TABLE OF CONTENTS**

|  | PAGE |
|---|---|
| PART I | 3 |
| ITEM 1. FINANCIAL STATEMENTS | 3 |
| ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 30 |
| ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 38 |
| ITEM 4. CONTROLS AND PROCEDURES | 38 |
| PART II | 38 |
| ITEM 1. LEGAL PROCEEDINGS | 38 |
| ITEM 1A. RISK FACTORS | 38 |
| ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS | 39 |
| ITEM 3. DEFAULTS UPON SENIOR SECURITIES | 40 |
| ITEM 4. MINE SAFETY DISCLOSURES | 40 |
| ITEM 5. OTHER INFORMATION | 40 |
| ITEM 6. EXHIBITS | 41 |

2

**Convertible Preferred Stock**

The Company's Board of Directors is authorized to issue up to 5,000,000 shares of convertible preferred stock without stockholder approval. As of February 29, 2020, the Company had 400,000 shares authorized and 92,100 shares outstanding of Series B convertible preferred stock, 8,203 shares authorized and outstanding of Series C convertible preferred stock, and 11,737 shares authorized and 7,570 shares outstanding of Series D convertible preferred stock. The remaining preferred shares authorized have no specified rights.

**Treasury Stock**

Treasury stock purchases are accounted for under the par value method, whereby the cost of the acquired stock is recorded at par value. As of February 29, 2020, the Company had purchased 286,008 shares of $0.001 par value treasury stock.

**Debt Discount**

During the fiscal year ended May 31, 2019, the Company incurred approximately $4.2 million of debt discount related to the issuance of convertible notes, as described in Note 5. The discount is amortized over the life of the convertible promissory notes. During the nine months ended February 29, 2020 and February 28, 2019, the Company recorded approximately $1.5 million and $0.7 million of related amortization, respectively.

**Debt Issuance Cost**

During the fiscal year ended May 31, 2019, the Company incurred direct costs associated with the issuance of convertible notes, as described in Note 5, and recorded approximately $1.0 million of debt issuance costs. During the nine months ended February 29, 2020 and February 28, 2019, the Company recognized related amortization of approximately $0.4 million and $0.2 million, respectively.

**Offering Costs**

During the nine months ended February 29, 2020 and the fiscal year ended May 31, 2019, the Company incurred direct incremental costs associated with the sale of equity securities and conversion of debt, as described in Notes 11, 12, and 14. The costs were approximately $2.3 million and $4.3 million for the nine months ended February 29, 2020 and year ended May 31, 2019, respectively. The offering costs were recorded as a component of equity upon receipt of proceeds.

**Stock for Services**

The Company periodically issues warrants or stock to consultants for various services. The Black-Scholes option pricing model, as described more fully above, is utilized to measure the fair value of the warrants on the date of issuance. The Company recognizes the compensation expense associated with the equity instruments over the requisite service or vesting period.

**Loss per Common Share**

Basic loss per share is computed by dividing the net loss by the weighted average number of shares of common stock outstanding during the period. Diluted loss per share would include the weighted average number of shares of common stock outstanding and potentially dilutive common stock equivalents. Because of the net losses for all periods presented, the basic and diluted weighted average shares outstanding are the same since including the additional shares would have an anti-dilutive effect on the loss per share. For this reason the following potentially dilutive common stock equivalents were not included in the computation of basic and diluted weighted average number of shares of common stock outstanding for the nine months ended February 29, 2020 and February 28, 2019: common stock options and warrants to purchase common stock of 173,185,971 and 175,043,638, respectively; short-term convertible notes including accrued interest that could convert into 8,108,305 and 10,658,690 common shares, respectively; shares of Series D, Series C, and Series B convertible preferred stock, including undeclared dividends, that can potentially convert in the aggregate into 28,386,571, and 921,000 common shares, respectively.

**Income Taxes**

Deferred taxes are provided on the asset and liability method, whereby deferred tax assets are recognized for deductible temporary differences and operating loss and tax credit carry forwards and deferred tax liabilities are recognized for taxable temporary differences. Temporary differences are the differences between the reported amounts of assets and liabilities and their tax bases. Future tax benefits for net operating loss carry forwards are recognized to the extent that realization of these benefits is considered more likely than not. Deferred tax assets are reduced by a valuation allowance when, in the opinion of management, it is more likely than not that some portion or all of the deferred tax assets will not be realized.

15

The Company follows the provisions of FASB ASC740-10 "Uncertainty in Income Taxes". A reconciliation of the beginning and ending amount of unrecognized tax benefits has not been provided since there are no unrecognized benefits for all periods presented. The Company has not recognized interest expense or penalties as a result of the implementation of ASC 740-10. If there were an unrecognized tax benefit, the Company would recognize interest accrued related to unrecognized tax benefit in interest expense and penalties in operating expenses.

In accordance with Section 15 of the Internal Revenue Code, the Company utilized a federal statutory rate of 21% and 28.62% for the nine months ended February 29, 2020 and February 28, 2019, respectively. The net tax expense for the nine months ended February 29, 2020 is zero and a benefit of $2.8 million for the nine months ended February 28, 2019. The Company has a full valuation allowance as of February 29, 2020 and May 31, 2019, as management does not consider it more than likely than not that the benefits from the deferred taxes will be realized.

### Note 3 – Recent Accounting Pronouncements

Recent accounting pronouncements, other than below, issued by the FASB (including its Emerging Issues Task Force), the AICPA and the SEC did not or are not believed by management to have a material effect on the Company's present or future financial statements.

In December 2019, the FASB issued "ASU2019-12, Simplifying the Accounting for Income Taxes." The objective of the standard is to improve areas of GAAP by removing certain exceptions permitted by ASC 740 and clarifying existing guidance to facilitate consistent application. The standard will become effective for us beginning on January 1, 2021. The Company is currently evaluating the new standard to determine the potential impact on its financial condition, results of operations, cash flows, and financial statement disclosures.

### Note 4 – Inventories

The Company's inventory as of February 29, 2020 and May 31, 2019 was $15,895,589 and $0, respectively. Inventory as of February 29, 2020 consisted solely of specialized raw material purchased for use in the commercial manufacturing of pre-launch inventories of Vyrologix to support the Company's expected approval of the product as a combination therapy for HIV patients in the United States. The Company believes that all material uncertainties related to the ultimate regulatory approval of Vyrologix for commercial sale have been significantly reduced based on positive data from Phase III clinical trial results, information gathered from pre-filing meetings with the Food and Drug Administration for the Biologics License Application ("BLA"), and the Company's anticipated filing of the BLA with the FDA targeted for the end of April 2020.

As of the date of this filing the Company does not have any evidence that regulatory approval will be denied. However, the BLA for HIV combination therapy has not been filed.

### Note 5 – Convertible Instruments

*Series D Convertible Preferred Stock*

On January 28, 2020, the Company authorized 11,737 shares and on January 31, 2020 issued 7,570 shares of Series D Convertible Preferred Stock, $0.001 par value per share ("Series D Preferred Stock"), at $1,000.00 per share for cash proceeds totaling $7,565,355, net of offering costs of $4,645. As of February 29, 2020, 7,570 shares remaining outstanding. The certificate of designation for the Series D Preferred Stock (the "Series D Certificate of Designation") provides, among other things, that holders of Series D Preferred Stock shall be entitled to receive cumulative dividends at the rate of ten percent (10%) per share per annum of the stated value of the Series D Preferred Stock, to be paid, at the option of the holder, in cash or shares of common stock at the rate of $0.50 per share. Any dividends paid by the Company will first be paid to the holders of Series D Preferred Stock prior and in preference to any payment or distribution to holders of common stock. Dividends on the Series D Preferred Stock shall be cumulative and there are no sinking fund provisions applicable to the Series D Preferred Stock. The Series D Preferred Stock does not have redemption rights. The stated value per share for the Series D Preferred Stock is $1,000.00 (the "Series D Stated Value"). In the event of any liquidation, dissolution or winding up of the Company, the Series D Preferred Stock will be entitled, on a *pari passu* basis with the holders of the Series C Preferred Stock and in preference to any payment or distribution to any holders of the Series B Preferred Stock or Common Stock, an amount per share equal to the Series D Stated Value and the amount of any accrued and unpaid dividends. The holders of the Series D Preferred Stock and Series C Preferred Stock will then receive distributions along with the holders of common stock on a *pari passu* basis according to the number of shares of common stock the Series D Preferred holders would be entitled if they converted their shares of Series D Preferred Stock at the time of such distribution. If, at any time while the Series D Preferred Stock is outstanding, the Company effects any reorganization, merger or sale of the Company or substantially all of its assets (each a "Fundamental Transaction"), a holder of the Series D Preferred Stock will have the right to receive any shares of the acquiring corporation or other consideration it would have been entitled to receive if it had been a holder of the number of shares of common stock then issuable

16

upon conversion in full of the Series D Preferred Stock immediately prior to the Fundamental Transaction. Each share of Series D Preferred Stock is convertible at any time at the holder's option into that number of fully paid and nonassessable shares of common stock determined by dividing the Series D Stated Value by the conversion price of $0.80 (subject to adjustment as set forth in the certificate of designation for the Series D Preferred Stock). No fractional shares will be issued upon the conversion of the Series D Preferred Stock. Except as otherwise provided in the Series D Certificate of Designation or as otherwise required by law, the Series D Preferred Stock has no voting rights. As of February 29, 2020, the accrued dividends were approximately $62,219, or 124,440 shares of common stock.

*Series C Convertible Preferred Stock*

On March 20, 2019, the Company authorized 5,000 shares and issued 3,246 shares of Series C Convertible Preferred Stock, $0.001 par value per share ("Series C Preferred Stock"), at $1,000.00 per share for cash proceeds totaling $3,083,700, net of placement agent fees of $162,300. On August 29, 2019, the Company issued the remaining 1,754 shares of Series C Preferred Stock at $1,000.00 per share for cash proceeds totaling $1,542,545, net of placement agent fees and legal fees totaling $211,455. On October 11, 2019, the Company authorized an increase from 5,000 shares to 20,000 shares. Between October 21, 2019 and November 8, 2019, the Company issued 2,788 shares of Series C Convertible Preferred Stock. On December 6, 2020 the Company issued 415 shares of Series C Convertible Preferred Stock. On January 28, 2020, the Company authorized a decrease from 20,000 shares to 8,203 shares, all of which remain outstanding as of February 29, 2020. The Series C Preferred Stock Certificate of Designation (the "Series C Certificate of Designation") provides, among other things, that holders of Series C Preferred Stock shall be entitled to receive, out of any assets at the time legally available therefor, cumulative dividends at the rate of ten percent (10%) per share per annum of the stated value of the Series C Preferred Stock, to be paid per share of Series C Preferred Stock, which dividends shall accrue whether or not declared. Any dividends paid by the Company will first be paid to the holders of Series C Preferred Stock prior and in preference to any payment or distribution to holders of common stock. Dividends on the Series C Preferred Stock are mandatory and cumulative and there are no sinking fund provisions applicable to the Series C Preferred Stock. The Series C Preferred Stock does not have redemption rights. The stated value per share for the Series C Preferred Stock is $1,000.00 (the "Series C Stated Value"). In the event of any liquidation, dissolution or winding up of the Company, the Series C Preferred Stock will be paid, on a *pari passu* basis with the holders of the Series D Preferred Stock and prior and in preference to any payment or distribution on any shares of common stock, currently outstanding series of preferred stock, or subsequent series of preferred stock, an amount per share equal to the Series C Stated Value and the amount of any accrued and unpaid dividends. The holders of the Series C Preferred Stock will then receive distributions along with the holders of common stock on a *pari passu* basis according to the number of shares of common stock the Series C Preferred holders would be entitled if they converted their shares of Series C Preferred Stock at the time of such distribution. If, at any time while the Series C Preferred Stock is outstanding, the Company effects any Fundamental Transaction, a holder of the Series C Preferred Stock will have the right to receive any shares of the acquiring corporation or other consideration it would have been entitled to receive if it had been a holder of the number of shares of common stock then issuable upon conversion in full of the Series C Preferred Stock immediately prior to the Fundamental Transaction. Each share of Series C Preferred Stock is convertible at any time at the holder's option into that number of fully paid and nonassessable shares of the Company's common stock determined by dividing the Series C Stated Value by the conversion price of $0.50 per share (subject to adjustment as set forth in the Certificate of Designation). No fractional shares will be issued upon the conversion of the Series C Preferred Stock. Except as otherwise provided in the Series C Certificate of Designation or as otherwise required by law, the Series C Preferred Stock has no voting rights. As of February 29, 2020, the accrued dividends were approximately $502,563, or 1,005,239 shares of common stock.

*Series B Convertible Preferred Stock*

During fiscal 2010, the Company issued 400,000 shares of Series B Convertible Preferred Stock, $0.001 par value per share ("Series B Preferred Stock") at $5.00 per share for cash proceeds totaling $2,009,000, of which 92,100 shares remain outstanding at February 29, 2020. Each share of the Series B Preferred Stock is convertible into ten shares of the Company's common stock, including any accrued dividends, with an effective fixed conversion price of $0.50 per share. The holders of the Series B Preferred Stock can only convert their shares to shares of common stock provided the Company has sufficient authorized shares of common stock at the time of conversion. Accordingly, the conversion option was contingent upon the Company increasing its authorized common shares, which occurred in April 2010, when the Company's stockholders approved an increase in the authorized shares of common stock to 100,000,000. At the commitment date, which occurred upon such stockholder approval, the conversion option related to the Series B Preferred Stock was beneficial. The intrinsic value of the conversion option at the commitment date resulted in a constructive dividend to the Series B Preferred Stock holders of approximately $6,000,000. The constructive dividend increased and decreased additional paid-in capital by identical amounts. The Series B Preferred Stock has liquidation preferences over the common shares at $5.00 per share plus any accrued dividends. Dividends are payable to the Series B Preferred Stock holders when declared by the Board of Directors at the rate of $0.25 per share per annum. Such dividends are cumulative and accrue whether or not declared and whether or not there are any profits, surplus or other funds or assets of the Company legally available. Except as provided by law, the Series B holders have no voting rights. As of February 29, 2020, and May 31, 2019, the undeclared dividends were approximately $239,000 or 467,000, shares of common stock, and approximately $216,000, or 432,000 shares of common stock, respectively.

17

On March 31, 2020, CytoDyn Inc. (the "Company") entered into a Securities Purchase Agreement (the "Agreement") pursuant to which the Company issued a secured convertible promissory note, as amended (the "Note") with a two-year maturity to an institutional accredited investor (the "Investor") in the initial principal amount of $17.1 million. The Note is secured by all of the assets of the Company, excluding the Company's intellectual property. The Investor gave consideration of $15.0 million, reflecting original issue discount of $2.1 million. The Company anticipates using the proceeds for general working capital purposes.

During March 1, 2020 through April 6, 2020, the Company issued of 29,357,527 shares of common stock in connection with the exercise of warrants and stock options with an exercise prices ranging from $0.19 to $1.00 per share. The Company received proceeds of approximately $7.4 million from these exercises.

On April 8, 2020, the Company received a notice from the holder of the January 2019 Note, stating that the investor was owed additional shares upon redemption of the note, compared to the number of shares issued upon redemption as described in Note 5 above. The Company is reviewing the details of the notice.

**Item 2.**       **Management's Discussion and Analysis of Financial Condition and Results of Operations.**

This filing contains forward-looking statements within the meaning of federal securities laws. The words "anticipate," "believe," "expect," "intend," "predict," "plan," "will," "seek," "estimate," "project," "continue," "could," "may," and similar terms and expressions are intended to identify forward-looking statements. Forward-looking statements include, among others, statements regarding the Company's completion of the BLA filing with the FDA, anticipated R&D expenses, ability to reach future clinical development and regulatory milestones, the timing of regulatory approvals from the FDA or other non-U.S. regulators, its ability to effectively and timely conduct clinical trials, performance under its contract manufacturing and licensing agreements, commercialization efforts regarding leronlimab (PRO 140), and continued periods of net losses. Such statements reflect current views with respect to future events and financial performance and involve risks and uncertainties, including, without limitation, regulatory initiatives and compliance with governmental regulations, ability to commercialize all of our pre-launch inventory, the sufficiency of the Company's cash position and the ability to raise additional capital, clinical priorities, the results of clinical trials for the Company's drug candidate, and various other matters, including the risks described in Part I, Item 1A, "Risk Factors," in our Annual Report on Form 10-K for the fiscal year ended May 31, 2019 and any additional or updated risk factors discussed in any subsequent Quarterly Report on Form 10-Q filed since that date, many of which are beyond its control. Should one or more of these risks or uncertainties occur, or should underlying assumptions prove to be incorrect, actual results may vary materially and adversely from those anticipated, believed, estimated, or otherwise indicated. Consequently, all of the forward-looking statements made in this filing are qualified by these cautionary statements and there can be no assurance of the actual results or developments. In addition, any forward-looking statement applies only as of the date of this filing. The Company does not plan to, and undertakes no obligation to, update any forward-looking statements to reflect new information or new events, circumstances or developments, or otherwise.

The following discussion and analysis of the Company's financial condition and results of operations should be read in conjunction with the other sections of this Quarterly Report, including the Company's financial statements and related notes appearing elsewhere herein. To the extent not otherwise defined herein, capitalized terms shall have the same meanings as in such financial statements and related notes. This discussion and analysis contains forward-looking statements including information about possible or assumed results of the Company's financial condition, operations, plans, objectives and performance that involve risk, uncertainties and assumptions. The actual results may differ materially from those anticipated and set forth in such forward-looking statements.

<u>Overview</u>

Our current business strategy is to prioritize the completion our BLA filing for leronlimab as a combination therapy for highly treatment experienced HIV patients, to advance our Phase 1b/2 clinical trial for metastatic triple-negative breast cancer, to continue our Phase 2 basket trial for 22 different solid tumor cancers, for graft-versus-host disease ("GvHD"), to finalize with the FDA our submitted protocol for a pivotal Phase 3 clinical trial with leronlimab as a monotherapy for HIV patients and concurrently to explore other immunologic indications for leronlimab, including Non-Alcoholic Steato Hepatitis ("NASH") and Multiple Sclerosis (MS). We recently received permission from the FDA to proceed with a Phase 2 clinical trial for mild-to-moderate COVID-19 and a Phase 2b/3 for severely illCOVID-19 patients. We continue to pursue licensing opportunities and other potential strategic partnerships for leronlimab with pharmaceutical companies and other potential business partners.

### *Clinical Trials Update for HIV Applications*

*Phase 2b Extension Study for HIV, as Monotherapy*

Currently, there are five patients in this ongoing extension study and each has surpassed five and a half years of suppressed viral load with leronlimab as a single agent therapy. This extension study will be discontinued upon any FDA approval of leronlimab as combination therapy for HIV.

*Phase 2b/3 Pivotal Trial for HIV, as Combination Therapy*

This trial was successfully completed, and is the basis for our current BLA, for which the first of three sections was submitted to the FDA in March 2019 under a "rolling review." We expect to submit the remaining two sections of the BLA in the April of 2020. This trial for leronlimab as a combination therapy with existing Highly Active Anti-Retroviral Therapy ("HAART") drug regimens for highly treatment experienced HIV patients achieved its primary endpoint with a *p*-value of 0.0032. Most of the patients who have completed this trial have transitioned to anFDA-cleared rollover study, as requested by the treating physicians to enable the patients to have continued access to leronlimab.

*Rollover Study for HIV as Combination Therapy*

This study is designed for patients who successfully completed the pivotal Phase 2b/3 Combination Therapy trial and for whom the treating physicians request a continuation of leronlimab therapy in order to maintain suppressed viral load. This extension study will be discontinued upon any FDA approval of leronlimab.

*Phase 2/3 Investigative Trial for HIV, as Long-term Monotherapy*

Enrollment for this trial is now closed after reaching 595 patients. This trial assesses the subcutaneous use of leronlimab as a long-acting single agent maintenance therapy for 48 weeks in patients with suppressed viral load with CCR5-tropic HIV-1 infection. The primary endpoint is the proportion of participants with a suppressed viral load to those who experienced virologic failure. The secondary endpoint is the length of time to virologic failure. The trial evaluates three dosage arms, 350 mg, 525 mg and 700 mg. We recently reported that interim data suggested that both the 525 mg and the 700 mg dosages are achieving a responder rate of more than 90% after the initial 10 weeks. Some of the data from this trial is also being used to provide safety data for the BLA filing for leronlimab as a combination therapy. In view of the high responder rate at the increased dosage levels, coupled with the newly developed CCR5 receptor occupancy test, we recently filed a pivotal trial protocol with the FDA for leronlimab as a monotherapy. We are discussing finalization of that protocol with FDA and could initiate the Phase 3 trial in 2020. Upon finalization with the FDA of the pivotal trial protocol for monotherapy, the Phase 2b/3 investigative trial will likely be discontinued.

We will require a significant amount of additional capital to complete the foregoing clinical trials for HIV and complete our BLA submission, as well as to advance our trials in the oncology and immunology space, including, but not limited to triple-negative breast cancer, basket cancer indications, GvHD, NASH, COVID-19. See "Liquidity and Capital Resources" below.

### Cancer and Immunological Applications

We are continuing to advance our exploration of opportunities for clinical applications for leronlimab involving the CCR5 co-receptor, other than HIV-related treatments, such as cancer, inflammatory conditions and autoimmune diseases, and COVID-19 trials.

The target of leronlimab is the important G protein coupled co-receptor CCR5. CCR5 is more than the pathway to HIV replication; it is also a crucial component of inflammatory responses and is a key mediator in many cancer metastasis and COVID-19 complications due to ARDS (Acute Respiratory Distress Syndrome) in lung. We believe this opens the potential for multiple pipeline opportunities for leronlimab. CCR5 is a protein located on the surface of white blood cells and cancer epithelial cells that serves as a receptor for attractants called chemokines. Chemokines are the key orchestrators of leukocyte trafficking by attracting immune cells to the sites of inflammation.

At the site of an inflammatory reaction, chemokines are released. These chemokines are specific for CCR5 and cause the migration of T-cells to these sites promoting further inflammation. We believe the mechanism of action of leronlimab has the potential to block the movement of T-cells to inflammatory sites, which could be instrumental in diminishing or eliminating inflammatory responses. CCR5 is also expressed on the surface of epithelial cells in certain cancers. Some disease processes that we believe could benefit from CCR5 blockade include many types of common cancers, GvHD (a reaction occurring in some patients after bone marrow transplantation), NASH, autoimmunity and chronic inflammation, such as rheumatoid arthritis and psoriasis. Recent published data has shown that the cancer cells within a tumor consist of two types of cells—one with CCR5 and others without them. The published data indicated that cancer cells that can metastasize express CCR5. Metastases are the cause of death in the vast majority of cancer patients. A prior publication indicates that CCR5 antagonists can turn off certain calcium signaling and reduce the migration of CCR5 positive cancer cells. Inhibition of CCR5 signaling blocks the guided migration and reduces the metastasis. Leronlimab has demonstrated (in an in-vitro study) that it also turns off calcium signaling and blocks breast cancer cellular invasion. Furthermore, published studies showed current chemotherapy induces CCR5, and CCR5 antagonists enhance the effectiveness of current chemotherapies, potentially allowing a reduction in chemotherapy, which may provide an improved quality of life for patients.

Research has demonstrated three potential key properties of CCR5's mechanism of action ("MOA") in cancer. The first is that the CCR5 receptor on cancer cells was responsible for the migration and invasion of cells into the blood stream, which leads to metastasis of breast, prostate, and colon cancer. The second is that blocking CCR5 also turns on anti-tumor fighting properties restoring immune function. The third key finding was that blockage of the CCR5/CCL5 interaction had a synergistic effect with chemotherapeutic therapy and controlled cancer progression. Chemotherapy traditionally increased expression of CCR5 so blocking it is expected to reduce the levels of invasion of metastasis.

Due to its MOA, we believe leronlimab may have significant advantages over other CCR5 antagonists. Prior studies have demonstrated that leronlimab does not cause direct activation of T-cells. We have already reported encouraging human safety data for our clinical trials with leronlimab in HIV-infected patients.

We also previously initiated our first clinical trial with leronlimab in an immunological indication – a Phase 2 clinical trial with leronlimab for GvHD in patients with AML or MDS who are undergoing bone marrow stem cell transplantation. As noted below, enrollment under the amended protocol for the GvHD trial has been delayed subject to increased capital resources.

31

# Exhibit C

May 15, 2020



# CytoDyn to Offer No-Cost Exploratory Laboratory Testing for Childhood Inflammatory Disease Associated with COVID-19

VANCOUVER, Washington, May 15, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, today announced it is offering comprehensive cytokine profiling (including RANTES levels) through its diagnostic partner company, IncellDx, to help physicians understand the pathogenesis of Childhood Inflammatory Disease Related to COVID-19. These laboratory tests are exploratory in nature and not intended for clinical decision making.

Recent reports in parts of the U.S. and Europe suggest a rare and potentially fatal inflammatory disease linked to the novel coronavirus is afflicting a small number of children. The condition resembles a rare childhood illness called Kawasaki disease, which has similar signs and symptoms and can lead to enlargement of blood vessels that in severe forms may cause heart damage.

New York State Department of Health is investigating 110 reported cases and 3 deaths in children - predominantly school-aged - experiencing symptoms similar to Kawasaki disease and toxic shock-like syndrome, possibly due to COVID-19.

Bruce Patterson, M.D., Chief Executive Officer and founder of IncellDx, a diagnostic partner and an advisor to CytoDyn commented, "Cytokines are proteins that modulate the inflammatory response. Kawasaki disease has been previously shown to be associated with elevated levels of RANTES, a protein we have shown to be significantly elevated in mild-moderate COVID-19 and over 100 times normal in critical COVID-19 patients."

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn added, "We hope our comprehensive cytokine testing will help physicians gain a better understanding of the disease process and, in turn, explore the prospect for leronlimab to potentially provide a therapeutic benefit to children suffering from inflammatory illness related to COVID-19."

**About Coronavirus Disease 2019**
CytoDyn is currently enrolling patients in two clinical trials for COVID-19, a Phase 2 randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and a Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

Case 3:21-cv-02100-BHS   Document 86   Filed 03/25/25   Page 18 of 167

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients with the FDA on April 27, 2020, and submitted additional FDA requested clinical datasets on May 11, 2020. After the BLA submission is deemed completed, the FDA sets a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA, and the Company plans to request a priority review for the BLA. A priority review designation means the FDA's goal is to take action on the marketing application within six months of receipt (compared with 10 months under standard review).

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support

the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at [www.cytodyn.com](www.cytodyn.com).

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design,

Case 3:21-cv-05190-RHS   Document 36   Filed 02/25/22   Page 20 of 167

implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Dave Gentry, CEO
RedChip Companies
Office: 1.800.RED.CHIP (733.2447)
Cell: 407.491.4498
[dave@redchip.com](mailto:dave@redchip.com)



Source: CytoDyn Inc.

# Exhibit D

May 18, 2020



# CytoDyn to Prepare a Phase 3 Protocol to Submit to the FDA for a Three-Arm Comparative and Combination Trial of Leronlimab and Remdesivir

*Three arms of this trial will be leronlimab, remdesivir, and leronlimab + remdesivir*

VANCOUVER, Washington, May 18, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, today announced it will be submitting a protocol to the U.S. Food and Drug Administration (FDA) for a factorial design trial to compare effectiveness of leronlimab versus remdesivir and in combination with remdesivir for the treatment of COVID-19.

Leronlimab was administered to more than sixty patients with COVID-19 under emergency Investigational New Drug (eINDs) authorizations granted by the FDA. Preliminary results from this patient population led to CytoDyn's Phase 2b/3 clinical trial for 390 patients, which is randomized, placebo-controlled with 2:1 ratio (active drug to placebo ratio). CytoDyn has also been granted a Phase 2 randomized clinical trial study in the U.S. for a Phase 2 randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. CytoDyn plans to update the public regarding current eIND results later this week.

"We believe the randomized head-to-head comparison of leronlimab to remdesivir and in combination will provide answers to the lingering question regarding effective treatment options for patients suffering from COVID-19. We look forward to working both in the United States and with potential international sites to help provide effective treatment options for COVID-19," said Jacob Lalezari, M.D., Chief Science Officer of CytoDyn.

"Unfortunately, COVID-19 remains a global public health challenge, and its economic impact continues to devastate the world economy. With a second wave of potential cases threatening to surface in the fall and winter of 2020, it is more important than ever to be sure successful treatment options are available to protect the lives of patients. CytoDyn has assurance from its manufacturer that it will have available over 1 million vials this year and could ramp up production to 2-3 million vials this year alone," said, Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn.

Case 3:21-cv-02130-BHS    Document 36    Filed 02/22/22    Page 23 of 167

**About Coronavirus Disease 2019**
CytoDyn is currently enrolling patients in two clinical trials for COVID-19, a Phase 2 randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and a Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients with the FDA on April 27, 2020, and submitted additional FDA requested clinical datasets on May 11, 2020. After the BLA submission is deemed completed, the FDA sets a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA, and the Company plans to request a priority review for the BLA. A priority review designation means the FDA's goal is to take action on the marketing application within six months of receipt (compared with 10 months under standard review).

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support

the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design,

Case 3:21-cv-05190-RHS    Document 36    Filed 02/25/22    Page 25 of 167

implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Dave Gentry, CEO
RedChip Companies
Office: 1.800.RED.CHIP (733.2447)
Cell: 407.491.4498
[dave@redchip.com](mailto:dave@redchip.com)



Source: CytoDyn Inc.

# Exhibit E

May 19, 2020



# CytoDyn and the Mexican National Institutes of Health Participate in a Collaborative Study of Leronlimab for the Treatment of Severe/Critical COVID-19 Population

*The study is anticipated to consist of approximately thirty patients with potential involvement of the NIH of Mexico in other CytoDyn trials*

VANCOUVER, Washington, May 19, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, today announced it will be coordinating with the NIH of Mexico and providing leronlimab for a trial for the severe/critical COVID-19 population in Mexico with the potential to collaborate on further CytoDyn COVID-19 trials.

CytoDyn is currently enrolling a Phase 2b/3 clinical trial for 390 patients, which is a randomized, placebo-controlled with 2:1 ratio (active drug to placebo ratio). CytoDyn is also enrolling a Phase 2 randomized clinical trial with 75 patients in the mild-to-moderate COVID-19 population. CytoDyn has been granted more than sixty emergency Investigational New Drug (eIND) authorizations by the U.S. Food and Drug Administration (FDA) and plans to provide clinical updates for this patient population later in the week.

"We look forward to evaluating leronlimab as a treatment option for patients of COVID-19. We have seen the devastation of this disease on the citizens of Mexico and are looking forward to providing effective treatment options to mitigate the devastation of COVID-19," said Dr. Gustavo Reyes Terán, head of the Coordinating Commission of National Institutes of Health and High Specialty Hospitals of Mexico, an organization that coordinates the main institutions of medical care and public research in the country.

"The NIH of Mexico is committed to help alleviate human suffering and mortality of Mexican citizens. The Metropolitan Area of the Valley of Mexico has a population of approximately 21.5 million people and the contagious nature of COVID-19 is relentless. We look forward to working with the NIH of Mexico to rapidly commence with the proposed study. We also believe that this study results, along with the ongoing Phase 2 study, could establish a path for quick approval in Mexico for use of leronlimab in COVID-19 patients," said Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn.

