The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,<br><br>Defendants. | No. C21-5190 BHS<br><br>**STIPULATED MOTION AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>April 19, 2022 |

STIPULATED MOTION AND
ORDER
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter"); and Named Plaintiffs Diane M. Hooper, Thomas McGee, and Candra E. Evans ("Plaintiffs"); and Defendants CytoDyn Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants") as follows:

On August 19, 2021, the Court appointed Courter as Lead Plaintiff and their chosen counsel, Kessler Topaz Meltzer & Check, LLP and Byrnes Keller Cromwell LLP, as Lead Counsel and Liaison Counsel, respectively (ECF No. 65).

On November 9, 2021, the Court entered the parties' requested schedule for Lead Plaintiff to file an amended complaint and the parties to brief Defendants' motion to dismiss (ECF No. 77).

On December 21, 2021, Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") (ECF No. 83).

On February 25, 2021, Defendants filed a motion to dismiss the Complaint (ECF No. 95).

On March 30, 2022, CytoDyn provided additional information to investors regarding its COVID-19 and HIV programs.

On April 14, 2022, Plaintiffs contacted Defendants to determine whether Defendants would consent to Plaintiffs filing an amended complaint ("Amended Complaint") to extend the Class Period to include persons or entities that purchased or otherwise acquired the common stock of CytoDyn between May 18, 2021 and March 30, 2022, and to add claims and newly discovered evidence. Defendants consented in writing on April 18, 2022.

Currently, Plaintiffs' brief in opposition to Defendants' motion to dismiss the Complaint must be filed on or before April 26, 2022. While the filing of the Amended Complaint will moot Defendants' pending motion dismiss the Complaint, Plaintiffs have requested and Defendants have agreed to provide Plaintiffs additional time to investigate and plead claims during the extended Class Period. Plaintiffs also expect to provide additional support for their prior allegations by referencing documents that Defendants have produced to date in accordance with the Court's

STIPULATED MOTION AND
ORDER
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

1

March 3, 2022 order.

As a result, the parties have conferred and respectfully request the entry of a schedule for the filing of the Amended Complaint and any threshold motion to dismiss that Defendants may file as follows:

1.    Deadline to file the Amended Complaint: June 24, 2022;

2.    Deadline to file any Motion to Dismiss: August 23, 2022;

3.    Deadline to file a Brief in Opposition to any Motion to Dismiss: October 7, 2022; and

4.    Deadline to file a Reply Brief in Further Support of any Motion to Dismiss: November 7, 2022.

Dated: April 19, 2022

**DAVIS WRIGHT TREMAINE LLP**

By:/s/ Fred B. Burnside
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    206-622-3150
    Fax: 206-757-7700
    Email: fredburnside@dwt.com

**WILMER CUTLER PICKERING
  HALE and DORR LLP**
Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Emails:
michael.bongiorno@wilmerhale.com
    kevin.muck@wilmerhale.com
    peter.kolovos@wilmerhale.com

*Attorneys for Defendants
CytoDyn Inc., Nader Z. Pourhassan,*

**BYRNES KELLER CROMWELL LLP**

By:/s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    Facsimile: (206), 622-2522
    Email: bkeller@byrneskeller.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

and

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087

STIPULATED MOTION AND
ORDER
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

2

*Michael Mulholland, and Scott A. Kelly*

Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe Courter and Courter and Sons LLC, Named Plaintiffs Diane M. Hooper, Thomas McGee, and Candra E. Evans, and Lead Counsel for the Putative Class*

## **ORDER**

THIS MATTER coming before this Court on the above stipulation between the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the currently existing deadlines regarding Defendants' Motion to Dismiss (ECF No. 95) are vacated, and the following schedule shall apply to the filing of the Amended Complaint and any motion to dismiss Defendants file regarding it:

1. Deadline to file the Amended Complaint: June 24, 2022;

2. Deadline to file any Motion to Dismiss: August 23, 2022;

3. Deadline to file a Brief in Opposition to any Motion to Dismiss: October 7, 2022; and

4. Deadline to file a Reply Brief in Further Support of any Motion to Dismiss: November 7, 2022.

IT IS SO ORDERED.

Dated this 20th day of April, 2022.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND
ORDER
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

3

Presented by:

**BYRNES KELLER CROMWELL** LLP

By:  /s/ Bradley S. Keller
     Bradley S. Keller, WSBA #10665
     1000 Second Avenue, 38th Floor
     Seattle, Washington 98104
     Telephone: (206) 622-2000
     Facsimile: (206), 622-2522
     Email: bkeller@byrneskeller.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

and

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian
Joe Courter and Courter and Sons
LLC, Named Plaintiffs Diane M.
Hooper, Thomas McGee, and
Candra E. Evans, and Lead Counsel
for the Putative Class*

STIPULATED MOTION AND
ORDER
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

4

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 19th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

BYRNES KELLER CROMWELL LLP

By: /s/ Bradley S. Keller
  Bradley S. Keller, WSBA #10665
  1000 Second Avenue, 38th Floor
  Seattle, Washington 98104
  Telephone: (206) 622-2000
  Facsimile: (206), 622-2522
  Email: bkeller@byrneskeller.com

STIPULATED MOTION AND
ORDER
No. C21-5190 BHS

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000

5