The Honorable Benjamin H. Settle

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  BRIAN JOE COURTER, COURTER AND
   SONS LLC, DIANE M. HOOPER, THOMAS
10 MCGEE, and CANDRA E. EVANS,
   Individually and on Behalf of All Others
11 Similarly Situated,

12                              Plaintiffs,

13            v.

14

15 CYTODYN INC., NADER Z. POURHASSAN,
   MICHAEL MULHOLLAND, and SCOTT A.
16 KELLY,

17                              Defendants.

18

No. 3:21-cv-05190-BHS

**STIPULATED MOTION AND
ORDER AMENDING
BRIEFING SCHEDULE**

NOTE ON MOTION CALENDAR:
August 17, 2022

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE
(3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter"); Named Plaintiffs Diane M. Hooper, Thomas McGee, and Candra E. Evans (together with Courter, "Plaintiffs"); and Defendants CytoDyn Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants") as follows:

Pursuant to a Stipulated Motion and Order dated April 20, 2022 ("Agreed Order") (Dkt. 101), Plaintiffs filed a Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("Second Amended Complaint") (Dkt. 103) on June 24, 2022.  Among other things, the Agreed Order established August 23, 2022 as the deadline for Defendants to respond to the Second Amended Complaint, and a schedule for briefing regarding any motions to dismiss Defendants may file.

The parties hereby advise the Court that they have engaged a private mediator and are scheduled to mediate Plaintiffs' claims on September 29, 2022.  The parties have conferred and, in recognition of the upcoming mediation, Defendants have requested and Plaintiffs have agreed to extend the deadline for Defendants to respond to the Second Amended Complaint until after the mediation.  The parties propose to submit a status report to the Court within one (1) week of the scheduled mediation date; in the event the mediation is not successful, the parties will include in their status report a proposed schedule for Defendants' response to the Second Amended Complaint and for briefing any motions to dismiss Defendants may file.

Accordingly, the parties respectfully move and hereby stipulate that the Court vacate the currently existing deadlines for Defendants to respond to the Second Amended Complaint and for briefing any motions to dismiss, pending the outcome of the parties' upcoming mediation.

Dated: August 17, 2022

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE
(3:21-cv-05190-BHS) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3

**DAVIS WRIGHT TREMAINE LLP**

By: */s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    206-622-3150
    Fax: 206-757-7700
    Email: fredburnside@dwt.com

**WILMER CUTLER PICKERING**
  **HALE and DORR LLP**
Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Emails:
michael.bongiorno@wilmerhale.com
kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com

*Attorneys for Defendants*
*CytoDyn Inc., Nader Z. Pourhassan,*
*Michael Mulholland, and Scott A. Kelly*

**BYRNES KELLER CROMWELL LLP**

By: */s/ Bradley S. Keller*
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    Facsimile: (206), 622-2522
    Email: bkeller@byrneskeller.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

and

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe*
*Courter and Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee,*
*and Candra E. Evans, and Lead Counsel for*
*the Putative Class*

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE
(3:21-cv-05190-BHS) - 3

1 **<u>ORDER</u>**

2        THIS MATTER coming before this Court on the above stipulation between the parties,

3 IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT the currently existing

4 deadlines for Defendants to respond to the Second Amended Complaint and for briefing any

5 motions to dismiss are hereby vacated.  The parties shall submit a status report to the Court

6 within one (1) week of the scheduled mediation date.  In the event the mediation is not

7 successful, the status report shall include a proposed schedule for Defendants' response to the

8 Second Amended Complaint and for briefing any motions to dismiss Defendants may file.

9

10

11 IT IS SO ORDERED.

12 Dated this 19th day of August, 2022.

13

14

15

16 BENJAMIN H. SETTLE
United States District Judge

17

18

19 Presented by:

20 DAVIS WRIGHT TREMAINE LLP

21

22 By: */s/ Fred B. Burnside*
        Fred B. Burnside, WSBA #32491

23      920 Fifth Ave, Ste 3300
        Seattle, WA 98104-1610

24      Telephone:  206-622-3150
        Fax: 206-757-7700

25      Email: fredburnside@dwt.com

26 *Counsel for Defendants*

27

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE
(3:21-cv-05190-BHS) - 4

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned attorney certifies that on the 17th day of August 2022, I electronically

3

filed the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to all counsel on record in the matter.

5

6

7

DAVIS WRIGHT TREMAINE LLP

By: */s/ Fred B. Burnside*

8

Fred B. Burnside, WSBA #32491

920 Fifth Ave, Ste 3300

9

Seattle, WA 98104-1610

Telephone:  206-622-3150

10

Fax: 206-757-7700

Email: fredburnside@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER AMENDING
BRIEFING SCHEDULE
(3:21-cv-05190-BHS) - 5