The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

**[PROPOSED] ORDER ON CYTODYN INC, MICHAEL MULHOLLAND, AND SCOTT A. KELLY'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

[PROPOSED] ORDER ON MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT
No. 3:21-cv-05190-BHS

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Having read and considered the Motion to Dismiss the Second Amended Class Action Complaint filed by Defendants CytoDyn Inc. ("CytoDyn"), Michael Mulholland, and Scott A. Kelly, the briefs filed in support and opposition, and the entire record herein: (1) Count I is hereby DISMISSED IN PART as against Defendant CytoDyn and DISMISSED IN ITS ENTIRETY as against Defendants Michael Mulholland and Scott A. Kelly; (2) Count II is hereby DISMISSED as against Defendants CytoDyn, Michael Mulholland and Scott A. Kelly; (3) Count III is hereby DISMISSED as against Defendants Michael Mulholland and Scott A. Kelly; and (4) Count IV is hereby DISMISSED as against Defendants Michael Mulholland and Scott A. Kelly.

All dismissals as noted above are WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*_____
    Fred B. Burnside, WSBA #32491
920 Fifth Ave, Ste 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
Email: fredburnside@dwt.com

*Attorneys for Defendants CytoDyn Inc.,*
*Michael Mulholland, and Scott A. Kelly*

[PROPOSED] ORDER ON MOTION TO DISMISS SECOND
AMENDED CLASS ACTION COMPLAINT
No. 3:21-cv-05190-BHS - 1