**About Coronavirus Disease 2019**
CytoDyn is currently enrolling patients in two clinical trials for COVID-19, a Phase 2

Case 3:31-cv-02180-BHS    Document 36    Filed 02/25/22    Page 28 of 167

randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and a Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients with the FDA on April 27, 2020, and submitted additional FDA requested clinical datasets on May 11, 2020. After the BLA submission is deemed completed, the FDA sets a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA, and the Company plans to request a priority review for the BLA. A priority review designation means the FDA's goal is to take action on the marketing application within six months of receipt (compared with 10 months under standard review).

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

## About CytoDyn

CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

## Forward-Looking Statements

This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's

Case 3:21-cv-05190-BHS   Document 36   Filed 02/25/22   Page 30 of 167

ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Dave Gentry, CEO
RedChip Companies
Office: 1.800.RED.CHIP (733.2447)
Cell: 407.491.4498
[dave@redchip.com](mailto:dave@redchip.com)



Source: CytoDyn Inc.

# Exhibit F

June 11, 2020



# CytoDyn Reached Its Enrollment Target for Phase 2 COVID-19 Trial for Mild to Moderate Indication – Primary End Point Announcement Is Next

VANCOUVER, Washington, June 11, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today the Company has met its 75 patient enrollment for its Phase 2 clinical trial entitled "Study to Evaluate the Efficacy and Safety of Leronlimab for Mild to Moderate COVID-19."

This Phase 2 trial evaluates clinical improvement of several symptoms over a 14-day period, including changes in multiple clinical baseline metrics after days 3, 7 and 14.  The Company expects the evaluation clinical patient data to be available two weeks after the last patient is enrolled. Because there are more patients who have been screened for enrollment, final enrollment is expected to exceed 75.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented, "Based upon our understanding of clinical outcomes from severe and critically ill COVID-19 patients, we are guardedly optimistic about the potential results from the mild-to-moderate patients. Furthermore, CytoDyn will do an interim analysis of patient data in the Phase 3 trial for severe and critically ill COVID-19 patients and we hope to have these important results in 2 to 3 weeks."

**About Coronavirus Disease 2019**
CytoDyn has met its 75-patient enrollment target in its Phase 2 clinical trial for COVID-19, a randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and enrollment continues in its Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

Case 3:21-cv-02490-BHS    Document 38    Filed 05/26/22    Page 33 of 167

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients with the FDA on April 27, 2020, and submitted additional FDA requested clinical datasets on May 11, 2020. After the FDA deems a BLA submission complete, it sets a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA. The Company filed a request for Priority Review designation for its BLA to shorten the FDA's review time from 10 to 6 months, an FDA goal for BLA applications given Priority Review designation.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of

Case 2:21-cv-02349-RGK Document 28 Filed 05/53/55 Page 34 of 701

HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-

Case 3:21-cv-02130-BHS   Document 36   Filed 05/25/23   Page 35 of 167

looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Cristina De Leon
Office: 360.980.8524, ext. 106
Mobile: 503.214.0872
cdeleon@cytodyn.com



Source: CytoDyn Inc.

# Exhibit G

June 29, 2020



# CytoDyn and NIH of Mexico Complete Memorandum of Understanding to Conduct Small Covid-19 Phase 3 Trial for Severe and Critically Ill Patients

VANCOUVER, Washington, June 29, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today the Company and the Coordinating Commission of the National Institutes of Health and High Specialty Hospitals of Mexico (NIH) have entered into a Memorandum of Understanding (MOU) to conduct a COVID-19 clinical trial with leronlimab for severe and critically ill patients, with the potential to collaborate on additional COVID-19 trials. The NIH of Mexico is an organization that coordinates the main institutions of medical care and public research in the country.

The MOU provides CytoDyn will supply leronlimab at its expense to the NIH and both parties are proceeding forward expeditiously to complete the mutually agreed protocol for this clinical trial.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented: "We are very pleased with the confidence demonstrated by the NIH of Mexico in our drug, leronlimab, and we are both very motivated to initiate this trial quickly to help mitigate the devastation of the COVID-19 pandemic on the citizens of Mexico. The anecdotal data received by CytoDyn (from over 70 COVID-19 critical patients who were treated under EIND in the U.S.) has impressed the NIH of Mexico and we believe with a small Phase 3 trial of only 25 patients, leronlimab could receive approval in Mexico very quickly. This Phase 3 trial is similar to our Phase 3 trial protocol in the U.S., with the exception of the number of patients."

**About Coronavirus Disease 2019**
CytoDyn has met its 75-patient enrollment target in its Phase 2 clinical trial for COVID-19, a randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and enrollment continues in its Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

Case 3:21-cv-05678-BHS Document 80 Filed 03/15/23 Page 38 of 167

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have

included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients with the FDA on April 27, 2020, and submitted additional FDA requested clinical datasets on May 11, 2020. After the FDA deems a BLA submission complete, it sets a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA. The Company filed a request for Priority Review designation for its BLA to shorten the FDA's review time from 10 to 6 months, an FDA goal for BLA applications given Priority Review designation.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The

Case 3:21-cv-02533-BHS   Document 38   Filed 03/25/23   Page 40 of 167

Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Cristina De Leon
Office: 360.980.8524, ext. 106
Mobile: 503.214.0872
[cdeleon@cytodyn.com](mailto:cdeleon@cytodyn.com)



Source: CytoDyn Inc.

# Exhibit H

July 2, 2020



# CytoDyn Releases Mechanism of Action Animation for Leronlimab in Immuno-Oncology

VANCOUVER, Washington, July 02, 2020 (GLOBE NEWSWIRE) -- CytoDyn Inc. (OTC.QB: CYDY), ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today the public release of the animation for leronlimab in immuno-oncology. Click here to view the animation.

CytoDyn is encouraged by the potential of leronlimab to positively influence the tumor microenvironment by inhibiting T-reg infiltration, conversion of M2 macrophages (protumor macrophages) into M1 macrophages (antitumor macrophages), decreasing tumor angiogenesis, and inhibiting metastasis through CCR5 overexpression.

CytoDyn is currently exploring the efficacy of leronlimab for several immuno-oncology indications, including metastatic triple-negative breast cancer, a mechanism of action basket trial for 22 solid tumors, and a Phase 2 combination therapy for metastatic colorectal cancer. The FDA has granted leronlimab Fast Track designation for metastatic triple-negative breast cancer.

"We appreciate the work of Nucleus Medical Media to capture the potential benefits of leronlimab in the tumor microenvironment. The control of the tumor microenvironment is critical in the ultimate determination of clinical patient outcomes. We believe leronlimab may help leverage the immune system's natural ability to fight cancer.  Leronlimab's safety profile and potential synergistic effects with current oncology treatments may prove to be an exciting opportunity within immuno-oncology,"  said Scott A. Kelly, M.D., Chief Medical Officer and Chairman of the Board of CytoDyn.

**About Coronavirus Disease 2019**
CytoDyn has met its 75-patient enrollment target in its Phase 2 clinical trial for COVID-19, a randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and enrollment continues in its Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

Case 3:21-cv-05700-BHS    Document 96    Filed 05/26/23    Page 43 of 167

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in

as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients with the FDA on April 27, 2020, and submitted additional FDA requested clinical datasets on May 11, 2020. After the FDA deems a BLA submission complete, it sets a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA. The Company filed a request for Priority Review designation for its BLA to shorten the FDA's review time from 10 to 6 months, an FDA goal for BLA applications given Priority Review designation.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**

CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**

This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The

Case 3:21-cv-02109-BHS   Document 36   Filed 03/25/22   Page 45 of 167

Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Cristina De Leon
Office: 360.980.8524, ext. 106
Mobile: 503.214.0872
cdeleon@cytodyn.com



Source: CytoDyn Inc.

# Exhibit I

March 5, 2021



# CytoDyn's Phase 3 Trial Demonstrates Safety, a 24% Reduction in Mortality and Faster Hospital Discharge for Mechanically Ventilated Critically Ill COVID-19 Patients Treated with Leronlimab

VANCOUVER, Washington, March 05, 2021 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing Vyrologix™ (leronlimab-PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, reported today the Phase 3 trial of leronlimab for the treatment of severe-to-critical patients with COVID-19 demonstrated continued safety, substantial improvement in the survival rate, and faster hospital discharge in critically ill COVID-19 patients. The trial's data has been reported to the U.S. Food and Drug Administration ("FDA"), the U.K.'s Medicines & Healthcare product Regulatory Agency ("MHRA") and Health Canada ("HC"), and the Company is in discussions with each to determine the best path forward for approval of leronlimab for treatment of COVID-19 in critically ill population. A manuscript of the trial's data is being prepared and will be submitted for publication in one or more major medical journals.

Highlights from the trial's data for this critically ill population include the following:

1. Survival benefit: There was a 24% reduction in all-cause mortality (primary endpoint of the study) in the leronlimab versus placebo.

2. Shortened time to recovery: The average length of hospital stay was reduced by 6 days for patients who received leronlimab with "commonly used COVID-19 treatments," also referred to as "Standard of Care" or "SoC," compared to placebo patients who received SoC only, with a statistically significant p-value of 0.005.

3. Discharge alive: In addition, patients who received leronlimab demonstrated an improved probability of "discharged alive" at Day 28 (28% versus 11%), a 166% better rate than in the placebo group.

Case 1:21-cv-05400-CLE Document 96 Filed 02/25/22 Page 48 of 167

Given the size of this critically ill population relative to the trial's size (62 out of 384 patients), the Company has concurrently filed an additional protocol with the FDA using the existing sites from its CD12 trial to quickly enroll patients in this population during the pendency of these ongoing regulatory discussions. The Company has continued to enroll patients (45) through the open-label arm of the CD12 trial, and is working with regulators here and abroad to expedite this process.

Harish Seethamraju, M.D., Medical Director for the Mount Sinai Lung Transplantation Program, commented, "The CD12 trial results are very promising and leronlimab may be the only safe medication to help critically ill patients."

Scott A. Kelly, M.D., Chairman and Chief Medical Officer, noted, "We believe this further supports CCR5 as a therapeutic target for immunomodulation and the importance of the disruption of the CCL5-CCR5 axis via leronlimab-mediated CCR5 blockade of pro-inflammatory leukocytes and reversal of the cytokine storm in critical COVID-19 patients."

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented, "Today, there are no approved drugs to effectively address the unmet medical need for critically ill COVID-19 patients. Our CD12 study demonstrates leronlimab is particularly effective in treating this patient population. We believe these results are the best results ever achieved for this population in a Phase 3 clinical trial. A recently approved IL-6 blocker used to treat severe to critical hospitalized COVID-19 patients requiring mechanical ventilation, reduced mortality by 2% compared to the placebo group. In contrast, leronlimab demonstrated a reduction of 24% in mortality compared to the SoC treated group, which is 12 times better in reducing all-cause mortality for critically ill COVID-19 patients. The Company is very excited about these results and is concurrently working with regulators here and abroad to expedite leronlimab's approval to treat COVID-19."

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses. The first indication is a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed 11 clinical trials in over 1,200 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation by the FDA in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host

disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn was conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA granted orphan drug designation to leronlimab for the prevention of GvHD. Due to the lack of patients during the COVID-19 pandemic, the Company suspended its Phase 2 trial for acute GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn has been working diligently to refile its Biologics License Application ("BLA") for this HIV combination therapy since receiving a Refusal to File in July 2020 and subsequently meeting with the FDA telephonically to address their written guidance concerning the filing. CytoDyn expects to refile its BLA in the first half of calendar year 2021.

CytoDyn has completed a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than six years.

CytoDyn is also conducting a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at [www.cytodyn.com](www.cytodyn.com).

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict. Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to provide positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in

or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CONTACTS**
**Investors:**
Michael Mulholland
Office: 360.980.8524, ext. 102
[mmulholland@cytodyn.com](mailto:mmulholland@cytodyn.com)



Source: CytoDyn Inc.

# Exhibit J

March 6, 2021



# CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19

**U.S. FDA Reviewing Protocol for More COVID-19 Critical Patients to be Enrolled to Support Potential EUA**

*CytoDyn submitted protocol to U.S. FDA for immediate enrollment of 140 critical COVID-19 patients with same sites as CD12 trial – enrollment to commence upon FDA comments*

VANCOUVER, Washington, March 06, 2021 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing Vyrologix™ (leronlimab-PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today multiple regulatory pathways for approval of leronlimab as a treatment for critical COVID-19 patients in the U.S., U.K. and Canada.

MHRA has told the Company it will accept more data from the open-label portion of the current CD12 trial. To date, an additional 46 patients have been enrolled, but the results have not yet been communicated to any agency.

The Company anticipates the Health Canada Interim Order (IO) could allow the Company to sell leronlimab in Canada, while additional critical COVID-19 patients are enrolled. These discussions are on going, and the Company has initiated the process to submit an IO with Health Canada.

The Company also confirms the U.S. FDA has received its protocol for enrolling 140 critically ill COVID-19 patients with the primary endpoint defined as length of hospital stay.

CytoDyn is pleased to show strong data for critically ill COVID-19 patients. Considering the fact that:

(1) A higher proportion of patients over 65 were enrolled in the leronlimab arm (33%) compared to the placebo arm (23%), and

(2) Of the 384 treated patients, 117 were over 65 with an overall mortality rate 3.5 times higher (42% - 49/117) than for patients under 65 (12% - 31/267).

Therefore, an "age adjustment" analysis was performed and consequently, the updated results from the primary endpoint analysis are as follows:

1) Statistically significant results (p-value = 0.0319) reported for the primary endpoint (all-cause mortality at Day 28) in participants receiving leronlimab + "commonly used COVID-19 treatments" compared to participants who received "commonly used COVID-19 treatments"

alone in the placebo group in the overall modified intent-to-treat ("mITT") population.

2) Statistically significant results (p-value = 0.0552) reported for the primary endpoint (all-cause mortality at Day 28) among participants who received dexamethasone as the prior or concomitant standard of care treatment ("SoC") for COVID-19, compared to patients who received dexamethasone (without leronlimab) as SoC therapy in the overall mITT population.

3) Amongst all patients in mITT, the primary endpoint (all-cause mortality at Day 28) was not statistically significant. When age adjustment was conducted, the primary endpoint was much closer to statistically significant value. Of note, the reduction of mortality in this population of 65 years and younger leronlimab arm had more than 30% less mortality than placebo and 9% less mortality in participants over 65.

With the age adjustment analysis in all other major secondary endpoints, there was consistent numerical superiority over the placebo group, with some secondary endpoints approaching statistical significance.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented, "We are grateful for the chance to help critically ill COVID-19 patients. We continue to be pleased with the results from over 80 EINDs, 394 patients in CD12, and another 46 patients in the continuation of CD12's open-arm access, as well as the results published in two different peer reviewed journals. I am humbled by comments from the families whose lives they believe were saved with leronlimab and we look forward to making leronlimab more readily available to treat patients with COVID-19 and many other indications we are working on. I'm excited to address our investment community on Monday and to congratulate our entire extended team for their tireless support of the leronlimab program."

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses. The first indication is a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed 11 clinical trials in over 1,200 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast

and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation by the FDA in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn was conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA granted orphan drug designation to leronlimab for the prevention of GvHD. Due to the lack of patients during the COVID-19 pandemic, the Company suspended its Phase 2 trial for acute GvHD.

## About CytoDyn
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn has been working diligently to refile its Biologics License Application ("BLA") for this HIV combination therapy since receiving a Refusal to File in July 2020 and subsequently meeting with the FDA telephonically to address their written guidance concerning the filing. CytoDyn expects to refile its BLA in the first half of calendar year 2021.

CytoDyn has completed a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than six years.

Case 3:21-cv-08180-BHS    Document 96    Filed 02/25/22    Page 55 of 167

CytoDyn is also conducting a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

## Forward-Looking Statements
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and

variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to provide positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CONTACTS**
**Investors:**
Michael Mulholland
Office: 360.980.8524, ext. 102
mmulholland@cytodyn.com



Source: CytoDyn Inc.

# Exhibit K



# CytoDyn Inc. OTCPK:CYDY

# Special Call

**Monday, March 08, 2021 9:00 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 3:21-cv-05190-BHS   Document 96   Filed 02/25/22   Page 58 of 167

# Table of Contents

Call Participants ................................................................... 3

Presentation ................................................................... 4

Question and Answer ................................................................... 10

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Arian Colachis**
*VP, General Counsel & Secretary*

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of
Clinical Development*

**Michael D. Mulholland**
*Chief Financial Officer*

**Nader Z. Pourhassan**
*CEO, President & Director*

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head
of Business Development*

**ATTENDEES**

**Harish Seethamraju**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings, and welcome to the CytoDyn investment community webcast. [Operator Instructions] Please note that this conference is being recorded. I will now turn the conference over to our host, Michael Mulholland, Chief Financial Officer. Please go ahead, sir.

**Michael D. Mulholland**
*Chief Financial Officer*

Hello, everyone, and thank you for joining us today. This is Michael Mulholland, Chief Financial Officer of CytoDyn. Joining us on today's webcast is our President and CEO, Dr. Nader Pourhassan; our Chairman, Chief Medical Officer and Head of Business Development, Dr. Scott Kelly; our Chief Scientific Officer, Dr. Mahboob Rahman; and Dr. Harish Seethamraju, Medical Director for the Mount Sinai Lung Transportation -- Transplantation Program in New York.

Before we begin, it is essential that we provide you with important cautionary language related to certain federal securities laws. Our remarks during today's webcast will include forward-looking statements. Forward-looking statements are not guarantees of future performance and involve known and unknown risks, uncertainties and other factors that are difficult to predict. Actual results may be materially different from any future results expressed or implied by such forward-looking statements.

These risks and uncertainties include, among other matters, statements regarding leronlimab's potential efficacy in certain immunology and oncology indications; the company's ongoing ability to raise additional new capital; that clinical trials may not commence or proceed as planned; products that appear promising in early trials may not subsequently prove to be viable on safety or efficacy grounds; products may not receive regulatory approval or market acceptance; competition may reduce the commercial potential of our products; we may experience product recalls, manufacturing issues or product liability; and our patents may be challenged or unenforceable.

Although forward-looking statements help to provide complete information about the company, forward-looking statements may be less reliable than historical information. The company undertakes no obligation to update publicly these forward-looking statements, except as required by law. Please refer to our recent quarterly and annual reports filed with the Securities and Exchange Commission for more information about the risks and uncertainties that could cause actual results to differ materially versus our current expectations. [Operator Instructions]

I will now turn the webcast over to Dr. Nader Pourhassan.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Mike, and thank you for all shareholders for participating in today's very important call. On April 15, 2020, less than a year ago, just 1 year ago, we injected the first patient in CD12. On Friday, we announced not only very strong results of 394-patient trial but the fact that 3 regulatory agency, including U.S. FDA, are working with us and have suggested the final path to approval of leronlimab for COVID-19 in multiple countries, including U.S.A.

Less than 1 year to get an approval for an indication we had not been involved with or know anything about. That time line is so short. In the world of biotech, that is mind-boggling for me. However, in my opinion, the most important message for all of our shareholders in today's call is that we believe CD12 demonstrated that leronlimab works as an immunomodulator, which means we believe leronlimab helps regulate one's own immune system to fight disease.

In our opinion, this was proven in CD12, which showed a statistically significant secondary endpoint, and it showed superiority to many of the other drugs in use to fight an especially difficult disease like COVID-19.

But leronlimab's mechanism of action is not specific to COVID. COVID, we believe, is just one of many diseases that would benefit from the immune regulation that the leronlimab provided. So in our opinion, leronlimab works in HIV. We had primary endpoint Phase III based upon that and that leronlimab works as an immunomodulator. CYDY will have revenue from HIV hopefully by the end of the year -- this year, if we get approval by the end of the year. And we will have

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

revenue from COVID as soon as an EUA is given or maybe sold in a different setting, which I will explain what I mean by that shortly.

We are very grateful to the U.S. FDA allowing us to extend CD12 trial to generate more data to demonstrate we can achieve a statistically significant p-value and not only get EUA but also file a BLA for full approval. As the world knows very well, unfortunately, COVID-19 will not go away completely. We expect to sell leronlimab for COVID-19 for many years to come in U.S. and abroad. And we believe this will be a revenue-generating path for us on top of all other indications that we are pursuing.

So before I give a quick summary of our fantastic results, CD12, I first would like to ask Dr. Scott Kelly to give us a quick update on what results are out there from big pharma in regards to COVID-19 severe and critical population. Dr. Kelly, could you please?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Sure. Thank you, Nader. So I want to begin by addressing a few questions regarding the competitive landscape in COVID-19. More precisely, what is the role of leronlimab in the severe and critical COVID-19 population moving forward? Let's go through some of the commonly used medications in COVID-19 and their role in the severe and critical COVID-19 population.

I'll begin with remdesivir. Although approved, the benefits in the critical population remain uncertain. It may lessen time to recovery but mortality benefit has not been clearly demonstrated in this population.

Convalescent plasma. The Emergency Use Authorization is being scaled back by the FDA to limit use of plasma to hospitalize patients early in the course of disease.

Now when we look at hospitalized patients, recall that hydroxychloroquine failed lopinavir and ritonavir failed, azithromycin failed. Now colchicine was stopped as part of the RECOVERY trial on March 5 due to the lack of efficacy by the DSMC. If you recall, both our safety and efficacy DSMC evaluations recommended continuation of our trial with leronlimab. And Merck's molecule, we're just waiting for further clarity until they enroll more patients.

Now let's talk about the standard of care in this population, and I'll begin with dexamethasone. I will now read from the New England Journal of Medicine article published on February 25, 2021. "So there was a total of 2,104 patients who were assigned to receive dexamethasone and 4,321 to receive usual care. Overall, 482 patients or 22.9% died in the dexamethasone group and 1,110 patients or 25.7% died in the usual care group within 28 days after randomization."

In the dexamethasone group, the incidence of death was lower than that in the usual care group among patients receiving invasive mechanical ventilation, 29.3% versus 41.4%; and among those receiving oxygen without invasive mechanical ventilation, 23.3% versus 26.2%, but not among those who are receiving no respiratory support at randomization, 17.8% versus 14%.

In summary, the effect of dexamethasone is shown in the severe and critical population with tremendous power of thousands of patients but not recommended in the mild to moderate population as symptoms may worsen.

Now let's move on to IL-6 inhibitors. The role of IL-6 inhibitors is more difficult to interpret. There were 7 previous randomized, controlled trials on the use of IL-6 inhibitors for the treatment of COVID-19. Taken together, the trials did not show a significant mortality benefit until the RECOVERY trial. This was a randomized but open-label trial. It was not blinded. The RECOVERY trial had 3x as many deaths as all previous trials combined. There were over 4,000 patients involved in the trial. 82% of patients in the RECOVERY trial received steroid. Since this study was largely performed following the publication of positive results regarding dexamethasone, the results showed that 596 of the patients or 29% in the tocilizumab group died within 28 days compared with 694 or 33% of patients in the usual care group. This is a 14% reduction in relative mortality. Tocilizumab caused a reduction in mortality when combined with dexamethasone but had no impact on mortality when given alone. In other words, the mortality benefit was not seen in tocilizumab monotherapy.

What does all this mean? And is there room for improvement in the severe and critical population for leronlimab? If dexamethasone is approximately 30% effective, what about the other 70% of patients that are lying in the ICU beds on mechanical ventilation? What about the other patients with co-morbidities including diabetes, that are status post-organ transplant have a hepatic impairment or renal insufficiency?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Leronlimab has been used in these patient populations without safety signals. We believe there is a tremendous opportunity to help these patients. Nader?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Dr. Scott Kelly. So next, I would like to ask a physician who treated many COVID-19 critically ill patients. And there could be nobody better for us to elaborate on the results of CD12 than Dr. Harish Seethamraju, who is a pulmonary and lung transplant specialist at Mount Sinai Hospital and is the first doctor to ask for leronlimab in emergency IND in U.S., and he enrolled many patients in CD10 and CD12 clinical trial. So Dr. Seethamraju, please give us your understanding of CD12 results. Go ahead, please.

**Harish Seethamraju**

Thank you, Nader. My name is Harish Seethamraju. I'm a pulmonary critical care physician. I practice in New York, and I have seen the worst cases of COVID-19 in the pandemic. My interpretation of the study, CD12 data, is simply that in critically ill population in a well-balanced age group, the outcome and the absolute risk reduction is phenomenally better than any other medication that we have actively used either as an EIND or EUA in our institution.

The benefit that we saw in the critically ill population translates into absolute risk reduction, much more than what dexamethasone has shown, which has been used liberally all over the world. I believe it's primarily because of availability of medication and physician's affability as an "you know the medication for a long time." And that are the 2 main reasons driving the use of these medications.

But with the data that we see with leronlimab in critically ill population, if given the proper delivery mechanism as many physicians could use it, this will definitely show remarkable improvement in survival. And the benefit is not only acute but also prevent, in my view, the long-haulers, too. It will help with mitigating inflammation, promoting immunity, so we don't have patients ending up with organ damage after their critical illness.

Thank you for this opportunity, Nader.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much, Dr. Seethamraju. Next, I would like to ask our own Chief Science Officer and Director of our Clinical Operations, Ph.D. and Medical Doctor, Dr. Mahboob Rahman, who knows our data very well. He has been part of approval of many drugs and has about 25 years of experience in the field of regulatory and getting approval for drugs through FDA. Dr. Rahman, please tell us your take of CD12 data.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Thanks, Nader. Yes. So even though we did not hit the primary endpoint p-value, as they say, but if you look at the data, the -- even in the overall population, you will see consistently in essentially all the endpoints, you see a benefit, maybe numerical, but you see a benefit consistently.

And then you remember that these trials were -- this trial was designed in March, April of last year with very little knowledge of the disease, very little knowledge of the natural history of the disease. And usually, the common things that we need to design a trial like the -- any effect of age or those kinds of things, we did not know. Despite that, we had prespecified the critically ill patients as one of the subpopulations that we will test our primary and secondary endpoint.

And if you look at those prespecified analysis, you will see that this -- the mortality was reduced by 24% in this critically ill patient population, which was defined as ordinal scale 2, which means intubated -- either just intubated or on ECMO. These patients, 24% mortality was reduced.

Then if you look at the time to recovery or discharge from hospitals, our hospital stay in this patient population, you actually see a statistically significant difference, 6 days less in this patient population.

And another secondary endpoint, which is called discharge alive through day 28, and in here, we see a pretty wide difference between the patient who received leronlimab, 28%, versus patients who only received standard of care, 11%, a 166% better rate than placebo.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So with these results in this critically ill patient population, we think that regulatory authorities will take a very close look and see if there is a potential for saving lives under the conditions that we are in right now, with essentially no medication having an impact in the mortality and benefit in the critically ill population. Nader?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much, Dr. Rahman. So similar to Dr. Rahman and Dr. Seethamraju, Dr. Nicholas Agresti, Dr. Chris Recknor, Dr. Kush Dhody, Dr. Kazem who was an ex-reviewer and biostatistician at FDA, they all believe the results are very strong to warrant conditional EUA while we generate more data. So we are working on all avenues for this immediate conditional EUA while we conduct a small 140-patient trial to support our data. That protocol for 140 patients has been submitted to FDA. As soon as we get the agency's comments, we will immediately start with the same site. We have everything ready to go, so we believe that could go very quickly.

So we have explained the results in some detail already in 2 press releases, so we will not take more than 5 to 10 minutes on it, but want to let everyone know that we decided to put out the whole executive summary of the company for all to see as we are very proud of these results, and we like everyone to be able to read the data as it was generated.

Before I get to these results, allow me to give you 1 new developing news in regards to Philippines FDA. I was told last night that Chiral Pharmaceuticals, which we are working with in Philippines, is ready to file CSP as of last night. Perhaps they have done a deal. I haven't got the confirmation, but they are doing it because they have received from hospitals indication of wanting to get leronlimab for certain patients. As soon as this is filed, if it hasn't been already filed, it would take 48 hours for us to get clearance. Chiral Pharmaceutical has told us that their FDA has said that the CSP will be given when they file but we still don't have it yet. But once they get it, we will send them vials of leronlimab immediately for immediate sales to their patient.

This will start with a very small number of patients. But if we get some good results, they have told us that Emergency Use Authorization, along with CD12 data that we have, could be very possible. We will not know until we hear from them, and we will update everyone in that very important new development.

Furthermore, Brazil is having terrible situation with COVID-19, and we are reaching out to their regulatory agency and we'll keep everyone updated on that situation as we go forward. As I said on Saturday interview, we will try to have 1 -- few updates as much as we can, as much as the regulatory and our legal team allows us when we have something to report on to the whole shareholders.

Now let's talk about the results very briefly. Critically ill population, we've shown relative reduction in mortality of 24%. In regard to the whole population, we talk about 309 patients severe and critical. What happened when they took were commonly used drugs and leronlimab versus placebo, and we talk about 233 patients that took dexamethasone with leronlimab versus dexamethasone and placebo. The results will be out there and everyone will be able to see what we have out there. This will be an 8-K with the exact executive summary and all the details.

In regards to U.S. FDA, again, we are very, very thankful that we are able to go forward with another protocol of 140 patients perhaps, and we hope to generate that result very quickly. It will not take us very long because the sites are already set. We will give time lines to everybody as soon as we can get our hands wrapped around the exact time line.

MHRA gave us accelerated approval. We met with them, and they said that they will accept data from CD12 extension. We don't know if the current data will be accepted. The current data, I believe we have 5 critically ill patients. One has died, that's 20% so far. And the results that we've shown was 28% almost. So we don't want to make a big deal out of this until we get more data together.

In regards to Health Canada, the interim order, we will be filing that. And whether we can sell drugs or not, we are questioning that from them, and we're going to find out if we can sell products while interim order is going on. We don't know that answer and we will let everyone know as soon as we know. We will also file with Europe, Brazil and Philippines, as we said, as soon as possible.

So before we go to Q&A, I will update you briefly on other indications also. The indication for cancer, the recent results that we're getting, 10 patients are surviving in stage 4 that we talked about before, and they're reaching 11 months. That does not include our other patient who's in emergency IND that is going to 16 months. So seeing a stage 4 patients going there. And some of the patients, their chemo and CTCs are really fantastic.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And without saying too much more, I'm going to ask Dr. Scott Kelly, what do you think about the cancer...

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. After seeing this recent data and discussing with the treating physicians as well as the patients on their progress, I feel very comfortable in saying that, ultimately, I think that CytoDyn will be an oncology company.

**Nader Z. Pourhassan**
*CEO, President & Director*

Dr. Rahman, do you agree with that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Absolutely, Nader. And we are seeing more and more results in various patients, some in our currently running trials that really surprises us -- impresses us, the results that we see. And we -- I also believe and completely with Dr. Kelly that we will eventually become more of an oncology company because the fact that many of these solid tumors expressed CCR5 and the mechanism of action of our molecule, it could be a tumor-agnostic treatment, which could be huge, which means that it may be able to help many different cancers. So yes, I totally agree. Thank you.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Dr. Rahman. Now in regards to NASH and long-haulers, Dr. Chris Recknor and Dr. Scott Kelly and Dr. Rahman have worked on that. And Dr. Kelly, would you like to elaborate on that?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes, absolutely. And I have some very exciting news for the shareholders in regards to both of these projects. And I know that we're working very hard on CD12 and people were not thinking about long-haulers or NASH as much. But I tell you, I think you're going to be very pleased with our progress.

I'll go through each trial and give you a little brief update. So as you know, NASH is a Phase II trial. It's a 60-patient study for 14 weeks. There's 4 weeks of screening, 14 weeks of treatment and 4-week follow-up. So patients will get 14 doses of leronlimab on a weekly basis. And we're looking at, as the primary endpoint, PDFF, we're looking at fatty deposition in the liver. We're also looking at fibrosis and that will be done at baseline in week 14.

And I'm really, really pleased to announce that thanks to Dr. Chris Recknor and his group, that we are already 30% filled with multiple sites being activated and on target for results in early Q4. And I think that one of the benefits of being involved in COVID is really being involved in long-haulers or post-acute sequelae of COVID-19 early. This has been a lot of work to get this right, but I've got some fantastic news in regards to that.

And I'll begin by just giving an overview about what the opportunity is there. So if you look at -- there's roughly 117,500,000 people who have been diagnosed with COVID-19. And you're going to see different numbers. Some people say 10%, some people say 30% or more are going to be affected by long-haulers. And that leaves between 11,750,000 or 35,250,000 people who will need treatment options.

Our study at CytoDyn with leronlimab is a 50-patient study. I'm very pleased to announce that the trial started on March 1, 2021. We are 50% filled after only 1 week and expect results in early Q3, June or early July. So again, I want to thank Dr. Chris Recknor and his team for doing a tremendous job in this trial. This is not easy, okay?

And the point of this trial to do an investigative trial with 50 patients is to look at subjective complaints and correlate these subjective complaints with biomarkers, and then use these biomarkers and subjective complaints to really extrapolate that to other post-viral syndromes.

So in this trial, patients will receive a total of 8 doses of leronlimab weekly. We're going to look at the primary endpoint of symptoms through day 56. The secondary endpoints include fatigue, brain fog and sleep based on the PROMIS scale. And then we'll be looking at exploratory biomarkers to correlate the 2. Nader?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much. So I want to make sure everybody notices that we are not getting away from HIV. The BLA submission for HIV has had tough time because of the receptor occupancy that did not work for us, and we had to generate another one and that was one of the big setbacks. But we're working on that and that's one of the main delays that we have.

But having worked on 2 clinical trials, CD10 and CD12, in the last 1 year as hard as we did and getting all these patients and getting the data to where we have, meanwhile doing all of these other trials, it's a big task. And we will have some firm time lines for HIV, but we are hoping to have approval by the end of the year. But this is again not firm until I have more verification of exactly what time lines we have.
With that, please let's go to Q&A. Arian?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Arian Colachis**
*VP, General Counsel & Secretary*

The first question. Provide clarity on the long-hauler trial protocol, and I think Dr. Kelly spoke a little bit about this. Do you have anything further you'd like to add?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. I would just say again, reiterate, what we're doing is really looking at the clinical symptom scale and exploratory biomarkers to correlate the 2, so we can have a successful trial in the future and help these patients.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why did the company file an additional protocol to enroll more patients in the critically ill population? Is it because the difference in the percentage of critically ill patients receiving leronlimab who died and those who received standard of care who died is not yet statistically significant but could be made more so with further trials?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we have to show much better clear numbers according to what U.S. FDA has told us. The MHRA told us that they will accept CD12 extension. So we said, well, if we're doing a trial of 140 patients to generate more data to clearly have a p-value statistically significant and then we can also perhaps do interim analysis, if we decide to do that with MHRA, we hope to enroll so quickly that we don't have to do that. But we will work with everybody. Dr. Rahman, do you have anything to add to that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Sure. Yes. I mean, so if you -- I mentioned 3 endpoints, right? There's the survival benefit, we got 24% reduction. We got in the discharge alive, there was actually 166% better results. And in one of the endpoints, the hospital stay, we actually got statistically significant results. So now the other 2, the delta is so big that we are pretty sure, we are confident that if we had a few more patients, we could have achieved the statistical significance.

And that's why we feel very comfortable, very confident that if we do a trial, a very quick trial in a patient population which is critically ill, we will be able to show these results to be statistically significant. So that's why we are -- while we are discussing with the health authorities for a path forward, we felt that we will start this protocol.

And thanks to FDA, they were very supportive of this and they are willing to work with us in designing the trial. So we have submitted the protocol with FDA. FDA is looking at it. We are expecting their comments any moment. And as soon as we have resolved those and we have an agreement on the protocol, we'll start enrolling these patients, especially in the patient -- in the sites that are already -- 25 or so sites which have enrolled the CD12, we believe that we will start with them, and we can enroll these 140 patients very quickly and we'll be able to show the statistic significance.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why did we not go for the 28-day interim evaluation as suggested by DSMC and complete the trial with 42-day mortality as the primary endpoint? By rushing the 28-day trial, it is costing us more delay.

**Nader Z. Pourhassan**
*CEO, President & Director*

So when we did get to the point where we had 75% of the patients enrolled, Dr. Scott Kelly worked with Brian Brothen, Mr. Brian Brothen, very aggressively with Dr. Kush Dhody, who did a fantastic job to enroll all of our patients before the 42

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

days or very close to that 42 days. So it didn't make sense for us to only use 75% of the data and go to the agency rather than the whole 100%.

Now if you go back and say, "Okay, at 75%, we couldn't look at the data," and they would have said enroll more patients, then that will be one of the options that people are maybe thinking about it. We thought this was the cleanest path to go and all of us made that decision and we went for it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Could you please provide a NASDAQ uplist status?

**Nader Z. Pourhassan**
*CEO, President & Director*

Mike?

**Michael D. Mulholland**
*Chief Financial Officer*

Sure, thanks. We currently have 3 primary issues to address, none of which are insurmountable. Number one is the elimination of what's called the going concern exception to the audit opinion on our financial statements. This issue can be resolved in 1 of 2 ways: raise a lot of capital now, which we choose not to do so; or obtain some form of approval, resulting in product revenues or product orders and, therefore, revenues. We believe an approval is near. Therefore, this is management's preference to resolve the going concern exception.

The second issue is a shortfall in stockholders' equity requirement of $5 million at the time of the uplist. As we've stated before, we have a plan to cure this shortfall.

The last criteria is the seasoning of our stock price above $4. And lastly, we remind everyone again, the exchange also considers various subjective issues. And ultimately, it is their decision alone as to approving an uplist for any company.

**Arian Colachis**
*VP, General Counsel & Secretary*

The next is a set of 3 questions from 1 person. ClinicalTrials.gov named all-cause mortality as the primary endpoint. Why report the 24% reduction in all-cause mortality without a p-value?

**Nader Z. Pourhassan**
*CEO, President & Director*

We discussed that. We put the p-value for primary endpoint. Critical yield was another primary endpoint.

**Arian Colachis**
*VP, General Counsel & Secretary*

The press release does not support a p-value for shortened time to recovery but nowhere is shortened time to recovery listed as an endpoint at ClinicalTrials.gov. Do you want a future trial protocol to include this as an endpoint?

**Nader Z. Pourhassan**
*CEO, President & Director*

Dr. Rahman, would you like to address that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Yes, yes. Maybe in the ClinicalTrials.gov, it is listed as hospital stay -- length of hospital stay, which is the same as essentially shortened time to recovery. We just made it more understandable in terms of lingo but it's the same. And that is one of the secondary endpoint, and that is the one that was statistically significant in the critically ill population.

**Arian Colachis**
*VP, General Counsel & Secretary*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And the last question from this caller. Why does ClinicalTrials.gov state planned number of subjects or 50 subjects for the long-hauler protocol and then has an estimated enrollment as 102 participants?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. That's what I was addressing before, which is we're going to do a quick investigative trial to further establish the clinical symptoms and correlating with biomarkers. And that's the reason to do that.

**Arian Colachis**
*VP, General Counsel & Secretary*

How many additional severe, critical and critical severe patients need to be enrolled to potentially reach statistically significance for mortality?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we did the power for critically ill population. And as we said, 140, believe -- we believe that the number that we need to get to.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you have a time frame for the BLA filing in the U.S., Canada and the U.K.?

**Nader Z. Pourhassan**
*CEO, President & Director*

We're not prepared to talk about that because of uncertainty about the receptor occupancy. We will talk about that very shortly and have a specific time line. We hope for approval by the end of the year. But again, we don't want to commit to that yet until we have more clarity.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the status of the triple-negative breast cancer trials?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. The triple-negative breast cancer trial, due to all of the uncertainty with COVID, we're not having a lot of people travel right now. We will be restarting the TNBC trial shortly.

**Nader Z. Pourhassan**
*CEO, President & Director*

And maybe I can add that the basket trial would be our focus mainly because that would include all of this cancer indication. But go ahead.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you expect to fund any additional trials, if needed, by having a secondary offering, assuming after uplist to NASDAQ is completed?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have not decided to do that yet. We are planning, as we said before, to have a couple of trials this year, but we want to get this COVID-19 situation to the point where we have revenue. We believe we're very close to that. And we get that done, mission accomplished hopefully soon. And then, yes, we will talk about that.

**Arian Colachis**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*VP, General Counsel & Secretary*

Do you believe that by pushing to become the approved medication for critical patients, we'll eventually see doctors using it for severe simply because there are not many choices? In other words, just by getting it over the regulatory bar for critical, does it open us up to be able to use it for the severe population?

**Nader Z. Pourhassan**
*CEO, President & Director*

We do not talk about anything about off-label. We're not allowed to sell off-label, and that's not something we will talk about. We only will go for critical populations, sell for that. And then if we want to do severe, we have to do a trial for that also as an expanded label. So we'll talk about that at that time.

**Arian Colachis**
*VP, General Counsel & Secretary*

Are there any ongoing discussions with the EMA for admission into the European market? If not, why not? And if so, how are these discussions going? And do they offer prospects of a speedy admission of Vyrologix in the European market?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we are submitting our application next to the European agency. And as soon as we do that, we'll let everybody know.

**Arian Colachis**
*VP, General Counsel & Secretary*

In the course of the CD12 trial, have you seen any patterns that suggest leronlimab is particularly effective in patients with certain co-morbidities?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we had primary endpoints, secondary endpoints, prespecified secondary endpoints. And those things, we analyzed it for the sake of getting approval. Many other things, we just did not look at. And they're exploratory endpoints. We also have an executive summary where everybody can see that.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the all-cause mortality for the trial 28, 42 and 60 days?

**Nader Z. Pourhassan**
*CEO, President & Director*

What is all-cause mortality? Is that 28 days for primary endpoint, 42 days was not primary endpoint. It was another -- a point that we wanted to look at, but it was not -- it was not secondary endpoint, I don't believe so. Dr. Rahman was 42 days the secondary endpoint?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Yes, it was a secondary endpoint or exploratory on [indiscernible]. And it was very similar because there were very few people died after day 28. Most of the patients died before day 28, which was like 80 patients and another 8 patients died after day 28. So you will expect the results will be similar.

**Arian Colachis**
*VP, General Counsel & Secretary*

How will the FDA view the open-label data since it's not trial standard double-blinded placebo?

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's why we're doing a double-blinded placebo control of 140 patients.

**Arian Colachis**
*VP, General Counsel & Secretary*

I think the question was in relation to the open -- the open-label that you're allowed for the additional CD12 patients. Are they going to be viewing that data that's not double-blinded?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have not talked to them or MHRA as we said in the talk, so those are open label. But the FDA needs to have double-blinded study in that 140 patients, 50% leronlimab, 50% placebo.

**Arian Colachis**
*VP, General Counsel & Secretary*

Since our last communication, how have the manufacturing logistics come along?

**Nader Z. Pourhassan**
*CEO, President & Director*

Very nicely. As I said, the CEO of Samsung congratulated us about the results and told Dr. Nitya Ray and myself that, "We are ready to support whatever amount that you guys need, we will be willing to put all of our resources for you to have your needs met." And I was very appreciative of that.

**Arian Colachis**
*VP, General Counsel & Secretary*

You also stated that there was $2 billion worth of tubes ready for distribution. What is an update on this?

**Nader Z. Pourhassan**
*CEO, President & Director*

So I never said $2 million. I always said...

**Michael D. Mulholland**
*Chief Financial Officer*

He stated $2 billion worth of...

**Nader Z. Pourhassan**
*CEO, President & Director*

$2 billion. Okay. Yes. So if you look at the price of -- that we want to sell it at the time, I said that the price of -- at that time was -- evaluating 1.2 million while -- with that price, which came to $2 billion. If the price goes down and up by the time we get approval, then we have to reevaluate. But the number is very high, so we'll leave it at that.

**Arian Colachis**
*VP, General Counsel & Secretary*

With the FDA approval or EUA and revenues expected from the sale of an entire first batch of 1.3 million vials to the U.S. and/or to other countries, is a dividend still likely happening later this year?

**Nader Z. Pourhassan**
*CEO, President & Director*

If we have approval and sell 1.3 million, as we said before, my intention is to definitely give dividend to the shareholders. This is something that we are -- I am very much for it. The Board will vote on it and they will make the final decision. But I don't see why they would vote against it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

Has a stock buyback been considered in conjunction with the dividend or as an alternative to a dividend?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. In conjunction, that's what my take is. So you can't take that as -- this is the way I think. There has to be a lot of analysis done also at the time and do the best that is good for the shareholder -- all the shareholders.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is there any expectation for government financial support towards manufacturing leronlimab?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes, I'm hopeful for that. But I don't have anything concrete to report on it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is there any news on the application for BARDA and/or Operation Warp Speed in getting funding from government from the -- for CYDY or CytoDyn, like other companies, especially like Novavax?

**Nader Z. Pourhassan**
*CEO, President & Director*

As soon as we have EUA, then we will reach out to them and say if we can have the discussions open up again.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the difference between overall mortality and probability of being discharged alive?

**Nader Z. Pourhassan**
*CEO, President & Director*

So discharged alive was ordinal scale of 2. Everybody was scored between 1 to 7, 1 being dead to being on invasive mechanical ventilator, intubated in ICU. And 7 was released from hospital with no problem. 6 was released from hospital with some minor problems. So those patients who walk out with OS 2 and they received a score of 6 to 7, and that's what we evaluated at the time of discharge because 6 and 7 means discharged. And the other one was -- go ahead. Go ahead, Dr. Rahman.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Sorry, sorry. Once you are done, I wanted to add something.

**Nader Z. Pourhassan**
*CEO, President & Director*

No, no, please. I'm done. Go ahead, please. That will be good. Please go ahead.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Okay. Yes. So to explain it simply, overall mortality is patients who died. And discharged alive not only takes into account whether you're alive but also takes into account that you are well enough to leave the hospital. So it's a combination of being alive and well enough to leave the hospital. So you may be alive, but you're not in a condition to leave the hospital by day 28 because that's also a benefit.

And as I said before, in this endpoint, you see that the patients who received leronlimab, 28% of them were able to leave the hospital by day 28, whereas only 11% of the standard of care. So yes, so it takes into account death as well as how well you are feeling if you're alive. Thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Arian Colachis**
*VP, General Counsel & Secretary*

How many additional critically ill patients have been enrolled since CD12 completed?

**Nader Z. Pourhassan**
*CEO, President & Director*

Five, and we had one dead, which is 20% as compared to our study at 27.9% dead. So we don't want to make a big deal out of it. It's positive. But let's wait until we get more patients.

**Arian Colachis**
*VP, General Counsel & Secretary*

Recently -- this question is with respect to a quote that you had previously, Dr. Pourhassan, about the recently approved IL-6 blocker used to treat severe to critical hospitalized COVID-19 patients requiring mechanical ventilation, reducing mortality by 2% in comparison to the 24% from our trial. The question is, are you indicating tacitly that the standard of care included tocilizumab after their approval and that, in fact, our results for the critical population are much superior to a standard of care that included tocilizumab?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we were talking about comparing what our result was versus theirs. Obviously, the results are, in our studies, taking the commonly used product. Their absolute delta was 1%. Their relative delta was 2%. Our absolute data was -- percentage was 9%, our relative was 24%. So we thought that was -- you want to add something?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. I would just say that there's been a number of different trials for the IL-6 inhibitors that we discussed earlier and the 7 previous trials. And the most recent, I think, a lot of people are referring to is the RECOVERY trial, which we discussed already.

**Arian Colachis**
*VP, General Counsel & Secretary*

Since the press release has referred to their outdated trial, please explain whether we really have any chance going forward given the result of the present trial. Why would other countries want our [ popular ] drug, either given that they have better results for a more comprehensive trial? And even though we have 6 days over their 5, that seems like a small difference.

**Nader Z. Pourhassan**
*CEO, President & Director*

So I think everybody would agree that when FDA says do another trial to show that critical population is solid, your data, that means they're seeing a signal and they're seeing a need that perhaps they can work with us. MHRA said the same and Health Canada had the same opinion. Do you have anything to add?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. No. And I think it's important to realize that if you're talking about it strictly from a medical economics perspective that -- and each night in the ICU can be $25,000 or more. So if you're talking about it in those terms from a medical economics perspective, that it's actually not that expensive to use a drug for 2 doses as a subcutaneous injection.

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. Thank you. Dr. Rahman, do you have anything to add to this?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

Yes. In addition to that, in addition to the expense, remember, there were sometimes, in some hospitals, some areas of the country where there were no ICU beds available. So if you could discharge these patients 6 days earlier than the standard of care, that will open up and that itself will save some more lives, too. So look at it that way also. Thank you.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

That's an excellent point, Dr. Rahman.

**Arian Colachis**
*VP, General Counsel & Secretary*

What are the pending requirements to obtain either an EUA or full approval? And what are the anticipated time lines for each?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we don't have an anticipated time line yet because we want to finish the 140 patients. However, we believe we can finish the enrollment we need to start within 4 to 6 weeks. If you have to wait 28 days after the last patient and if we can start everything quickly because we already have the sites set, keep in mind, we have 10 active sites. We have 25. But if you have 10 active sites alone, that's 14 patients per site. And Dr. Scott Kelly and Mr. Brian Brothen and Dr. Kush Dhody would be working very hard, and Dr. Rahman would be involved with them. So we are very excited to get that done very quickly.

**Arian Colachis**
*VP, General Counsel & Secretary*

What are the current funding opportunities for ramping up manufacturing at Samsung?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we -- as always, we would let everybody know that we are going to raise funds in the best conditions. This is not the best condition, so we believe we have some major event that could help us with the appreciation of the stock. When we get those, we will raise funds at a higher level. That's what we hope. That's what we always hope. So let's talk about this once we get this mission accomplished, which is getting EUA or get revenue from other source.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the readiness for American Regent distribution in the U.S. if the FDA does approve leronlimab for COVID-19?

**Nader Z. Pourhassan**
*CEO, President & Director*

Very ready to go. Mike Mulholland and the team has worked with them on all the contract issues, and everything is resolved.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do they do any production or labeling with regard to the finished product or just distribution?

**Nader Z. Pourhassan**
*CEO, President & Director*

Distribution. The labeling will be done through Dr. Nitya Ray and the company that he has under his control for this matter.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the anticipated price of leronlimab for other countries, specifically Brazil and the Philippines?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

With Philippines, they have told me that they charge the same as the United States, which I was surprised. With Brazil, I have not checked into that. But we will look at that very carefully and let everybody know.

**Arian Colachis**
*VP, General Counsel & Secretary*

How long will the EIND and open label that's continuing to go last, especially with the trial, the next trial you'll be doing?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we are hoping to close those. So we haven't talked about that to the FDA. But once we open the 140 patients, then there is no need for us to have those 2 available unless the agency says different and want us to continue EIND in the hospitals that are not participating in CD12. We don't know. But we'll let everybody know as soon as we know.

**Arian Colachis**
*VP, General Counsel & Secretary*

I think you answered this question already, but if full approval is obtained for leronlimab for COVID critical severe, can leronlimab be used routinely for off-label use by physicians?

**Nader Z. Pourhassan**
*CEO, President & Director*

I do not have any comments about that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Any plans to use open funding sources leading to stock dilution?

**Nader Z. Pourhassan**
*CEO, President & Director*

Well, the funding that we did in the past was selling shares at $10. And then we have the options to take care of our debt the way we have done in the past. I hope everybody is very happy that we authorized 100 million shares. How long ago, Mike, we authorized 100 million shares?

**Michael D. Mulholland**
*Chief Financial Officer*

Last summer.

**Nader Z. Pourhassan**
*CEO, President & Director*

Last summer. And we still -- we had to put 25 million for the...

**Michael D. Mulholland**
*Chief Financial Officer*

Equity [ plan ].

**Nader Z. Pourhassan**
*CEO, President & Director*

And the rest of it, I think most of it is available. So I hope everybody is very happy with that.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the status of the Scientific Advisory Board?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. The Scientific Advisory Board is moving along beautifully. In fact, I've been going to individually meet with a lot of the Scientific Advisory Board members. I've been to San Francisco, New York, et cetera. Obviously, it's been slowed down a little bit just because of COVID, but I've been vaccinated now so I'm going to meet with them individually.

**Arian Colachis**
*VP, General Counsel & Secretary*

What percentage of patients were given steroids? And would steroids be contraindicated with leronlimab?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Steroids are not contraindicated with leronlimab. In fact, one of the interesting things we're seeing is the synergistic response with this. And I think that's encouraging. And in regard to the safety with leronlimab is that we're able to use this medication with a lot of different agents and potentially enhance the effectiveness for us to worried about drug interactions.

**Arian Colachis**
*VP, General Counsel & Secretary*

What are the latest shareholder equity and net tangible asset numbers you can share?

**Nader Z. Pourhassan**
*CEO, President & Director*

Mike?

**Michael D. Mulholland**
*Chief Financial Officer*

Yes, the last numbers we can share are as of November 30 in our 10-Q. And as of November 30, which was filed in early January, we reported stockholders' equity at a deficit of $6.5 million.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the plan to meet the Samsung payment that was previously reported as being due in Q1?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have worked with them several times, and they always have worked with us if we needed to get more time to pay. But we are hoping to make those payments and we will let everybody know our plan very soon.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is the work that the company is doing with regard to COVID somehow impacting or delaying the BLA submission?

**Nader Z. Pourhassan**
*CEO, President & Director*

Well, when you have so many different items to take care of, obviously, it's not as easy, but we thought COVID-19 is very important as we saw patients reaching out to us, physicians wanting emergency IND, then we got the protocol going. So now that we see that there are potential efficacy signal that is showing a path to approval, we have to finish that. And then HIV, we will have time lines. Now did it affect the HIV time line? I think perhaps it has but I just can't be sure of that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you feel that the FDA understands the importance of giving leronlimab earlier in the disease process?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

You have to decide what you want to do with your protocol and go to the FDA. It's not the FDA's job to come and find out how your product will work.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why are you extending the trial, which takes time, especially since COVID deaths are declining and there are less patients to enroll in order to get the p-value?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have to follow the law. If you had a red light and there's no car coming, you can't just pass even though there is no car coming. There is rules and regulation that fits perfectly for all the products that have to be treated the same way. And we are being treated very fairly and we are very happy to go forward. And if it takes a year and 3 months versus a year to get approval, I think that's an amazing achievement. Maybe people think differently, but I just -- I'm very proud of our team getting this done, Amarex, Dr. Rahman, Dr. Scott Kelly, Chris Recknor, all of our people that are doing fantastic jobs. So this is the best we can do. And that's it.

**Arian Colachis**
*VP, General Counsel & Secretary*

What was the mortality rate in the over 65 age group in the leronlimab arm versus the placebo arm, with the understanding that this population was overrepresented in the leronlimab arm and that the overall mortality rate in this population was 42%?

**Nader Z. Pourhassan**
*CEO, President & Director*

So -- yes. So the mortality rate for the overall population, when age adjustments happen, was 9% better, less mortality in over 65. And overall in the whole population, less than 65, the relative reduction, the mortality reduction was 32% in the less than 65. Very impressive. That's what I thought.

**Arian Colachis**
*VP, General Counsel & Secretary*

I've heard your position on buyout potential, but has there been any discussion on partner potential that would be interested and make economic and resource sense?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. So Dr. Scott Kelly wears 1 million hats. He's Chairman of the Board, he's the Chief Medical Officer and he's also Chief Business Development. So Dr. Kelly?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. No, there's been some interesting things happen. We've talked about how we think in terms of business development for these companies. And one of the things that everybody knows now, the data is out there and that's certainly one of the things that I think these companies were waiting on. And now seeing the potential that this is a potential immunomodulator, I think that companies are going to be paying a lot more attention to this.

And I will say something that we think is very interesting that I think a lot of people are not aware of and not paying attention to and I think that I feel comfortable at this point talking about. But as we've gained awareness with leronlimab, both from a national and a smaller scale, we've had a lot of people approach us about the potential for doing trials but paying for the trials as long as we supply the drug and -- but not asking for equity in the company. And I think this is a really strong position for the shareholders to have these trials completed to look at multiple different indications but have other people pay for the trials. And that's just to supply the drug and that's happened in numerous indications.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

So let me add one thing. One time, I look at the percentage of deals that happened between big pharmas and small biotechs. I think it was 90% of the deals happen when the company finished Phase II. Right now, we just finished the Phase III, and we just put the results out on Friday and today's Monday. I think there is potential here. Whether we get something or not, we would let everybody know as soon as we get those information.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you tell me the number and percent given placebo versus leronlimab in those over 65 compared to the percent and number of placebos given to those less than 65?

**Nader Z. Pourhassan**
*CEO, President & Director*

So in the overall population, 17 deaths out of 171, which was less than 65 years old patient in leronlimab. Placebo was 14 divided by 96 patients. 14.6% versus 9.9%, absolute delta of 4.7%, relative reduction was 31.8% in mortality.

**Arian Colachis**
*VP, General Counsel & Secretary*

Could CytoDyn keep the same CD12 trial going and just extend the mortality review of 42 days?

**Nader Z. Pourhassan**
*CEO, President & Director*

We will not do that because we want to get the results very quickly. As Dr. Rahman alluded, the time to discharge is fantastic. The p-value was already there. And when we did age adjustment, the p-value got even better. It was like 0.01. Then we did age adjustment. That was 0.005. So we feel very comfortable with this indication. And Dr. Rahman said it very clearly.

**Arian Colachis**
*VP, General Counsel & Secretary*

Have any of the patients that have been treated with leronlimab shown signs of long-hauler symptoms?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have not looked at that. Dr. Rahman, is there anything you want to add about that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

No, we haven't been able to look at it because it's still pretty soon after completing the study. So we will be looking into that. Thanks.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you know the proportion of patients who progressed from severe to critical in leronlimab plus standard of care versus standard of care alone?

**Nader Z. Pourhassan**
*CEO, President & Director*

Well, we talked about the ordinal scale. So 1 was death, 2 was invasive mechanical ventilator, intubated in ICU and so forth. So we did look at those and those results are in executive summary that will be 8-K. So everybody can see every explanatory population, subpopulation, main population, first -- primary endpoint, secondary endpoint. It's all going to be out there for everyone to see.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you please explain in lay terms how monoclonal antibodies are effective in the treatment of solid tumors?

**Nader Z. Pourhassan**
*CEO, President & Director*

So you want us to -- the question is asking for us to explain the mechanism of action of our monoclonal antibody against the tumor, is that right?

**Arian Colachis**
*VP, General Counsel & Secretary*

I believe so, yes. They're general but I think that it's specific to our molecule.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes, yes. So when you look at the tumors, there's a number of different mechanisms of action in oncology arena. One is CCR5 expression on the tumor. You've got M2 to M1 macrophage conversion. You've got blocking of Tregs and then you've got endothelial cell migration. So those are really the main ones. We actually have an excellent summary on our website, if you look at a video that will go through all the different -- the mechanism of action of leronlimab in oncology and immuno-oncology.

**Arian Colachis**
*VP, General Counsel & Secretary*

Dexamethasone has an EUA and it failed to meet statistical significance. CD12 is the same but we hit statistically significant with hospital stay. Will we apply for an EUA, especially when Janet Woodcock's new pandemic guidelines of p-value not mattering in small trials?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we don't talk about the agency's decisions besides what they tell us and we tell to you guys. We are very, very happy with what we have. They could just say, "Go away. You don't have anything in COVID-19. Go ahead and do just HIV." They didn't. So let's celebrate on that. Let's build on that and let's get it to the finish line.

**Arian Colachis**
*VP, General Counsel & Secretary*

You've touched on this a bit but I'll do it all in one question here. Is our current cash position sufficient to fund the new 140-patient CD12 trial, get the BLA for HIV combo, complete the long-hauler study and current NASH study? And if not, how will you fund these items?

**Nader Z. Pourhassan**
*CEO, President & Director*

So I hope that all of our shareholders are very proud that we raised almost $400 million in the last, I don't know, 10 years or 9 years, if we have done that. So hopefully, you all will feel very comfortable that we will not dilute you guys more than what we have to. For example, the last fundraising at $10, that would be like $20 million comes with 2 million shares.

And even if we go lower, then the numbers are completely different than what it was 1.5 years, 2 years ago. So we have come a long way. We're very proud of that. But I want to put everybody's mind at rest that we have a good resume. So fundraising, when we get to it, if we have to do it, we'll do it in a very careful way.

**Arian Colachis**
*VP, General Counsel & Secretary*

How can you ensure that in the trial that you're about to do, the inequalities that happened in CD12 won't happen again?

**Nader Z. Pourhassan**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO, President & Director*

So back in February, as Dr. Rahman said, the design of the trial was happening in February. The first patient got injected in March. But when we -- looking at that time, the severity of the patient was the criteria that we were looking at mainly. As time changed, everybody learned about more COVID-19. Some companies did 7 clinical trials before they got to the final trial. We did one trial. And now we learned so much. So we have very positive results that we can build on, and we will do that.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. So a lot of that information wasn't available at the time we designed the previous trial. It is now, so we'll take it all into account.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why didn't the DSMC say something about the 65-year-old contingent?

**Nader Z. Pourhassan**
*CEO, President & Director*

So the DSMC only look at certain items that was in the SAP, statistical analysis plan. So we can't just keep -- we don't look at what if that happens, what if this happens. We look at what are we going to do to make this or that happen in the future based upon what we learned in the past and that we are in the present, so we're doing that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why should investors believe something will happen with these foreign regulatory bodies when nothing has happened to date?

**Nader Z. Pourhassan**
*CEO, President & Director*

Please, everybody, go and Google if you feel this way. I respect it and I totally have respect for anybody thinking anyway. Google, how long does it take to get an indication to the finish line? And we have started with a product that was shelved. And we have done what we have done. I don't want to go through all of that because everybody knows what happened. We took 1 year with CD12. We're very excited about the results. Let us enjoy the excitement so we can get energized and do a lot better for you, guys.

**Arian Colachis**
*VP, General Counsel & Secretary*

Would it be more prudent to focus on HIV than COVID-19 given the results that just happened?

**Nader Z. Pourhassan**
*CEO, President & Director*

I think we should concentrate on both of them based upon results that happened.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is it possible to exclude patients administered with dexamethasone? And do you recommend that?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. We saw good results with that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It seems like current mortality and hospitalization data are sufficient to pique the interest of one or more governments around the world and could be leveraged for an agreement to purchase supply in advance of the U.S. 140 critical trial results. Are there any plans to do this?

**Nader Z. Pourhassan**
*CEO, President & Director*

That's what we just talked about, Philippines, and hopefully, we see what happens. And Brazil is coming up next. We'll see what happens. We are working on every avenue. We're just as anxious as everybody else to get -- be able to have revenue.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is it possible to use the patients from the 46 open label toward the 140 needed for the trial?

**Nader Z. Pourhassan**
*CEO, President & Director*

I don't think so.

**Arian Colachis**
*VP, General Counsel & Secretary*

Are the standard of care patients getting just 2 doses 1 week apart since -- and I don't know what this means but maybe you will, M/M, get 2 doses and standard of care are in worse shape? Shouldn't they get more, dependent on the markers? Any thoughts on providing more?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. We gave 2 dose, day 0 and day 7. And that's it.

**Arian Colachis**
*VP, General Counsel & Secretary*

If the Phase II long-haulers trial is successful, what would the key elements of a follow-on Phase III trial be in terms of number of patients and completion of time frame, if you know?

**Nader Z. Pourhassan**
*CEO, President & Director*

Phase II, are they talking about this trial or -- because this trial was Phase III, Phase IIb/III, which could be categorized.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Long-haulers.

**Nader Z. Pourhassan**
*CEO, President & Director*

Oh, they're talking about long-haulers.

**Arian Colachis**
*VP, General Counsel & Secretary*

Sorry, the long-haulers.

**Nader Z. Pourhassan**
*CEO, President & Director*

That, as Dr. Scott Kelly said, is a proof of concept. If we get that, then we can have the data we want to design the trial to go forward.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

We don't know that until we have the data. And we're looking at the biomarkers and the clinical symptoms and correlating the 2. And that will help us determine the numbers. And from that -- that's why we're doing an investigator trial.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you provide an update on the meeting with the FDA regarding Breakthrough Designation for triple-negative breast cancer?

**Nader Z. Pourhassan**
*CEO, President & Director*

Triple-negative breast cancer was not enrolled very well because of the COVID-19, as Dr. Kelly said. But basket trial, we do have fantastic results, in my opinion, because the chemo market -- the CTCs are all 0 and chemo markets are lower and lower in most of the patients. Some patients goes up but then it comes right back. That means getting it controlled. My own mother-in-law now has no tumor in the liver. She's not doing very well, but it's been 16 months now. And she has got her liver with no metastasis and her lung is doing very well.

So the only problem she had was the one that was metastasized to the brain from long time ago. We see that in other patients. CTC are 0. Chemos are stable. These are really great results, but we need to substantiate these results by seeing the data from the CT scan, MRI and so forth and Dr. Rahman is working to getting all of that together.

**Arian Colachis**
*VP, General Counsel & Secretary*

Have you considered reaching out to patients or families who've been successfully treated under EIND, open-label, right to try to provide testimonials to Janet Woodcock at the FDA?

**Nader Z. Pourhassan**
*CEO, President & Director*

So Dr. Janet Woodcock has a perfect way of doing things, in my opinion, and does -- and so does the agency. You might think I'm just saying that, but I really, really am passionate that the FDA in America does a fantastic job, and they don't need me or anybody like me telling them how to do their job. They give us what they give us. It's a fantastic opportunity and we're going to try to make that count.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you control the data age skew in this next trial?

**Nader Z. Pourhassan**
*CEO, President & Director*

We definitely are going to do that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Are you concerned that the worst of this pandemic will have passed us before we gain FDA approval?

**Nader Z. Pourhassan**
*CEO, President & Director*

We hope that most of this pandemic gets past us immediately. That's our prayer and we are hoping for that. Given that Philippines told us that it will take them 3 years to get vaccinated. The -- there is 60,000 flu patients still. Flu is the indication that everybody know that is taken care of but still there is a lot of death. After this is over, which is never going to be over, over in the sense of having 0 patients, then there's going to be a lot of patients still that's going to need this

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

product. We anticipate to hopefully get approval and sell this product for the next 10 years. With what amount and what is the dollar amount is going to be pretty high to start with and then perhaps goes down.

**Arian Colachis**
*VP, General Counsel & Secretary*

In the new trial, will mortality be a secondary endpoint given the 24% mortality reduction in the 62 patients?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes, absolutely.

**Arian Colachis**
*VP, General Counsel & Secretary*

Dr. Patterson made a comment, science strong, trial design blender, not age batching controlled. What do you have to say about this, Dr. Pourhassan?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you for your comment. Appreciate it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Have you considered selling to China?

**Nader Z. Pourhassan**
*CEO, President & Director*

We consider selling to anybody who we can get approval from. So we're working with all the agencies that we listed. And other countries will be added to that list soon.

**Arian Colachis**
*VP, General Counsel & Secretary*

I don't recall hearing any reference to RANTES recently. And I wonder if you have been recording RANTES levels in patients prior to the treatment with leronlimab.

**Nader Z. Pourhassan**
*CEO, President & Director*

So we did have -- we wanted to measure cytokine storm before we did that. We've shown what we have shown. So in this trial, we have laboratory data also but we haven't talked about that. We will at the right time.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you believe there was any problem in the trial design?

**Nader Z. Pourhassan**
*CEO, President & Director*

I don't think so. I think they did a fantastic job given the data, as Dr. Rahman explained.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is CytoDyn's larger marketing plan moving forward for accurately informing larger media outlets, hospitals, health professionals, et cetera, about its drug potential and efficacy across multiple indications?

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So as soon as this drug gets one approval, then the other approvals could be coming back to back as a label expansion. Always the first approval is going to be a difficult thing. So we are working, as Dr. Kelly said, with individuals and organizations that wanted perhaps to do the trial -- bigger trial without charging us, just provide leronlimab. As a matter of fact, Dr. Scott Kelly and myself are flying to Los Angeles to talk to a potential investor -- a very large investor in this kind of -- in these matters.

**Arian Colachis**
*VP, General Counsel & Secretary*

Severe to critical patients likely have underlying conditions that are potentially responsive to leronlimab. Has the company been able to track and monitor the progress of these underlying issues and use the data for future studies?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. We are way overloaded with everything else we have. So we want to just handle what we have.

**Arian Colachis**
*VP, General Counsel & Secretary*

I think you may have talked about this previously, but do you have the application for the Interim Order already completed for Health Canada? Or is it in the process of being completed?

**Nader Z. Pourhassan**
*CEO, President & Director*

You have to first give time line of when you're going to give certain modules to them. So we're working on that and that should be given to them hopefully soon. We'll have time line for everybody and update very, very soon.

**Arian Colachis**
*VP, General Counsel & Secretary*

A lot of these questions now. These are the ones that are coming through. Those were all the pre questions. What are the -- I think you gave this. What are the mortality numbers in the open label? I believe you said there was one death. Is that right?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. I said one death in the critical patient, not the whole. The whole was 46 patients and more deaths, and I believe it was 8 or 9 or something like that. I just don't have the latest number. Kush sent it to me. I just forgot.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is leronlimab effective against variants and mutations of COVID-19?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. We don't -- this is Dr. Kelly. We don't think that variants are going to play a role with leronlimab in that we're blocking the CCR5 receptor and not looking -- and not attacking the virus. It's not an antiviral.

**Arian Colachis**
*VP, General Counsel & Secretary*

Sorry, the system is not working for me to see these questions. Hang on 1 second.

**Nader Z. Pourhassan**
*CEO, President & Director*

Sure. I think we are past 90 minutes, are we?

**Arian Colachis**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*VP, General Counsel & Secretary*

No, but getting close.

**Nader Z. Pourhassan**
*CEO, President & Director*

Okay.

**Arian Colachis**
*VP, General Counsel & Secretary*

Sorry, there's just technical difficulties we're having here with our systems. Let me ask you this question. Why do you think it will only take 4 to 6 weeks to enroll the additional 140 critical patients?

**Nader Z. Pourhassan**
*CEO, President & Director*

If you have 25 sites, let's just say 10 gets active, 14 patients per site, so we asked our expert who really made the enrollment go high in the last part of the CD12. We asked him to give us estimation. And he's giving estimation of 4 weeks, best case. And worst case, he thinks 6 weeks or so. So we'll see. We are hoping for that. That's what -- that's the information I got, and I'm hoping that we can push everybody to get it done as soon as possible.

**Arian Colachis**
*VP, General Counsel & Secretary*

And are we continuing to monitor these patients in the CD12 trial so that we can provide that information to regulatory bodies, either here or abroad?

**Nader Z. Pourhassan**
*CEO, President & Director*

CD12 is not the one that we are doing. It's a new trial. Perhaps we'll call it CD13. That's 140 patients. As soon as we get that completed, we definitely will give the results to everybody.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

It's CD16.

**Nader Z. Pourhassan**
*CEO, President & Director*

Sure. CD16, right, Dr. Rahman?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Yes. It is CD16.

**Nader Z. Pourhassan**
*CEO, President & Director*

Perfect thank you. Okay. Arian, I think -- go ahead. Let's get...

**Arian Colachis**
*VP, General Counsel & Secretary*

Yes, I think probably we could wrap them up just because, unfortunately, the system of being able to review these questions is not -- I don't know if it's because they've been so overloaded with questions or not, but they're not scrolling through, unfortunately.

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

That's no problem. Let me just give some ending statement and let's call it a day for now. We are very proud that the team that we have assembled worked so hard to get this trial finished, completed. And the results speak for itself. We met with the regulatory agencies and we have a path to go forward to get final approval. We're excited to continue to do this great progression -- progress that we have. And we hope that we have some major news about that.

But in regards to cancer and oncology that Dr. Scott Kelly and Dr. Rahman talked about, we will also be updating everybody with the results and hopefully Breakthrough Designation potential path if we have any, which we believe we do. And NASH and long-hauler, we're getting close to getting, hopefully, some interim results in the next few months. And that's exciting to us.

Do we -- are we worried about fundraising and all that? We're not because fundraising is something we always have to be -- to do. And I'm hoping that shareholders are feeling comfortable the way we have done things. So we look forward to updating you as soon as we have more things to talk about, and thank you for participating. Take care. Bye-bye.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*
Thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# Exhibit L

March 8, 2021



# CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19

**U.S. FDA Reviewing Protocol for More COVID-19 Critical Patients to be Enrolled to Support Potential EUA**

*CytoDyn submitted protocol to U.S. FDA for immediate enrollment of 140 critical COVID-19 patients with same sites as CD12 trial – enrollment to commence upon FDA comments*

VANCOUVER, Washington, March 08, 2021 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing Vyrologix™ (leronlimab-PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today multiple regulatory pathways for approval of leronlimab as a treatment for critical COVID-19 patients in the U.S., U.K. and Canada.

MHRA has told the Company it will accept more data from the open-label portion of the current CD12 trial. To date, an additional 46 patients have been enrolled, but the results have not yet been communicated to any agency.

The Company anticipates the Health Canada Interim Order (IO) could allow the Company to sell leronlimab in Canada, while additional critical COVID-19 patients are enrolled. These discussions are on going, and the Company has initiated the process to submit an IO with Health Canada.

The Company also confirms the U.S. FDA has received its protocol for enrolling 140 critically ill COVID-19 patients with the primary endpoint defined as length of hospital stay.

CytoDyn is pleased to show strong data for critically ill COVID-19 patients. Considering the fact that:

(1)   A higher proportion of patients over 65 were enrolled in the leronlimab arm (33%) compared to the placebo arm (23%), and

(2)   Of the 384 treated patients, 117 were over 65 with an overall mortality rate 3.5 times higher (42% - 49/117) than for patients under 65 (12% - 31/267).

Therefore, an "age adjustment" analysis was performed and consequently, the updated results from the primary endpoint analysis are as follows:

1) Statistically significant results (p-value = 0.0319) reported for the primary endpoint (all-cause mortality at Day 28) in participants receiving leronlimab + "commonly used COVID-19 treatments" compared to participants who received "commonly used COVID-19 treatments"

alone in the placebo group in the overall modified intent-to-treat ("mITT") population.

2) Statistically significant results (p-value = 0.0552) reported for the primary endpoint (all-cause mortality at Day 28) among participants who received dexamethasone as the prior or concomitant standard of care treatment ("SoC") for COVID-19, compared to patients who received dexamethasone (without leronlimab) as SoC therapy in the overall mITT population.

3) Amongst all patients in mITT, the primary endpoint (all-cause mortality at Day 28) was not statistically significant. When age adjustment was conducted, the primary endpoint was much closer to statistically significant value. Of note, the reduction of mortality in this population of 65 years and younger leronlimab arm had more than 30% less mortality than placebo and 9% less mortality in participants over 65.

With the age adjustment analysis in all other major secondary endpoints, there was consistent numerical superiority over the placebo group, with some secondary endpoints approaching statistical significance.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented, "We are grateful for the chance to help critically ill COVID-19 patients. We continue to be pleased with the results from over 80 EINDs, 394 patients in CD12, and another 46 patients in the continuation of CD12's open-arm access, as well as the results published in two different peer reviewed journals. I am humbled by comments from the families whose lives they believe were saved with leronlimab and we look forward to making leronlimab more readily available to treat patients with COVID-19 and many other indications we are working on. I'm excited to address our investment community on Monday and to congratulate our entire extended team for their tireless support of the leronlimab program."

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses. The first indication is a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed 11 clinical trials in over 1,200 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast

and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation by the FDA in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn was conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA granted orphan drug designation to leronlimab for the prevention of GvHD. Due to the lack of patients during the COVID-19 pandemic, the Company suspended its Phase 2 trial for acute GvHD.

## About CytoDyn
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn has been working diligently to refile its Biologics License Application ("BLA") for this HIV combination therapy since receiving a Refusal to File in July 2020 and subsequently meeting with the FDA telephonically to address their written guidance concerning the filing. CytoDyn expects to refile its BLA in the first half of calendar year 2021.

CytoDyn has completed a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than six years.

CytoDyn is also conducting a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at [www.cytodyn.com](http://www.cytodyn.com).

## Forward-Looking Statements
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict. Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and

variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to provide positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CONTACTS**
**Investors:**
Michael Mulholland
Office: 360.980.8524, ext. 102
mmulholland@cytodyn.com



Source: CytoDyn Inc.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 92 of 167

# Exhibit M

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 8-K

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

**Date of Report (Date of earliest event reported): March 8, 2021**

# CytoDyn Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **000-49908** | **83-1887078** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(SEC** | **(I.R.S. Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**1111 Main Street, Suite 660**
**Vancouver, Washington 98660**
**(Address of principal executive offices)**

**(360) 980-8524**
**Registrant's telephone number, including area code:**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| None. | None. | None. |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01    Regulation FD Disclosure**

Attached as Exhibit 99.1 is a copy of CytoDyn Inc.'s Executive Summary of the data from its Phase 2b/3,two-arm, randomized, double-blind, placebo-controlled trial to evaluate its investigational drug leronlimab's safety and efficacy as add-on therapy in patients being treated with institutional standard of care for severe-to-critical COVID-19 patients.

The information in this Current Report on Form8-K and in Exhibit 99.1 is being furnished pursuant to Item 7.01 and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference in any filing under the Securities Act of 1933 or the Exchange Act.

**Item 9.01.    Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Executive Summary of CD12 COVID-19 Study Data |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL) |

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 95 of 167

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

CytoDyn Inc.

Dated: March 8, 2021                    By:    /s/ Michael D. Mulholland

Michael D. Mulholland
Chief Financial Officer

Exhibit 99.1



**EXECUTIVE SUMMARY**

**CD12_COVID-19 STUDY**

**04-Mar-2021**



## TABLE OF CONTENTS

| | | |
|---|---|---:|
| 1. | **SUMMARY** | **7** |
| 1.1 | **SUMMARY FIGURES** | **10** |
| 2. | **INTRODUCTION** | **16** |
| 2.1 | **Disease Background** | **16** |
| 2.2 | **Leronlimab (PRO 140)** | **16** |
| 3. | **STUDY OVERVIEW** | **16** |
| 3.1 | **Patient Population** | **17** |
| 3.2 | **Endpoints** | **17** |
| 3.3 | **Analysis Population** | **18** |
| 3.3.1 | **Subgroup analysis - Age group** | **18** |
| 3.4 | **Results Description** | **18** |
| 3.4.1 | **Primary endpoint (All-cause mortality at Day 28)** | **19** |
| 3.4.2 | **Primary endpoint (All-cause mortality at Day 28) – Additional Analyses** | **19** |
| 3.4.3 | **Patients achieving OS 6 or higher (Discharged alive)** | **21** |
| 3.4.4 | **Change in clinical status of subject at Day 28 (on a 7 point ordinal scale)** | **22** |
| 3.4.5 | **Length of hospital stay (days)** | **23** |
| 3.5 | **Safety Analysis** | **24** |
| 4. | **SUMMARY TABLES** | **25** |

Case 3:21-cv-05190-RHS    Document 96    Filed 02/25/22    Page 98 of 167


**List of In-Text Figures**

Figure 1-1: All-Cause Mortality, Day 28                                                                        10

Figure 1-2: All-Cause Mortality (Day 28), Prior and Concomitant COVID-19 Treatment      11

Figure 1-3: All-Cause Mortality (Day 28), Prior and Concomitant Dexamethasone Use       12

Figure 1-4: Ordinal Scale 6 or higher (Discharged alive)                                             13

Figure 1-5: Change in clinical status of subject at Day 28 (on a 7 point ordinal scale)      14

Figure 1-6: Length of Hospital Stay (Days)                                                             15

Case 3:21-cv-08180-BHS    Document 96    Filed 02/25/22    Page 99 of 167



**List of In-Text Tables**

Table 1-1:   Effect of Randomization by Age on 28-Day All-Cause Mortality   7

Table 4-1:   Analysis Population, All Subjects   25

Table 4-2:   Summary of Demographics, mITT Population   25

Table 4-3:   Mortality Status at Day 28, mITT Population   26

Table 4-4:   Mortality Status at Day 28, > 65 years, mITT Population   26

Table 4-5:   Mortality Status at Day 28, £ 65 years, mITT Population   26

Table 4-6:   Mortality Status at Day 28 - Ordinal Scale 2 at Baseline, mITT population   27

Table 4-7:   Mortality Status at Day 28 - Ordinal Scale 2 at Baseline, > 65 years, mITT population   27

Table 4-8:   Mortality Status at Day 28 - Ordinal Scale 2 at Baseline, £ 65 years, mITT population   27

Table 4-9:   Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments, mITT Population   28

Table 4-10:   Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments, > 65 years, mITT Population   28

Table 4-11:   Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments, £ 65 years, mITT Population   28

Table 4-12:   Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments - Ordinal Scale 2 at Baseline, mITT Population   29

Table 4-13:   Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments - Ordinal Scale 2 at Baseline, > 65 years, mITT Population   29

Table 4-14:   Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments - Ordinal Scale 2 at Baseline, £ 65 years, mITT Population   29

Table 4-15:   Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use, mITT Population   30

Table 4-16:   Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use, > 65 years, mITT Population   30

Table 4-17:   Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use, £ 65 years, mITT Population   30

Table 4-18:   Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use - Ordinal Scale 2 at Baseline, mITT Population   30

Case 3:21-cv-05190-BHS      Document 96      Filed 02/25/22      Page 100 of 167



| | | |
|---|---|---|
| Table 4-19: | Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28, mITT Population | 31 |
| Table 4-20: | Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28, > 65 years, mITT Population | 32 |
| Table 4-21: | Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28, £ 65 years, mITT Population | 33 |
| Table 4-22: | Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28 - Ordinal Scale 2 at Baseline, mITT Population | 34 |
| Table 4-23: | Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28 - Ordinal Scale 2 at Baseline, > 65 years, mITT Population | 34 |
| Table 4-24: | Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28 - Ordinal Scale 2 at Baseline, £ 65 years, mITT Population | 34 |
| Table 4-25: | Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Rank ANCOVA, mITT Population | 35 |
| Table 4-26: | Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Rank ANCOVA, > 65 years, mITT Population | 36 |
| Table 4-27: | Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Rank ANCOVA, £ 65 years, mITT Population | 37 |
| Table 4-28: | Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Ordinal Scale 2 at Baseline, Rank ANCOVA, mITT Population | 38 |
| Table 4-29: | Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Ordinal Scale 2 at Baseline, > 65 years, Rank ANCOVA, mITT Population | 38 |
| Table 4-30: | Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Ordinal Scale 2 at Baseline, £ 65 years, Rank ANCOVA, mITT Population | 39 |
| Table 4-31: | Summary of Length of Hospital Stay (Days), mITT Population | 40 |
| Table 4-32: | Summary of Length of Hospital Stay (Days), > 65 years, mITT Population | 40 |
| Table 4-33: | Summary of Length of Hospital Stay (Days), £ 65 years, mITT Population | 40 |
| Table 4-34: | Summary of Length of Hospital Stay (Days) - Ordinal Scale 2 at Baseline, mITT Population | 41 |
| Table 4-35: | Summary of Length of Hospital Stay (Days) - Ordinal Scale 2 at Baseline, > 65 years, mITT Population | 41 |
| Table 4-36: | Summary of Length of Hospital Stay (Days) - Ordinal Scale 2 at Baseline, £ 65 years, mITT Population | 41 |

Case 3:21-cv-05190-RHS    Document 96    Filed 02/25/22    Page 101 of 161


Table 4-37:    Overview of Adverse Events, Safety Population                                    42

Table 4-38:    Overview of Adverse Events, Critical Population                                  42

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 102 of 167



## 1. SUMMARY

Leronlimab (PRO 140) has been studied in a Phase 2b/3, two-arm, randomized, double-blind, placebo-controlled study to evaluate its safety and efficacy as add-on therapy in patients being treated with institutional standard of care (SoC) for severe or critical symptoms of respiratory illness caused by coronavirus disease 2019 (COVID-19).

394 subjects were randomized in a 2:1 ratio to leronlimab or placebo, in combination with SoC therapies. 384 subjects received at least one dose of the study medication (leronlimab 700 mg Or placebo administered subcutaneously on Day 0 and Day 7) and are included in the mITT analyses.

The study population includes 62 critically ill (Baseline Ordinal Score 2) and 322 non-critically ill (Baseline Ordinal Score 3 or higher) patients having confirmed diagnosis of COVID-19 by standard RT-PCR assay or equivalent testing.

Demographic and baseline characteristics showed a higher proportion of >65 years old [**33%** (88/259) vs **23%** (29/125)] population were enrolled in the leronlimab + SoC group compared to placebo + SoC group. The mortality rate reported in the >65 years group is about 3.5 times higher compared to the £65 years group [**42%** (49/117) vs. **12%** (31/267)] in the study. Therefore, additional analyses for the primary and major secondary endpoints were conducted to demonstrate the survival benefit of leronlimab in: age group > 65 years; age group £ 65 years; and adjusted for the age group (> 65 years and £ 65 years).

### RESULTS:

The below table summarizes Day 28 all-cause mortality for combined and subgroups by age:

**Table 1-1: Effect of Randomization by Age on 28-Day All-Cause Mortality**

| | Death/Randomized (%) | | Absolute Reduction | Relative Reduction |
|---|---|---|---|---|
| | Leronlimab | Placebo | | |
| Day 28 Mortality, mITT | 53/259 (20.5%) | 27/125 (21.6%) | 1.1% | 5.3% |
| Day 28 Mortality, mITT, > 65y | 36/88 (40.9%) | 13/29 (44.8%) | 3.9% | 8.7% |
| Day 28 Mortality, mITT, £ 65y | 17/171 (9.9%) | 14/96 (14.6%) | 4.7% | 31.8% |

- **Survival benefit**: A favorable, **statistically significant results (p value 0.0319)** reported for the primary endpoint (all-cause mortality at Day 28) in participants receiving leronlimab + "commonly used COVID-19 treatments" compared to participants who received "commonly used COVID-19 treatments" alone in the placebo group in the **overall mITT population**.

    Similar **statistically significant results (p value 0.0552)** reported for the primary endpoint (all-cause mortality at Day 28) among participants who received dexamethasone as the prior or concomitant standard of care treatment for COVID-19, compared to patients who received dexamethasone (without leronlimab) as standard of care therapy in the **overall mITT population**.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 103 of 167


| | Death/Randomized (%) | | |
|---|---|---|---|
| | Leronlimab | Placebo | **P value** |
| Day 28 Mortality, mITT, prior or concomitant COVID treatment | 34/205 (16.6%) | 24/104 (23.1%) | **0.0319** |
| Day 28 Mortality, mITT, prior or concomitant dexamethasone use | 25/155 (16.1%) | 17/78 (21.8%) | **0.0552** |

Note: p-value is from logistic model adjusted for stratification factor and age based on non-missing observed data.

- **Shortened time to recovery**: The average length of hospital stay was lower in leronlimab group compared to placebo/SoC group in the critically ill population with a statistically significant **p value of 0.0050** using the Rank-ANCOVA model.

| | Days | | |
|---|---|---|---|
| | Leronlimab | Placebo | **P value** |
| Mean Length of hospital stay (days), mITT, Baseline OS=2 | 33.0 | 38.5 | **0.005** |

Note: p-value is from the rank-ANCOVA model adjusted for stratification factor and age

- Leronlimab **improved the probability of "discharged alive"** at Day 28 in the overall mITT population as well as in the critically ill population with the results trending towards statistical significance.

| | Responders/Randomized (%) | | |
|---|---|---|---|
| | Leronlimab | Placebo | **P value** |
| OS 6 or higher, mITT Day 28 (responders) - No Imputation | 126/259 (48.6%) | 54/125 (43.2%) | **0.0697** |
| OS 6 or higher, mITT Day 28 (responders) Baseline OS=2 | 12/43 (27.9%) | 2/19 (10.5%) | **0.0824** |

Note: p-value is from logistic model adjusted for stratification factor and age based on non-missing observed data

- **Safety Analysis:**

The safety analysis of leronlimab in COVID-19 patients was found consistent with the established extensive safety profile with over 1000 patients treated across other multiple studies and indications. Leronlimab in combination with other commonly used COVID-19 treatments was well-tolerated with no new safety signal detected in the CD12_COVID-19 study. The overall incidence rate, frequency and severity of adverse events (AEs) and serious adverse events (SAEs) were similar between the leronlimab + SoC and placebo + SoC groups in this study.

- **Conclusions:**
  - The potential benefit of adding leronlimab to SoC was consistently seen in the critically ill patient population by virtue of numerically better results for all prespecified evaluated clinical endpoints.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 104 of 167



**Leronlimab (PRO 140)**
**CD12_COVID-19 Executive Summary**

- Adding leronlimab to the commonly used COVID-19 treatments including dexamethasone reduced mortality compared to the commonly used treatments without leronlimab in the critically ill patient population and in the overall mITT population.

- Given these findings, there is a high likelihood that critically ill COVID-19 patients may benefit from leronlimab added on to SoC treatments. Given the favorable safety profile of leronlimab, the current mortality rate, and the absolute number of deaths due to COVID-19 in the USA and around the world, the availability of leronlimab for emergency use has the potential to save many lives.


## 1.1 SUMMARY FIGURES

**Figure 1-1: All-Cause Mortality, Day 28**



*Note: Data label on the inside end of bar in the parenthesis reflect number of subjects in the population/treatment group (N).*

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 106 of 167



**Figure 1-2: All-Cause Mortality (Day 28), Prior and Concomitant COVID-19 Treatment**



*Note: Data label on the inside end of bar in the parenthesis reflect number of subjects in the population/treatment group (N).*

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 107 of 167


**Figure 1-3: All-Cause Mortality (Day 28), Prior and Concomitant Dexamethasone Use**



Note: Data label on the inside end of bar in the parenthesis reflect number of subjects in the population/treatment group (N).

---

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 108 of 167



**Figure 1-4: Ordinal Scale 6 or Higher (Discharged Alive)**



*Note: Data label on the inside end of bar in the parenthesis reflect number of subjects in the population/treatment group (N).*

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 109 of 167


**Figure 1-5: Change in Clinical Status of Subject at Day 28 (on a 7 point Ordinal Scale)**



*Note: Data label on the inside end of bar in the parenthesis reflect number of subjects in the population/treatment group (N).*

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 110 of 167

**Figure 1-6: Length of Hospital Stay (Days)**



*Note: Data label on the inside end of bar in the parenthesis reflect number of subjects in the population/treatment group (N).*

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 111 of 167



## 2. INTRODUCTION

### 2.1 DISEASE BACKGROUND

COVID-19 is a disease caused by a novel coronavirus that emerged in Wuhan, China, in December 2019. Other diseases caused by coronaviruses include severe acute respiratory syndrome (SARS), Middle East respiratory syndrome (MERS), and the common cold. COVID-19 manifests as a respiratory illness of widely varying clinical severity. At the most severe end of the spectrum, it results in severe pneumonia and respiratory failure. Acute respiratory distress syndrome (ARDS) is often the preterminal event in patients with COVID-19. Severe COVID-19 is often associated with the release of proinflammatory cytokines, which may cause or exacerbate lung injury leading to life-threatening disease.

### 2.2 LERONLIMAB (PRO 140)

Leronlimab (PRO 140) is a humanized IgG4,k monoclonal antibody (mAb) that recognizes the C-C chemokine receptor type 5 (CCR5). Leronlimab acts as a competitive inhibitor by binding the N-terminus and second extracellular loop and blocking CCR5-mediated infection of cells. CCR5 is expressed predominantly on T cells but also found on macrophages, dendritic cells, and eosinophils to mediate chemotaxis in response to its cognate ligands that include CCL5 (RANTES), CCL3 (MIP-1α), and CCL4 (MIP-1ß). These ligands are integral in the recruitment of these immune cells to inflammatory sites. The immunopathogenesis of COVID-19 likely involves the excessive influx of immune cells into the lung. SARS-CoV-1 has very similar clinical findings to COVID-19 and elicits high levels of CCL5 expression by airway epithelial cells and macrophages. Disruption of the CCL5-CCR5 axis via leronlimab-mediated CCR5 blockade might prevent pulmonary trafficking of pro-inflammatory leukocytes and dampen pathogenic immune activation in COVID-19.

The migration of macrophages and release of pro-inflammatory cytokines led to acute respiratory distress syndrome (ARDS) in lungs. The ARDS has known to be one of the main reasons for mortalities in patients with COVID-19. CytoDyn believes that leronlimab, a CCR5 antagonist, is potentially therapeutic in inhibiting pro-inflammatory cytokines responses as observed in ARDS and could be useful in treating COVID-19.

## 3. STUDY OVERVIEW

This study is a Phase 2b/3, two-arm, randomized, double-blind, placebo-controlled, adaptive design study to evaluate the safety and efficacy of leronlimab (PRO 140) in patients with severe or critical symptoms of respiratory illness caused by coronavirus disease 2019 (COVID-19). Approximately 390 subjects are to be randomized in a 2:1 ratio to leronlimab or placebo group. Leronlimab 700mg (175 mg/mL) and placebo were administered subcutaneously as an add-on to the institutional standard of care treatment (SoC).

Case 3:21-cv-05180-RHS   Document 96   Filed 02/25/22   Page 112 of 167


**3.1  PATIENT POPULATION**

The study population includes critically ill and non-critically ill hospitalized patients with a confirmed diagnosis of COVID-19 by standard RT-PCR assay or equivalent testing.

**Critical Illness:**

Based on clinical severity on the baseline Ordinal Scale (OS) score of 2

**OS 2** = Hospitalized, on invasive mechanical ventilation or extracorporeal membrane oxygenation (ECMO).

Note: The patient, if intubated, must have positive end-expiratory pressure (PEEP) <15 cmH2O with PaO2/FiO2 >150 mmHg to enroll in the study.

**Non Critical (Severe) Illness:**

Based on clinical severity on the baseline Ordinal Scale (OS) score of 3 or 4

**OS 3** = Hospitalized, on non-invasive ventilation or high flow oxygen devices.

**OS 4** = Hospitalized, requiring supplemental oxygen.

The study allowed co-administration of approved or off-label COVID-19 treatments as part of standard-of-care therapies.

**3.2  ENDPOINTS**

The primary endpoint and major secondary endpoints (at Day 28) are presented in this Executive Summary.

- Primary Endpoint:
  - All-cause mortality at Day 28
- Major Secondary Endpoints:
  - Proportion of patients achieving a category of 6 or higher at Day 28 (on a 7 point ordinal scale).
  - Change in clinical status of subject at Day 28 (on a 7 point ordinal scale)

    *Note: A 7-category ordinal scale of patient health status ranges from: 1) Death; 2) Hospitalized, on invasive mechanical ventilation or extracorporeal membrane oxygenation (ECMO); 3) Hospitalized, on non-invasive ventilation or high flow oxygen devices; 4) Hospitalized, requiring supplemental oxygen; 5) Hospitalized, not requiring supplemental oxygen; 6) Not hospitalized, limitation on activities; 7) Not hospitalized, no limitations on activities.*

  - Length of hospital stay (days).

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 113 of 167



Note: Subgroup analyses were conducted based on baseline Ordinal Scale (OS) for patient severity (OS 2 = Critically ill; OS 3&4 =Non-Critically ill) for the primary and major secondary endpoints listed above.

### 3.3    ANALYSIS POPULATION

A summary of the analysis populations is provided in Table 4-1.

A total of 394 subjects were randomized and thus included in the Intent-to-Treat (ITT) population.

Of those, 384 (97.5%) subjects who received at least one dose of study treatment (leronlimab or placebo) were included in the Modified Intent-to-Treat (mITT) and Safety population. The demographics summaries for the mITT population is provided in Table 4-2. Demographic and baseline characteristics were generally balanced except for a slightly higher proportion of non-white (50% vs 44%), and >65 years old (33% vs 23%) population in the Leronlimab + SoC group. Both of these groups of COVID-19 patients are known to have higher mortality rates.

Among the 384 participants, 62 (16%) subjects are categorized under critically ill population based on an ordinal scale score of 2 at baseline, i.e. patients hospitalized, on invasive mechanical ventilation or extracorporeal membrane oxygenation (ECMO), as described in Section 3.1.

As defined in the statistical analysis plan, the Modified Intent-to-Treat (mITT) Population is used to analyze the primary and secondary efficacy endpoints and Safety Population is used for the analysis of safety parameters or measurements.

#### 3.3.1  Subgroup analysis - Age group

Demographic and baseline characteristics showed a higher proportion of >65 years old [**34%** (88/259) vs **23%** (29/125)] population were enrolled in the leronlimab + SoC group compared to placebo + SoC group. The mortality rate reported in the >65 years group is about 3.5 times higher compared to the £65 years group [**42%** (49/117) vs. **12%** (31/267)] in the study. Therefore, additional analyses for the primary and major secondary endpoints were conducted to demonstrate the survival benefit of leronlimab in:

a.      Age group > 65 years

b.      Age group £ 65 years; and

c.      Adjusted for the age group (> 65 years and £ 65 years)

### 3.4    RESULTS DESCRIPTION

A total of 384 subjects randomized and treated (mITT), 259 in leronlimab and 125 in placebo group.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 114 of 167


**3.4.1 Primary endpoint (All-cause mortality at Day 28)**

<u>Overall population</u>:

The survival benefit of adding leronlimab to SoC was evident in both > 65 years and £ 65 years age group within overall mITT population.

**> 65 years:** All-cause mortality among > 65 years age group was **41%** (36 out of 88 subjects died) within 28 days of treatment initiation in leronlimab + SoC group compared to **45%** (13 out of 29 subjects died) in placebo + SoC group (Table4-4). This is approximately a **9%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone.

**£ 65 years:** All-cause mortality among £ 65 years age group was **10%** (17 out of 171 subjects died) within 28 days of treatment initiation in leronlimab + SoC group compared to **15%** (14 out of 96 subjects died) in placebo + SoC group (Table4-5). This is approximately a **32%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone.

<u>Critical population</u>:

Out of 62 patients in the critically ill population, 19 (31%) died within 28 days. Leronlimab showed a survival benefit in critically ill COVID-19 patients. All-cause mortality among critically ill patients was **28%** (12/43) with leronlimab + SoC and **37%** (7/19) with placebo + SoC at day 28 (Table4-6). This is approximately a **24%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone in the critically ill population.

**> 65 years:** All-cause mortality among > 65 years age group was **64%** (9/14) within 28 days of treatment initiation in leronlimab + SoC group compared to **75%** (3/4) in placebo + SoC group (Table4-7). This is approximately a **14%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone in > 65 years age group in critically ill population.

**£ 65 years:** All-cause mortality among £ 65 years age group was **10%** (3/29) within 28 days of treatment initiation in leronlimab + SoC group compared to **27%** (4/15) in placebo + SoC group (Table4-8). This is approximately a **61%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone in £ 65 years age group in the critically ill population.

**3.4.2 Primary endpoint (All-cause mortality at Day 28) – Additional Analyses**

**3.4.2.1 Leronlimab + specific COVID-19 treatments vs. specific COVID-19 treatments alone**

The study allowed prior and co-administration of any approved or off-label COVID-19 treatments as the standard of care therapies. Hence, subgroup analyses were performed to evaluate the treatment effect of leronlimab in subjects receiving these commonly used COVID-19 treatments. For the purpose of subgroup analyses, the following medications were considered "commonly used treatment for COVID-19: hydroxychloroquine or chloroquine with or without azithromycin,

Case 3:21-cv-05190-BHS   Document 96   Filed 02/25/22   Page 115 of 167


remdesivir, dexamethasone (or other corticosteroids), monoclonal antibodies (such as bamlanivimab, casirivimab, imdevimab, siltuximab), immunomodulatory agents (such as baricitinib, sarilumab, clazakizumab, tocilizumab, anakinra), and convalescent plasma therapy. Approximately 80% of the participants received these medications (309/384). Leronlimab, when added on these "commonly used treatment", seems to provide additional survival benefit at Day 28. Mortality rate was **17%** (34/205) in subjects receiving leronlimab + "commonly used treatment" compared to **23%** (24/104) in subjects who received "commonly used treatments" alone in the placebo group in the overall mITT population, a relative reduction in mortality by approximately 28%. **This was statistically significant with p value of 0.0319 using the logit model**. (Table 4-9)

**> 65 years:** All-cause mortality rate was **40%** (25/62) in subjects receiving leronlimab + "commonly used treatment" compared to **46%** (12/26) in subjects who received placebo + "commonly used treatments" in the > 65 years age group of overall mITT population, a relative reduction of approximately 13%. (Table 4-10)

**£ 65 years:** All-cause mortality rate was **6%** (9/143) in subjects receiving leronlimab + "commonly used treatment" compared to **15%** (12/78) in subjects who received placebo + "commonly used treatments" in the £ 65 years age group of overall mITT population, a relative reduction of approximately 59%. (Table 4-11)

**Critical population**:

Majority of the critically ill patients received these medications (54/62). Mortality rate was **25%** (9/36) in subjects receiving leronlimab + "commonly used treatment" compared to **39%** (7/18) in subjects who received "commonly used treatments" alone in the placebo group in the critically ill population. This is approximately a **36%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone in the critically ill population. (Table 4-12)

**> 65 years:** All-cause mortality rate was **70%** (7/10) in subjects receiving leronlimab + "commonly used treatment" compared to **75%** (3/4) in subjects who received placebo + "commonly used treatments" in the > 65 years age group of critically ill population. This is approximately a **7%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone in the > 65 years age group of critically ill population. (Table 4-13)

**£ 65 years:** All-cause mortality rate was **8%** (2/26) in subjects receiving leronlimab + "commonly used treatment" compared to **29%** (4/14) in subjects who received placebo + "commonly used treatments" in the £ 65 years age group of critically ill population. This is approximately a **73%** relative reduction in mortality observed with leronlimab when given in combination with other SoC therapies compared to SoC alone in the £ 65 years age group of critically ill population. (Table 4-14)

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 116 of 167


**3.4.2.2 Leronlimab + Dexamethasone vs. Dexamethasone alone**

Approximately 60% of the participants (233/384) received dexamethasone, a systemic corticosteroid. Among participants who received dexamethasone as the prior or concomitant standard of care treatment for COVID-19, the mortality rate within 28 days was lower in leronlimab group (leronlimab + dexamethasone) compared to patients who received dexamethasone (without leronlimab) as standard of care therapy [**16%** (25/155) vs **22%** (17/78)] in the overall mITT population. This is approximately a **26%** relative reduction in mortality observed with leronlimab when given in combination with dexamethasone compared to dexamethasone alone. (Table 4-15). The p value of 0.0552 using the logit model.

**> 65 years:** Among participants in > 65 years age group who received dexamethasone as prior or concomitant SoC treatment for COVID-19, the mortality rate within 28 days was lower in leronlimab group (leronlimab + dexamethasone) compared to patients who received dexamethasone (without leronlimab) as SoC therapy [**35%** (19/54) vs **45%** (10/22)] in the overall mITT population. This is approximately a **23%** relative reduction in mortality observed with leronlimab when given in combination with dexamethasone compared to dexamethasone alone in > 65 years age group of the overall mITT population. (Table 4-16)

**£ 65 years:** Among participants in £ 65 years age group who received dexamethasone as prior or concomitant SoC treatment for COVID-19, the mortality rate within 28 days was lower in leronlimab group (leronlimab + dexamethasone) compared to patients who received dexamethasone (without leronlimab) as SoC therapy [**6%** (6/101) vs **13%** (7/56)] in the overall mITT population. This is approximately a **53%** relative reduction in mortality observed with leronlimab when given in combination with dexamethasone compared to dexamethasone alone in £ 65 years age group of the overall mITT population. (Table 4-17)

<u>**Critical population**</u>:

Among critically ill participants who received dexamethasone as prior or concomitant SoC treatment for COVID-19, the mortality rate within 28 days was lower in leronlimab group (leronlimab + dexamethasone) compared to patients who received dexamethasone (without leronlimab) as SoC therapy [**21%** (5/24) vs **27%** (3/11)]. This is approximately a **24%** relative reduction in mortality observed with leronlimab when given in combination with dexamethasone compared to dexamethasone alone in the critically ill population. (Table 4-18)

**3.4.3 Patients achieving OS 6 or higher (Discharged alive)**

<u>**Overall population**</u>:

Evaluation of the clinical status at Day 28 was assessed with a 7-level ordinal scale (with higher score indicating better outcome). The study enrolled hospitalized patients with an ordinal scale (OS) Score of 2, 3, or 4 at baseline. The OS score of 6 refers to participant who is not hospitalized with limitation on activities and 7 refers to not hospitalized with no limitations on activities.

---

Case 3:21-cv-05190-BHS   Document 96   Filed 05/25/22   Page 117 of 167



Leronlimab improved the probability of "discharged alive" at Day 28, to **49%** (126/259) from **43%** (54/125) in the placebo + SoC group, a relative improvement of approximately 13% among hospitalized patients of varying severity at baseline (from those needing supplemental oxygen to those requiring intubation) with a p-value of 0.0697 using the logit model. (Table 4-19A). The results of an additional analysis using multiple imputation for missing data are presented in Table 4-19B.

**> 65 years:** A numerically higher proportion of patients were discharged from hospital alive in the leronlimab + SoC (**32%**) vs placebo + SoC (**21%**) in > 65 years age group. (Table 4-20A). This is approximately a **54%** relative improvement or higher probability of discharged alive from hospital with leronlimab group compared to placebo (SoC alone) group. The results of an additional analysis using multiple imputation for missing data is presented in Table 4-20B.

**£ 65 years:** A numerically higher proportion of patients were discharged from hospital alive in the leronlimab + SoC (**57%**) vs placebo + SoC (**50%**) in £ 65 years age group. (Table 4-21A). This is approximately a **15%** relative improvement or higher probability of discharged alive from hospital with leronlimab group compared to placebo (SoC alone) group. The results of an additional analysis using multiple imputation for missing data are presented in Table 4-21B.

**Critical population**:

**28%** (12/43) of the critically-ill population (i.e., on invasive mechanical ventilation/intubated at baseline) who received leronlimab + SoC were discharged from the hospital within 28 days compared to only **11%** (2/19) patients in the placebo + SoC group (Table 4-22), a relative improvement of approximately 166% in the proportion of patients discharged within 28 days in leronlimab group compared to SoC alone (P-value of 0.0824)

**> 65 years: 21%** (3/14) of the critically-ill population in > 65 years age group who received leronlimab + SoC were discharged from the hospital within 28 days compared to none **0%** (0/4) of the patients in the placebo + SoC group (Table 4-23).

**£ 65 years: 31%** (9/29) of the critically-ill population in £ 65 years age group who received leronlimab + SoC were discharged from the hospital within 28 days compared to only **13%** (2/15) of the patients in the placebo + SoC group (Table 4-24). This is a relative improvement of approximately 133% in participants who received leronlimab compared to the placebo group.

**3.4.4 Change in clinical status of subject at Day 28 (on a 7 point ordinal scale)**

**Overall population**:

The improvement in clinical status according to the ordinal scale score at Day 28 was higher in the leronlimab + SoC group compared to the placebo + SoC group. The mean change (improvement) in the ranking on an ordinal scale from baseline to Day 28 was (+**1.5**) in leronlimab + SoC group compared to (+**1.2**) in the placebo + SoC group (Table 4-25A). The results of an additional analysis using multiple imputation for missing data is presented in Table 4-25B.

**Confidential**

Case 3:21-cv-05189-BHS    Document 96    Filed 02/25/22    Page 118 of 167



**> 65 years:** The mean change (improvement) in the ranking on an ordinal scale from baseline to Day 28 was (+**0.2**) in leronlimab + SoC group compared to (**-0.0**) in the placebo + SoC group in > 65 years age group (Table 4-26A). The results of an additional analysis using multiple imputation for missing data are presented in Table 4-26B.

**£ 65 years:** The mean change (improvement) in the ranking on an ordinal scale from baseline to Day 28 was (+**2.1**) in leronlimab + SoC group compared to (**+1.7**) in the placebo + SoC group in £ 65 years age group (Table 4-27A). The results of an additional analysis using multiple imputation for missing data are presented in Table 4-27B.

<u>**Critical population**</u>:

The improvement in clinical status according to the ordinal scale score at Day 28 was higher in the leronlimab + SoC group compared to the placebo + SoC group. The mean change (improvement) in the ranking on an ordinal scale from baseline to Day 28 was (+**1.4**) in leronlimab + SoC group compared to only (+**0.6**) in the placebo + SoC group in the critically ill population. (Table 4-28)

**> 65 years:** The mean change (improvement) in the ranking on an ordinal scale from baseline to Day 28 was (+**0.2**) in leronlimab + SoC group compared to mean change (worsening) reported (**-0.3**) in the placebo + SoC group in the > 65 years age group of critically ill population. (Table 4-29)

**£ 65 years:** The mean change (improvement) in the ranking on an ordinal scale from baseline to Day 28 was (+**2.1**) in leronlimab + SoC group compared to only (+**0.9**) in the placebo + SoC group in the £ 65 years age group of critically ill population. (Table 4-30)

**3.4.5 Length of hospital stay (days)**

<u>**Overall population**</u>:

The average length of hospital stay was similar between the two treatment groups in the overall mITT population (21.4 days). (Table 4-31)

**> 65 years:** The average length of hospital stay was lower in leronlimab + SoC group (28 **days**) compared to the placebo + SoC group (31 **days**) in the > 65 years age group of overall mITT population. (Table 4-32)

**£ 65 years:** The average length of hospital stay was lower in leronlimab + SoC group (18 **days**) compared to the placebo + SoC group (19 **days**) in the £ 65 years age group of overall mITT population. (Table 4-33)

<u>**Critical population**</u>:

The average length of hospital stay was lower in leronlimab + SoC group (33 **days**) compared to the placebo + SoC group (39 **days**) in the critically ill population. This was statistically significant with **p value of 0.0050** using the Rank-ANCOVA model. (Table 4-34)

---

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 119 of 167



**> 65 years:** The average length of hospital stay was lower in leronlimab + SoC group (37 days) compared to the placebo + SoC group (42 days) in the > 65 years age group of critically ill population. (Table 4-35)

**£ 65 years:** The average length of hospital stay was lower in leronlimab + SoC group (31 days) compared to the placebo + SoC group (38 days) in the £ 65 years age group of critically ill population. (Table4-36)

### 3.5 SAFETY ANALYSIS

Leronlimab has an extensive safety profile available based on data from more than 1000 patients treated across multiple studies and indications. Leronlimab was generally well tolerated with no major safety concerns. Participants have received weekly subcutaneous doses of leronlimab with the longest duration of exposure lasting 5+ years in HIV setting.

The overall incidence rate, frequency, and severity of adverse events and serious adverse events (SAEs) were similar between the leronlimab and placebo group in the CD12_COVID-19 study.

An overview of all adverse events and serious adverse events (SAEs) reported in the study at the time of the data snapshot is provided in Table 4-37. There were 197 SAEs reported for 99 subjects (38.2%, 99/259) in the leronlimab (PRO 140) group and 98 SAEs reported for 47 subjects (37.6%, 47/125) in the placebo group. Additionally, an overview of all adverse events and serious adverse events (SAEs) reported in the critically ill population is provided in Table 4-38.

Case 3:21-cv-05190-RHS    Document 96    Filed 02/25/22    Page 120 of 167


## 4. SUMMARY TABLES

**Table 4-1: Analysis Population, All Subjects**

| Parameter | Leronlimab 700 mg N=265 n(%) | Placebo N=129 n(%) | Total N=394 n(%) |
|---|---|---|---|
| Intent to Treat (ITT) population | 265 (100.0) | 129 (100.0) | 394 (100.0) |
| Modified-Intent to Treat (mITT) population | 259 (97.7) | 125 (96.9) | 384 (97.5) |
| Safety population | 259 (97.7) | 125 (96.9) | 384 (97.5) |

Note: All percentages are based on the number of subjects in the population and treatment group (N).

**Table 4-2: Summary of Demographics, mITT Population**

| Parameter | Characteristic | Leronlimab 700 mg N=259 | Placebo N=125 | Total N=384 |
|---|---|---|---|---|
| Gender | Male, n(%) | 169 (63.8) | 83 (64.3) | 252 (64.0) |
| | Female, n(%) | 90 (34.0) | 42 (32.6) | 132 (33.5) |
| | American Indian/Alaskan Native, n(%) | 1 (0.4) | 0 (0.0) | 1 (0.3) |
| | Asian, n(%) | 11 (4.2) | 7 (5.4) | 18 (4.6) |
| Race | Black/African-American, n(%) | 29 (10.9) | 23 (17.8) | 52 (13.2) |
| | White, n(%) | 133 (50.2) | 70 (54.3) | 203 (51.5) |
| | Other, n(%) | 85 (32.1) | 25 (19.4) | 110 (27.9) |
| | Not Hispanic/Latino, n(%) | 122 (46.0) | 72 (55.8) | 194 (49.2) |
| Ethnicity | Hispanic/Latino, n(%) | 123 (46.4) | 52 (40.3) | 175 (44.4) |
| | Not Reported, n(%) | 8 (3.0) | 0 (0.0) | 8 (2.0) |
| | Unknown, n(%) | 6 (2.3) | 1 (0.8) | 7 (1.8) |
| Age (Years) [1] | n | 259 | 125 | 384 |
| | Mean (SD) | 58.82 (13.82) | 58.51 (11.50) | 58.72 (13.09) |
| | Median | 59 | 58 | 59 |
| | Min - Max | 20-88 | 28-86 | 20-88 |
| | < 40 | 26 (9.8) | 8 (6.2) | 34 (8.6) |
| Age Group | 40-65 | 145 (54.7) | 88 (68.2) | 233 (59.1) |
| | > 65 | 88 (33.2) | 29 (22.5) | 117 (29.7) |

[1] Age (Years) = Integer of [(date of informed consent - date of birth) / 365.25]
Note: All percentages are based on the number of subjects in the population and treatment group (N).

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 121 of 167


**Table 4-3: Mortality Status at Day 28, mITT Population**

| Category | Leronlimab 700 mg N=259 | Placebo N=125 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 53 (20.46%) | 27(21.60%) | 0.70 | (0.39, 1.25) |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data.
Note: All percentages are based on the number of subjects in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

**Table 4-4: Mortality Status at Day 28, > 65 years, mITT Population**

| Category | Leronlimab 700 mg N=88 | Placebo N=29 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 36 (40.91%) | 13 (44.83%) | 0.79 | (0.32, 1.93) |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

**Table 4-5: Mortality Status at Day 28, £ 65 years, mITT Population**

| Category | Leronlimab 700 mg N=171 | Placebo N=96 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 17 (9.94%) | 14 (14.58%) | 0.64 | (0.30, 1.37) |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-RHS Document 96 Filed 02/25/22 Page 122 of 167



**Table 4-6: Mortality Status at Day 28 - Ordinal Scale 2 at Baseline, mITT population**

| Category | Leronlimab 700 mg N=43 | Placebo N=19 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 12 (27.91%) | 7 (36.84%) | 0.43 | (0.10, 1.82) |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

**Table 4-7: Mortality Status at Day 28 - Ordinal Scale 2 at Baseline, > 65 years, mITT population**

| Category | Leronlimab 700 mg N=14 | Placebo N=4 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 9 (64.29%) | 3 (75.00%) | 1.00 | (0.06,15.99) |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

**Table 4-8: Mortality Status at Day 28 - Ordinal Scale 2 at Baseline, £ 65 years, mITT population**

| Category | Leronlimab 700 mg N=29 | Placebo N=15 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 3 (10.34%) | 4 (26.67%) | 0.32 | (0.06, 1.74) |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 123 of 167



**Table 4-9: Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments, mITT Population**

| Category | Leronlimab 700 mg N=205 | Placebo N=104 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 34 (16.59%) | 24 (23.08%) | 0.48 | (0.25, 0.94) |

Note: Logistic model adjusted for stratification factor and age based onnon-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).
Note: Commonly used COVID-19 treatment includes hydroxychloroquine or chloroquine with or without azithromycin, anti-viral agents (remdesivir), dexamethasone (or other corticosteroids), monoclonal antibodies (such as bamlanivimab, casirivimab, imdevimab, siltuximab), immunomodulatory agents (such as baricitinib, sarilumab, clazakizumab, tocilizumab, anakinra), and convalescent plasma therapy.

**Table 4-10: Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments, > 65 years, mITT Population**

| Category | Leronlimab 700 mg N=62 | Placebo N=26 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 25 (40.32%) | 12 (46.15%) | 0.69 | (0.26, 1.85) |

Note: Logistic model adjusted for stratification factor based onnon-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).
Note: Commonly used COVID-19 treatment includes hydroxychloroquine or chloroquine with or without azithromycin, anti-viral agents (remdesivir), dexamethasone (or other corticosteroids), monoclonal antibodies (such as bamlanivimab, casirivimab, imdevimab, siltuximab), immunomodulatory agents (such as baricitinib, sarilumab, clazakizumab, tocilizumab, anakinra), and convalescent plasma therapy.

**Table 4-11: Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments, £ 65 years, mITT Population**

| Category | Leronlimab 700 mg N=143 | Placebo N=78 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 9 (6.29%) | 12 (15.38%) | 0.34 | (0.14, 0.87) |

Note: Logistic model adjusted for stratification factor based onnon-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).
Note: Commonly used COVID-19 treatment includes hydroxychloroquine or chloroquine with or without azithromycin, anti-viral agents (remdesivir), dexamethasone (or other corticosteroids), monoclonal antibodies (such as bamlanivimab, casirivimab, imdevimab, siltuximab), immunomodulatory agents (such as baricitinib, sarilumab, clazakizumab, tocilizumab, anakinra), and convalescent plasma therapy.

Case 3:21-cv-01160-BHS Document 96 Filed 02/25/22 Page 124 of 167


**Table 4-12: Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments - Ordinal Scale 2 at Baseline, mITT Population**

| Category | Leronlimab 700 mg N=36 | Placebo N=18 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 9 (25.00%) | 7 (38.89%) | 0.33 | (0.07, 1.62) |

Note: Logistic model adjusted for stratification factor and age based onnon-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).

**Table 4-13: Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments - Ordinal Scale 2 at Baseline, > 65 years, mITT Population**

| Category | Leronlimab 700 mg N=10 | Placebo N=4 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 7 (70.00%) | 3 (75.00%) | 1.06 | (0.06,17.55) |

Note: Logistic model adjusted for stratification factor based onnon-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).

**Table 4-14: Mortality Status at Day 28 - with Prior or ConcomitantCOVID-19 Treatments - Ordinal Scale 2 at Baseline,£ 65 years, mITT Population**

| Category | Leronlimab 700 mg N=26 | Placebo N=14 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n (%) | 2 (7.69%) | 4 (28.57%) | 0.20 | (0.03, 1.37) |

Note: Logistic model adjusted for stratification factor based onnon-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 125 of 167



**Table 4-15: Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use, mITT Population**

| Category | Leronlimab 700 mg N=155 | Placebo N=78 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n(%) | 25 (16.13%) | 17 (21.79%) | 0.47 | (0.21, 1.02) |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).

**Table 4-16: Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use, > 65 years, mITT Population**

| Category | Leronlimab 700 mg N=54 | Placebo N=22 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n(%) | 19 (35.19%) | 10 (45.45%) | 0.48 | (0.16, 1.44) |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).

**Table 4-17: Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use, £ 65 years, mITT Population**

| Category | Leronlimab 700 mg N=101 | Placebo N=56 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n(%) | 6 (5.94%) | 7 (12.50%) | 0.40 | (0.13, 1.27) |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects in the population and treatment group (N).

**Table 4-18: Mortality Status at Day 28 - with Prior or Concomitant Dexamethasone Use - Ordinal Scale 2 at Baseline, mITT Population**

| Category | Leronlimab 700 mg N=24 | Placebo N=11 | Odds Ratio | 95% CI |
|---|---|---|---|---|
| Subject Deceased, n(%) | 5 (20.83%) | 3 (27.27%) | 0.34 | (0.04, 2.60) |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).

Case 3:21-cv-05190-RHS     Document 96     Filed 02/25/22     Page 126 of 167



**Table 4-19: Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28, mITT Population**

**(A) No Imputation, Missing as Missing**

| Visit | Statistic | Leronlimab 700 mg N=259 | Placebo N=125 | Odds Ratio | 95% CI |
|---|---|---|---|---|---|
| | Responders, n (%) | 126 (48.6%) | 54 (43.2%) | 1.617 | (0.96, 2.72) |
| Day 28 | Non-Responders, n (%) | 94 (36.3%) | 52 (41.6%) | | |
| | Missing, n (%) | 39 (15.1%) | 19 (15.2%) | | |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects in the population and treatment group (N).

**(B) Multiple Imputation**

| Visit | Statistic | Leronlimab 700 mg N=259 | Placebo N=125 | Odds Ratio | 95% CI |
|---|---|---|---|---|---|
| Day 28 | Responders, n (%) | 58.92% | 54.88% | 1.47 | (0.89, 2.42) |
| | Non-Responders, n (%) | 41.08% | 45.12% | | |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects in the population and treatment group (N).

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 127 of 167



**Table 4-20: Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28, > 65 years, mITT Population**

**(A) No Imputation, Missing as Missing**

| Visit | Statistic | Leronlimab 700 mg N=88 | Placebo N=29 | Odds Ratio | 95% CI |
|---|---|---|---|---|---|
| | Responders, n (%) | 28 (31.8%) | 6 (20.7%) | 1.981 | ( 0.71, 5.55) |
| Day 28 | Non-Responders, n (%) | 49 (55.7%) | 21 (72.4%) | | |
| | Missing, n (%) | 11 (12.5%) | 2 (6.9%) | | |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects in the population and treatment group (N).

**(B) Multiple Imputation**

| Visit | Statistic | Leronlimab 700 mg N=88 | Placebo N=29 | Odds Ratio | 95% CI |
|---|---|---|---|---|---|
| Day 28 | Responders, n (%) | 39.32% | 26.21% | 1.80 | ( 0.65, 4.97) |
| | Non-Responders, n (%) | 60.68% | 73.79% | | |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects in the population and treatment group (N).

Case 3:21-cv-05190-BHS     Document 96     Filed 02/25/22     Page 128 of 167



**Table 4-21: Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28,£ 65 years, mITT Population**

**(A) No Imputation, Missing as Missing**

| Visit | Statistic | Leronlimab 700 mg N=171 | Placebo N=96 | Odds Ratio | 95% CI |
|---|---|---|---|---|---|
| | Responders, n (%) | 98 (57.3%) | 48 (50.0%) | 1.554 | ( 0.84, 2.89) |
| Day 28 | Non-Responders, n (%) | 45 (26.3%) | 31 (32.3%) | | |
| | Missing, n (%) | 28 (16.4%) | 17 (17.7%) | | |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects in the population and treatment group (N).

**(B) Multiple Imputation**

| Visit | Statistic | Leronlimab 700 mg N=171 | Placebo N=96 | Odds Ratio | 95% CI |
|---|---|---|---|---|---|
| Day 28 | Responders, n (%) | 69.12% | 64.79% | 1.32 | ( 0.74, 2.36) |
| | Non-Responders, n (%) | 30.88% | 35.21% | | |

Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects in the population and treatment group (N).

Case 3:21-cv-05190-BHS   Document 96   Filed 02/25/22   Page 129 of 167



**Table 4-22: Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28 - Ordinal Scale 2 at Baseline, mITT Population**

| Visit | Statistic | Leronlimab 700 mg N=43 | Placebo N=19 | Odds Ratio | 95% CI |
|-------|-----------|------------------------|--------------|------------|--------|
| | Responders, n (%) | 12 (27.9%) | 2 (10.5%) | 4.425 | ( 0.83,23.70) |
| Day 28 | Non-Responders, n (%) | 27 (62.8%) | 16 (84.2%) | | |
| | Missing, n (%) | 4 (9.3%) | 1 (5.3%) | | |

Note: Logistic model adjusted for stratification factor and age based on non-missing observed data
Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

**Table 4-23: Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28 - Ordinal Scale 2 at Baseline, > 65 years, mITT Population**

| Visit | Statistic | Leronlimab 700 mg N=14 | Placebo N=4 | Odds Ratio | 95% CI |
|-------|-----------|------------------------|-------------|------------|--------|
| Day 28 | Responders, n (%) | 3 (21.4%) | | NA | NA |
| | Non-Responders, n (%) | 11 (78.6%) | 4 (100%) | | |

Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

**Table 4-24: Proportion of Subjects Achieving a Category of 6 or Higher on the Ordinal Scale at Day 28 - Ordinal Scale 2 at Baseline, £ 65 years, mITT Population**

| Visit | Statistic | Leronlimab 700 mg N=29 | Placebo N=15 | Odds Ratio | 95% CI |
|-------|-----------|------------------------|--------------|------------|--------|
| | Responders, n (%) | 9 (31.0%) | 2 (13.3%) | 4.092 | ( 0.69,24.32) |
| Day 28 | Non-Responders, n (%) | 16 (55.2%) | 12 (80.0%) | | |
| | Missing, n (%) | 4 (13.8%) | 1 (6.7%) | | |

Note: Responders refer to subjects who achieved a category of 6 or higher at Day 28.
Note: Logistic model adjusted for stratification factor based on non-missing observed data
Note: All percentages are based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 130 of 167


**Table 4-25: Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Rank ANCOVA, mITT Population**

**(A)  No Imputation, Missing as Missing**

| Visit | Statistic | Leronlimab 700 mg N=259 Result | Change from Baseline [1] | Placebo N=125 Result | Change from Baseline [1] |
|---|---|---|---|---|---|
| | n | 259 | | 125 | |
| | Mean (SD) | 3.2 (0.68) | | 3.2 (0.70) | |
| **Baseline** | Median | 3 | | 3 | |
| | Min-Max | 2.0 - 4.0 | | 2.0 - 5.0 | |
| | n | 220 | 220 | 106 | 106 |
| | Mean (SD) | 4.6 (2.49) | 1.5 (2.36) | 4.4 (2.46) | 1.2 (2.27) |
| **Day 28** | Median | 6 | 3 | 6 | 2 |
| | Min-Max | 1.0 - 7.0 | -3.0 - 5.0 | 1.0 - 7.0 | -3.0 - 4.0 |

Note: Rank ANCOVA model adjusted for stratification factor and age based on non-missing observed data
[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.

**(B) Multiple Imputation, Rank ANCOVA Method**

| Visit | Statistic | Leronlimab 700 mg N=259 Result | Change from Baseline [1] | Placebo N=125 Result | Change from Baseline [1] |
|---|---|---|---|---|---|
| | n | 259 | | 125 | |
| | Mean (SD) | 3.2 (0.68) | | 3.2 (0.70) | |
| **Baseline** | Median | 3 | | 3 | |
| | Min-Max | 2.0 - 4.0 | | 2.0 - 5.0 | |
| | n | 259 | 259 | 125 | 125 |
| | Mean (SD) | 4.7 (2.35) | 1.5 (2.25) | 4.6 (2.37) | 1.4 (2.18) |
| Day 28 | Median | 6.0 | 2.0 | 6.0 | 2.0 |
| | Min-Max | 1.0 - 7.0 | -3.0 - 5.0 | 1.0 - 7.0 | -3.0 - 4.2 |

Note: Rank ANCOVA model adjusted for stratification factor and age based on non-missing observed data
[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 131 of 167


**Table 4-26: Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Rank ANCOVA, > 65 years, mITT Population**

**(A) No Imputation, Missing as Missing**

| Visit | Statistic | Leronlimab 700 mg N=88 | | Placebo N=29 | |
|---|---|---|---|---|---|
| | | Result | Change from Baseline [1] | Result | Change from Baseline [1] |
| | n | 88 | | 29 | |
| | Mean (SD) | 3.2 (0.68) | | 3.1 (0.62) | |
| Baseline | Median | 3.0 | | 3.0 | |
| | Min-Max | 2.0 - 4.0 | | 2.0 - 4.0 | |
| | n | 77 | 77 | 27 | 27 |
| | Mean (SD) | 3.3 (2.57) | 0.2 (2.46) | 3.1 (2.30) | -0.0 (2.34) |
| Day 28 | Median | 2.0 | -1.0 | 2.0 | -1.0 |
| | Min-Max | 1.0 - 7.0 | -3.0 - 4.0 | 1.0 - 7.0 | -3.0 - 4.0 |

Note: Rank ANCOVA model adjusted for stratification factor based onnon-missing observed data
[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.

**(B) Multiple Imputation, Rank ANCOVA Method**

| Visit | Statistic | Leronlimab 700 mg N=88 | | Placebo N=29 | |
|---|---|---|---|---|---|
| | | Result | Change from Baseline [1] | Result | Change from Baseline [1] |
| | n | 88 | | 29 | |
| | Mean (SD) | 3.2 (0.68) | | 3.1 (0.62) | |
| Baseline | Median | 3.0 | | 3.0 | |
| | Min-Max | 2.0 - 4.0 | | 2.0 - 4.0 | |
| | n | 88 | 88 | 29 | 29 |
| | Mean (SD) | 3.6 (2.50) | 0.4 (2.37) | 3.3 (2.35) | 0.2 (2.40) |
| Day 28 | Median | 3.3 | 0.0 | 4.0 | 1.0 |
| | Min-Max | 1.0 - 7.0 | -3.0 - 4.0 | 1.0 - 7.0 | -3.0 - 4.0 |

Note: Rank ANCOVA model adjusted for stratification factor based onnon-missing observed data
[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.

Case 3:21-cv-05190-BHS   Document 96   Filed 02/25/22   Page 132 of 167


**Table 4-27: Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Rank ANCOVA,£ 65 years, mITT Population**

**(A)    No Imputation, Missing as Missing**

| Visit | Statistic | Leronlimab 700 mg N=171 Result | Change from Baseline [1] | Placebo N=96 Result | Change from Baseline [1] |
|---|---|---|---|---|---|
| | n | 171 | | 96 | |
| | Mean (SD) | 3.2 (0.69) | | 3.3 (0.73) | |
| Baseline | Median | 3.0 | | 3.0 | |
| | Min-Max | 2.0 - 4.0 | | 2.0 - 5.0 | |
| | n | 143 | 143 | 79 | 79 |
| | Mean (SD) | 5.2 (2.18) | 2.1 (2.02) | 4.9 (2.36) | 1.7 (2.09) |
| Day 28 | Median | 6.0 | 3.0 | 6.0 | 3.0 |
| | Min-Max | 1.0 - 7.0 | -3.0 - 5.0 | 1.0 - 7.0 | -3.0 - 4.0 |

Note: Rank ANCOVA model adjusted for stratification factor based onnon-missing observed data
[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.

**(B) Multiple Imputation, Rank ANCOVA Method**

| Visit | Statistic | Leronlimab 700 mg N=171 Result | Change from Baseline [1] | Placebo N=96 Result | Change from Baseline [1] |
|---|---|---|---|---|---|
| | n | 171 | | 96 | |
| | Mean (SD) | 3.2 (0.69) | | 3.3 (0.73) | |
| **Baseline** | Median | 3.0 | | 3.0 | |
| | Min-Max | 2.0 - 4.0 | | 2.0 - 5.0 | |
| | n | 171 | 171 | 96 | 96 |
| | Mean (SD) | 5.3 (2.05) | 2.1 (1.92) | 5.1 (2.24) | 1.8 (1.99) |
| **Day 28** | Median | 6.0 | 3.0 | 6.0 | 2.9 |
| | Min-Max | 1.0 - 7.0 | -3.0 - 5.0 | 1.0 - 7.0 | -3.0 - 4.6 |

Note: Rank ANCOVA model adjusted for stratification factor based onnon-missing observed data
[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 133 of 167



**Table 4-28: Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Ordinal Scale 2 at Baseline, Rank ANCOVA, mITT Population**

| Visit | Statistic | Leronlimab 700 mg N=43 Result | Change from Baseline [1] | Placebo N=19 Result | Change from Baseline [1] |
|---|---|---|---|---|---|
| Baseline | n | 43 | | 19 | |
| | Mean (SD) | 2.0 (0.00) | | 2.0 (0.00) | |
| | Median | 2.0 | | 2.0 | |
| | Min-Max | 2.0 – 2.0 | | 2.0 – 2.0 | |
| Day 28 | n | 39 | 39 | 18 | 18 |
| | Mean (SD) | 3.4 (2.29) | 1.4 (2.29) | 2.6 (1.75) | 0.6 (1.75) |
| | Median | 2.0 | 0.0 | 2.0 | 0.0 |
| | Min-Max | 1.0 - 7.0 | -1.0 - 5.0 | 1.0 - 6.0 | -1.0 - 4.0 |

[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.
Note: Rank ANCOVA model adjusted for stratification factor and age based onnon-missing observed data
Note: No imputation performed for missing data less than 10%.

**Table 4-29: Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Ordinal Scale 2 at Baseline, > 65 years, Rank ANCOVA, mITT Population**

| Visit | Statistic | Leronlimab 700 mg N=14 Result | Change from Baseline [1] | Placebo N=4 Result | Change from Baseline [1] |
|---|---|---|---|---|---|
| Baseline | n | 14 | | 4 | |
| | Mean (SD) | 2.0 (0.00) | | 2.0 (0.00) | |
| | Median | 2.0 | | 2.0 | |
| | Min-Max | 2.0 - 2.0 | | 2.0 - 2.0 | |
| Day 28 | n | 14 | 14 | 4 | 4 |
| | Mean (SD) | 2.2 (2.08) | 0.2 (2.08) | 1.8 (1.50) | -0.3 (1.50) |
| | Median | 1.0 | -1.0 | 1.0 | -1.0 |
| | Min-Max | 1.0 - 6.0 | -1.0 - 4.0 | 1.0 - 4.0 | -1.0 - 2.0 |

[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.
Note: Rank ANCOVA model adjusted for stratification factor based onnon-missing observed data
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 134 of 167


**Table 4-30: Summary of Change in Clinical Status (on a 7 point ordinal scale) at Day 28 - Ordinal Scale 2 at Baseline,£ 65 years, Rank ANCOVA, mITT Population**

| Visit | Statistic | Leronlimab 700 mg N=29 | | Placebo N=15 | |
|---|---|---|---|---|---|
| | | Result | Change from Baseline [1] | Result | Change from Baseline [1] |
| | n | 29 | | 15 | |
| | Mean (SD) | 2.0 (0.00) | | 2.0 (0.00) | |
| **Baseline** | Median | 2.0 | | 2.0 | |
| | Min-Max | 2.0 - 2.0 | | 2.0 - 2.0 | |
| | n | 25 | 25 | 14 | 14 |
| | Mean (SD) | 4.1 (2.15) | 2.1 (2.15) | 2.9 (1.79) | 0.9 (1.79) |
| **Day 28** | Median | 4.0 | 2.0 | 2.5 | 0.5 |
| | Min-Max | 1.0 - 7.0 | -1.0 - 5.0 | 1.0 - 6.0 | -1.0 - 4.0 |

[1] Baseline is the last available value before treatment. Change from baseline is based on patients with paired values.
Note: Rank ANCOVA model adjusted for stratification factor based onnon-missing observed data
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-BHS     Document 96     Filed 02/25/22     Page 135 of 167



**Table 4-31: Summary of Length of Hospital Stay (Days), mITT Population**

| Category | Statistic | Leronlimab 700 mg N=259 | Placebo N=125 | P-Value [1] |
|---|---|---|---|---|
| | n | 259 | 125 | |
| **Length of Hospital Stay** | | | | |
| **(Days)** | Mean (SD) | 21.4 (15.9) | 21.4 (16.3) | |
| | Median | 15.0 | 14.0 | 0.2733 |
| | Min-Max | 1.0 - 45.0 | 1.0 - 46.0 | |

Note: Based on the number of subjects in the mITT population and treatment group (N).
[1] p-value is from the rank-ANCOVA model adjusted for stratification factor and age.
Note: No imputation performed for missing data less than 10%.

**Table 4-32: Summary of Length of Hospital Stay (Days), > 65 years, mITT Population**

| Category | Statistic | Leronlimab 700 mg N=88 | Placebo N=29 | P-Value [1] |
|---|---|---|---|---|
| | n | 88 | 29 | |
| **Length of Hospital Stay** | | | | |
| **(Days)** | Mean (SD) | 28.0 (15.9) | 31.1 (14.6) | |
| | Median | 41.0 | 42.0 | 0.3266 |
| | Min-Max | 2.0 - 43.0 | 6.0 - 43.0 | |

Note: Based on the number of subjects in the mITT population and treatment group (N).
[1] p-value is from the rank-ANCOVA model adjusted for stratification factor.
Note: No imputation performed for missing data less than 10%.

**Table 4-33: Summary of Length of Hospital Stay (Days), £ 65 years, mITT Population**

| Category | Statistic | Leronlimab 700 mg N=171 | Placebo N=96 | P-Value [1] |
|---|---|---|---|---|
| | n | 171 | 96 | |
| **Length of Hospital Stay** | | | | |
| **(Days)** | Mean (SD) | 18.0 (14.8) | 18.4 (15.7) | |
| | Median | 11.0 | 11.0 | 0.5868 |
| | Min-Max | 1.0 - 45.0 | 1.0 - 46.0 | |

Note: Based on the number of subjects in the mITT population and treatment group (N).
[1] p-value is from the rank-ANCOVA model adjusted for stratification factor.
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 136 of 167



**Table 4-34: Summary of Length of Hospital Stay (Days) - Ordinal Scale 2 at Baseline, mITT Population**

| Category | Statistic | Leronlimab 700 mg N=43 | Placebo N=19 | P-Value [1] |
|---|---|---|---|---|
| | n | 43 | 19 | |
| **Length of Hospital Stay (Days)** | Mean (SD) | 33.0 (10.7) | 38.5 (7.60) | |
| | Median | 40.0 | 42.0 | 0.0050 |
| | Min-Max | 9.0 - 45.0 | 20.0 - 46.0 | |

Note: Based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
[1] p-value is from the rank-ANCOVA model adjusted for stratification factor and age.
Note: No imputation performed for missing data less than 10%.

**Table 4-35: Summary of Length of Hospital Stay (Days) - Ordinal Scale 2 at Baseline, > 65 years, mITT Population**

| Category | Statistic | Leronlimab 700 mg N=14 | Placebo N=4 | P-Value [1] |
|---|---|---|---|---|
| | n | 14 | 4 | |
| **Length of Hospital Stay (Days)** | Mean (SD) | 37.1 (10.0) | 41.8 (0.50) | |
| | Median | 42.0 | 42.0 | 0.9806 |
| | Min-Max | 10.0 - 42.0 | 41.0 - 42.0 | |

Note: Based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
[1] p-value is from the rank-ANCOVA model adjusted for stratification factor.
Note: No imputation performed for missing data less than 10%.

**Table 4-36: Summary of Length of Hospital Stay (Days) - Ordinal Scale 2 at Baseline, £ 65 years, mITT Population**

| Category | Statistic | Leronlimab 700 mg N=29 | Placebo N=15 | P-Value [1] |
|---|---|---|---|---|
| | n | 29 | 15 | |
| **Length of Hospital Stay (Days)** | Mean (SD) | 30.9 (10.6) | 37.7 (8.39) | |
| | Median | 30.0 | 42.0 | 0.0060 |
| | Min-Max | 9.0 - 45.0 | 20.0 - 46.0 | |

Note: Based on the number of subjects with Ordinal Scale of 2 at Baseline in the population and treatment group (N).
[1] p-value is from the rank-ANCOVA model adjusted for stratification factor.
Note: No imputation performed for missing data less than 10%.

Case 3:21-cv-05190-BHS     Document 96     Filed 02/25/22     Page 137 of 167



**Table 4-37: Overview of Adverse Events, Safety Population**

| Parameter | Leronlimab 700 mg N=259 n(%) | Events | Placebo N=125 n(%) | Events |
|---|---|---|---|---|
| **Subjects with ³ 1 AE** | **142 (54.8)** | **555** | **77 (61.6)** | **337** |
| **Subjects with ³ 1 SAE** | **99 (38.2)** | **197** | **47 (37.6)** | **98** |
| By Severity | | | | |
| Subjects with ³ 1 AE Leading to Death | 59 (22.8) | 59 | 31 (24.8) | 31 |
| Subjects with ³ 1 Life-Threatening AE | 17 (6.6) | 83 | 8 (6.4) | 41 |
| Subjects with ³ 1 Severe AE | 24 (9.3) | 158 | 11 (8.8) | 93 |
| By Causality | | | | |
| Subjects with ³ 1 Probably Related AE | 1 (0.4) | 1 | 0 (0.0) | 0 |
| Subjects with ³ 1 Possibly Related AE | 8 (3.1) | 8 | 9 (7.2) | 16 |
| By Outcome | | | | |
| Subjects with ³ 1 AE Leading to Drug Withdrawal | 1 (0.4) | 1 | 1 (0.8) | 1 |

Note: All percentages are based on the number of subjects in the safety population and treatment group (N).
Note: A subject is counted only once within each category, using the event with the worst-case intensity (by severity) or relationship (by causality).

**Table 4-38: Overview of Adverse Events, Critical Population**

| Parameter | Leronlimab 700 mg N=43 n(%) | Events | Placebo N=19 n(%) | Events |
|---|---|---|---|---|
| **Subjects with ³ 1 AE** | **34 (79.1)** | **186** | **15 (78.9)** | **96** |
| **Subjects with ³ 1 SAE** | **24 (55.8)** | **43** | **14 (73.7)** | **30** |
| AEs By Severity | | | | |
| Subjects with ³ 1 AE Leading to Death | 12 (27.9) | 12 | 9 (47.4) | 9 |
| Subjects with ³ 1 Life-Threatening AE | 10 (23.3) | 23 | 2 (10.5) | 8 |
| Subjects with ³ 1 Severe AE | 4 (9.3) | 55 | 3 (15.8) | 39 |
| Subjects with ³ 1 Moderate AE | 5 (11.6) | 62 | 1 (5.3) | 25 |
| Subjects with ³ 1 Mild AE | 3 (7.0) | 34 | 0 (0.0) | 15 |
| AEs By Causality | | | | |
| Subjects with ³ 1 Possibly Related AE | 3 (7.0) | 3 | 1 (5.3) | 3 |
| Subjects with ³ 1 Remotely Related AE | 0 (0.0) | 9 | 0 (0.0) | 0 |
| Subjects with ³ 1 Unrelated AE | 31 (72.1) | 174 | 14 (73.7) | 93 |
| AEs By Outcome | | | | |
| Subjects with ³ 1 AE That Led To Study Treatment Discontinuation | 0 (0.0) | 0 | 1 (5.3) | 1 |

Note: All percentages are based on the number of subjects in the critical population and treatment group (N) with ordinal scale baseline of 2.
Note: A subject is counted only once within each category using the event with the worst-case intensity (by severity) or relationship (by causality).

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 138 of 167

# Exhibit N

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended May 31, 2019**

**or**

☐ **TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from_____ to_____**

**Commission file number 000-49908**

# CYTODYN INC.
**(Exact name of registrant as specified in its charter)**

|  |  |
|---|---|
| **Delaware** | **83-1887078** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |
| | |
| **1111 Main Street, Suite 660** | |
| **Vancouver, Washington** | **98660** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's Telephone Number, including area code: (360) 980-8524**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **None.** | **None.** | **None.** |

**Securities registered pursuant to Section 12(g) of the Act:**

**Title of class**

**Common Stock, par value $0.001 per share**

Case 3:21-cv-08180-BHS   Document 96   Filed 02/25/22   Page 140 of 161

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by checkmark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by checkmark whether the registrant is a large accelerated filer, an accelerated filer, anon-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer" "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).     Yes ☐     No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter: $144,497,302 as of November 30, 2018.

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date. As of June 30, 2019, the registrant had 364,748,563 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

| Document | Parts Into Which Incorporated |
|---|---|
| Portions of the Proxy Statement for the 2019 Annual Meeting of Stockholders | Part III |

CYTODYN INC.

FORM 10-K FOR THE YEAR ENDED MAY 31, 2019

**Table of Contents**

|  |  |  | Page |
|---|---|---|---|
| **PART I** |  |  | 2 |
|  | **ITEM 1.** | BUSINESS | 2 |
|  | **ITEM 1A.** | RISK FACTORS | 14 |
|  | **ITEM 1B.** | UNRESOLVED STAFF COMMENTS | 37 |
|  | **ITEM 2.** | PROPERTIES | 37 |
|  | **ITEM 3.** | LEGAL PROCEEDINGS | 37 |
|  | **ITEM 4.** | MINE SAFETY DISCLOSURES | 37 |
| **PART II** |  |  | 37 |
|  | **ITEM 5.** | MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 37 |
|  | **ITEM 6.** | SELECTED FINANCIAL DATA | 38 |
|  | **ITEM 7.** | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 39 |
|  | **ITEM 8.** | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 49 |
|  | **ITEM 9.** | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 78 |
|  | **ITEM 9A.** | CONTROLS AND PROCEDURES | 78 |
|  | **ITEM 9B.** | OTHER INFORMATION | 79 |
| **PART III** |  |  | 79 |
|  | **ITEM 10.** | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 79 |
|  | **ITEM 11.** | EXECUTIVE COMPENSATION | 79 |
|  | **ITEM 12.** | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 79 |
|  | **ITEM 13.** | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS AND DIRECTOR INDEPENDENCE | 79 |
|  | **ITEM 14.** | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 79 |
| **PART IV** |  |  | 79 |
|  | **ITEM 15.** | EXHIBITS AND FINANCIAL STATEMENT SCHEDULES | 79 |
|  | **ITEM 16.** | FORM 10-K SUMMARY | 79 |

1

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 142 of 167

# FORWARD-LOOKING STATEMENTS

This annual report contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict, including our clinical focus and our current and proposed trials. Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Our forward-looking statements are not guarantees of performance and actual results could differ materially from those contained in or expressed by such statements. In evaluating all such statements we urge you to specifically consider various risk factors identified in this annual report, including the matters set forth under the heading "Risk Factors," any of which could cause actual results to differ materially from those indicated by our forward-looking statements.

Our forward-looking statements reflect our current views with respect to future events and are based on currently available financial, economic, scientific, and competitive data and information on current business plans. You should not place undue reliance on our forward-looking statements, which are subject to risks and uncertainties relating to, among other things: (i) the sufficiency of our cash position and our ongoing ability to raise additional capital to fund our operations, (ii) our ability to complete the filing of a Biologics License Application ("BLA") with the U.S. Food and Drug Administration ("FDA") for leronlimab (PRO 140), as a combination therapy for the Human Immunodeficiency Virus ("HIV"), (iii) our ability to meet our debt obligations, if any, (iv) our ability to identify patients to enroll in our clinical trials in a timely fashion, (v) our ability to achieve approval of a marketable product, (vi) design, implementation and conduct of clinical trials, (vii) the results of our clinical trials, including the possibility of unfavorable clinical trial results for any clinical indication, (viii) the market for, and marketability of, any product that is approved, (ix) our ability to enter into partnership or licensing arrangements with third parties, (x) the existence or development of vaccines, drugs, or other treatments for infection with HIV that are viewed by medical professionals or patients as superior to our products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, (xiv) the specific risk factors discussed under the heading "Risk Factors" below, and (xv) various other matters, many of which are beyond our control. Should one or more of these risks or uncertainties develop, or should underlying assumptions prove to be incorrect, actual results may vary materially and adversely from those anticipated, believed, estimated, or otherwise indicated by our forward-looking statements.

We intend that all forward-looking statements made in this annual report on Form10-K will be subject to the safe harbor protection of the federal securities laws pursuant to Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), to the extent applicable. Except as required by law, we do not undertake any responsibility to update these forward-looking statements to take into account events or circumstances that occur after the date of this annual report. Additionally, we do not undertake any responsibility to update you on the occurrence of any unanticipated events which may cause actual results to differ from those expressed or implied by these forward-looking statements.

# PART I

**Item 1.        Business.**

*Overview/Corporate History*

CytoDyn Inc. was originally incorporated under the laws of Colorado on May 2, 2002 under the name RexRay Corporation (our previous name). Effective August 27, 2015, we completed a reincorporation from Colorado to Delaware. Our principal business office is 1111 Main Street, Suite 660, Vancouver, Washington 98660. Our website can be found at www.cytodyn.com. We will make available on our website, free of charge, the proxy statements and reports on Forms 8-K, 10-K, and 10-Q that we file with the United States Securities and Exchange Commission ("SEC") as soon as reasonably practicable, after such material is electronically filed with or furnished to, the SEC. We do not intend to incorporate any contents from our website into this annual report. Unless the context otherwise requires, references in this annual report to "CytoDyn," the "Company," "we," "our," or "us" are to CytoDyn Inc. and its subsidiaries.

We are a late-stage biotechnology company focused on the clinical development and potential commercialization of leronlimab (PRO 140), a CCR5 antagonist to treat HIV infection, with the potential for multiple therapeutic indications. In November 2018, the United States Adopted Names Council adopted "leronlimab" as the official nonproprietary name for PRO 140. The names leronlimab and PRO 140 will be used interchangeably throughout this annual report.

Our current business strategy is to prioritize the completion our BLA filing for leronlimab as a combination therapy for highly treatment experienced HIV patients, to advance our Phase 1b/2 clinical trial metastatic breast cancer, to continue our Phase 2 trial for graft-versus-host disease ("GvHD"), to finalize with the FDA our submitted protocol for a pivotal Phase 3 clinical trial with leronlimab as a monotherapy for HIV patients and concurrently to explore other cancer and immunologic indications for leronlimab.

2

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 143 of 167

- post-approval restrictions or conditions, including post-approval study commitments;

- post-market surveillance regulations, which apply, when necessary, to protect the public health or to provide additional safety and effectiveness data for the device;

- the recall authority of the applicable government agency and regulations pertaining to voluntary recalls; and

- reporting requirements, including reports of incidents in which a product may have caused or contributed to a death or serious injury or in which a product malfunctioned, and notices of corrections or removals.

Failure by us or by our third-party manufacturers and other suppliers to comply with applicable regulatory requirements could result in enforcement action by various regulatory authorities, which may result in monetary fines, the imposition of operating restrictions, product recalls, criminal prosecution or other sanctions.

### *Research and Development Costs*

Our research and development expenses totaled approximately $42.5 million, $38.2 million and $20.2 million for the fiscal years ended May 31, 2019, May 31, 2018 and May 31, 2017, respectively. We expect our research and development expenses to continue to increase in future periods as the activity within our clinical trials expands and our biologics manufacturing processes and related regulatory compliance activities increase.

### *Employees and Consultants*

We currently have 10 full-time employees, as well as several independent consultants assisting us with our BLA preparation, manufacturing activities, regulatory matters and management of our clinical trials. There can be no assurances, however, that we will be able to identify or hire and retain additional employees or consultants on acceptable terms in the future.

### Item 1A.      Risk Factors.

The risks enumerated below are not the only risks we face, and the listed risk factors are not intended to be an all-inclusive discussion of all of the potential risks relating to our business. Any of the risk factors described below could significantly and adversely affect our business, prospects, financial condition and results of operations. Additional risks and uncertainties not currently known or that are currently considered to be immaterial may also materially and adversely affect our business.

### Risks Related to Our Business

***We are a biotechnology company and have a history of significant operating losses; we expect to continue to incur operating losses, and we may never achieve or maintain profitability.***

We have not generated any revenue from product sales, licensing, or other potential sales to date. Since our inception, we have incurred operating losses in each year due to costs incurred in connection with research and development activities and general and administrative expenses associated with our operations. Our current drug candidate, leronlimab, is in the later stages of clinical trials and the filing of a BLA is underway. During the fiscal years ended May 31, 2019 and 2018, we incurred net losses of approximately $56.2 million and $50.1 million, respectively, and at May 31, 2019, we had an accumulated deficit of approximately $229.4 million and a stockholders' deficit of $8.9 million. We expect to incur losses for the foreseeable future as we continue development of, and seek regulatory approvals for, our drug candidate and commercialize any approved product usages. If our current drug candidate fails to gain regulatory approval, or if it or other candidates we own do not achieve approval and market acceptance, we will not be able to generate any revenue, or explore other opportunities to enhance stockholder value, such as through a sale. If we fail to generate revenue and eventually become and remain profitable, or if we are unable to fund our continuing losses, our shareholders could lose all or part of their investments.

***Any failure to attract and retain skilled directors, executives, employees and consultants could impair our drug development and commercialization activities.***

Our business depends on the skills, performance, and dedication of our directors, executive officers and key scientific and technical advisors. All of our current scientific advisors are independent contractors and are either self-employed or employed by other organizations. As a result, they may have conflicts of interest or other commitments, such as consulting or advisory contracts with other organizations, which may affect their ability to provide services to us in a timely manner. We may need to recruit additional directors, executive management employees, and advisers, particularly scientific and technical personnel, which will require additional financial resources. In addition, there is currently intense competition for skilled directors, executives and employees with relevant scientific and technical expertise, and this competition is likely to continue. If we are unable to attract and retain persons with sufficient scientific, technical and managerial experience, we may be forced to limit or delay our product development activities or may experience difficulties in successfully conducting our business, which would adversely affect our operations and financial condition.

***The loss or transition of any member of our senior management team or any key employee could adversely affect our business.***

Our success depends significantly on the continued individual and collective contributions of our senior management team and key employees. The individual and collective efforts of these employees will be important as we continue to develop our tests and services, and as we expand our commercial activities. The loss of the services of any member of our senior management team or the inability to hire and retain experienced management personnel could harm our operating results.

In July 2019, Dr. Richard G. Pestell was terminated as our Chief Medical Officer. The complexity inherent in integrating a new key member of the senior management team with existing senior management may limit the effectiveness of any such successor or otherwise adversely affect our business. Leadership transitions can be inherently difficult to manage and may cause uncertainty or a disruption to our business or may increase the likelihood of turnover of other key officers and employees. Specifically, a leadership transition in the commercial team may cause uncertainty about or a disruption to our commercial organization, which may impact our ability to achieve sales and revenue targets.

***We expect to rely on third party manufacturers and will be dependent on their quality and effectiveness.***

Our primary product candidate and potential drug candidates require precise, high-quality manufacturing. The failure to achieve and maintain high manufacturing standards, including failure to detect or control unexpected events or unanticipated manufacturing errors or the frequent occurrence of such errors, could result in patient injury or death, discontinuance or delay of ongoing or planned clinical trials, delays or failures in product testing or delivery, cost overruns, product recalls or withdrawals and other problems that could seriously hurt our business. Contract manufacturers of biopharmaceutical drugs can encounter difficulties involving manufacturing processes, facilities, operations, production yields, quality control, compliance and shortages of qualified personnel. These manufacturers are subject to stringent regulatory requirements, including the FDA's current good-manufacturing-practices (cGMP) regulations and similar foreign laws and standards. If our contract manufacturers fail to maintain ongoing compliance at any time, we may be

unable to obtain regulatory approval for our products. In addition, the production of our product candidate could be interrupted, resulting in delays or discontinuance of our clinical trials, disruption in our release of commercial supplies, or other factors that could cause increases in costs and loss of potential revenues.

14

Case 3:21-cv-05180-BHS   Document 96   Filed 02/25/22   Page 145 of 167

If for any reason, these third parties are unable or unwilling to perform, we may not be able to terminate our agreements with them, and we may not be able to locate alternative manufacturers or formulators or enter into favorable agreements with them and we cannot be certain that any such third parties will have the manufacturing capacity to meet future requirements. If these manufacturers or any alternate manufacturer of finished drug product experiences any significant difficulties in its respective manufacturing processes for our active pharmaceutical ingredient, or API, or our finished products or should cease doing business with us, we could experience significant interruptions in the supply of our drug candidates or may not be able to create a supply of our drug candidates at all. Were we to encounter manufacturing issues, our ability to produce a sufficient supply of our drug candidates might be negatively affected. Our inability to coordinate the efforts of our third party manufacturing partners, or the lack of capacity available at our third party manufacturing partners, could impair our ability to supply our drug candidates at required levels. Because of the significant regulatory requirements that we would need to satisfy in order to qualify a new bulk or finished product manufacturer, if we face these or other difficulties with our current manufacturing partners, we could experience significant interruptions in the supply of our drug candidates if we decided to transfer the manufacture of our drug candidates to one or more alternative manufacturers in an effort to deal with the difficulties.

We cannot guarantee that our manufacturing and supply partners will be able to manufacture our drug candidates at commercial scale on a cost-effective basis. If the commercial-scale manufacturing costs of our drug candidates are higher than expected, these costs may significantly impact our operating results. In order to reduce costs, we may need to develop and implement process improvements. However, in order to do so, we will need, from time to time, to notify or make submissions with regulatory authorities, and the improvements may be subject to approval by such regulatory authorities. We cannot be sure that we will receive these necessary approvals or that these approvals will be granted in a timely fashion. We also cannot guarantee that we will be able to enhance and optimize output in our commercial manufacturing process. If we cannot enhance and optimize output, we may not be able to reduce our costs over time.

***We have a very limited number of internal research and development personnel, making us dependent on consulting relationships and strategic alliances with industry partners.***

We currently have four employees dedicated to CMC activities and quality control. We rely and intend to continue to rely on third parties to supplement many of these functions. We contract with Amarex, a full service contract research organization, to manage our clinical trials. As a result, we will be dependent on consultants and strategic partners in our development and commercialization activities, and it may be administratively challenging to monitor and coordinate these relationships. If we do not appropriately manage our relationships with third parties, we may not be able to successfully manage development, testing, and preparation of our BLA filing for our leronlimab drug candidate or other products or commercialize any products that are approved, which would have a material and adverse effect on our business, financial condition and stock price.

***We will need to outsource and rely on third parties for the clinical development and manufacture, sales and marketing of product candidate, and our future success will be dependent on the timeliness and effectiveness of the efforts of these third parties.***

We are dependent on third parties for important aspects of our product development strategy. We do not have the required financial and human resources to carry out independently the pre-clinical and clinical development for our product candidate, and do not have the capability or resources to manufacture, market or sell our current product candidate. As a result, we contract with and rely on third parties for important functions, including testing, storing, and manufacturing our products and managing and conducting clinical trials from which we may obtain a benefit. We have recently entered into several agreements with third parties for such services. If problems develop in our relationships with third parties, or if such parties fail to perform as expected, it could lead to delays or lack of progress, significant cost increases, changes in our strategies, and even failure of our product initiatives.

Any manufacturing problem or the loss of a contract manufacturer could be disruptive to our operations and result in lost sales. Any reliance on suppliers may involve several risks, including a potential inability to obtain critical materials and reduced control over production costs, delivery schedules, reliability and quality. Any unanticipated disruption to a future contract manufacturer caused by problems at suppliers could delay shipment of our drug candidates, increase our cost of goods sold and result in lost sales.

***We will need substantial additional funding to complete our Phase 1b/2 clinical trial for triple-negative breast cancer, to continue our Phase 2 clinical trial for GvHD, to fund development of leronlimab for other indications, such as cancer and immunologic indications, and to operate our business, and such funding may not be available or, if it is available, such financing is likely to substantially dilute our existing stockholders.***

15

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 146 of 167

The discovery, development, and commercialization of new treatments, such as our leronlimab product candidate, entail significant costs. In addition, to the extent further development and clinical trials of leronlimab for other indications, such as cancer, and immunological disorders continue to appear promising and we elect to fund its development and commercialization, we will need to raise substantial additional capital, or enter into strategic partnerships, to enable us to:

- fund clinical trials and seek regulatory approvals;

- access manufacturing and commercialization capabilities;

- pay required license fees, milestone payments, and maintenance fees to Progenics, Lonza and AbbVie Inc.;

- develop, test, and, if approved, market our product candidate;

- acquire or license additional internal systems and other infrastructure;

- hire and support additional management and scientific personnel; and

- explore additional indications for leronlimab, such as in the area of cancer and immunology.

Until we can generate a sufficient amount of product revenue to finance our cash requirements, which we may never achieve, we expect to finance our cash needs primarily through public or private equity offerings, debt financings or through strategic alliances. We cannot be certain that additional funding will be available on acceptable terms or at all. If we are not able to secure additional funding when needed, we may have to delay, reduce the scope of, or eliminate one or more of our clinical trials, collaborative development programs or future commercialization initiatives. In addition, any additional funding that we do obtain will dilute the ownership held by our existing security holders. The amount of this dilution may be substantially increased if the trading price of our common stock is lower at the time of any financing. Regardless, the economic dilution to stockholders will be significant if our stock price does not increase significantly, or if the effective price of any sale is below the price paid by a particular shareholder. Any debt financing could involve substantial restrictions on activities and creditors could seek a pledge of some or all of our assets. We have not identified potential sources for the additional financing that we will require, and we do not have commitments from any third parties to provide any future financing. If we fail to obtain additional funding as needed, we may be forced to cease or scale back operations, and our results, financial condition and stock price would be adversely affected.

***The amount of financing we require will depend on a number of factors, many of which are beyond our control. Our results of operations, financial condition and stock price are likely to be adversely affected if our funding requirements increase or are otherwise greater than we expect.***

Our future funding requirements will depend on many factors, including, but not limited to:

- the costs of our ongoing clinical trial programs and pre-clinical studies, including our Phase 1b/2 clinical trial for triple-negative breast cancer, our Phase 2 clinical trial for GvHD, a potential pivotal Phase 3 monotherapy trial for HIV and other development activities conducted by us directly, and our ability to successfully conclude the studies and achieve favorable results;

- our ability to attract strategic partners to pay for or share costs related to our product development efforts;

- the costs and timing of seeking and obtaining regulatory approvals and making related milestone payments due to Progenics, Lonza and AbbVie Inc.;

- the costs of filing, prosecuting, maintaining and enforcing patents and other intellectual property rights and defending against potential claims of infringement;

- decisions to hire additional scientific or administrative personnel or consultants;

- our ability to manage administrative and other costs of our operations; and

- the presence or absence of adverse developments in our clinical trial and commercialization readiness programs.

If any of these factors cause our funding needs to be greater than expected, our operations, financial condition, ability to continue operations and stock price may be adversely affected.

***Our future cash requirements may differ significantly from our current estimates.***

Our cash requirements may differ significantly from our estimates from time to time, depending on a number of factors, including:

- the costs and results of our clinical trial programs and pre-clinical studies we are undertaking or may in the future pursue with leronlimab;

- the time and costs involved in our CMC activities;

16

Case 3:21-cv-05190-RHS    Document 96    Filed 05/25/22    Page 147 of 167

- the time and costs involved to complete the remaining two sections of our BLA submission;

- the time and costs involved in obtaining regulatory approvals;

- whether our outstanding convertible notes are converted into equity or we receive additional cash upon the exercise of our outstanding common stock warrants;

- whether we receive additional cash upon the exercise of our outstanding warrants and options for common stock;

- whether we are able to obtain funding under future licensing agreements, strategic partnerships, or other collaborative relationships, if any;

- the costs of compliance with laws, regulations, or judicial decisions applicable to us; and

- the costs of general and administrative infrastructure required to manage our business and protect corporate assets and stockholder interests.

If we fail to raise additional funds on a timely basis we will need to scale back our business plans, which would adversely affect our business, financial condition, and stock price, and we may even be forced to discontinue our operations and liquidate our assets.

**We are currently focused on the development of a single product candidate.**

Our product development efforts are currently focused on a single product, leronlimab, for which we are researching multiple indications. If leronlimab fails to achieve clinical endpoints or exhibits unanticipated toxicity or if a superior product is developed by a competitor, our prospects for obtaining regulatory approval and commercialization may be negatively impacted. In the long-term, we hope to establish a pipeline of product candidates, and we have identified additional product candidates that we may be able to acquire or license in the future. However, at this time we do not have any formal agreements granting us any rights to such additional product candidates.

**Clinical trials are expensive, time-consuming and subject to delay.**

Clinical trials are subject to rigorous regulatory requirements and are expensive and time-consuming to design, implement and manage. The length of time and number of trial sites and patients required for clinical trials vary substantially based on the type, complexity, novelty, intended use and any safety concerns relating to a drug candidate. Clinical trials for other indications for leronlimab may take significantly longer to complete than leronlimab's HIV trial program, if clinical trials for other indications are pursued at all.

The commencement and completion of clinical trials could be delayed or prevented by many factors, including, but not limited to:

- periodic amendments to clinical trial protocols to address certain variables which arise during the course of a trial must be negotiated with and approved by the FDA;

- slower than expected rates of patient recruitment and enrollment which has occurred in connection with certain of our trials, including as a result of competition with other clinical trials for patients, limited numbers of patients that meet the enrollment criteria, or the introduction of alternative therapies or drugs by others;

- our ability to obtain regulatory or other approvals to commence and conduct clinical trials in the manner we or our partners consider appropriate for timely development;

- our ability to identify and reach agreement on acceptable terms with prospective clinical trial sites and entities involved in the conduct of our clinical trials;

- unforeseen issues with our relationship with our contract clinical management services provider;

- delays in paying third-party vendors of biopharmaceutical services;

- lack of effectiveness of our drug candidates during clinical trials; or

- unforeseen safety issues.

Product development costs for our products will increase if we have delays in testing or approval or if we need to perform more or larger clinical studies than planned. Additionally, changes in regulatory requirements and policies may occur and we may need to amend study protocols to reflect these changes. Amendments may require us to resubmit our study protocols to the FDA and institutional review boards, or IRBs, for reexamination, which may impact the costs, timing or successful completion of that study. If we experience delays in completion of, or if we, the FDA or other regulatory authorities, any IRBs, or other reviewing entities, or

17

any of our clinical study sites suspend or terminate any of our clinical studies of our drug candidates, our commercial prospects may be materially harmed and our ability to generate product revenues will be delayed. Any delays in completing our clinical trials will increase our costs, slow down our development and approval process and jeopardize our ability to commence product sales and generate revenues. Any of these occurrences may harm our business, financial condition and prospects significantly. In addition, many of the factors that cause, or lead to, termination or suspension of, or a delay in the commencement or completion of, clinical studies may also ultimately lead to the denial of regulatory approval of our drug candidates. In addition, if one or more clinical studies are delayed, our competitors may be able to bring products to market before we do, and the commercial viability of our drug candidates could be significantly reduced.

***The results of previous clinical trials may not be predictive of future results, and the results of our current and planned clinical trials may not satisfy the requirements of the FDA or non-U.S. regulatory authorities***

We must successfully initiate and complete a clinical trial for leronlimab as a monotherapy for HIV before we can apply for marketing approval. Although test results have been positive thus far, the process of obtaining approval of a drug product for use in humans is extremely lengthy and time-consuming, and numerous factors may prevent our successful development of leronlimab, including negative results in ongoing and future clinical trials, and inability to obtain sufficient additional funding to continue to pursue development. Our clinical trials may be unsuccessful, which would materially harm our business.

The results from the prior clinical trials of leronlimab may not necessarily be predictive of the results of future clinical trials or pre-clinical studies. Clinical data are often susceptible to varying interpretations and analyses, and many companies that believed their product candidates performed satisfactorily in prior clinical trials nonetheless have failed to obtain FDA approval. The development timeline and regulatory approval and commercialization prospects for leronlimab, including our business and financial prospects, could be adversely affected by unforeseen risks and events.

Further, leronlimab may not be approved even after if it achieved its primary endpoint in its pivotal Phase 3 clinical trial. In addition, any of these regulatory authorities may change its requirements for the approval of a product candidate even after reviewing and providing comments or advice on a protocol for a pivotal clinical trial that, if successful, would potentially form the basis for an application for approval by the FDA or another regulatory authority. The FDA may require us to procure the development of a companion diagnostic test to help identify patients who may be more likely to respond to leronlimab for certain uses. Furthermore, any of these regulatory authorities may also approve leronlimab for fewer or more limited indications than we request or may grant approval contingent on the performance of costly post-marketing clinical trials.

The FDA and non-U.S. regulatory authorities retain broad discretion in evaluating the results of our clinical trials and in determining whether the results demonstrate that leronlimab is safe and effective. If prior to approval, we are required to conduct additional preclinical trials, clinical studies or other types of testing of leronlimab, including after the completion of our current and planned later phase clinical trials, we will need substantial additional funds, and there is no assurance that the results of any such additional clinical trials will be sufficient for approval.

***Clinical trials may fail to demonstrate the desired safety and efficacy of our product candidate, which could prevent or significantly delay completion of clinical development and regulatory approval.***

Prior to receiving approval to commercialize leronlimab or any other product candidates, we must adequately demonstrate to the FDA and any foreign regulatory authorities in jurisdictions in which we seek approval that leronlimab or any other product candidate is sufficiently safe and effective with substantial evidence from well-controlled clinical trials, which we believe we have achieved in our Phase 3 combination therapy trial. In clinical trials, we will need to demonstrate efficacy for the treatment of specific indications and monitor safety throughout the clinical development process and following approval. If clinical work by us or others leads to undesirable adverse effects in patients, it could delay or prevent us from furthering the regulatory approval process or cause us to cease clinical trials with respect to any drug candidate. If our current or future preclinical studies or clinical trials are unsuccessful, our business will be significantly harmed and our stock price would be negatively affected.

Our product candidate is subject to the risks of failure inherent in drug-related product development. Preclinical studies may not yield results that adequately support our regulatory applications. Even if these applications are filed with respect to our product candidate, the results of preclinical studies do not necessarily predict the results of clinical trials. In addition, even if we believe the data collected from clinical trials of our product candidate are promising, these data may not be sufficient to support approval by the FDA or foreign regulatory authorities. If regulatory authorities do not approve our product, or if we fail to maintain regulatory compliance, we would be unable to commercialize our product, and our business, results of operations and financial condition would be harmed.

18

Case 3:21-cv-05180-RHS    Document 96    Filed 02/25/22    Page 149 of 167

***We may find it difficult to enroll patients in our clinical trials, which could delay or prevent clinical trials of our product candidate.***

Identifying and qualifying patients to participate in clinical trials of our product candidate is critical to our success. The timing of our clinical trials depends on the rate at which we can recruit patients to participate in testing our product candidate. If patients are unwilling to participate in our trials because of negative publicity from adverse events in the biotechnology industries, public perception of vaccine safety issues or for other reasons, including competitive clinical trials for similar patient populations, the timeline for recruiting patients, conducting studies and obtaining regulatory approval of potential products may be delayed. These delays could result in increased costs, delays in advancing our product development, delays in testing the effectiveness of our technology or termination of the clinical trials altogether.

We may not be able to identify, recruit and enroll a sufficient number of patients, or those with the required enrollment criteria, to complete our clinical trials in a timely manner. Patient enrollment is affected by several factors, including:

- severity of the disease under investigation;

- design of the trial protocol;

- size of the patient population;

- eligibility criteria for the trial in question;

- perceived risks and benefits of the product candidate being tested;

- proximity and availability of clinical trial sites for prospective patients;

- availability of competing vaccines and/or therapies and related clinical trials;

- efforts to facilitate timely enrollment in clinical trials;

- patient referral practices of physicians; and

- ability to monitor patients adequately during and after treatment.

We may not be able to initiate or continue clinical trials if we cannot enroll a sufficient number of eligible patients to participate in the clinical trials required by regulatory agencies.

Even if we enroll a sufficient number of eligible patients to initiate our clinical trials, we may be unable to maintain participation of these patients throughout the course of the clinical trial as required by the clinical trial protocol, in which event we may be unable to use the research results from those patients. If we have difficulty enrolling, and maintaining the enrollment of a sufficient number of patients to conduct our clinical trials as planned, we may need to delay, limit or terminate ongoing or planned clinical trials, any of which would have an adverse effect on our business.

***Leronliamb may cause undesirable side effects or have other properties that delay or prevent its regulatory approval or limit their commercial potential.***

Undesirable side effects caused by our product candidate or even competing products in development that utilize a common mechanism of action could cause regulatory authorities to interrupt, delay or halt clinical trials and could result in the denial of regulatory approval by the FDA or other regulatory authorities and potential product liability claims. While leronlimab was generally well tolerated and no drug-related serious adverse events or dose-proportional adverse events were reported, our understanding of the relationship between adverse events reported in future clinical trials of other product candidates may change as we gather more information, and unexpected adverse events may be observed. Routine review and analysis of post-marketing safety surveillance and clinical trials will provide additional information, for example, potential evidence of rare, population-specific or long-term adverse reactions, and may adversely affect the commercialization of the product, and even lead to the suspension or withdrawal of product marketing authorization.

If we or others identify undesirable side effects caused by leronlimab either before or after receipt of marketing approval, a number of potentially significant negative consequences could result, including:

- our clinical trials may be put on hold;

- we may be unable to obtain regulatory approval for our product candidate;

- regulatory authorities may withdraw approvals of our products;

- regulatory authorities may require additional warnings on the label;

- a medication guide outlining the risks of such side effects for distribution to patients may be required;

19

Case 3:21-cv-05190-RHS    Document 96    Filed 02/25/22    Page 150 of 167

- we could be sued and held liable for harm caused to patients; and

- our reputation may suffer.

Any of these events could prevent us from achieving or maintaining marketing approvals for and market acceptance of our product candidate and could have a material adverse effect on our business and financial results.

***We may not be able to identify, negotiate and maintain the strategic alliances necessary to develop and commercialize our products and technologies, and we will be dependent on our corporate partners if we do.***

We may seek to enter into a strategic alliance with a pharmaceutical company for the further development and approval of one or more of our product candidates. Strategic alliances potentially provide us with additional funds, expertise, access, and other resources in exchange for exclusive or non-exclusive licenses or other rights to the technologies and products that we are currently developing or may explore in the future. We cannot give any assurance that we will be able to enter into strategic relationships with a pharmaceutical company or others in the near future or at all, or maintain our current relationships. In addition, we cannot assure you that any agreements we do reach will achieve our goals or be on terms that prove to be economically beneficial to us. When we do enter into strategic or contractual relationships, we become dependent on the successful performance of our partners or counterparties. If they fail to perform as expected, such failure could adversely affect our financial condition, lead to increases in our capital needs, or hinder or delay our development efforts.

***Although PRO 140 has been designated for fast track approval by the FDA, our ability to obtain accelerated approval may be lost.***

The FDA designated PRO 140 for fast track consideration in 2006. The letter ascribing this designation stated that, if the clinical development program pursued for PRO 140 did not continue to meet the criteria for fast track designation, the IND application would not be reviewed under the fast track program. There is no assurance that the FDA will ultimately consider PRO 140 for approval on an accelerated basis. Failure to maintain eligibility for fast track review will likely result in requirements for longer or additional clinical trials and a slower approval process, resulting in additional costs and, therefore, additional capital, which will likely result in further delay in the potential realization of revenues from commercialization of PRO 140.

***Although we have applied with the FDA for breakthrough therapy designation for leronlimab, for certain HIV-related treatments, such a designation may not lead to a faster development or regulatory review or approval process, and it may not increase the likelihood that leronlimab will receive marketing approval in the United States.***

We applied with the FDA for breakthrough therapy designation for leronlimab, for certain HIV-related treatments. The FDA, in its comments to us, requested additional trial data to support our request for such designation. We currently plan to submit additional data to the FDA as it becomes available to us from our pivotal Phase 2b/3 combination trial. A breakthrough therapy is defined as a product that is intended, alone or in combination with one or more other drugs, to treat a serious or life-threatening disease or condition, and for which preliminary clinical evidence indicates substantial improvement over existing therapies on one or more clinically significant endpoints, such as substantial treatment effects observed early in clinical development. For drugs and biologics that have been designated as breakthrough therapies, interaction and communication between the FDA and the applicant can help to identify the most efficient path for clinical development while minimizing the number of patients placed in ineffective control regimens. Products designated as breakthrough therapies by the FDA may, in some cases, also be eligible for accelerated approval.

Designation as a breakthrough therapy is within the discretion of the FDA. Accordingly, even if we believe leronlimab PRO 140 meets the criteria for designation as a breakthrough therapy, the FDA may disagree. In any event, the receipt of a breakthrough therapy designation for leronlimab may not result in a faster development process, review or approval compared to products considered for approval under conventional FDA procedures and, in any event, does not assure ultimate approval by the FDA. In addition, even if leronlimab does qualify as a breakthrough therapy, the FDA may later decide that leronlimab no longer meet the conditions for qualification or decide that the time period for FDA review or approval will not be shortened. The foregoing considerations could result in additional costs and/or delay in the potential realization of revenues from commercialization of leronlimab.

***If we are not able to obtain any required regulatory approvals for leronlimab, we will not be able to commercialize our primary product candidate, which would materially and adversely affect our business, financial condition and stock price.***

Our clinical trials may be unsuccessful, which would materially harm our business. Even if our ongoing clinical trials are successful, we will be required to conduct additional clinical trials to establish the safety and efficacy of our drug candidates, before an NDA or BLA can be filed with the FDA for marketing approval of any of our drug candidates.

20

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 151 of 167

Clinical testing is expensive, is difficult to design and implement, can take many years to complete and is uncertain as to outcome. Success in early phases of pre-clinical and clinical trials does not ensure that later clinical trials will be successful, and interim results of a clinical trial do not necessarily predict final results. A failure of one or more of our clinical trials can occur at any stage of testing. We may experience numerous unforeseen events during, or as a result of, the clinical trial process that could delay or prevent our ability to receive regulatory approval or commercialize our drug candidates. The research, testing, manufacturing, labeling, packaging, storage, approval, sale, marketing, advertising and promotion, pricing, export, import and distribution of drug products are subject to extensive regulation by the FDA and other regulatory authorities in the United States and other countries, which regulations differ from country to country. We are not permitted to market any of our drug candidates as prescription pharmaceutical products in the United States until we receive approval of an NDA or BLA from the FDA or in foreign markets until we receive the requisite approval from comparable regulatory authorities in such countries. In the United States, the FDA generally requires the completion of clinical trials of each drug to establish its safety and efficacy and extensive pharmaceutical development to ensure its quality before an NDA or BLA is approved. Regulatory authorities in other jurisdictions impose similar requirements. Of the large number of drugs in development, only a small percentage result in the submission of an NDA or BLA to the FDA and even fewer are eventually approved for commercialization. We have never submitted an NDA or BLA to the FDA or any comparable applications to other regulatory authorities. If our development efforts for our drug candidates, including regulatory approval, are not successful for our planned indications, or if adequate demand for our drug candidates is not generated, our business will be harmed.

Receipt of necessary regulatory approval is subject to a number of risks, including the following:

- the FDA or comparable foreign regulatory authorities or IRBs may disagree with the design or implementation of our clinical trials;

- we may not be able to provide acceptable evidence of the safety and efficacy of our drug candidates;

- the results of our clinical trials may not be satisfactory or may not meet the level of statistical or clinical significance required by the FDA, the European Medicines Agency ("EMA"), or other comparable foreign regulatory authorities for marketing approval;

- the dosing of our drug candidates in a particular clinical trial may not be at an optimal level;

- patients in our clinical trials may suffer adverse effects for reasons that may or may not be related to our drug candidates;

- the data collected from clinical trials may not be sufficient to support the submission of an NDA or other submission or to obtain regulatory approval in the United States or elsewhere;

- the FDA or comparable foreign regulatory authorities may fail to approve the manufacturing processes or facilities of third-party manufacturers with which we contract for clinical and commercial supplies; and

- the approval policies or regulations of the FDA or comparable foreign regulatory authorities may significantly change in a manner rendering our clinical data insufficient for approval.

Failure to obtain regulatory approval for any of our drug candidates for the foregoing or any other reasons will prevent us from commercializing such product candidate as a prescription product, and our ability to generate revenue will be materially impaired. We cannot guarantee that regulators will agree with our assessment of the results of our clinical trials or that such trials will be considered by regulators to have shown safety or efficacy of our product candidate. The FDA, EMA and other regulators have substantial discretion in the approval process and may refuse to accept any application or may decide that our data is insufficient for approval and require additional clinical trials, or pre-clinical or other studies. In addition, varying interpretations of the data obtained from pre-clinical and clinical testing could delay, limit or prevent regulatory approval of a product candidate.

We have only limited experience in filing the applications necessary to gain regulatory approvals and expect to rely on consultants and third party contract research organizations, or CROs, with expertise in this area to assist us in this process. Securing FDA approval requires the submission of pre-clinical, clinical and/or pharmacokinetic data, information about product manufacturing processes and inspection of facilities and supporting information to the FDA for each therapeutic indication to establish a product candidate's safety and efficacy for each indication. Our drug candidates may prove to have undesirable or unintended side effects, toxicities or other characteristics that may preclude our obtaining regulatory approval or prevent or limit commercial use with respect to one or all intended indications.

The process of obtaining regulatory approvals is expensive, often takes many years, if approval is obtained at all, and can vary substantially based upon, among other things, the type, complexity and novelty of the product candidates involved, the jurisdiction in which regulatory approval is sought and the substantial discretion of regulatory authorities. Changes in the regulatory approval policy during the development period, changes in or the enactment of additional statutes or regulations, or changes in regulatory review for a submitted product application may cause delays in the approval or rejection of an application. Regulatory approval obtained in one jurisdiction does not necessarily mean that a product candidate will receive regulatory approval in all jurisdictions in which we may seek approval, but the failure to obtain approval in one jurisdiction may negatively impact our ability to seek approval in a different jurisdiction. Failure to obtain regulatory marketing approval for our drug candidate in any indication will prevent us from commercializing such product candidate, and our ability to generate revenue will be materially impaired.

Case 3:21-cv-05190-BHS    Document 96    Filed 02/25/22    Page 152 of 167

*Even if we obtain marketing approval for leronlimab, we must successfully commercialize it.*

Approval of leronlimab is no guarantee of commercial success. The sale and marketing of drug products is a complicated and multifaceted process, and many approved drugs are not commercially successful.

At present, we have no sales or marketing personnel. In order to commercialize products that are approved for commercial sales, we must either collaborate with third parties that have such commercial infrastructure or develop our own sales and marketing infrastructure. If we are not successful in entering into appropriate collaboration arrangements, or recruiting sales and marketing personnel or in building a sales and marketing infrastructure, we will have difficulty successfully commercializing leronlimab, which would adversely affect our business, operating results and financial condition.

If approved for marketing, the commercial success of leronlimab will depend upon its acceptance by customers and other stakeholders, including physicians, patients and health care payors. The degree of market acceptance of leronlimab will depend on a number of factors, including:

- demonstration of clinical safety and efficacy;

- relative convenience and ease of administration;

- the prevalence and severity of any adverse effects;

- the willingness of physicians to prescribe leronlimab and of the target patient population to try new therapies;

- safety, tolerability and efficacy of leronlimab compared to competing products;

- the introduction of any new products that may in the future become available to treat indications for which PRO 140 may be approved;

- new procedures or methods of treatment that may reduce the incidences of any of the indications in which our drug candidates may show utility;

- pricing and cost-effectiveness;

- the inclusion or omission of leronlimab in applicable treatment guidelines;

- the effectiveness of our or any future collaborators' sales and marketing strategies;

- limitations or warnings contained in FDA approved labeling;

- our ability to obtain and maintain sufficient third party coverage or reimbursement from government health care programs, including Medicare and Medicaid, private health insurers and other third party payors; and

- the willingness of patients to pay out-of-pocket in the absence of third party coverage or reimbursement.

If any of our drug candidates are approved, but do not achieve an adequate level of acceptance by physicians, health care payors and patients, we may not generate sufficient revenue and we may not be able to achieve or sustain profitability. Our efforts to educate the medical community and third-party payors on the benefits of our drug candidates may require significant resources and may never be successful.

In addition, even if we obtain regulatory approvals, the timing or scope of any approvals may prohibit or reduce our ability to commercialize our drug candidates successfully. For example, if the approval process takes too long, we may miss market opportunities and give other companies the ability to develop competing products or establish market dominance. Any regulatory approval we ultimately obtain may be limited or subject to restrictions or post-approval commitments that render our drug candidates not commercially viable. For example, regulatory authorities may approve our drug candidates for fewer or more limited indications than we request, may not approve the prices we intend to charge for our drug candidates, may grant approval contingent

22

Case 3:21-cv-05190-BHS   Document 96   Filed 02/25/22   Page 153 of 167

# Exhibit O

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Pourhassan Nader | CytoDyn Inc. [ CYDY ] | X Director         10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 07/31/2020 | X Officer (give title below)    Other (specify below) |
| 1111 MAIN STREET, SUITE 660 | | President & CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| VANCOUVER    WA    98660 | | X  Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/31/2020 | | A | | 323,157 | A | $0 | 1,231,500 | D | |
| Common Stock | 07/31/2020 | | F | | 156,570 | D | $4.97 | 1,074,930 | D | |
| Common Stock | | | | | | | | 15,570 | I | By Spouse |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

Arian Colachis, Attorney-in-fact    08/03/2020
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# Exhibit P

May 04, 2020 06:00:08

# FDA Approves 54 Emergency INDs for Leronlimab Treatment of Coronavirus – CytoDyn Requests Compassionate Use from FDA for COVID

FDA Approves 54 Emergency INDs for Leronlimab Treatment of Coronavirus – CytoDyn Requests Compassionate Use from FDA for COVID-19 Patients Not Eligible for Participation in Two Ongoing Clinical Trials in U.S. – CytoDyn Targets Enrollment Completion for its 75 Patient, Phase 2 Trial by End of May

VANCOUVER, Washington, May 04, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, today announced that the Company is expecting enrollment completion for its 75 patient, Phase 2 double blinded, placebo controlled, randomized study by the end of this month.

CytoDyn has submitted a request to the FDA to grant expanded access, also known as "compassionate use," to make leronlimab available for patients not eligible for participation in two ongoing clinical trials for coronavirus infections. Many severe and critically-ill patients, who have received off-label immunomodulatory treatments for COVID-19, are excluded from participation in the Company's Phase 2b/3 clinical trial and could potentially benefit from access to leronlimab under a compassionate use program.

There are 49 COVID-19 patients who have enrolled for treatment with leronlimab through eIND. Four out of 11 critically ill patients with a multitude of pre-existing conditions survived after treatment, and of the next 38 patients, many were extubated, improved, or were discharged.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn said, "We are very excited about the continuing positive responses from eIND patients following their treatment with leronlimab. We are equally excited about the prospects for patients should the FDA grant access to leronlimab under the compassionate use program. During this past Saturday, we had to overcome many obstacles for two patients who desperately wanted leronlimab. One patient was in the same hospital that enrolled the first 11 patients and the second was a VIP patient in Los Angeles. Under the compassionate use program, we could avoid and quickly overcome this type of stress and turmoil which was very difficult for the patients, their families, the physicians, and CytoDyn. The daughter of a patient who was on a machine used for severe heart and lung failure contacted us directly and expressed her immense gratitude believing leronlimab saved her mother's life. These are amazing times for us at CytoDyn; with the opportunity to wake up every day with the potential of saving somebody's life. For sure, I could never have imagined such an incredible honor."

## About Coronavirus Disease 2019
CytoDyn is currently enrolling patients in two clinical trials for COVID-19, a Phase 2 randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and a Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

## About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

© 2022

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use. We would like to provide an update that the Biologics License Application (BLA) for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients will be considered completed after the clinical datasets are submitted on May 11, 2020. The clinical datasets are updated to address FDA comments for mock datasets from March 12 and March 20, 2020. After the BLA submission is considered completed, FDA makes a filing decision and sets a PDUFA goal date. CytoDyn has Fast Track designation and a rolling review previously assigned by the FDA and plans to request a priority review for the BLA. A priority review designation means the FDA's goal is to take action on the marketing application within six months of receipt (compared with 10 months under standard review).

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**

CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn completed the filing of its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV with no reported drug-related serious adverse events (SAEs). Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**

This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict. Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund

its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Dave Gentry, CEO
RedChip Companies
Office: 1.800.RED.CHIP (733.2447)
Cell: 407.491.4498
dave@redchip.com



-0- May/04/2020 10:00 GMT

# Exhibit Q

CytoDyn Inc. Historical Stock Price Data
For the Period of March 27, 2020 - May 17, 2021

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/27/2020 | 1.03 | 1.39 | 1.02 | 1.37 | 1.37 | 11572500 |
| 3/30/2020 | 2.17 | 3.5 | 1.9 | 2.61 | 2.61 | 39388300 |
| 3/31/2020 | 2.99 | 3.09 | 2.65 | 2.67 | 2.67 | 18481900 |
| 4/1/2020 | 2.85 | 3.09 | 2.61 | 3.07 | 3.07 | 15004000 |
| 4/2/2020 | 3.34 | 3.39 | 2 | 2.35 | 2.35 | 34428600 |
| 4/3/2020 | 2.59 | 2.97 | 2.52 | 2.79 | 2.79 | 14995100 |
| 4/6/2020 | 3.03 | 3.16 | 2.82 | 2.95 | 2.95 | 9964600 |
| 4/7/2020 | 3 | 3.15 | 2.85 | 2.95 | 2.95 | 8905400 |
| 4/8/2020 | 3.01 | 3.01 | 2.75 | 2.78 | 2.78 | 7132200 |
| 4/9/2020 | 2.99 | 2.99 | 2.74 | 2.88 | 2.88 | 8108000 |
| 4/13/2020 | 2.96 | 2.97 | 2.71 | 2.82 | 2.82 | 5803500 |
| 4/14/2020 | 2.77 | 2.77 | 2.47 | 2.51 | 2.51 | 8866700 |
| 4/15/2020 | 2.43 | 2.44 | 2 | 2.4 | 2.4 | 10534300 |
| 4/16/2020 | 2.39 | 2.39 | 2.16 | 2.31 | 2.31 | 3314900 |
| 4/17/2020 | 2.19 | 2.28 | 2.11 | 2.25 | 2.25 | 7021200 |
| 4/20/2020 | 2.27 | 2.64 | 2.25 | 2.57 | 2.57 | 5808800 |
| 4/21/2020 | 2.65 | 2.75 | 2.48 | 2.56 | 2.56 | 5411900 |
| 4/22/2020 | 2.56 | 2.65 | 2.41 | 2.62 | 2.62 | 2326800 |
| 4/23/2020 | 2.69 | 2.81 | 2.54 | 2.75 | 2.75 | 5751400 |
| 4/24/2020 | 2.88 | 3.19 | 2.82 | 3.18 | 3.18 | 10953700 |
| 4/27/2020 | 3.28 | 3.74 | 3.26 | 3.73 | 3.73 | 19679900 |
| 4/28/2020 | 3.84 | 3.84 | 3.37 | 3.49 | 3.49 | 9251600 |
| 4/29/2020 | 3.48 | 3.5 | 3.04 | 3.25 | 3.25 | 10842000 |
| 4/30/2020 | 3.47 | 3.74 | 3.44 | 3.5 | 3.5 | 8859500 |
| 5/1/2020 | 3.5 | 3.54 | 3.13 | 3.2 | 3.2 | 11200200 |
| 5/4/2020 | 2.83 | 3 | 2.53 | 2.77 | 2.77 | 12493300 |
| 5/5/2020 | 2.83 | 3.37 | 2.81 | 3.13 | 3.13 | 7859700 |
| 5/6/2020 | 3.21 | 3.3 | 3.1 | 3.23 | 3.23 | 5988300 |
| 5/7/2020 | 3.23 | 3.23 | 3.05 | 3.07 | 3.07 | 3463500 |
| 5/8/2020 | 2.88 | 2.98 | 2.61 | 2.92 | 2.92 | 7394600 |
| 5/11/2020 | 2.79 | 3.1 | 2.77 | 3.09 | 3.09 | 3648300 |
| 5/12/2020 | 3.1 | 3.26 | 2.97 | 3.2 | 3.2 | 4402200 |
| 5/13/2020 | 3.19 | 3.36 | 3 | 3.02 | 3.02 | 5097800 |
| 5/14/2020 | 3.02 | 3.04 | 2.91 | 3 | 3 | 2235500 |
| 5/15/2020 | 3.02 | 3.06 | 3 | 3.05 | 3.05 | 2214700 |
| 5/18/2020 | 3.25 | 3.28 | 3.1 | 3.13 | 3.13 | 3396500 |
| 5/19/2020 | 3.15 | 3.2 | 3.13 | 3.16 | 3.16 | 3447200 |
| 5/20/2020 | 3.18 | 3.18 | 3.08 | 3.12 | 3.12 | 3109600 |
| 5/21/2020 | 3.17 | 3.19 | 3.11 | 3.17 | 3.17 | 4630800 |
| 5/22/2020 | 3.17 | 3.17 | 3.08 | 3.1 | 3.1 | 3074600 |
| 5/26/2020 | 3.15 | 3.24 | 3.08 | 3.14 | 3.14 | 5921600 |
| 5/27/2020 | 3.04 | 3.04 | 2.78 | 2.98 | 2.98 | 6091800 |
| 5/28/2020 | 2.86 | 2.94 | 2.8 | 2.82 | 2.82 | 3821100 |
| 5/29/2020 | 2.83 | 2.98 | 2.83 | 2.96 | 2.96 | 1921000 |
| 6/1/2020 | 3.01 | 3.01 | 2.94 | 2.97 | 2.97 | 2469600 |
| 6/2/2020 | 2.98 | 3 | 2.86 | 2.97 | 2.97 | 3656700 |

| 6/3/2020 | 2.98 | 2.98 | 2.88 | 2.91 | 2.91 | 2129000 |
|---|---|---|---|---|---|---|
| 6/4/2020 | 2.88 | 2.91 | 2.8 | 2.85 | 2.85 | 2274500 |
| 6/5/2020 | 2.84 | 2.87 | 2.8 | 2.83 | 2.83 | 2670600 |
| 6/8/2020 | 2.82 | 2.86 | 2.67 | 2.81 | 2.81 | 5427300 |
| 6/9/2020 | 2.81 | 2.85 | 2.75 | 2.85 | 2.85 | 4069900 |
| 6/10/2020 | 2.85 | 2.96 | 2.79 | 2.95 | 2.95 | 1766900 |
| 6/11/2020 | 2.99 | 3.09 | 2.9 | 3.08 | 3.08 | 3084300 |
| 6/12/2020 | 3.23 | 3.25 | 3.01 | 3.09 | 3.09 | 4494300 |
| 6/15/2020 | 3.1 | 3.14 | 3.01 | 3.12 | 3.12 | 2573700 |
| 6/16/2020 | 3.12 | 3.15 | 3.04 | 3.07 | 3.07 | 2265900 |
| 6/17/2020 | 3.07 | 3.1 | 3.05 | 3.07 | 3.07 | 1088800 |
| 6/18/2020 | 3.08 | 3.21 | 3.08 | 3.2 | 3.2 | 3605700 |
| 6/19/2020 | 3.24 | 3.75 | 3.22 | 3.68 | 3.68 | 9684300 |
| 6/22/2020 | 3.83 | 4.3 | 3.82 | 4.17 | 4.17 | 10189900 |
| 6/23/2020 | 4.3 | 4.49 | 4.26 | 4.48 | 4.48 | 6044200 |
| 6/24/2020 | 4.52 | 5.06 | 4.48 | 4.99 | 4.99 | 10512500 |
| 6/25/2020 | 5.06 | 6.65 | 5.06 | 6.15 | 6.15 | 18517900 |
| 6/26/2020 | 6.7 | 7.27 | 6.5 | 6.93 | 6.93 | 15569700 |
| 6/29/2020 | 7.45 | 8.9 | 7.29 | 8.77 | 8.77 | 18052900 |
| 6/30/2020 | 9.66 | 10.01 | 4.65 | 5.68 | 5.68 | 56325800 |
| 7/1/2020 | 6.06 | 7.07 | 5.75 | 6.48 | 6.48 | 17025200 |
| 7/2/2020 | 7.14 | 7.15 | 5.9 | 6.08 | 6.08 | 9476500 |
| 7/6/2020 | 6.56 | 6.98 | 6.27 | 6.41 | 6.41 | 7840400 |
| 7/7/2020 | 6.41 | 6.62 | 5.85 | 5.93 | 5.93 | 6355900 |
| 7/8/2020 | 6 | 6.08 | 4.76 | 5.34 | 5.34 | 14052700 |
| 7/9/2020 | 5.43 | 5.9 | 4.65 | 5.22 | 5.22 | 8690100 |
| 7/10/2020 | 4.9 | 4.99 | 4.61 | 4.73 | 4.73 | 8737700 |
| 7/13/2020 | 3.24 | 4.05 | 2.86 | 3.7 | 3.7 | 21148900 |
| 7/14/2020 | 3.76 | 4.85 | 3.76 | 4.85 | 4.85 | 9957500 |
| 7/15/2020 | 4.93 | 5.18 | 4.52 | 5.13 | 5.13 | 8098300 |
| 7/16/2020 | 5.32 | 5.59 | 5.06 | 5.49 | 5.49 | 7075800 |
| 7/17/2020 | 5.4 | 5.5 | 4.91 | 5.45 | 5.45 | 7287400 |
| 7/20/2020 | 5.78 | 6.7 | 5.65 | 6.34 | 6.34 | 11255500 |
| 7/21/2020 | 6.35 | 6.75 | 5.07 | 5.72 | 5.72 | 12751300 |
| 7/22/2020 | 5.88 | 5.95 | 5.4 | 5.57 | 5.57 | 5227700 |
| 7/23/2020 | 5.6 | 5.75 | 5.36 | 5.68 | 5.68 | 3064700 |
| 7/24/2020 | 5.69 | 5.7 | 5.35 | 5.4 | 5.4 | 3736600 |
| 7/27/2020 | 5.52 | 5.77 | 5.47 | 5.55 | 5.55 | 4001500 |
| 7/28/2020 | 5.59 | 5.67 | 5.26 | 5.37 | 5.37 | 2948100 |
| 7/29/2020 | 5.31 | 5.31 | 4.56 | 4.93 | 4.93 | 9024100 |
| 7/30/2020 | 5.32 | 5.64 | 5.25 | 5.36 | 5.36 | 6546400 |
| 7/31/2020 | 5.01 | 5.3 | 4.74 | 4.97 | 4.97 | 8231600 |
| 8/3/2020 | 5.07 | 5.34 | 4.7 | 5.28 | 5.28 | 3825400 |
| 8/4/2020 | 5.35 | 5.36 | 4.96 | 5.07 | 5.07 | 3396900 |
| 8/5/2020 | 5.06 | 5.07 | 4.6 | 4.81 | 4.81 | 3677300 |
| 8/6/2020 | 4.82 | 4.83 | 4.32 | 4.43 | 4.43 | 5272300 |
| 8/7/2020 | 4.54 | 4.97 | 4.42 | 4.79 | 4.79 | 4862200 |

| 8/10/2020 | 4.84 | 4.89 | 4.5 | 4.81 | 4.81 | 4132200 |
| 8/11/2020 | 4.55 | 4.8 | 3.76 | 4.16 | 4.16 | 12285400 |
| 8/12/2020 | 4.24 | 4.49 | 4.19 | 4.46 | 4.46 | 3428100 |
| 8/13/2020 | 4.65 | 4.75 | 3.97 | 4 | 4 | 5579500 |
| 8/14/2020 | 3.84 | 4.02 | 3.51 | 3.76 | 3.76 | 7538800 |
| 8/17/2020 | 3.8 | 3.83 | 3.31 | 3.5 | 3.5 | 7799500 |
| 8/18/2020 | 3.44 | 3.5 | 2.76 | 3.07 | 3.07 | 15410900 |
| 8/19/2020 | 3.15 | 3.2 | 2.86 | 3 | 3 | 6658800 |
| 8/20/2020 | 3.06 | 3.15 | 2.98 | 3.03 | 3.03 | 3779500 |
| 8/21/2020 | 3.07 | 3.92 | 3.05 | 3.43 | 3.43 | 9973100 |
| 8/24/2020 | 3.99 | 4.02 | 3.61 | 3.84 | 3.84 | 9680300 |
| 8/25/2020 | 3.95 | 3.95 | 3.68 | 3.81 | 3.81 | 3217300 |
| 8/26/2020 | 3.79 | 3.81 | 3.45 | 3.47 | 3.47 | 4139800 |
| 8/27/2020 | 3.38 | 3.4 | 3.05 | 3.15 | 3.15 | 4035300 |
| 8/28/2020 | 3.17 | 3.67 | 3.14 | 3.44 | 3.44 | 3326500 |
| 8/31/2020 | 3.52 | 3.55 | 3.28 | 3.36 | 3.36 | 2126000 |
| 9/1/2020 | 3.48 | 3.48 | 3.25 | 3.4 | 3.4 | 2006100 |
| 9/2/2020 | 3.42 | 3.8 | 3.33 | 3.55 | 3.55 | 3465800 |
| 9/3/2020 | 3.75 | 4.28 | 3.65 | 3.88 | 3.88 | 7355700 |
| 9/4/2020 | 3.96 | 4.44 | 3.95 | 4.44 | 4.44 | 4934200 |
| 9/8/2020 | 4.81 | 5.15 | 4.64 | 4.92 | 4.92 | 6963200 |
| 9/9/2020 | 4.92 | 5 | 4.71 | 4.9 | 4.9 | 3793800 |
| 9/10/2020 | 4.79 | 4.79 | 4.4 | 4.51 | 4.51 | 3986800 |
| 9/11/2020 | 4.37 | 4.37 | 3.9 | 3.91 | 3.91 | 3918700 |
| 9/14/2020 | 3.95 | 4.22 | 3.68 | 4.12 | 4.12 | 3061200 |
| 9/15/2020 | 4.12 | 4.12 | 3.91 | 4.09 | 4.09 | 2530800 |
| 9/16/2020 | 4.15 | 4.27 | 4 | 4.03 | 4.03 | 2303800 |
| 9/17/2020 | 3.23 | 3.47 | 3.06 | 3.42 | 3.42 | 8768900 |
| 9/18/2020 | 3.51 | 3.56 | 3.37 | 3.55 | 3.55 | 2376200 |
| 9/21/2020 | 3.51 | 3.55 | 3.36 | 3.41 | 3.41 | 1964200 |
| 9/22/2020 | 3.42 | 3.74 | 3.38 | 3.53 | 3.53 | 1872900 |
| 9/23/2020 | 3.6 | 3.65 | 3.41 | 3.43 | 3.43 | 2200600 |
| 9/24/2020 | 3.43 | 3.49 | 3.35 | 3.36 | 3.36 | 1427300 |
| 9/25/2020 | 3.4 | 3.41 | 3.3 | 3.37 | 3.37 | 1192600 |
| 9/28/2020 | 3.38 | 3.4 | 3.16 | 3.23 | 3.23 | 1854200 |
| 9/29/2020 | 3.21 | 3.23 | 3.1 | 3.12 | 3.12 | 2253300 |
| 9/30/2020 | 3.18 | 3.18 | 2.85 | 2.92 | 2.92 | 6031500 |
| 10/1/2020 | 2.84 | 2.84 | 2.7 | 2.79 | 2.79 | 5253500 |
| 10/2/2020 | 2.76 | 3.12 | 2.75 | 3.04 | 3.04 | 4958700 |
| 10/5/2020 | 3.07 | 3.13 | 3.01 | 3.09 | 3.09 | 1552300 |
| 10/6/2020 | 3.05 | 3.06 | 2.95 | 3.02 | 3.02 | 1165700 |
| 10/7/2020 | 3 | 3.53 | 2.92 | 3.52 | 3.52 | 6230400 |
| 10/8/2020 | 3.51 | 3.87 | 3.25 | 3.27 | 3.27 | 5298800 |
| 10/9/2020 | 3.34 | 3.41 | 3.2 | 3.27 | 3.27 | 1793900 |
| 10/12/2020 | 3.33 | 3.34 | 3.18 | 3.25 | 3.25 | 1435900 |
| 10/13/2020 | 3.27 | 3.3 | 3.22 | 3.24 | 3.24 | 1374300 |
| 10/14/2020 | 3.23 | 3.27 | 2.65 | 2.86 | 2.86 | 3657600 |

| | | | | | |
|---|---|---|---|---|---|
| 10/15/2020 | 2.94 | 3.06 | 2.89 | 2.98 | 2.98 | 2922100 |
| 10/16/2020 | 2.85 | 2.89 | 2.76 | 2.81 | 2.81 | 4500500 |
| 10/19/2020 | 2.82 | 2.93 | 2.81 | 2.82 | 2.82 | 1863800 |
| 10/20/2020 | 2.99 | 3.09 | 2.66 | 2.73 | 2.73 | 6170200 |
| 10/21/2020 | 2.87 | 2.88 | 2.66 | 2.7 | 2.7 | 2580400 |
| 10/22/2020 | 2.7 | 2.73 | 2.61 | 2.68 | 2.68 | 1491200 |
| 10/23/2020 | 2.68 | 2.68 | 2.41 | 2.46 | 2.46 | 3909100 |
| 10/26/2020 | 2.49 | 2.49 | 2.25 | 2.28 | 2.28 | 4129300 |
| 10/27/2020 | 2.4 | 2.72 | 2.4 | 2.49 | 2.49 | 4542500 |
| 10/28/2020 | 2.52 | 2.52 | 2.35 | 2.42 | 2.42 | 1791500 |
| 10/29/2020 | 2.43 | 2.45 | 2.26 | 2.39 | 2.39 | 2100200 |
| 10/30/2020 | 2.38 | 2.51 | 2.33 | 2.49 | 2.49 | 1896400 |
| 11/2/2020 | 2.5 | 2.66 | 2.49 | 2.6 | 2.6 | 2626400 |
| 11/3/2020 | 2.6 | 2.79 | 2.59 | 2.67 | 2.67 | 2234000 |
| 11/4/2020 | 2.7 | 2.81 | 2.67 | 2.7 | 2.7 | 1711700 |
| 11/5/2020 | 2.73 | 2.75 | 2.6 | 2.65 | 2.65 | 1875600 |
| 11/6/2020 | 2.65 | 2.66 | 2.43 | 2.54 | 2.54 | 2379100 |
| 11/9/2020 | 2.43 | 2.43 | 2.03 | 2.09 | 2.09 | 6364700 |
| 11/10/2020 | 1.99 | 2.12 | 1.63 | 2.02 | 2.02 | 11157300 |
| 11/11/2020 | 2.1 | 2.57 | 2.1 | 2.36 | 2.36 | 4676800 |
| 11/12/2020 | 2.45 | 2.59 | 2.42 | 2.46 | 2.46 | 3408800 |
| 11/13/2020 | 2.5 | 2.53 | 2.4 | 2.48 | 2.48 | 1684300 |
| 11/16/2020 | 2.53 | 2.66 | 2.52 | 2.64 | 2.64 | 2786100 |
| 11/17/2020 | 2.71 | 2.72 | 2.46 | 2.53 | 2.53 | 2099500 |
| 11/18/2020 | 2.59 | 2.6 | 2.4 | 2.46 | 2.46 | 2027500 |
| 11/19/2020 | 2.46 | 2.52 | 2.31 | 2.52 | 2.52 | 1865500 |
| 11/20/2020 | 2.5 | 2.56 | 2.45 | 2.55 | 2.55 | 1735000 |
| 11/23/2020 | 2.65 | 2.66 | 2.54 | 2.6 | 2.6 | 2192500 |
| 11/24/2020 | 2.66 | 2.69 | 2.61 | 2.67 | 2.67 | 1722100 |
| 11/25/2020 | 2.67 | 2.69 | 2.63 | 2.67 | 2.67 | 1274200 |
| 11/27/2020 | 2.68 | 2.69 | 2.62 | 2.66 | 2.66 | 1120500 |
| 11/30/2020 | 2.59 | 2.68 | 2.57 | 2.67 | 2.67 | 1872500 |
| 12/1/2020 | 2.68 | 2.68 | 2.59 | 2.6 | 2.6 | 1919300 |
| 12/2/2020 | 2.62 | 2.63 | 2.46 | 2.48 | 2.48 | 1871200 |
| 12/3/2020 | 2.47 | 2.5 | 2.25 | 2.45 | 2.45 | 3129200 |
| 12/4/2020 | 2.45 | 2.53 | 2.3 | 2.33 | 2.33 | 2224300 |
| 12/7/2020 | 2.37 | 2.48 | 2.32 | 2.48 | 2.48 | 1803100 |
| 12/8/2020 | 2.63 | 3.33 | 2.6 | 3.27 | 3.27 | 11710800 |
| 12/9/2020 | 3.79 | 3.79 | 3.16 | 3.45 | 3.45 | 6870000 |
| 12/10/2020 | 3.53 | 3.55 | 3.25 | 3.35 | 3.35 | 3404100 |
| 12/11/2020 | 3.42 | 3.43 | 2.88 | 3.14 | 3.14 | 5323100 |
| 12/14/2020 | 3.17 | 3.35 | 3.02 | 3.29 | 3.29 | 2545900 |
| 12/15/2020 | 3.31 | 3.46 | 3.3 | 3.46 | 3.46 | 1998100 |
| 12/16/2020 | 3.6 | 4.05 | 3.58 | 3.93 | 3.93 | 9104000 |
| 12/17/2020 | 3.94 | 4.68 | 3.93 | 4.68 | 4.68 | 7402100 |
| 12/18/2020 | 4.85 | 5.08 | 4.8 | 5 | 5 | 10085000 |
| 12/21/2020 | 5.01 | 6 | 5.01 | 6 | 6 | 12822500 |

| | | | | | |
|---|---|---|---|---|---|
| 12/22/2020 | 6.2 | 7 | 5 | 5.27 | 5.27 | 23186300 |
| 12/23/2020 | 5.53 | 5.75 | 4.53 | 5.1 | 5.1 | 13318600 |
| 12/24/2020 | 5.34 | 5.49 | 4.91 | 5.27 | 5.27 | 2812600 |
| 12/28/2020 | 6.01 | 6.15 | 5.4 | 5.68 | 5.68 | 7508000 |
| 12/29/2020 | 5.5 | 5.5 | 4.95 | 5.15 | 5.15 | 5038400 |
| 12/30/2020 | 5.25 | 5.35 | 4.95 | 4.96 | 4.96 | 3906900 |
| 12/31/2020 | 5.04 | 5.52 | 5.01 | 5.39 | 5.39 | 4233600 |
| 1/4/2021 | 5.69 | 5.98 | 5.31 | 5.97 | 5.97 | 3369100 |
| 1/5/2021 | 6.01 | 6.01 | 5.71 | 5.82 | 5.82 | 3626900 |
| 1/6/2021 | 5.95 | 5.95 | 5.6 | 5.61 | 5.61 | 2533600 |
| 1/7/2021 | 5.05 | 5.54 | 4.9 | 5.17 | 5.17 | 6537400 |
| 1/8/2021 | 5.3 | 5.3 | 5.06 | 5.07 | 5.07 | 4402400 |
| 1/11/2021 | 5.15 | 5.24 | 4.88 | 4.93 | 4.93 | 4543600 |
| 1/12/2021 | 4.98 | 4.98 | 4.25 | 4.73 | 4.73 | 6995300 |
| 1/13/2021 | 4.8 | 4.99 | 4.63 | 4.93 | 4.93 | 2605100 |
| 1/14/2021 | 5.01 | 5.36 | 4.96 | 5.29 | 5.29 | 2440100 |
| 1/15/2021 | 5.36 | 5.4 | 5.05 | 5.2 | 5.2 | 2299100 |
| 1/19/2021 | 5.26 | 5.33 | 5.14 | 5.2 | 5.2 | 1468300 |
| 1/20/2021 | 5.18 | 5.22 | 4.9 | 5.08 | 5.08 | 1822000 |
| 1/21/2021 | 5.18 | 5.18 | 4.9 | 5 | 5 | 1803500 |
| 1/22/2021 | 4.94 | 5.05 | 4.76 | 5.01 | 5.01 | 2674000 |
| 1/25/2021 | 4.99 | 5 | 4.75 | 4.81 | 4.81 | 2463100 |
| 1/26/2021 | 4.8 | 4.8 | 4.56 | 4.66 | 4.66 | 4022500 |
| 1/27/2021 | 4.66 | 5.5 | 4.4 | 5.38 | 5.38 | 9714600 |
| 1/28/2021 | 5.36 | 5.4 | 5.01 | 5.1 | 5.1 | 3350200 |
| 1/29/2021 | 5.14 | 5.63 | 5.1 | 5.55 | 5.55 | 4024500 |
| 2/1/2021 | 5.8 | 7.15 | 5.75 | 7.15 | 7.15 | 16133600 |
| 2/2/2021 | 7.27 | 7.4 | 6.48 | 6.65 | 6.65 | 8605000 |
| 2/3/2021 | 6.6 | 6.6 | 6 | 6.22 | 6.22 | 5251700 |
| 2/4/2021 | 6.28 | 6.45 | 5.92 | 6.32 | 6.32 | 3647000 |
| 2/5/2021 | 6.34 | 6.39 | 6.15 | 6.24 | 6.24 | 2591200 |
| 2/8/2021 | 6.23 | 6.24 | 5.87 | 6.09 | 6.09 | 3588600 |
| 2/9/2021 | 6.09 | 6.12 | 5.75 | 6.01 | 6.01 | 3469200 |
| 2/10/2021 | 5.8 | 5.94 | 5.49 | 5.54 | 5.54 | 5036300 |
| 2/11/2021 | 5.54 | 6.22 | 5.24 | 6.18 | 6.18 | 4726800 |
| 2/12/2021 | 6.3 | 6.35 | 5.85 | 6.23 | 6.23 | 2930800 |
| 2/16/2021 | 6.24 | 6.25 | 5.75 | 5.85 | 5.85 | 3020800 |
| 2/17/2021 | 5.86 | 5.87 | 5.49 | 5.54 | 5.54 | 3530500 |
| 2/18/2021 | 5.49 | 5.5 | 5.3 | 5.37 | 5.37 | 2543400 |
| 2/19/2021 | 5.32 | 5.41 | 5.18 | 5.3 | 5.3 | 2368500 |
| 2/22/2021 | 4.87 | 4.99 | 3.85 | 4.32 | 4.32 | 9126900 |
| 2/23/2021 | 4.25 | 4.26 | 3.96 | 4.05 | 4.05 | 7108300 |
| 2/24/2021 | 4.41 | 4.75 | 4.2 | 4.72 | 4.72 | 3458200 |
| 2/25/2021 | 4.95 | 5.15 | 4.15 | 4.28 | 4.28 | 4705600 |
| 2/26/2021 | 4.38 | 4.62 | 4.17 | 4.52 | 4.52 | 2781500 |
| 3/1/2021 | 4.51 | 4.68 | 4.25 | 4.38 | 4.38 | 1490400 |
| 3/2/2021 | 4.4 | 5.05 | 4.35 | 4.61 | 4.61 | 2430100 |

| | | | | | |
|---|---|---|---|---|---|
| 3/3/2021 | 4.59 | 4.62 | 4.3 | 4.32 | 4.32 | 2219400 |
| 3/4/2021 | 4.35 | 4.35 | 4.02 | 4.06 | 4.06 | 3319700 |
| 3/5/2021 | 4.2 | 4.75 | 4.02 | 4.05 | 4.05 | 4604200 |
| 3/8/2021 | 2.9 | 3.28 | 2.7 | 2.91 | 2.91 | 21383800 |
| 3/9/2021 | 2.7 | 2.7 | 2.17 | 2.35 | 2.35 | 22115700 |
| 3/10/2021 | 2.21 | 2.25 | 2.07 | 2.14 | 2.14 | 11303200 |
| 3/11/2021 | 2.06 | 2.57 | 2 | 2.46 | 2.46 | 11112300 |
| 3/12/2021 | 2.54 | 2.54 | 2.23 | 2.29 | 2.29 | 2972500 |
| 3/15/2021 | 2.42 | 2.54 | 2.3 | 2.49 | 2.49 | 3339200 |
| 3/16/2021 | 2.58 | 2.64 | 2.4 | 2.44 | 2.44 | 2464100 |
| 3/17/2021 | 2.44 | 2.44 | 2.26 | 2.33 | 2.33 | 2322100 |
| 3/18/2021 | 2.34 | 2.45 | 2.3 | 2.35 | 2.35 | 1945800 |
| 3/19/2021 | 2.41 | 2.51 | 2.33 | 2.46 | 2.46 | 1798500 |
| 3/22/2021 | 2.54 | 2.55 | 2.38 | 2.41 | 2.41 | 1891300 |
| 3/23/2021 | 2.45 | 2.45 | 2.29 | 2.3 | 2.3 | 2355400 |
| 3/24/2021 | 2.33 | 2.35 | 2.19 | 2.19 | 2.19 | 1948400 |
| 3/25/2021 | 2.21 | 2.33 | 2.1 | 2.19 | 2.19 | 2723700 |
| 3/26/2021 | 2.23 | 2.28 | 2.11 | 2.12 | 2.12 | 1803100 |
| 3/29/2021 | 2.3 | 2.34 | 2.12 | 2.13 | 2.13 | 3289300 |
| 3/30/2021 | 2.22 | 2.9 | 2.22 | 2.82 | 2.82 | 10878600 |
| 3/31/2021 | 2.98 | 2.99 | 2.55 | 2.7 | 2.7 | 4507200 |
| 4/1/2021 | 2.75 | 3.2 | 2.71 | 3.19 | 3.19 | 3222100 |
| 4/5/2021 | 3.28 | 4.03 | 3.28 | 3.98 | 3.98 | 9628200 |
| 4/6/2021 | 4 | 4.22 | 3.67 | 3.94 | 3.94 | 4876800 |
| 4/7/2021 | 3.99 | 4 | 3.25 | 3.5 | 3.5 | 5849600 |
| 4/8/2021 | 3.2 | 3.32 | 2.9 | 3.09 | 3.09 | 6124600 |
| 4/9/2021 | 3.1 | 3.44 | 3.06 | 3.13 | 3.13 | 3606100 |
| 4/12/2021 | 3.29 | 3.36 | 3.06 | 3.11 | 3.11 | 2489400 |
| 4/13/2021 | 3 | 3.08 | 2.94 | 2.99 | 2.99 | 2254800 |
| 4/14/2021 | 2.88 | 2.94 | 2.64 | 2.85 | 2.85 | 5357200 |
| 4/15/2021 | 2.9 | 3.29 | 2.86 | 3.05 | 3.05 | 5020800 |
| 4/16/2021 | 3.03 | 3.29 | 2.94 | 3.28 | 3.28 | 2653500 |
| 4/19/2021 | 3.38 | 3.55 | 3.33 | 3.5 | 3.5 | 2344300 |
| 4/20/2021 | 3.46 | 3.49 | 3.28 | 3.33 | 3.33 | 1500300 |
| 4/21/2021 | 3.31 | 3.32 | 3.18 | 3.24 | 3.24 | 1498500 |
| 4/22/2021 | 3.28 | 3.4 | 3.26 | 3.28 | 3.28 | 1919400 |
| 4/23/2021 | 3.34 | 3.35 | 3.16 | 3.21 | 3.21 | 1638900 |
| 4/26/2021 | 3.18 | 3.21 | 3.14 | 3.17 | 3.17 | 1412900 |
| 4/27/2021 | 3.17 | 3.18 | 3.01 | 3.05 | 3.05 | 1802400 |
| 4/28/2021 | 3.05 | 3.08 | 2.9 | 2.91 | 2.91 | 1667700 |
| 4/29/2021 | 2.92 | 2.93 | 2.76 | 2.79 | 2.79 | 2087400 |
| 4/30/2021 | 2.83 | 3.15 | 2.8 | 3.14 | 3.14 | 3701400 |
| 5/3/2021 | 3.14 | 3.2 | 2.97 | 3.12 | 3.12 | 1964400 |
| 5/4/2021 | 3.13 | 3.13 | 2.86 | 2.94 | 2.94 | 1911000 |
| 5/5/2021 | 2.98 | 2.98 | 2.77 | 2.79 | 2.79 | 2812700 |
| 5/6/2021 | 2.8 | 2.83 | 2.59 | 2.69 | 2.69 | 2711400 |
| 5/7/2021 | 2.72 | 2.93 | 2.7 | 2.91 | 2.91 | 1764100 |

| 5/10/2021 | 2.97 | 2.99 | 2.78 | 2.8 | 2.8 | 1484800 |
|---|---|---|---|---|---|---|
| 5/11/2021 | 2.7 | 2.75 | 2.62 | 2.73 | 2.73 | 1936000 |
| 5/12/2021 | 2.72 | 2.73 | 2.45 | 2.46 | 2.46 | 4172500 |
| 5/13/2021 | 2.43 | 2.68 | 2.43 | 2.62 | 2.62 | 3487800 |
| 5/14/2021 | 2.62 | 2.95 | 2.62 | 2.8 | 2.8 | 3439500 |
| 5/17/2021 | 2.82 | 2.83 | 1.96 | 2.04 | 2.04 | 9823300 |