The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

**DECLARATION OF BRENDAN T. MANGAN IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

MANGAN DECL. ISO MOTION TO DISMISS
(No. 3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

I, Brendan T. Mangan, declare:

1.    I am an attorney duly licensed to practice law in the State of Washington and am admitted to practice before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, counsel of record for Defendants CytoDyn Inc. ("CytoDyn"), Michael Mulholland, and Scott A. Kelly in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently to such matters.

2.    Attached as **Exhibit A** is a true and correct copy of the FDA's May 17, 2021 Statement on Leronlimab, as available via the FDA website.

3.    Attached as **Exhibit B** is a true and correct copy of CytoDyn's May 13, 2020 press release entitled "CytoDyn Completed Submission of All Remaining Parts of Biologics License Application ("BLA") on May 11, 2020."

4.    Attached as **Exhibit C** is a true and correct copy of CytoDyn's August 11, 2020 press release entitled "CytoDyn Announces Clinically Significant Top-line Results from its Phase 2 Trial in Mild-to-Moderate COVID-19 Patients."

5.    Attached as **Exhibit D** is a true and correct copy of CytoDyn's March 8, 2021 press release entitled "CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19."

6.    Attached as **Exhibit E** is a true and correct copy of CytoDyn's July 13, 2020 press release entitled "Update on HIV-BLA-PDUFA: FDA requested more information to complete a substantive review. No additional trials required. CytoDyn plans to submit the requested information and will ask for a Type A meeting with the FDA per the agency's suggestion."

7.    Attached as **Exhibit F** is a true and correct copy of the transcript of CytoDyn's July 13, 2020 conference call with investors.

8.    Attached as **Exhibit G** are true and correct excerpts of the Form 10-K filed by CytoDyn with the Securities and Exchange Commission for the fiscal year ended May 31, 2020.

MANGAN DECL. ISO MOTION TO DISMISS
(No. 3:21-cv-05190-BHS) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

9.      Attached as **Exhibit H** is a true and correct copy of CytoDyn's August 17, 2020 press release entitled "CytoDyn Will Attempt to Duplicate Berlin and London Patients' HIV Cure by Using Leronlimab During Bone Marrow Transplant for 5 HIV Patients Who also have Cancer."

10.     Attached as **Exhibit I** is a true and correct copy of CytoDyn's March 6, 2021 press release entitled "CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19."

11.     Attached as **Exhibit J** is a true and correct copy of the transcript of CytoDyn's March 8, 2021 conference call with investors.

12.     Attached as **Exhibit K** is a chart of daily stock prices for CytoDyn during the alleged Class Period of March 27, 2020 through March 30, 2022, as obtained from Yahoo! Finance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2023.

s/ Brendan T. Mangan
Brendan T. Mangan

MANGAN DECL. ISO MOTION TO DISMISS
(No. 3:21-cv-05190-BHS) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# Exhibit A

# Statement on Leronlimab

FDA recognizes the substantial public interest in medicines that are being studied for the prevention or treatment of COVID-19, especially those medicines that may provide a benefit to patients with the most severe forms of disease that can result in respiratory failure and death.  Leronlimab, a monoclonal antibody investigational drug under development by CytoDyn, Inc. (CytoDyn), is one of the potential medicines that has been studied to determine whether it is safe and effective in treating patients with COVID-19, including those with severe outcomes from COVID-19.

CytoDyn has conducted two separate clinical trials investigating leronlimab for the treatment of COVID-19.  A smaller trial, titled CD10, which included 86 patients, studied leronlimab's effect on mild-to-moderate COVID-19 disease. A larger trial, titled CD12, which included 394 patients, studied leronlimab's effect on severe symptoms of respiratory illness associated with COVID-19. CytoDyn has communicated information to the public about the results of these trials. Although FDA generally cannot disclose confidential information about unapproved products, we have concluded that given the significant public interest in leronlimab, it is important to provide summary information about the status of the CytoDyn development program.

First, we underscore the significance of a well-designed clinical trial when evaluating whether a medicine is safe and effective for a particular use. Well-designed trials have specific objectives, referred to as "endpoints", that are documented (i.e., pre-specified) in the study protocol before the initiation of the investigation. Data obtained from the clinical trial are later analyzed using pre-specified statistical methodologies. If the analyses of the primary and secondary endpoints do not support conclusions of the medicine's benefit, then FDA considers subgroup analyses to be exploratory, meaning they may inform the design of future trials, but do not support reliable conclusions about the medicine's benefit. Focusing on only the most favorable of many subgroup analyses, even if the sub-groups are pre-specified, can lead to overestimating the evidence of benefit, because regardless of a drug's true efficacy, some analyses are likely to appear favorable by chance when a large number of analyses are conducted.

With the conclusion of both the CD10 and CD12 clinical trials, it has become clear that the data currently available do not support the clinical benefit of leronlimab for the treatment of COVID-19. In the smaller study that CytoDyn conducted in patients with mild-to-moderate COVID-19 disease (CD10), there was no observed effect of the drug on the study's primary endpoint or on any of the secondary endpoints. The primary endpoint for the CD10 trial relied on a measure of participants' COVID-19 symptoms called a "total clinical symptom score", which was assigned based on the severity of each participant's fever, muscle aches, shortness of breath, and cough. This score ranged from 0 (no symptoms) to 12 (all 4 symptoms present and severe). The CD10 trial results showed no clinically meaningful differences in average change in "total clinical symptom score" from baseline to Day 14 between study arms (-3.5 in the leronlimab group versus -3.4 in the placebo group). Additionally, none of the secondary endpoints were met in this study, including mortality, time to symptom resolution, and time to return to normal activity. Taken together, the CD10 results indicate that most study participants experienced resolution in COVID-19 symptoms regardless of whether they received leronlimab or placebo.

The larger trial that CytoDyn conducted in patients with severe COVID-19 disease (CD12) also failed to find any effect of the drug on the primary study endpoint, with no difference seen in mortality (20.5% in the leronlimab treatment group and 21.6% in the placebo treatment group); or on any of the secondary endpoints, for example, with no difference on the average length of hospitalization (21.4 days in both the leronlimab and the placebo treatment groups).

CytoDyn has publicly communicated differences in small subgroups from the CD12 trial (e.g., a sub-group analysis of 62 of the 394 patients studied) suggesting that the data demonstrated a mortality benefit in certain patients who had received leronlimab. Subgroup analyses have well-established limitations, especially in the context of a clinical trial that has failed to show a benefit in the overall study population. For example, subgroups are often small, and therefore imbalances are common. Here, the data from CD12 illustrated imbalances in mortality among subgroups, some favoring leronlimab and

some favoring placebo. None of these analyses met statistical significance when using established and reliable analytical methods that correct for multiple comparisons. However, as noted above, such analyses may inform the design of future clinical trials investigating leronlimab for the treatment of COVID-19.

If CytoDyn plans further studies of leronlimab to determine whether the drug can provide clinical benefit to individuals with COVID-19, FDA will continue to provide advice to the company on their development program.

FDA recognizes the critical unmet medical need for new, effective treatments for COVID-19, especially for severe forms of the disease. We are committed to working with sponsors of novel therapies to facilitate development and approval of new treatments.

# Exhibit B

May 13, 2020



# CytoDyn Completed Submission of All Remaining Parts of Biologics License Application ("BLA") on May 11, 2020

### *CytoDyn Submits Requested Datasets to FDA for Biologics License Application*

VANCOUVER, Washington, May 13, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, today confirmed on May 11, 2020, it submitted all remaining parts of the Company's Biologics License Application ("BLA") for leronlimab as a combination therapy with HAART for highly treatment experienced HIV patients to the U.S. Food and Drug Administration ("FDA"). Pursuant to FDA guidelines, CytoDyn informed the FDA it had submitted a complete BLA for rolling review.

As a next step, the FDA will start reviewing the BLA for completeness and will make a filing decision. After the BLA submission is deemed completed, the FDA assigns a Prescription Drug User Fee Act (PDUFA) goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA, and the Company plans to request a priority review for the BLA. A priority review designation, if granted, means the FDA's goal is to take action on the application within six months of receipt (compared with 10 months under standard review).

**About Coronavirus Disease 2019**
CytoDyn is currently enrolling patients in two clinical trials for COVID-19, a Phase 2 randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and a Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140) and BLA Submission for the HIV Combination Therapy**
The FDA has granted a "Fast Track" designation to CytoDyn for two potential indications of

1

leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

The Company filed its BLA for Leronlimab as a Combination Therapy for Highly Treatment Experienced HIV Patients to the FDA on April 27, 2020 and submitted the additional FDA requested clinical datasets on May 11, 2020. After the BLA submission is considered completed, the FDA will make a filing decision and set a PDUFA goal date. CytoDyn has Fast Track designation for leronlimab and a rolling review for its BLA, as previously assigned by the FDA, and the Company plans to request a priority review for the BLA. A priority review designation means the FDA's goal is to take action on the marketing application within six months of receipt (compared with 10 months under standard review).

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in

2

tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn filed its BLA in April 2020 to seek FDA approval for leronlimab as a combination therapy for highly treatment experienced HIV patients, and submitted additional FDA requested clinical datasets on May 11, 2020. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV with no reported drug-related serious adverse events (SAEs). Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Dave Gentry, CEO
RedChip Companies
Office: 1.800.RED.CHIP (733.2447)
Cell: 407.491.4498
dave@redchip.com



Source: CytoDyn Inc.

# Exhibit C

August 11, 2020



# CytoDyn Announces Clinically Significant Top-line Results from its Phase 2 Trial in Mild-to-Moderate COVID-19 Patients

**Primary endpoint shows early clinical improvement in symptom score at Day 3 in patients receiving leronlimab**

**Leronlimab also demonstrated statistically significant improvement versus placebo in key secondary efficacy endpoint, National Early Warning Score 2 scale (NEWS2)**

*Results will be reported to the United States FDA, United Kingdom MHRA, and European Union regulatory agency, EMA*

*Management to hold conference call on August 12 at 1:00 pm PT - - details to follow*

VANCOUVER, Washington, Aug. 11, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company announced today the Top-line results from its recently completed, randomized, double-blind, Phase 2 trial for COVID-19 patients with mild-to-moderate symptoms. CytoDyn will submit its Top-line Report for this trial to the U.S. Food and Drug Administration for review later this week. The Top-line Report revealed the following information:

**Clinical improvement assessed by change in total clinical symptom score:**

In patients with Total Clinical Symptom Score of ≥ 4 at baseline (higher scores equate to poorer health state): At Day 3, more subjects treated with leronlimab reported improvement in total clinical symptom score compared to the placebo group (90% on leronlimab arm vs. 71% on placebo). The subgroup analysis indicates that among patients with more symptoms at baseline, those who received leronlimab had a greater treatment effect than patients who received the placebo.

**The National Early Warning Score 2 (NEWS2):**

The National Early Warning Score (NEWS) is an objective scale developed by the Royal College of Physicians to identify patients at risk for rapid clinical deterioration requiring critical care intervention. NEWS2 (the latest version), is being used as an endpoint in several other COVID-19 clinical trials, including CytoDyn's severe-to-critical COVID-19 Phase 3 trial. It measures clinical parameters including respiratory rate, oxygen saturation, supplemental oxygen, temperature, systolic blood pressure, heart rate, and level of consciousness. In all treated patients, at the End of Treatment (or Day 14), patients in the leronlimab group were more than twice as likely to experience a beneficial improvement in scores compared to patients in the placebo group (50% vs 20%; *p=0.0223*).

Similar, statistically significant, results were observed at Day 3 and Day 14 in the analysis of per protocol population (*p<0.03* and *p<0.02*, respectively).

**Safety Endpoints:**

The incidence, frequency, and severity of adverse events (AEs) and serious adverse events (SAEs) were lower in the leronlimab group compared to the placebo group. Patients treated with placebo were more than twice as likely to experience SAEs or AEs compared to patients treated with leronlimab.

Harish Seethamraju, M.D., Lead Principal Investigator at Montefiore Medical Center NY, stated, "The results demonstrate that CCR5 blockade by leronlimab given as a weekly subcutaneous injection in mild-to-moderate COVID-19 patients is reasonably safe and associated with rapid improvement in viral symptoms with fewer adverse events than when compared to placebo."

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, stated, "In the mild- to-moderate population, it is important to have a therapeutic option for COVID-19 in patients who are showing signs of rapid clinical deterioration. Patients receiving leronlimab showed a statistically significant improvement using NEWS2 clinical parameters. We will make a case for immediate approval of leronlimab for this population of COVID-19 patients, not only in the U.S., but in the U.K. and other countries around the world."

Scott A. Kelly, M.D., Chief Medical Officer of CytoDyn, said, "We are thrilled with the results of leronlimab in mild-to-moderate COVID-19 patients. It is paramount to determine which patients will deteriorate and require critical care interventions, including patients at risk for ICU admission, cardiac arrest, or death within 24 hours. The NEWS2 aims to identify those patients most at risk. We are pleased that leronlimab showed a statistically significant result in a randomized, double-blinded study for NEWS2.  The decreased probability in serious adverse events, as well as overall adverse events with leronlimab compared to placebo further supports the use of leronlimab as a treatment option for COVID-19."

Jacob P. Lalezari, M.D., Senior Science Advisor to CytoDyn, said, "Treatment with leronlimab demonstrated reductions in both serious adverse events, as well as predictors of pulmonary collapse in patients with mild-to-moderate COVID-19. We initiated the study hoping to reduce flu-like symptoms, such as fever, cough, and muscle aches. In the end, use of leronlimab was not only correlated with improved symptom scores in patients with measurable symptoms at baseline, but also provided significant and consequential benefits on far more serious endpoints. Demonstrating these efficacy signals in a population with mostly mild illness at study entry bodes well for leronlimab's activity in patients with more severe illness."

**About Coronavirus Disease 2019**
CytoDyn completed its Phase 2 clinical trial (CD10) for COVID-19, a randomized clinical trial for mild-to-moderate patients in the U.S. Enrollment continues in its Phase 3 randomized clinical trial for the severe-to-critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain,

and the virus is highly contagious. COVID-19 is believed to typically transmit person-to-person through respiratory droplets. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses.

The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for

multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. The Company has requested a Type A meeting with the FDA and is working diligently to analyze and present new dosing information from a recently completed trial in order to resubmit its Biologics License Application for this HIV combination therapy.

CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than six years.

CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives,

4

compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Cristina De Leon
Office: 360.980.8524, ext. 106
Mobile: 503.214.0872
cdeleon@cytodyn.com



Source: CytoDyn Inc.

# Exhibit D

March 8, 2021



# CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19

**U.S. FDA Reviewing Protocol for More COVID-19 Critical Patients to be Enrolled to Support Potential EUA**

*CytoDyn submitted protocol to U.S. FDA for immediate enrollment of 140 critical COVID-19 patients with same sites as CD12 trial – enrollment to commence upon FDA comments*

VANCOUVER, Washington, March 08, 2021 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing Vyrologix™ (leronlimab-PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today multiple regulatory pathways for approval of leronlimab as a treatment for critical COVID-19 patients in the U.S., U.K. and Canada.

MHRA has told the Company it will accept more data from the open-label portion of the current CD12 trial. To date, an additional 46 patients have been enrolled, but the results have not yet been communicated to any agency.

The Company anticipates the Health Canada Interim Order (IO) could allow the Company to sell leronlimab in Canada, while additional critical COVID-19 patients are enrolled. These discussions are on going, and the Company has initiated the process to submit an IO with Health Canada.

The Company also confirms the U.S. FDA has received its protocol for enrolling 140 critically ill COVID-19 patients with the primary endpoint defined as length of hospital stay.

CytoDyn is pleased to show strong data for critically ill COVID-19 patients. Considering the fact that:

(1)  A higher proportion of patients over 65 were enrolled in the leronlimab arm (33%) compared to the placebo arm (23%), and

(2)  Of the 384 treated patients, 117 were over 65 with an overall mortality rate 3.5 times higher (42% - 49/117) than for patients under 65 (12% - 31/267).

Therefore, an "age adjustment" analysis was performed and consequently, the updated results from the primary endpoint analysis are as follows:

1) Statistically significant results (p-value = 0.0319) reported for the primary endpoint (all-cause mortality at Day 28) in participants receiving leronlimab + "commonly used COVID-19 treatments" compared to participants who received "commonly used COVID-19 treatments"

alone in the placebo group in the overall modified intent-to-treat ("mITT") population.

2) Statistically significant results (p-value = 0.0552) reported for the primary endpoint (all-cause mortality at Day 28) among participants who received dexamethasone as the prior or concomitant standard of care treatment ("SoC") for COVID-19, compared to patients who received dexamethasone (without leronlimab) as SoC therapy in the overall mITT population.

3) Amongst all patients in mITT, the primary endpoint (all-cause mortality at Day 28) was not statistically significant. When age adjustment was conducted, the primary endpoint was much closer to statistically significant value. Of note, the reduction of mortality in this population of 65 years and younger leronlimab arm had more than 30% less mortality than placebo and 9% less mortality in participants over 65.

With the age adjustment analysis in all other major secondary endpoints, there was consistent numerical superiority over the placebo group, with some secondary endpoints approaching statistical significance.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented, "We are grateful for the chance to help critically ill COVID-19 patients. We continue to be pleased with the results from over 80 EINDs, 394 patients in CD12, and another 46 patients in the continuation of CD12's open-arm access, as well as the results published in two different peer reviewed journals. I am humbled by comments from the families whose lives they believe were saved with leronlimab and we look forward to making leronlimab more readily available to treat patients with COVID-19 and many other indications we are working on. I'm excited to address our investment community on Monday and to congratulate our entire extended team for their tireless support of the leronlimab program."

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses. The first indication is a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed 11 clinical trials in over 1,200 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast

and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation by the FDA in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn was conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA granted orphan drug designation to leronlimab for the prevention of GvHD. Due to the lack of patients during the COVID-19 pandemic, the Company suspended its Phase 2 trial for acute GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn has been working diligently to refile its Biologics License Application ("BLA") for this HIV combination therapy since receiving a Refusal to File in July 2020 and subsequently meeting with the FDA telephonically to address their written guidance concerning the filing. CytoDyn expects to refile its BLA in the first half of calendar year 2021.

CytoDyn has completed a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than six years.

CytoDyn is also conducting a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict. Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and

3

variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to provide positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CONTACTS**
**Investors:**
Michael Mulholland
Office: 360.980.8524, ext. 102
[mmulholland@cytodyn.com](mailto:mmulholland@cytodyn.com)



Source: CytoDyn Inc.

# Exhibit E

July 13, 2020



# Update on HIV-BLA-PDUFA: FDA requested more information to complete a substantive review. No additional trials required. CytoDyn plans to submit the requested information and will ask for a Type A meeting with the FDA per the agency's suggestion

**Update on COVID-19: CytoDyn is planning to lock and unblind the Phase 2 COVID-19 trial data later this week. Periodic safety review by Data Safety Monitoring Committee (DSMC) for ongoing Phase 3 study (severe/critical population) is planned for next week. Both results to be announced in July**

**CytoDyn holds investment community call today, Monday, July 13 at 1:00 pm PT**

VANCOUVER, Washington, July 13, 2020 (GLOBE NEWSWIRE) -- CytoDyn Inc. (OTC.QB: CYDY), ("CytoDyn" or the "Company"), a late-stage biotechnology company developing leronlimab (PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today it has received a Refusal to File letter from the U.S. Food and Drug Administration ("FDA") regarding its Biologics License Application ("BLA") for leronlimab as a combination therapy with HAART for highly treatment experienced HIV patients. CytoDyn is confident it can provide all information requested by the FDA.

CytoDyn previously announced it submitted all remaining parts of its BLA for leronlimab on May 11, 2020.  Pursuant to FDA guidelines, CytoDyn informed the FDA it had submitted a complete BLA for rolling review.  In its comments on May 13, CytoDyn stated as a next step after receiving the BLA, the FDA would start reviewing the BLA for completeness and would make a filing decision. The FDA has informed the Company its BLA does not contain certain information needed to complete a substantive review and therefore, the FDA will not file the BLA at this time.

CytoDyn intends to request a Type A meeting with the FDA to discuss its request for additional information. The FDA's request does not require any additional clinical trials to be conducted, rather the Company will conduct additional analysis of completed trials.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented: "We are 100% committed and confident we can provide the necessary information to the FDA as soon as possible.  No additional trials will be required and all the information the

1

FDA has requested is obtainable. While we await upcoming results in our two major COVID-19 Phase 2 and Phase 3 trials, we are confident July will be very important month for our shareholders. I understand many of our shareholders are very eager to see these results soon and I welcome the opportunity to answer any questions from our shareholders during today's conference call held by the Company," added Dr. Pourhassan.

Drs. Nader Pourhassan, Scott Kelly (Chief Medical Officer), Nitya Ray (Chief Technology Officer), and Kush Dhody (Sr. Vice President, Clinical Operations, Amarex Clinical Research, LLC) will host an investment community conference call on Monday, July 13, 2020 at 1:00 pm PT / 4:00 pm ET to provide an update on these regulatory developments. Management will dedicate approximately 45 minutes to address questions from analysts and investors after opening remarks by the CEO.

**Date:** Monday, July 13, 2020
**Time:** 1:00 pm PT / 4:00 pm ET
**Dial-In:** 877-407-8291 US / 201-689-8345 International

A live audio webcast may also be accessed via CytoDyn's corporate website at www.cytodyn.com under the Investors section/IR Calendar and will be archived for 30 days. Web participants are encouraged to go to the website 15 minutes prior to the start of the call to register, download and install any necessary software. The webcast can also be accessed via the following link:

https://78449.themediaframe.com/dataconf/productusers/cydy/mediaframe/39601/indexl.html

A replay of the conference call will be available until August 13, 2020. To access the replay, interested parties may dial 877-660-6853 (US) / 201-612-7415 (International) and enter conference identification number 13707052.

**About Coronavirus Disease 2019**
CytoDyn has met its 75-patient enrollment target in its Phase 2 clinical trial for COVID-19, a randomized clinical trial for mild-to-moderate COVID-19 population in the U.S. and enrollment continues in its Phase 2b/3 randomized clinical trial for severe and critically ill COVID-19 population in several hospitals throughout the country.

SARS-CoV-2 was identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. The origin of SARS-CoV-2 causing the COVID-19 disease is uncertain, and the virus is highly contagious. COVID-19 typically transmits person to person through respiratory droplets, commonly resulting from coughing, sneezing, and close personal contact. Coronaviruses are a large family of viruses, some causing illness in people and others that circulate among animals. For confirmed COVID-19 infections, symptoms have included fever, cough, and shortness of breath. The symptoms of COVID-19 may appear in as few as two days or as long as 14 days after exposure. Clinical manifestations in patients have ranged from non-existent to severe and fatal. At this time, there are minimal treatment options for COVID-19.

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for deadly diseases. The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is

an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people, including meeting its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH. CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that

3

leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years. CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**

This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve FDA approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Cristina De Leon
Office: 360.980.8524, ext. 106
Mobile: 503.214.0872
cdeleon@cytodyn.com

4



Source: CytoDyn Inc.

# Exhibit F

**S&P Global**
Market Intelligence

# CytoDyn Inc. OTCPK:CYDY
# Special Call
### Monday, July 13, 2020 9:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 10

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Kush Dhody**
*Senior Vice President of Clinical Operations*

**Michael D. Mulholland**
*Senior Vice President of Finance*

**Nader Z. Pourhassan**
*CEO, President & Director*

**Nitya G. Ray**
*CTO and Head of Process Sciences, Manufacturing & Supply Chain*

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

**ANALYSTS**

**Unknown Analyst**

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings, everyone, and welcome to the CytoDyn Investor Community Conference Call. [Operator Instructions] Please note that this conference is being recorded.

I'll now turn the conference over to our host, Michael Mulholland. Please go ahead.

**Michael D. Mulholland**
*Senior Vice President of Finance*

Thank you. Hello, everyone, and thank you for joining us today. This is Michael Mulholland, Chief Financial Officer of CytoDyn. Joining us on today's call is our President and CEO, Dr. Nader Pourhassan; our Chairman, Chief Medical Officer and Head of Business Development, Dr. Scott Kelly; our Chief Technology Officer, Dr. Nitya Ray; and Dr. Kush Dhody, Senior Vice President of Clinical Operations with our CRO, Amarex.

Before we begin, it is essential that we provide you with important cautionary language related to certain federal securities laws. Our remarks during today's conference call will include forward-looking statements. Forward-looking statements are not guarantees of future performance and involve known and unknown risks, uncertainties and other factors that are difficult to predict. Actual results may be materially different from any future results expressed or implied by such forward-looking statements.

These risks and uncertainties include, among other matters, statements regarding leronlimab's potential efficacy in certain immunology and oncology indications, the company's ongoing ability to raise additional new capital that clinical trials may not commence or proceed as planned, products that appear promising in early trials may not subsequently prove to be viable on safety or efficacy grounds; products may not receive regulatory approval or market acceptance; competition may reduce the commercial potential of our products; we may experience product recalls, manufacturing issues or product liability, and our patents may be challenged or unenforceable.

Although forward-looking statements help to provide complete information about the company, forward-looking statements may be less reliable than historical information. The company undertakes no obligation to update publicly these forward-looking statements, except as required. Please refer to our recent quarterly and annual reports filed with the Securities and Exchange Commission for more information about the risks and uncertainties that could cause actual results to differ materially as compared to our current expectations.

I will now turn the call over to Dr. Nader Pourhassan.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Mike, and thank you, everyone, for being on this call. Today's call is to explain the letter from the FDA requesting information about our BLA filing that has received a refuse to file and did not get the PDUFA date. Here is some explanation of the situation with our BLA for HIV in the last 2 years.

In 2018, CytoDyn announced that the company had hit its primary end point in HIV indication for the MDR population, multi-drug-resistant population. In 2019, CytoDyn met with the FDA on a pre-BLA meeting and was able to receive a rolling review for its BLA submission. FDA also requested the BLA submission should be for a higher dose of 700 milligrams since the company had shown success with 700 milligram dose as compared to 350 milligram dose.

The FDA requested CytoDyn to enroll at least 50 patients and obtain data at 24 weeks with 700 milligram dose in the CD03, which is our monotherapy trial, to demonstrate safety of 700 milligram dose. CytoDyn achieved this in October 2019, and the BLA included information about the CD03 trial for the safety portion of the BLA.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CytoDyn felt the application was completed for the FDA to provide the PDUFA date. The FDA may ask for additional information at any time during the review process. However, the agency felt the information was not complete to start the review process.

The takeaway from this FDA refusal to file letter is that this letter provides us with very clear and detailed information about what additional data and analysis the FDA needs for us to cure this problem, and we now have an opportunity to meet with the FDA in a Type A meeting to fully be aligned with the agency in regards to this situation.

We have reviewed the FDA letter in detail. I feel confident that all the data requested by the FDA is very clear and obtainable by CytoDyn. Again, the FDA had indicated in great detail and clarity what they need from CytoDyn to grant PDUFA date, and CytoDyn will be working on this as fast as possible. We are thankful that the information needed does not require any more trials, and it is simply getting the information that the agency requested with the detail that they require.

So the company will be delayed a little in getting final approval, but we are confident that we are in a position to get the FDA what they need. And in the grand scheme of things, this will hopefully be a minor setback. The information requested by the FDA is mainly for one module, the clinical and a few minor points about manufacturing.

In this regard, we are very happy to let you hear about the comments concerning the manufacturing of leronlimab from our CTO, Chief Technology Officer, Dr. Nitya Ray, the person responsible for this significant aspect of the BLA filing and the company's manufacturing of leronlimab. However, before Dr. Ray does, allow me just to take 30 seconds and let you know about Dr. Ray's background.

Dr. Nitya Ray is the person who started the manufacturing process of leronlimab back in Progenics from day 1. There is no one in the world more acquainted with PRO 140, which was called at that time, or leronlimab, which we call it now. And we are in a very good hands.

So with that, I will now let Dr. Nitya Ray explain his take of the PDUFA date rejection letter that we received about manufacturing section. Dr. Ray, please?

**Nitya G. Ray**
*CTO and Head of Process Sciences, Manufacturing & Supply Chain*

Thank you, Nader. Yes. That one deficiency on CMC that Nader just cited in the refuse-to-file letter, and that is not related to manufacturing, analytical testing, stability or quality of the product. That is related to the devices that is like syringes and needles that we proposed in the commercial packaging co-packaged with leronlimab trials. So FDA had said in that letter that we didn't provide the name of the manufacturers of the needles and syringes as well as the testing that was done was not submitted with the BLA.

However, we did provide the name of the manufacturers and the testing that was conducted on the device following 21 Code of Federal Regulation Part 4, and that was provided in 2 different sections. So we will clarify with the agency that whether they had the chance to review those sections and if there's any additional information on that.

Just to understand, this is not the devices that we are providing -- we propose to provide with the commercial product. These are co-packaged. These devices are independently manufactured by the manufacturers. They are commercially available. They come in their original packaging, sterile packaging and we'll just insert those devices, needles and syringes with the leronlimab vials in the packaging, the commercial packaging.

We don't do anything with the devices. We just purchase. That is already available commercially and installed into the commercial packaging. And we're confident that we'll be able to clarify that with agency whether they had the chance to review that.

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

No. Thank you so much, Nitya. So I want to make sure everybody is clear. Dr. Ray just indicated there is no problem with the manufacturing. There was no comment on the PDUFA date letter about manufacturing, quality of the product, the way we manufacture, the process that we use, the characterization, validation of all of those. The comment was about the fact that we are providing syringes for self-injectables at home. And that was the problem.

Dr. Ray, am I correct?

**Nitya G. Ray**
*CTO and Head of Process Sciences, Manufacturing & Supply Chain*

Yes. You are correct. So this is the one comment that CytoDyn related to the [indiscernible] to find.

**Nader Z. Pourhassan**
*CEO, President & Director*

Perfect. Thank you so much, Dr. Ray.

Let's go to the next section, which is the clinical section. Now Dr. Kush Dhody is under [indiscernible] Before we go to Dr. Dhody, I just want to give one very important point about manufacturing before we go to Dr. Dhody, and that is the only monoclonal antibody that got approved for HIV for the same population is called Trogarzo.

After they got their PDUFA date and they passed the 6 months ready to get approval, they had problems with manufacturing of the quantity, and that delayed them about 6 months.

So I want to make sure that everybody knows that we are very happy to be in the good hands of Dr. Ray for manufacturing of our products being in the position that we are.

With that, Dr. Dhody, could you please tell us in regards to what you believe? Dr. Kush Dhody is the Clinical Operations Director for all of our clinical trials. He is the person provides all the communication with the FDA. So Dr. Dhody, could you please tell us what is your take of the comments that we got on the clinical section?

**Kush Dhody**
*Senior Vice President of Clinical Operations*

Thank you, Nader. Hi, everyone. This is Kush.

One of the critical components for this recent communication with FDA is related with the fact that we are seeking an approval for a 700 milligram dose that was tested in the monotherapy indication under our ongoing CD03 trial, whereas the heavily treatment experience, the indication for which we are seeking an approval was done on 350 milligram dose.

As you mentioned in your previous comments that FDA has recommended us to consider 700 milligram dose for a heavily treatment experience based on the results from an ongoing trial, now, because we are getting an approval for a 700 milligram dose that FDA would want additional analysis to be performed on an ongoing CD03 trial, and that is the majority of the comments that FDA has, that FDA requested some of the information from ongoing trial.

The CD03, which has tested 350 milligram dose as well as 500 and 700, and FDA has recommended that we do an integrated assessment of the efficacy as well as safety, all the exposure-related analysis, receptor occupancy and bioanalytical analysis. And those all analysis can be done. We have the data of the label.

The reason that trial is ongoing, and at this point of time, we have completed all the treatments for all 500-plus subjects that are enrolled in the study. So at this point of time, while we have completed the treatment, we would be in a much stronger position to address all those comments that agency has for us, which has been difficult while trial is ongoing.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So although we have patients currently in a follow-up, but from a treatment aspect, we have -- as of June 2020, we have completed the enrollment in our ongoing CD03 study, and patients are currently in a follow-up stage.

**Nader Z. Pourhassan**
*CEO, President & Director*

Perfect, perfect. So thank you so much, Dr. Dhody.

So I want to summarize that. So in your view, we are capable to get all the items that FDA is requesting and provide them to the FDA.

**Kush Dhody**
*Senior Vice President of Clinical Operations*

Absolutely, yes.

**Nader Z. Pourhassan**
*CEO, President & Director*

Okay. Thank you so much, Dr. Dhody.

So I will summarize the whole thing real quick. Nonclinical -- there are 3 section. Nonclinical, no comments. There were no comments from FDA in this letter. Manufacturing, nothing to do with manufacturing. No comments about that except the syringes and how we're going to package that for self-injectable at home. Clinical, Dr. Dhody explained it very well. I appreciate that.

So with that, I would like to now talk about a different subject, COVID-19 pandemic and all clinical trials. We are planning to unblind our data in CD10, mild to moderate population this week. When I say this week, it could be Friday, so please bear in mind that it could be as late as Friday and most likely, it will be Thursday or Friday.

And we will announce our results shortly after. What does that mean shortly after? That means the week after, once we do the analysis and we feel that there is a biostatistician and Dr. Dhody and his team feels comfortable to announce what the result is, we will do that.

In the same time frame or, I should say, the week after that, which is, next week, we also will have a safety review by Data Safety Monitoring Committee, DSMC, for our ongoing Phase III study, which is for severe and critical population.

But now before we go to Q&A, which I will allow -- we will allow about 40 minutes or so, I'd like to ask Dr. Scott Kelly, our Chief Medical Officer and Chairman of the Board, to update us quickly about licensing, partnering and Scientific Advisory Board that I'm very excited about.

Dr. Kelly, could you please?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Absolutely. Thank you, Nader. So in regards to potential partnerships, we are currently in discussions with 5 worldwide pharmaceutical companies. We're also in discussions with companies in Brazil, China, India, Europe, Middle East and Northern Africa.

Nader, the other thing I would like to bring up about the Scientific Advisory Board. Do you want me to go ahead with that? I'll do that.

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes, yes, please.

**Scott A. Kelly**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chairman, Chief Medical Officer & Head of Business Development*

In regards to our Scientific Advisory Board, we have commitments from 3 leaders in HIV, including Timothy Brown's position. I was looking for candidates with particular expertise in prep, cure, HIV and aging as well as combination therapy and monotherapy, and I believe we have accomplished our goal in that arena. We also have commitments from key oncologists and are discussions with leaders in NASH, GvHD and pulmonary.

Nader?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much, Scott. But I want everybody to know that our strategy of staying very clear and transparent with all the investors will continue. We have some major development for ourselves, we believe, in regards to COVID-19. We will address all of these situations.

When Dr. Scott clearly said that we have Timothy Brown -- Dr. Timothy Brown was the first HIV patient who got cured. When we talk about cure project in the past, just the last time, I don't think the shareholders perhaps got the magnitude of this. We are hoping to use leronlimab during a bone marrow transplant to a patient that has HIV and cancer and to see if we can cure them, that patient from HIV. That is a very strong project, and PrEP once-a-month leronlimab injection at home could change the HIV paradigm for prevention. Now I just want to make sure that the shareholders understand that we believe these are major items.

Now before we go to Q&A, I want to ask Doctor -- Mr. Michael Mulholland to tell us about Nasdaq uplisting and our activity. Just briefly, what do we have with Nasdaq?

**Michael D. Mulholland**
*Senior Vice President of Finance*

Sure. Thanks, Nader. As previously reported, you know that our team has been very focused and working very diligently on the uplisting requirements and that we're very excited to announce that earlier today, we've completed our submission of a multi-part application for Nasdaq.

**Nader Z. Pourhassan**
*CEO, President & Director*

Awesome. That's great. Thank you, Michael. So I'd like to ask you about the money raising situation in the last 6 months and particularly this month, how much warrant was exercised?

**Michael D. Mulholland**
*Senior Vice President of Finance*

Sure. In the first 6 months of the year, the company has raised $50 million. And of that $50 million, $42 million, thankfully, has come from our stockholders in exercising their warrants. And even more significantly, in the month of June, we realized $12 million in proceeds from warrant exercises.

**Nader Z. Pourhassan**
*CEO, President & Director*

I want to take the time right now and thank all the shareholders who have trusted us and believed in us and hang in there with us and exercised their warrants to support us. This helps us to not dilute the company more than what we have. I am thankful to all of you.

Michael, the last question for me is the requirement for Nasdaq is between $3 and $4. That is both our approval both to go to Nasdaq. What's the difference?

**Michael D. Mulholland**
*Senior Vice President of Finance*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Correct. First of all, I'd say that we meet -- we have no issues on the other standards. And if we look at the stock price, if at the time of uplist, the stock is at $4, we're fine. If by chance the stock should soften a bit to less than $4 down to, say, $3 or above, we're still okay. We're still fine because we meet the net tangible asset standard. So we're in good shape.

**Nader Z. Pourhassan**
*CEO, President & Director*
Beautiful. Thank you so much. And let's have the operator please go to Q&A.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Yi Chen with H.C. Wainwright.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

First question, on the clinical section, that is the additional analysis requested by the FDA, just want a little more granularity. So the FDA wanted an integrated analysis of the efficacy and safety data of leronlimab at 350 milligram, 500 milligram and 700 milligram from the monotherapy CD03 trial that's currently still ongoing. Is that correct?

**Nader Z. Pourhassan**
*CEO, President & Director*

So the CD03 is completed. But Dr. Dhody, can you answer this question, please, for us so that way you can hear it from the person himself?

**Kush Dhody**
*Senior Vice President of Clinical Operations*

Yes. Absolutely. I will be happy to answer. So that is correct. As we said, one of the biggest, this has been a groundbreaking approach that FDA has not used it before in which they are considering to approve a product on a higher dose that has been tested for an indication.

So as you know, the approval that we are asking for is heavily treatment experience population, which was tested with 350 milligram dose. However, FDA is willing to give an approval for leronlimab for a 700 milligram dose that has not been tested in the heavily treatment experience population.

But to do that, for FDA to give us an approval for 700 dose, they would want us to provide an analysis of dose exposure at 350, 525 and 700. And that is -- can be done. It is not that it is not doable. It's -- the challenge is always about the trial that is ongoing.

Now that we have completed the treatment with 3 dose levels in our monotherapy study, we can use the data from monotherapy to provide that additional information that agency is requesting for at this time.

**Nader Z. Pourhassan**
*CEO, President & Director*

And let me just add one thing in the -- Yi, to your question. The reason we filed the BLA without the issue between 700 and 300 and 525 comparison, if there's any more questions, we'll be on the review section of the whole thing, which is usually 6 months or 10 months standard. We thought that would be there.

The fact that FDA wants to feel comfortable with that is very reasonable, and the fact that they are trying so hard to help us to get approval without having us do 700 milligrams heavily treatment experience population is a very, very good situation. I'm very thankful to the agency. But go ahead, if you have other questions.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

So as you said, this would be the first time that the FDA would approve a drug at 300 milligrams for heavily treated patients without actually having heavily treated patients exposed to 700 milligrams as long as you're providing that data from a monotherapy treatment group.

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So it's 350 milligram. And Kush, could you elaborate on that, please?

**Kush Dhody**
*Senior Vice President of Clinical Operations*

Yes. That is correct. So -- and -- but that bring us that -- although you can say that the trial for the CD02 was completed, and it's just because of this additional higher dose level data that is still being ongoing at this point of time, that leads us to the situation where we have to do more in-depth analysis for an ongoing clinical trial. But we are definitely equipped, and we are planning to get this information back to FDA as quickly as we can.

**Nader Z. Pourhassan**
*CEO, President & Director*

And let me just add to this, Yi, that a lot of our investors say, "Oh, my god. You have already all these 900 patient safety data. Why is the FDA doing that?" I'm going to have to explain that the guideline say when you do a trial from the same trial, you need 300 to 500 patient safety.

FDA did a great job allowing us not to be failing and said that get just some patients from your monotherapy and only 50, not 300 to 500, which would have been very difficult for us. So go ahead.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Could you remind us again that in the CD03 trial, how many patients in total have been enrolled? And within that, how many have been exposed to 700 milligram?

**Nader Z. Pourhassan**
*CEO, President & Director*

So 595 patients was enrolled, and I'll let Dr. Dhody go through the breakdown. Kush, can you please let us now? Okay.

**Kush Dhody**
*Senior Vice President of Clinical Operations*

So we have close to more than 550 patients enrolled in overall CD03 trial, of which close to 130 patients have been exposed to -- have been enrolled with the 700 milligram dose. And most of these patients are recent patients because, as you know, the study has gone through changes in which the study was originally started with 350.

Then we introduced the 525 option. And then later on, at the later part, we introduced 700 milligram dose. So most of these patients have -- were enrolled in 2019. So last patient was enrolled in the study back in June of 2019. And because this is a one-year treatment, the patients have completed their last treatment in June 2020.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Got it. And then I was just to add one -- sorry, just to confirm. You said 170 patients were exposed.

**Kush Dhody**
*Senior Vice President of Clinical Operations*

130.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

130, okay.

**Nader Z. Pourhassan**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO, President & Director*

So let me answer that question exactly. The number is over 225 was in 350 milligram. Over 180 were in 525, and over 125 was in 700. I have the numbers in front of me, but go ahead.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

So what is your current estimate time frame to complete the additional analysis requested by the FDA and refile the BLA?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we will not comment on that, Yi. And let me please explain, we're not trying to be difficult, but we are having a Type A meeting with the FDA. We'd like to elaborate on the time line.

The Type A is usually given very quickly according to the people that I talked to that used to have Type A meeting before. Celgene had a PDUFA date missed and refuse to file, and they got their Type A meeting very quickly.

So we believe that as soon as we finish with that, we're going to be coming out and talk about the exact time line. But for now, the time line that I want everybody to be focused is COVID-19, very crucial time line, very crucial data for the whole world.

We don't know if it's positive or negative. We can't elaborate because we don't know. It's double blinded. But once it's unblinded, we will be happy to share that. And then after the Type A meeting, we'll share the time line for that. As I said, we believe it's not going to be a very lengthy process.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Got it. My last question is, could you let us know the current shares outstanding and the current warrants outstanding?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. Mike, would you, please?

**Michael D. Mulholland**
*Senior Vice President of Finance*

Yes. Sure. About 519 million shares outstanding, 519 million, 520 million. Changes every day due to the warrants. And as of about a month ago, fiscal year-end, we're about 116 million in warrants, but that has come down significantly, particularly in the month of June. So we'll true those numbers up when we file the K in a few weeks.

**Operator**

Our next question comes from [ Jeff Pfeifer ].

**Unknown Analyst**

I know it's been a wild couple of weeks, and this is not the PR we expected to wake up to. But you've already answered a lot of my questions. One of my questions involves uplifting. I just want to make sure, last time, Mr. Mulholland, you talked more about the New York Stock Exchange, and you had started that application process. It was a 6-week process. And now we're talking about the NASDAQ and starting that process. I'm still confused on how all the cash requirements for these. If you could just elaborate on why the switch of exchanges and then still solving the problem for cash and balance sheet.

**Nader Z. Pourhassan**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*CEO, President & Director*

Yes, sure. Thank you, Jeff, for your question. In regards to cash requirement, we really like to raise just maybe a little bit of fund before [ uplifting ] majority after we [ uplift ]. We have talked to the agency, I mean, to the national exchange right now. So we will wait to elaborate on that more as soon as we can. Mike is all over that with his whole team. They have provided quite a bit of document to them.

In regards to which exchange, NASDAQ is the exchange that it is -- everybody is wanting to be NASDAQ instead of New York. All of our shareholders who call me was always expressing if you can get on NASDAQ, it's the best exchange for us, and we are going to be that for now. So with that, let's go to next question, please.

**Operator**

Your next question comes from Jeff Smith.

**Unknown Analyst**

Can you please provide an update and some status on the collaboration announcement with Mexico and the trial there. Has it either started or going to start?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. I'm getting a massive -- operator that's not a static noise. So if everybody could mute the presenter, please do mute. I guess there is static being heard from the other side. In regards to the Mexico trial that we want to have, our attorney has the -- have a attorney, colleagues within Mexico, and we just have asked them to help us and guide us with this process, and we are in touch with them. The ball is in their court, and they are working on that. Please keep in mind that we can't force anybody to go faster than what they can.

They have to translate the protocol. They have to translate the memorandum of understanding. The MOU was signed, and the protocol, I'm hoping any day we get a call from them saying that this study can start, and enrolling 25 critical patients would be very quick. But I'm anxious as everybody else. So let's see what happens. Next, please.

**Operator**

Next questions comes from [ Mark Ramstead ].

**Unknown Analyst**

First of all, thank you guys for all your work and efforts. Just the first question, really just 2 questions, one you kind of started to answer. But do you have a specific date that you will be announcing the COVID results on? I know you said you'll unblind them this week and announce them next week, but do you have a specific date and then also a specific data on the uplift completion?

**Nader Z. Pourhassan**
*CEO, President & Director*

Sure. The uplift, I'll let Mike answer that. But in regards to COVID-19, next week is not that far away. It's Monday to Friday. So the last time I guessed within a week, I was wrong every time. So I'm just as anxious as all of you. Please know that we are working very hard to get that. As soon as we get it, we give it to you, and the time frame is next week. Mike, go ahead.

**Michael D. Mulholland**
*Senior Vice President of Finance*

Sure. In connection with the uplift, right now, as I look to the future, I would estimate that this could be about a 4- to 6-week process. Some of the key variables that are still in front of us would be the results of a July 22 special shareholder meeting. Number two, I'm quite certain that the exchange is going to want

to see our audited financial statements and our 10-K for the fiscal year ended May 31. Some of you may know, we have 75 days to file that, which is -- makes it due on August 14, and we're pushing our team very hard to get that wrapped up sooner. But we still have an audit firm that needs to conduct their work. And once we've done everything we can, then it's up to the exchange to push it forward.

**Operator**

Our next question comes from [ Richard Andrews ] with [ RA Securities ].

**Unknown Analyst**

My question is for Nader. Nader, in the coming weeks and months, CytoDyn will be submitting documents to the FDA for both of the COVID-19 trials and for all of the cancer trials that have either started or about to start. So my question to you as a shareholder is how could I have confidence that the company will submit these documents effectively when you have failed to do so with regards to the HIV trials, which, of course, you have years of experience in dealing with the HIV issue.

**Nader Z. Pourhassan**
*CEO, President & Director*

No. I appreciate your question, and thank you for that. So let me explain. The way I look at the resume of somebody, I'm going to see if they did the Phase I correctly, then Phase II, then Phase III, then BLA, then primary endpoint and PDUFA date and then final approval for each indication. We have successfully started many Phase II indications, and we have successfully got this HIV program to this point. What we have chosen to do in the past, and it will be continuously that, is to be very clear and very transparent and very honest about exactly what's happening. When FDA needs certain things, we will immediately say yes, for sure, we would do it, and we will do our best to do it.

Now in regards to the credibility, I don't mind you saying that I don't have any credibility in that, but I want you to know that Celgene got refused to file just like the way we did. Now I don't know if all the scientists that are over there and all the top biotechs will be discredited because they have a lot of other products that they did get through. And in regards to filing the application like the last monoclonal antibody, as I said, they got 6 months delay after the review was over because of manufacturing. Didn't they know that they're going to have about 80 or 90 issues in their manufacturing?

Perhaps there is some reason for them that they can explain. I cannot -- I do not wish to defend myself. If this is something that should be against me, please, I understand. And I apologize if that's what everybody feels. But I'm going to do my best, as I have always done in the last 11 years, and I will report to everybody as soon as I can, anything that we get.

**Unknown Analyst**

Fair enough. As a follow-up, I would just ask was there anything that surprised you with regards to the FDA's response?

**Nader Z. Pourhassan**
*CEO, President & Director*

So I was hoping to get the PDUFA date. But when you look at the grand scheme of things, FDA has worked very, very good with us. I mean what am I going to say? I'm going to say why they are asking for 700-milligram dose from another trial when we are -- we had 350 all wrapped up 2 years ago, we could get approval? No, because the FDA worries about patients, safety and efficacy.

In this case, they wanted to have the 700 milligram that we said is better than 350 milligram. How can I point the finger at them? It's point the finger at me for being successful with 700 milligrams. And Dr. Kush Dhody clearly said when that came about, FDA did something spectacular for us. They didn't make us to the trial over. They have to go and have a meeting, and they voted on that. And they came back and said, congratulations. We will allow this for a one time.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So these are the things I'm learning. But at the same time, we don't have a situation where somebody dropped the ball or, in my team, maybe I dropped the ball. But if it is, then, I -- again, like I said, I apologize. But we have the situation with -- FDA has said exactly what they want, and we will hopefully be successful and be able to get past this.

**Operator**

Our next question comes from [ Robert Smith ].

**Unknown Analyst**

Yes. Nader, just 3 things. In the interest of being clear and transparent, why not just share the FDA letter with us, with the shareholders? That would be one question.

The other question I have has to do with the interim work at 51 patients. You seem to be sure that they would be 1, and then you kind of backed off saying you need FDA sign-off. And now you're back quite positive that it would happen sometime this month. Have you actually gotten the FDA sign-off to do the Data Safety Monitoring Board? That's second question.

Third question has to do with the Phase II moderate trial. It seems to me the secondary endpoints line up with Gilead's remdesivir having to do with death and intubation and hospitalization status and stuff like that. Whereas your primary endpoints are not something that I would think a Phase III trial would ever have as a primary endpoint. So I'm confused why you've chosen secondary endpoints, which really seem to be primary endpoints. And Gilead was the one that had that.

**Nader Z. Pourhassan**
*CEO, President & Director*

So we never reported that our Phase II COVID-19 primary endpoint is mortality and morbidity. It's a different primary endpoint, and I will have Dr. Kush Dhody explain that in a second. But let me answer the first question.

Sharing FDA letter with the whole public, now no company that I know give the shareholder the FDA communication to the public. Now we have, as I said before, people who sign NDA, and they wanted to look at the company, we open it, and we give everything to them. And that's why we had licensing agreements, a very strong licensing agreement and another distribution agreement because they see everything. Now in order to open the share drive to the whole world, again, everybody would have to sign a NDA. And that's just not feasible.

In regards to the interim look, interim look, I wanted to do 51-patient look, Amarex, which is Dr. Kush Dhody, told me, let's not do that. Then when we talk about 51, FDA also told us that's not what they were looking for. So we went to a different number. And I'm going to have Dr. Dhody explain the safety look. Kush, are you on the call, Dr. Dhody?

**Kush Dhody**
*Senior Vice President of Clinical Operations*

Yes. Yes.

**Nader Z. Pourhassan**
*CEO, President & Director*

Go ahead. Please explain the difference.

**Kush Dhody**
*Senior Vice President of Clinical Operations*

I can explain that. So for the -- so we have 2 trials, CD10, which is for mild to moderate population. The sample size was planned for 75 subjects. We end up actually enrolling 86 of those patients. At one point of time, and just so that you know at liberty, we have completed the enrollment in close to 2 months. In 2 months, we got this case study from start to an end. At one point, there was a discussion that can we do

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

an early interim analysis for CD10, which was not planned in the protocol. So our approach was discussed that can we go back to FDA and request for an early interim analysis for PD10 study, plan for 75, can we do it early. What was discussed that in the interest of time, if we wanted to do an early interim analysis, this will require amendment to the protocol. It would have to go through an approval with the FDA.

And realized that by the time we do all these starts, we will be actually able to complete the enrollment of the study and do a final analysis when the study gets complete. And that is exactly what we were able to do. So our last patient was actually enrolled on 17th of June. The study overall has a follow-up of day 42, but the primary and secondary efficacy end points are all linked with day 14. So our last patient day 14 occurred in the first week of July. And what we are hoping that by later this week towards the end of the week, we can do a final lock of the data and hopefully soon after, we can come up with the results. And these are the best possible time lines that we could have done instead of going with the decision to do an early interim analysis. So I think this decision has actually turned out to be the best way to complete the study and do the final look, which we are going to do.

Now in terms of the other questions about the primary end point, so the primary end point for the CD10 study is based on the patient improvement of their clinical symptoms. In the CD12 study, which is a severe and a critical population, the primary endpoint is mortality, whether a patient is being alive or dead. And that is considered as the most objective endpoint for FDA. Everything else in terms of how much percentage patient has improved, whether they are in the hospital, not in the hospital, these are all subjective based on the resource available at the hospital. Whether hospital end up being discharging a patient or trying to keep it, it depends on the overall load in the hospital. So these are all subjective endpoints.

But when you talk about the endpoint, which is as objective as being dead or alive, that is what always FDA believe that is the best way to analyze the efficacy of the product. And that is what we have done, use that as a primary endpoint based on discussion with the FDA. So there is no question about whether FDA -- this is a Phase III trial FDA has agreed upon, and they have recommended us to use mortality as our primary endpoint.

### Unknown Analyst

I wasn't talking about that trial. I was talking about the Phase II trial for moderate population. And for that one, you're using symptoms like fever, which has never been used as far as I know in a COVID trial and muscle ache and things like that, whereas Gilead's remdesivir did use mortality and intubation. And those are secondary endpoints in your Phase II moderate trial. I just don't understand why they're not primary endpoints because if you do a Phase III, that's what your endpoints are likely to be.

### Kush Dhody
*Senior Vice President of Clinical Operations*

So this is a Phase II. It is a proof-of-concept study, in which you are going to evaluate all of those endpoints. So it is -- like when the results will be presented to FDA, the results will include all that information. So for a proof-of-concept trial, it's based on what we discussed with the agency at that time. If you remember, like that is the presenting symptoms back -- if we are talking about back in February, there are all these new symptoms that we talk about now. Back in February, shortness of breath, cough and fever were the presenting symptoms in majority of the patients with the data that is coming out from China. So those endpoints, again, has been presented based on the discussion with the agency.

FDA has reviewed that protocol. We have discussed with the FDA for those endpoints. So that was made -- decision was made based on at that time. And when you end up in a situation where you have an ever-changing situation, you don't go and change your endpoint just to support the way some of the other companies that we know they have done that just before the results come out, you change the endpoint. That is not the right way of doing it.

### Nader Z. Pourhassan
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Dr. Dhody. Thank you for your question. Before we go to the next question, I want to add one thing, and that is that in regards to Phase II, as Dr. Dhody explained, there are multiple exploratory endpoints that we are going to report: how many serious adverse events, for example, was in placebo versus leronlimab. What were those scores in regards to fever and all of that? What was the time perhaps that somebody got -- how many of the patients got intubated and so forth than when were in the hospital? And then what was the mortality, perhaps?

Was there any death in leronlimab or placebo? Those are all going to be explored reported publicly. And we are very excited because of our emergency IND patients who are publicly have been talking about all of these things, have been reporting very fantastic results, which means nothing for our approval. These are anecdotal data. But having 60 patients that was enrolled give us comfort. Does that mean approval? No. That means comfort. We just have comfort, and we're going to hopefully see the results and announce it to the world.

**Operator**

Our next question comes from [ Michelle Starke. ]

**Unknown Analyst**

My question to you is this. With regards to the COVID side of the business, have you been in touch with the coronavirus task team for discussions, God willing, that everything goes ahead as you plan to become part of Operation Warp Speed?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. I appreciate your question. We have not because we have been moving as fast as we can for the BLA in HIV in on one side with all the other trials and then with the COVID-19. We did talk to several different people at the beginning, and we realized that there was not a lot of confidence in the leronlimab. As soon as we injected emergency IND patients, the confidence went to the roof amongst a lot of people. But the time line has not allowed us. We want to get the primary endpoint hit on both of these trials, hopefully, God willing. And if it does happen, then I believe we will be involved with many different organizations. We do have -- we have been reached out by big pharmaceutical. They want to see the data immediately and big media who want to do a story immediately. So we are ready to go -- as soon as this is positive, I think things will turn out to be very nice for us.

**Unknown Analyst**

Perfect. And that kind of leads on to my second question, really. You talked about media. Have you thought about going on Jim Cramer's Money Show on CNBC because you guys need the exposure, I think, because your short -- the shorts are really not doing you guys any favors right now.

**Nader Z. Pourhassan**
*CEO, President & Director*

No. I appreciate that. No, the shorts have their own agenda, regardless of the lights they have. They then, God bless everybody for whatever they want to do. But having said that, we believe that all the medias will come to us as soon as we have this primary endpoint hit, if we do hit it. And other than that, we'd be happy to go to anywhere. I'm sure what we haven't talked about. We have been very -- trying to be as visible as we can. But the major media, I believe, a national coverage will come to us as soon as we have primary endpoint hit.

**Operator**

Next question comes from [ Alan Kayne. ]

**Unknown Analyst**

You've answered all of my questions. So I'll defer to the next question.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

[Operator Instructions]

**Nader Z. Pourhassan**
*CEO, President & Director*

Operator. I'm sorry, operator, could you please make this the last question or so because I think we only got 3, 4 minutes left.

**Operator**

Last question comes from [ Nick Sorloth ].

**Unknown Analyst**

I have a question whether you guys noticed any correlation in HIV test population on leronlimab and the cancer risk or a COVID-19 risk. Is there any data to see if it does any effect on that?

**Nader Z. Pourhassan**
*CEO, President & Director*

So I'm confused with your question. Are you asking if we have seen correlation for the patients who have both HIV and cancer and perhaps HIV?

**Unknown Analyst**

The HIV population that is currently on leronlimab and whether or not the risk of cancer goes higher or lower.

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. We haven't had any HIV in monotherapy reporting COVID-19. I don't believe. So maybe I'm not right, but let me ask Dr. Dhody, who has better knowledge Dr. Dhody, do we have any reports of COVID-19 amongst the leronlimab monotherapy patients that was concluded recently?

**Kush Dhody**
*Senior Vice President of Clinical Operations*

Yes. So we had this discussion some time back, and we reviewed the data. And at that point of time, we know that there is no HIV for patients that were currently on the CD03 and a couple of our extension trials have, in fact, reported COVID. So that has been really a positive sign for us to know that none of these patients have, in fact, reported. And that is based on the last review that we did.

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. No, I appreciate that. And I just want to make sure everybody knows that on our monotherapy, we had over 200 patients going 1 year almost without any drugs. And in the 525 and 700-milligram responders rate with our criteria tend to be 90 -- over 90% to 95% post 10 weeks. And in regards to COVID-19 that we haven't seen, there are patients also in CD02 close to 25% or more that Dr. Dhody is talking about. That population and about 50 patients and extension in CD03. So quite a bit of number of patients.

So with that, please allow me to conclude the call and just summarize that we are very focused to get -- to have a Type A meeting and answer all these questions. As you -- everybody heard, 3 sections of the module, mainly clinical. Mainly CD03 was not completed. So now we can get a lot better access to the data and analysis that FDA is requesting. And in regard to manufacturing, you heard Dr. Ray, how we are very well set.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And in regards to nonclinical, there was no comment. So I believe, personally, that this is a very small delay for us and, hopefully, we can assure that. In regards to COVID-19, the world is waiting, and they're waiting for something that worked very, very fantastic. And I don't know if we are one or not, but we are about to find out. So with that, thank you very much for all of your support and all this time. Bye-bye.

**Operator**
Thank you. This concludes today's conference. All parties may disconnect. Have a great day.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# Exhibit G

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

---

# FORM 10-K

---

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended May 31, 2020

or

☐ **TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 000-49908

---

# CYTODYN INC.

**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **Delaware** | **83-1887078** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1111 Main Street, Suite 660** | |
| **Vancouver, Washington** | **98660** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's Telephone Number, including area code: (360) 980-8524**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| None. | None. | None. |

**Securities registered pursuant to Section 12(g) of the Act:**

**Title of class**
Common Stock, par value $0.001 per share

---

Table of Contents

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by checkmark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒   No ☐

Indicate by checkmark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer" "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.   Yes ☐   No ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and ask price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter: $106,487,002 as of November 30, 2019.

As of July 31, 2020, the registrant had 568,242,391 shares of common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

| Document | Parts Into Which Incorporated |
|---|---|
| **Portions of the Proxy Statement for the 2020 Annual Meeting of Stockholders** | **Part III** |

Table of Contents

**CYTODYN INC.**

**FORM 10-K FOR THE YEAR ENDED MAY 31, 2020**

**Table of Contents**

|  |  | **Page** |
|---|---|---|
| **PART I** | | 4 |
| ITEM 1. | BUSINESS | 4 |
| ITEM 1A. | RISK FACTORS | 21 |
| ITEM 1B. | UNRESOLVED STAFF COMMENTS | 55 |
| ITEM 2. | PROPERTIES | 55 |
| ITEM 3. | LEGAL PROCEEDINGS | 55 |
| ITEM 4. | MINE SAFETY DISCLOSURES | 56 |
| **PART II** | | 56 |
| ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 56 |
| ITEM 6. | SELECTED FINANCIAL DATA | 58 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 58 |
| ITEM 7A. | QUANTITITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 73 |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 73 |
| ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 116 |
| ITEM 9A. | CONTROLS AND PROCEDURES | 117 |
| ITEM 9B. | OTHER INFORMATION | 117 |
| **PART III** | | 118 |
| ITEM 10. | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 118 |
| ITEM 11. | EXECUTIVE COMPENSATION | 118 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 118 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS AND DIRECTOR INDEPENDENCE | 118 |
| ITEM 14. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 118 |
| **PART IV** | | 119 |
| ITEM 15. | EXHIBITS AND FINANCIAL STATEMENT SCHEDULES | 119 |
| ITEM 16. | FORM 10-K SUMMARY | 125 |

3

Table of Contents

## FORWARD-LOOKING STATEMENTS

This annual report contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict, including our clinical priorities and our current and proposed trials. Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Our forward-looking statements are not guarantees of performance and actual results could differ materially from those contained in or expressed by such statements. In evaluating all such statements, we urge you to specifically consider various risk factors identified in this annual report, including the matters set forth under the heading "Risk Factors," any of which could cause actual results to differ materially from those indicated by our forward-looking statements.

Our forward-looking statements reflect our current views with respect to future events and are based on currently available financial, economic, scientific, and competitive data and information on current business plans. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, the market for actual commercial sales, and the impact of health epidemics, including the ongoing COVID-19 pandemic, on our business and operations. You should not place undue reliance on our forward-looking statements, which are subject to risks and uncertainties relating to, among other things: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third-parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) litigation affecting the Company or its products; (xiii) general economic and business conditions, (ix) changes in foreign, political, and social conditions, and (xv) various other matters, many of which are beyond the Company's control. Should one or more of these risks or uncertainties develop, or should underlying assumptions prove to be incorrect, actual results may vary materially and adversely from those anticipated, believed, estimated, or otherwise indicated by our forward-looking statements.

We intend that all forward-looking statements made in this annual report on Form 10-K will be subject to the safe harbor protection of the federal securities laws pursuant to Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), to the extent applicable. Except as required by law, we do not undertake any responsibility to update these forward-looking statements to take into account events or circumstances that occur after the date of this annual report. Additionally, we do not undertake any responsibility to update you on the occurrence of any unanticipated events that may cause actual results to differ from those expressed or implied by these forward-looking statements.

## PART I

### Item 1.    Business.

*Corporate History/Business Overview*

CytoDyn Inc. was originally incorporated under the laws of Colorado on May 2, 2002 under the name RexRay Corporation (our previous name). Effective August 27, 2015, we completed a reincorporation from

Table of Contents

Colorado to Delaware. Our principal business office is 1111 Main Street, Suite 660, Vancouver, Washington 98660. Our website can be found at www.cytodyn.com. We will make available on our website, free of charge, the proxy statements and reports on Forms 8-K, 10-K, and 10-Q that we file with the United States Securities and Exchange Commission ("SEC") as soon as reasonably practicable, after such material is electronically filed with or furnished to, the SEC. We do not intend to incorporate any contents from our website into this annual report. Unless the context otherwise requires, references in this annual report to "CytoDyn," the "Company," "we," "our," or "us" are to CytoDyn Inc. and its subsidiaries.

We are a late-stage biotechnology company focused on the clinical development and potential commercialization of leronlimab (PRO 140), a CCR5 antagonist to treat HIV infection, with the potential for multiple therapeutic indications. In November 2018, the United States Adopted Names Council adopted "leronlimab" as the official nonproprietary name for PRO 140. The names leronlimab and PRO 140 will be used interchangeably throughout this annual report. The Company has also received conditional acceptance by the U.S. Food and Drug Administration (the "FDA") of the proprietary name Vyrologix (pronounced—vie-ro-loj-iks) for leronlimab as a combination therapy for highly treatment experienced HIV patients in the United States. In addition, the Company has also received a notice of allowance from the U.S. Trademark Office for the trademark "Vyrologix".

The preclinical and clinical development of PRO 140 was led by Progenics Pharmaceuticals, Inc. ("Progenics") through 2011. The Company acquired the asset from Progenics in October 2012, as described in "PRO 140 Acquisition and Licensing Arrangements" below. In February 2018, we announced we had met the primary endpoint in its Phase 3 trial for leronlimab as a combination therapy with HAART for highly treatment experienced HIV patients, and filed the non-clinical portion of our Biologics License Application ("BLA") on March 18, 2019. We filed with the FDA the clinical, along with the Chemistry, Manufacturing, and Controls ("CMC") portions of the BLA April and May of 2020. In July 2020, we received a Refusal to File letter from the FDA regarding the BLA filing, and requested a Type A meeting to discuss the FDA's request for additional information.

Our current business strategy is to resubmit our BLA filing for leronlimab as a combination therapy for highly treatment experienced HIV patients as soon as possible, to seek approval for leronlimab as a potential therapeutic benefit for COVID-19 patients with mild-to-moderate, as well as, severe to critical indications, to advance our clinical trials with leronlimab for various forms of cancer, including, among others, our Phase 1b/2 clinical trial for metastatic triple-negative breast cancer and Phase 2 trial for 22 solid tumor cancers, to continue our Phase 2 trial for graft-versus-host disease ("GvHD"), to finalize with the FDA our submitted protocol for a pivotal Phase 3 clinical trial with leronlimab as a monotherapy for HIV patients and to concurrently explore other cancer and immunologic indications for leronlimab.

### *Overview*

#### *Leronlimab as a CCR5 Antagonist*

We are focused on developing leronlimab, a monoclonal antibody C—C chemokine receptor type 5 ("CCR5") receptor antagonist, to be used as a platform drug for a variety of indications. The target of leronlimab is the immunologic receptor CCR5. The CCR5 receptor is a protein located on the surface of a variety of cells including white blood cells and cancer cells. On white blood cells, it serves as a receptor for chemical attractants called chemokines. The CCR5 receptor is also the co-receptor needed for certain strains of HIV to infect healthy T-cells. Recent research has identified the CCR5 receptor as an important target for many disease processes including cancer metastasis and certain immunological conditions. Leronlimab is a unique humanized monoclonal antibody. Leronlimab prevents certain strains of HIV from using the CCR5 receptor as an entry gateway for healthy cells. Pre-clinical research has also shown that leronlimab blocks calcium channel signaling of the CCR5 receptor when present on the cancer cell surface. Calcium channel signaling of the CCR5 receptor is a crucial component to the spread of metastatic cancer.

5

# Exhibit H

August 17, 2020



# CytoDyn Will Attempt to Duplicate Berlin and London Patients' HIV Cure by Using Leronlimab During Bone Marrow Transplant for 5 HIV Patients Who also have Cancer

*HIV monotherapy trials update: 215 patients completed almost one year of monotherapy. Only some were allowed to continue in extension arm; five patients reached almost 6 years. Twenty-five reached 2 to 4 years and 20 patients are 1 to 2 years*

VANCOUVER, Washington, Aug. 17, 2020 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company gives full update on all of its HIV programs.

**HIV Cure**
The HIV co-receptor CCR5 has proven to be a key molecule in mediating HIV remission. The only two individuals functionally cured of HIV, one from London and the other from Berlin, received allogeneic stem cell transplantations from CCR5-deficient donors. However, because it is extremely rare to find a stem cell donor who lacks CCR5 and meets stringent MHC matching criteria, such an approach is unfeasible to cure HIV on a larger scale. CytoDyn believes its CCR5 blocking antibody, leronlimab, could be used in the setting of allogeneic stem cell transplantation to functionally convert a stem cell graft from a wildtype CCR5 stem cell donor into one from a CCR5 deficient donor, and thereby functionally cure the recipient of HIV.

CytoDyn plans to test this theory in a pilot clinical trial of five HIV patients with cancer who require bone marrow transplantation. Leronlimab will be used during the peri-transplant period to mimic a CCR5 deficient donor in order to achieve HIV cure.

**HIV PrEP**
As presented at the AIDS 2020 Virtual Conference, a pre-clinical study in the macaque model of HIV sexual transmission demonstrated leronlimab can prevent infection by blocking HIV's access to the CCR5 co-receptor. This protection is similar to that seen in individuals naturally CCR5 deficient and forms the rationale for use in HIV cure. CytoDyn believes leronlimab could be a once-a-month self-injectable, subcutaneous treatment for HIV PrEP and is in discussions with potential organizations to fund its next trial in HIV PrEP.

**Monotherapy**
Significantly, for the first time documented, of the 49 HIV patients who stopped their HIV medications and used leronlimab as a monotherapy, 25 have been in monotherapy trial for

1

two to four years and five patients for nearly or over six years. Monotherapy was successful for some of these patients by switching from 350 mg to a higher dose of 525 mg or 700 mg. The number of participants in the extension groups was limited due to costs.

The Company will submit manuscripts for two publications in regards to its findings.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, stated, "We now have four paths forward for use of leronlimab in the HIV indication for different populations. The first path is a combination therapy where we successfully completed a Phase 3 trial with statistically significant *p* value for our primary endpoint. CytoDyn is awaiting a Type A meeting with the FDA for this treatment. Second is our monotherapy; we will discuss the potential approval path for label expansion at the time of our Type A meeting. Third is our PrEP study to examine the use of leronlimab for once-a-month self-injection for HIV prevention. Our fourth path is an HIV-Cure, where 5 patients will be put to test to duplicate the Berlin and London patients' HIV functional cure."

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses.

The first as a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed nine clinical trials in over 800 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow

2

stem cells. CytoDyn is currently conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA has granted "orphan drug" designation to leronlimab for the prevention of GvHD.

**About CytoDyn**
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. The Company has requested a Type A meeting with the FDA to discuss the FDA's request for additional information in order to resubmit its Biologics License Application for this HIV combination therapy.

CytoDyn is also conducting a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than five years.

CytoDyn is also conducting a Phase 2 trial to evaluate leronlimab for the prevention of GvHD and a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

**Forward-Looking Statements**
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to have positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the

3

Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CYTODYN CONTACTS**
**Investors:**
Michael Mulholland
Office: 360.980.8524, ext. 102
Mobile: 503.341.3514
mmulholland@cytodyn.com



Source: CytoDyn Inc.

4

# Exhibit I

March 6, 2021



# CytoDyn to File Accelerated Rolling Review with MHRA and Interim Order (IO) with Health Canada for COVID-19

**U.S. FDA Reviewing Protocol for More COVID-19 Critical Patients to be Enrolled to Support Potential EUA**

*CytoDyn submitted protocol to U.S. FDA for immediate enrollment of 140 critical COVID-19 patients with same sites as CD12 trial – enrollment to commence upon FDA comments*

VANCOUVER, Washington, March 06, 2021 (GLOBE NEWSWIRE) -- **CytoDyn Inc. (OTC.QB: CYDY)**, ("CytoDyn" or the "Company"), a late-stage biotechnology company developing Vyrologix™ (leronlimab-PRO 140), a CCR5 antagonist with the potential for multiple therapeutic indications, announced today multiple regulatory pathways for approval of leronlimab as a treatment for critical COVID-19 patients in the U.S., U.K. and Canada.

MHRA has told the Company it will accept more data from the open-label portion of the current CD12 trial. To date, an additional 46 patients have been enrolled, but the results have not yet been communicated to any agency.

The Company anticipates the Health Canada Interim Order (IO) could allow the Company to sell leronlimab in Canada, while additional critical COVID-19 patients are enrolled. These discussions are on going, and the Company has initiated the process to submit an IO with Health Canada.

The Company also confirms the U.S. FDA has received its protocol for enrolling 140 critically ill COVID-19 patients with the primary endpoint defined as length of hospital stay.

CytoDyn is pleased to show strong data for critically ill COVID-19 patients. Considering the fact that:

(1) A higher proportion of patients over 65 were enrolled in the leronlimab arm (33%) compared to the placebo arm (23%), and

(2) Of the 384 treated patients, 117 were over 65 with an overall mortality rate 3.5 times higher (42% - 49/117) than for patients under 65 (12% - 31/267).

Therefore, an "age adjustment" analysis was performed and consequently, the updated results from the primary endpoint analysis are as follows:

1) Statistically significant results (p-value = 0.0319) reported for the primary endpoint (all-cause mortality at Day 28) in participants receiving leronlimab + "commonly used COVID-19 treatments" compared to participants who received "commonly used COVID-19 treatments"

1

alone in the placebo group in the overall modified intent-to-treat ("mITT") population.

2) Statistically significant results (p-value = 0.0552) reported for the primary endpoint (all-cause mortality at Day 28) among participants who received dexamethasone as the prior or concomitant standard of care treatment ("SoC") for COVID-19, compared to patients who received dexamethasone (without leronlimab) as SoC therapy in the overall mITT population.

3) Amongst all patients in mITT, the primary endpoint (all-cause mortality at Day 28) was not statistically significant. When age adjustment was conducted, the primary endpoint was much closer to statistically significant value. Of note, the reduction of mortality in this population of 65 years and younger leronlimab arm had more than 30% less mortality than placebo and 9% less mortality in participants over 65.

With the age adjustment analysis in all other major secondary endpoints, there was consistent numerical superiority over the placebo group, with some secondary endpoints approaching statistical significance.

Nader Pourhassan, Ph.D., President and Chief Executive Officer of CytoDyn, commented, "We are grateful for the chance to help critically ill COVID-19 patients. We continue to be pleased with the results from over 80 EINDs, 394 patients in CD12, and another 46 patients in the continuation of CD12's open-arm access, as well as the results published in two different peer reviewed journals. I am humbled by comments from the families whose lives they believe were saved with leronlimab and we look forward to making leronlimab more readily available to treat patients with COVID-19 and many other indications we are working on. I'm excited to address our investment community on Monday and to congratulate our entire extended team for their tireless support of the leronlimab program."

**About Leronlimab (PRO 140)**
The FDA has granted a Fast Track designation to CytoDyn for two potential indications of leronlimab for critical illnesses. The first indication is a combination therapy with HAART for HIV-infected patients and the second is for metastatic triple-negative breast cancer. Leronlimab is an investigational humanized IgG4 mAb that blocks CCR5, a cellular receptor that is important in HIV infection, tumor metastases, and other diseases, including NASH. Leronlimab has completed 11 clinical trials in over 1,200 people and met its primary endpoints in a pivotal Phase 3 trial (leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients).

In the setting of HIV/AIDS, leronlimab is a viral-entry inhibitor; it masks CCR5, thus protecting healthy T cells from viral infection by blocking the predominant HIV (R5) subtype from entering those cells. Leronlimab has been the subject of nine clinical trials, each of which demonstrated that leronlimab could significantly reduce or control HIV viral load in humans. The leronlimab antibody appears to be a powerful antiviral agent leading to potentially fewer side effects and less frequent dosing requirements compared with daily drug therapies currently in use.

In the setting of cancer, research has shown that CCR5 may play a role in tumor invasion, metastases, and tumor microenvironment control. Increased CCR5 expression is an indicator of disease status in several cancers. Published studies have shown that blocking CCR5 can reduce tumor metastases in laboratory and animal models of aggressive breast

2

and prostate cancer. Leronlimab reduced human breast cancer metastasis by more than 98% in a murine xenograft model. CytoDyn is, therefore, conducting a Phase 1b/2 human clinical trial in metastatic triple-negative breast cancer and was granted Fast Track designation by the FDA in May 2019.

The CCR5 receptor appears to play a central role in modulating immune cell trafficking to sites of inflammation. It may be crucial in the development of acute graft-versus-host disease (GvHD) and other inflammatory conditions. Clinical studies by others further support the concept that blocking CCR5 using a chemical inhibitor can reduce the clinical impact of acute GvHD without significantly affecting the engraftment of transplanted bone marrow stem cells. CytoDyn was conducting a Phase 2 clinical study with leronlimab to support further the concept that the CCR5 receptor on engrafted cells is critical for the development of acute GvHD, blocking the CCR5 receptor from recognizing specific immune signaling molecules is a viable approach to mitigating acute GvHD. The FDA granted orphan drug designation to leronlimab for the prevention of GvHD. Due to the lack of patients during the COVID-19 pandemic, the Company suspended its Phase 2 trial for acute GvHD.

## About CytoDyn
CytoDyn is a late-stage biotechnology company developing innovative treatments for multiple therapeutic indications based on leronlimab, a novel humanized monoclonal antibody targeting the CCR5 receptor. CCR5 appears to play a critical role in the ability of HIV to enter and infect healthy T-cells. The CCR5 receptor also appears to be implicated in tumor metastasis and immune-mediated illnesses, such as GvHD and NASH.

CytoDyn has successfully completed a Phase 3 pivotal trial with leronlimab in combination with standard antiretroviral therapies in HIV-infected treatment-experienced patients. CytoDyn has been working diligently to refile its Biologics License Application ("BLA") for this HIV combination therapy since receiving a Refusal to File in July 2020 and subsequently meeting with the FDA telephonically to address their written guidance concerning the filing. CytoDyn expects to refile its BLA in the first half of calendar year 2021.

CytoDyn has completed a Phase 3 investigative trial with leronlimab as a once-weekly monotherapy for HIV-infected patients. CytoDyn plans to initiate a registration-directed study of leronlimab monotherapy indication. If successful, it could support a label extension. Clinical results to date from multiple trials have shown that leronlimab can significantly reduce viral burden in people infected with HIV. No drug-related serious site injection reactions reported in about 800 patients treated with leronlimab and no drug-related SAEs reported in patients treated with 700 mg dose of leronlimab. Moreover, a Phase 2b clinical trial demonstrated that leronlimab monotherapy can prevent viral escape in HIV-infected patients; some patients on leronlimab monotherapy have remained virally suppressed for more than six years.

CytoDyn is also conducting a Phase 1b/2 clinical trial with leronlimab in metastatic triple-negative breast cancer. More information is at www.cytodyn.com.

## Forward-Looking Statements
This press release contains certain forward-looking statements that involve risks, uncertainties and assumptions that are difficult to predict.  Words and expressions reflecting optimism, satisfaction or disappointment with current prospects, as well as words such as "believes," "hopes," "intends," "estimates," "expects," "projects," "plans," "anticipates" and

3

variations thereof, or the use of future tense, identify forward-looking statements, but their absence does not mean that a statement is not forward-looking. Forward-looking statements specifically include statements about leronlimab, its ability to provide positive health outcomes, the possible results of clinical trials, studies or other programs or ability to continue those programs, the ability to obtain regulatory approval for commercial sales, and the market for actual commercial sales. The Company's forward-looking statements are not guarantees of performance, and actual results could vary materially from those contained in or expressed by such statements due to risks and uncertainties including: (i) the sufficiency of the Company's cash position, (ii) the Company's ability to raise additional capital to fund its operations, (iii) the Company's ability to meet its debt obligations, if any, (iv) the Company's ability to enter into partnership or licensing arrangements with third parties, (v) the Company's ability to identify patients to enroll in its clinical trials in a timely fashion, (vi) the Company's ability to achieve approval of a marketable product, (vii) the design, implementation and conduct of the Company's clinical trials, (viii) the results of the Company's clinical trials, including the possibility of unfavorable clinical trial results, (ix) the market for, and marketability of, any product that is approved, (x) the existence or development of vaccines, drugs, or other treatments that are viewed by medical professionals or patients as superior to the Company's products, (xi) regulatory initiatives, compliance with governmental regulations and the regulatory approval process, (xii) general economic and business conditions, (xiii) changes in foreign, political, and social conditions, and (xiv) various other matters, many of which are beyond the Company's control. The Company urges investors to consider specifically the various risk factors identified in its most recent Form 10-K, and any risk factors or cautionary statements included in any subsequent Form 10-Q or Form 8-K, filed with the Securities and Exchange Commission. Except as required by law, the Company does not undertake any responsibility to update any forward-looking statements to take into account events or circumstances that occur after the date of this press release.

**CONTACTS**
**Investors:**
Michael Mulholland
Office: 360.980.8524, ext. 102
mmulholland@cytodyn.com



Source: CytoDyn Inc.

# Exhibit J

**S&P Global**
Market Intelligence

# CytoDyn Inc. OTCPK:CYDY
# Special Call
**Monday, March 08, 2021 9:00 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ................................................................................... 3

Presentation ...................................................................................... 4

Question and Answer .......................................................................... 10

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Arian Colachis**
*VP, General Counsel & Secretary*

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of
Clinical Development*

**Michael D. Mulholland**
*Chief Financial Officer*

**Nader Z. Pourhassan**
*CEO, President & Director*

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head
of Business Development*

**ATTENDEES**

**Harish Seethamraju**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings, and welcome to the CytoDyn investment community webcast. [Operator Instructions] Please note that this conference is being recorded. I will now turn the conference over to our host, Michael Mulholland, Chief Financial Officer. Please go ahead, sir.

**Michael D. Mulholland**
*Chief Financial Officer*

Hello, everyone, and thank you for joining us today. This is Michael Mulholland, Chief Financial Officer of CytoDyn. Joining us on today's webcast is our President and CEO, Dr. Nader Pourhassan; our Chairman, Chief Medical Officer and Head of Business Development, Dr. Scott Kelly; our Chief Scientific Officer, Dr. Mahboob Rahman; and Dr. Harish Seethamraju, Medical Director for the Mount Sinai Lung Transportation -- Transplantation Program in New York.

Before we begin, it is essential that we provide you with important cautionary language related to certain federal securities laws. Our remarks during today's webcast will include forward-looking statements. Forward-looking statements are not guarantees of future performance and involve known and unknown risks, uncertainties and other factors that are difficult to predict. Actual results may be materially different from any future results expressed or implied by such forward-looking statements.

These risks and uncertainties include, among other matters, statements regarding leronlimab's potential efficacy in certain immunology and oncology indications; the company's ongoing ability to raise additional new capital; that clinical trials may not commence or proceed as planned; products that appear promising in early trials may not subsequently prove to be viable on safety or efficacy grounds; products may not receive regulatory approval or market acceptance; competition may reduce the commercial potential of our products; we may experience product recalls, manufacturing issues or product liability; and our patents may be challenged or unenforceable.

Although forward-looking statements help to provide complete information about the company, forward-looking statements may be less reliable than historical information. The company undertakes no obligation to update publicly these forward-looking statements, except as required by law. Please refer to our recent quarterly and annual reports filed with the Securities and Exchange Commission for more information about the risks and uncertainties that could cause actual results to differ materially versus our current expectations. [Operator Instructions]

I will now turn the webcast over to Dr. Nader Pourhassan.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Mike, and thank you for all shareholders for participating in today's very important call. On April 15, 2020, less than a year ago, just 1 year ago, we injected the first patient in CD12. On Friday, we announced not only very strong results of 394-patient trial but the fact that 3 regulatory agency, including U.S. FDA, are working with us and have suggested the final path to approval of leronlimab for COVID-19 in multiple countries, including U.S.A.

Less than 1 year to get an approval for an indication we had not been involved with or know anything about. That time line is so short. In the world of biotech, that is mind-boggling for me. However, in my opinion, the most important message for all of our shareholders in today's call is that we believe CD12 demonstrated that leronlimab works as an immunomodulator, which means we believe leronlimab helps regulate one's own immune system to fight disease.

In our opinion, this was proven in CD12, which showed a statistically significant secondary endpoint, and it showed superiority to many of the other drugs in use to fight an especially difficult disease like COVID-19.

But leronlimab's mechanism of action is not specific to COVID. COVID, we believe, is just one of many diseases that would benefit from the immune regulation that the leronlimab provided. So in our opinion, leronlimab works in HIV. We had primary endpoint Phase III based upon that and that leronlimab works as an immunomodulator. CYDY will have revenue from HIV hopefully by the end of the year -- this year, if we get approval by the end of the year. And we will have

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

revenue from COVID as soon as an EUA is given or maybe sold in a different setting, which I will explain what I mean by that shortly.

We are very grateful to the U.S. FDA allowing us to extend CD12 trial to generate more data to demonstrate we can achieve a statistically significant p-value and not only get EUA but also file a BLA for full approval. As the world knows very well, unfortunately, COVID-19 will not go away completely. We expect to sell leronlimab for COVID-19 for many years to come in U.S. and abroad. And we believe this will be a revenue-generating path for us on top of all other indications that we are pursuing.

So before I give a quick summary of our fantastic results, CD12, I first would like to ask Dr. Scott Kelly to give us a quick update on what results are out there from big pharma in regards to COVID-19 severe and critical population. Dr. Kelly, could you please?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Sure. Thank you, Nader. So I want to begin by addressing a few questions regarding the competitive landscape in COVID-19. More precisely, what is the role of leronlimab in the severe and critical COVID-19 population moving forward? Let's go through some of the commonly used medications in COVID-19 and their role in the severe and critical COVID-19 population.

I'll begin with remdesivir. Although approved, the benefits in the critical population remain uncertain. It may lessen time to recovery but mortality benefit has not been clearly demonstrated in this population.

Convalescent plasma. The Emergency Use Authorization is being scaled back by the FDA to limit use of plasma to hospitalize patients early in the course of disease.

Now when we look at hospitalized patients, recall that hydroxychloroquine failed lopinavir and ritonavir failed, azithromycin failed. Now colchicine was stopped as part of the RECOVERY trial on March 5 due to the lack of efficacy by the DSMC. If you recall, both our safety and efficacy DSMC evaluations recommended continuation of our trial with leronlimab. And Merck's molecule, we're just waiting for further clarity until they enroll more patients.

Now let's talk about the standard of care in this population, and I'll begin with dexamethasone. I will now read from the New England Journal of Medicine article published on February 25, 2021. "So there was a total of 2,104 patients who were assigned to receive dexamethasone and 4,321 to receive usual care. Overall, 482 patients or 22.9% died in the dexamethasone group and 1,110 patients or 25.7% died in the usual care group within 28 days after randomization."

In the dexamethasone group, the incidence of death was lower than that in the usual care group among patients receiving invasive mechanical ventilation, 29.3% versus 41.4%; and among those receiving oxygen without invasive mechanical ventilation, 23.3% versus 26.2%, but not among those who are receiving no respiratory support at randomization, 17.8% versus 14%.

In summary, the effect of dexamethasone is shown in the severe and critical population with tremendous power of thousands of patients but not recommended in the mild to moderate population as symptoms may worsen.

Now let's move on to IL-6 inhibitors. The role of IL-6 inhibitors is more difficult to interpret. There were 7 previous randomized, controlled trials on the use of IL-6 inhibitors for the treatment of COVID-19. Taken together, the trials did not show a significant mortality benefit until the RECOVERY trial. This was a randomized but open-label trial. It was not blinded. The RECOVERY trial had 3x as many deaths as all previous trials combined. There were over 4,000 patients involved in the trial. 82% of patients in the RECOVERY trial received steroid. Since this study was largely performed following the publication of positive results regarding dexamethasone, the results showed that 596 of the patients or 29% in the tocilizumab group died within 28 days compared with 694 or 33% of patients in the usual care group. This is a 14% reduction in relative mortality. Tocilizumab caused a reduction in mortality when combined with dexamethasone but had no impact on mortality when given alone. In other words, the mortality benefit was not seen in tocilizumab monotherapy.

What does all this mean? And is there room for improvement in the severe and critical population for leronlimab? If dexamethasone is approximately 30% effective, what about the other 70% of patients that are lying in the ICU beds on mechanical ventilation? What about the other patients with co-morbidities including diabetes, that are status post-organ transplant have a hepatic impairment or renal insufficiency?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Leronlimab has been used in these patient populations without safety signals. We believe there is a tremendous opportunity to help these patients. Nader?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Dr. Scott Kelly. So next, I would like to ask a physician who treated many COVID-19 critically ill patients. And there could be nobody better for us to elaborate on the results of CD12 than Dr. Harish Seethamraju, who is a pulmonary and lung transplant specialist at Mount Sinai Hospital and is the first doctor to ask for leronlimab in emergency IND in U.S., and he enrolled many patients in CD10 and CD12 clinical trial. So Dr. Seethamraju, please give us your understanding of CD12 results. Go ahead, please.

**Harish Seethamraju**

Thank you, Nader. My name is Harish Seethamraju. I'm a pulmonary critical care physician. I practice in New York, and I have seen the worst cases of COVID-19 in the pandemic. My interpretation of the study, CD12 data, is simply that in critically ill population in a well-balanced age group, the outcome and the absolute risk reduction is phenomenally better than any other medication that we have actively used either as an EIND or EUA in our institution.

The benefit that we saw in the critically ill population translates into absolute risk reduction, much more than what dexamethasone has shown, which has been used liberally all over the world. I believe it's primarily because of availability of medication and physician's affability as an "you know the medication for a long time." And that are the 2 main reasons driving the use of these medications.

But with the data that we see with leronlimab in critically ill population, if given the proper delivery mechanism as many physicians could use it, this will definitely show remarkable improvement in survival. And the benefit is not only acute but also prevent, in my view, the long-haulers, too. It will help with mitigating inflammation, promoting immunity, so we don't have patients ending up with organ damage after their critical illness.

Thank you for this opportunity, Nader.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much, Dr. Seethamraju. Next, I would like to ask our own Chief Science Officer and Director of our Clinical Operations, Ph.D. and Medical Doctor, Dr. Mahboob Rahman, who knows our data very well. He has been part of approval of many drugs and has about 25 years of experience in the field of regulatory and getting approval for drugs through FDA. Dr. Rahman, please tell us your take of CD12 data.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Thanks, Nader. Yes. So even though we did not hit the primary endpoint p-value, as they say, but if you look at the data, the -- even in the overall population, you will see consistently in essentially all the endpoints, you see a benefit, maybe numerical, but you see a benefit consistently.

And then you remember that these trials were -- this trial was designed in March, April of last year with very little knowledge of the disease, very little knowledge of the natural history of the disease. And usually, the common things that we need to design a trial like the -- any effect of age or those kinds of things, we did not know. Despite that, we had prespecified the critically ill patients as one of the subpopulations that we will test our primary and secondary endpoint.

And if you look at those prespecified analysis, you will see that this -- the mortality was reduced by 24% in this critically ill patient population, which was defined as ordinal scale 2, which means intubated -- either just intubated or on ECMO. These patients, 24% mortality was reduced.

Then if you look at the time to recovery or discharge from hospitals, our hospital stay in this patient population, you actually see a statistically significant difference, 6 days less in this patient population.

And another secondary endpoint, which is called discharge alive through day 28, and in here, we see a pretty wide difference between the patient who received leronlimab, 28%, versus patients who only received standard of care, 11%, a 166% better rate than placebo.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

So with these results in this critically ill patient population, we think that regulatory authorities will take a very close look and see if there is a potential for saving lives under the conditions that we are in right now, with essentially no medication having an impact in the mortality and benefit in the critically ill population. Nader?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much, Dr. Rahman. So similar to Dr. Rahman and Dr. Seethamraju, Dr. Nicholas Agresti, Dr. Chris Recknor, Dr. Kush Dhody, Dr. Kazem who was an ex-reviewer and biostatistician at FDA, they all believe the results are very strong to warrant conditional EUA while we generate more data. So we are working on all avenues for this immediate conditional EUA while we conduct a small 140-patient trial to support our data. That protocol for 140 patients has been submitted to FDA. As soon as we get the agency's comments, we will immediately start with the same site. We have everything ready to go, so we believe that could go very quickly.

So we have explained the results in some detail already in 2 press releases, so we will not take more than 5 to 10 minutes on it, but want to let everyone know that we decided to put out the whole executive summary of the company for all to see as we are very proud of these results, and we like everyone to be able to read the data as it was generated.

Before I get to these results, allow me to give you 1 new developing news in regards to Philippines FDA. I was told last night that Chiral Pharmaceuticals, which we are working with in Philippines, is ready to file CSP as of last night. Perhaps they have done a deal. I haven't got the confirmation, but they are doing it because they have received from hospitals indication of wanting to get leronlimab for certain patients. As soon as this is filed, if it hasn't been already filed, it would take 48 hours for us to get clearance. Chiral Pharmaceutical has told us that their FDA has said that the CSP will be given when they file but we still don't have it yet. But once they get it, we will send them vials of leronlimab immediately for immediate sales to their patient.

This will start with a very small number of patients. But if we get some good results, they have told us that Emergency Use Authorization, along with CD12 data that we have, could be very possible. We will not know until we hear from them, and we will update everyone in that very important new development.

Furthermore, Brazil is having terrible situation with COVID-19, and we are reaching out to their regulatory agency and we'll keep everyone updated on that situation as we go forward. As I said on Saturday interview, we will try to have 1 -- few updates as much as we can, as much as the regulatory and our legal team allows us when we have something to report on to the whole shareholders.

Now let's talk about the results very briefly. Critically ill population, we've shown relative reduction in mortality of 24%. In regard to the whole population, we talk about 309 patients severe and critical. What happened when they took were commonly used drugs and leronlimab versus placebo, and we talk about 233 patients that took dexamethasone with leronlimab versus dexamethasone and placebo. The results will be out there and everyone will be able to see what we have out there. This will be an 8-K with the exact executive summary and all the details.

In regards to U.S. FDA, again, we are very, very thankful that we are able to go forward with another protocol of 140 patients perhaps, and we hope to generate that result very quickly. It will not take us very long because the sites are already set. We will give time lines to everybody as soon as we can get our hands wrapped around the exact time line.

MHRA gave us accelerated approval. We met with them, and they said that they will accept data from CD12 extension. We don't know if the current data will be accepted. The current data, I believe we have 5 critically ill patients. One has died, that's 20% so far. And the results that we've shown was 28% almost. So we don't want to make a big deal out of this until we get more data together.

In regards to Health Canada, the interim order, we will be filing that. And whether we can sell drugs or not, we are questioning that from them, and we're going to find out if we can sell products while interim order is going on. We don't know that answer and we will let everyone know as soon as we know. We will also file with Europe, Brazil and Philippines, as we said, as soon as possible.

So before we go to Q&A, I will update you briefly on other indications also. The indication for cancer, the recent results that we're getting, 10 patients are surviving in stage 4 that we talked about before, and they're reaching 11 months. That does not include our other patient who's in emergency IND that is going to 16 months. So seeing a stage 4 patients going there. And some of the patients, their chemo and CTCs are really fantastic.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And without saying too much more, I'm going to ask Dr. Scott Kelly, what do you think about the cancer...

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. After seeing this recent data and discussing with the treating physicians as well as the patients on their progress, I feel very comfortable in saying that, ultimately, I think that CytoDyn will be an oncology company.

**Nader Z. Pourhassan**
*CEO, President & Director*

Dr. Rahman, do you agree with that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Absolutely, Nader. And we are seeing more and more results in various patients, some in our currently running trials that really surprises us -- impresses us, the results that we see. And we -- I also believe and completely with Dr. Kelly that we will eventually become more of an oncology company because the fact that many of these solid tumors expressed CCR5 and the mechanism of action of our molecule, it could be a tumor-agnostic treatment, which could be huge, which means that it may be able to help many different cancers. So yes, I totally agree. Thank you.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you, Dr. Rahman. Now in regards to NASH and long-haulers, Dr. Chris Recknor and Dr. Scott Kelly and Dr. Rahman have worked on that. And Dr. Kelly, would you like to elaborate on that?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes, absolutely. And I have some very exciting news for the shareholders in regards to both of these projects. And I know that we're working very hard on CD12 and people were not thinking about long-haulers or NASH as much. But I tell you, I think you're going to be very pleased with our progress.

I'll go through each trial and give you a little brief update. So as you know, NASH is a Phase II trial. It's a 60-patient study for 14 weeks. There's 4 weeks of screening, 14 weeks of treatment and 4-week follow-up. So patients will get 14 doses of leronlimab on a weekly basis. And we're looking at, as the primary endpoint, PDFF, we're looking at fatty deposition in the liver. We're also looking at fibrosis and that will be done at baseline in week 14.

And I'm really, really pleased to announce that thanks to Dr. Chris Recknor and his group, that we are already 30% filled with multiple sites being activated and on target for results in early Q4. And I think that one of the benefits of being involved in COVID is really being involved in long-haulers or post-acute sequelae of COVID-19 early. This has been a lot of work to get this right, but I've got some fantastic news in regards to that.

And I'll begin by just giving an overview about what the opportunity is there. So if you look at -- there's roughly 117,500,000 people who have been diagnosed with COVID-19. And you're going to see different numbers. Some people say 10%, some people say 30% or more are going to be affected by long-haulers. And that leaves between 11,750,000 or 35,250,000 people who will need treatment options.

Our study at CytoDyn with leronlimab is a 50-patient study. I'm very pleased to announce that the trial started on March 1, 2021. We are 50% filled after only 1 week and expect results in early Q3, June or early July. So again, I want to thank Dr. Chris Recknor and his team for doing a tremendous job in this trial. This is not easy, okay?

And the point of this trial to do an investigative trial with 50 patients is to look at subjective complaints and correlate these subjective complaints with biomarkers, and then use these biomarkers and subjective complaints to really extrapolate that to other post-viral syndromes.

So in this trial, patients will receive a total of 8 doses of leronlimab weekly. We're going to look at the primary endpoint of symptoms through day 56. The secondary endpoints include fatigue, brain fog and sleep based on the PROMIS scale. And then we'll be looking at exploratory biomarkers to correlate the 2. Nader?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you so much. So I want to make sure everybody notices that we are not getting away from HIV. The BLA submission for HIV has had tough time because of the receptor occupancy that did not work for us, and we had to generate another one and that was one of the big setbacks. But we're working on that and that's one of the main delays that we have.

But having worked on 2 clinical trials, CD10 and CD12, in the last 1 year as hard as we did and getting all these patients and getting the data to where we have, meanwhile doing all of these other trials, it's a big task. And we will have some firm time lines for HIV, but we are hoping to have approval by the end of the year. But this is again not firm until I have more verification of exactly what time lines we have.
With that, please let's go to Q&A. Arian?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Arian Colachis**
*VP, General Counsel & Secretary*

The first question. Provide clarity on the long-hauler trial protocol, and I think Dr. Kelly spoke a little bit about this. Do you have anything further you'd like to add?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. I would just say again, reiterate, what we're doing is really looking at the clinical symptom scale and exploratory biomarkers to correlate the 2, so we can have a successful trial in the future and help these patients.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why did the company file an additional protocol to enroll more patients in the critically ill population? Is it because the difference in the percentage of critically ill patients receiving leronlimab who died and those who received standard of care who died is not yet statistically significant but could be made more so with further trials?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we have to show much better clear numbers according to what U.S. FDA has told us. The MHRA told us that they will accept CD12 extension. So we said, well, if we're doing a trial of 140 patients to generate more data to clearly have a p-value statistically significant and then we can also perhaps do interim analysis, if we decide to do that with MHRA, we hope to enroll so quickly that we don't have to do that. But we will work with everybody. Dr. Rahman, do you have anything to add to that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Sure. Yes. I mean, so if you -- I mentioned 3 endpoints, right? There's the survival benefit, we got 24% reduction. We got in the discharge alive, there was actually 166% better results. And in one of the endpoints, the hospital stay, we actually got statistically significant results. So now the other 2, the delta is so big that we are pretty sure, we are confident that if we had a few more patients, we could have achieved the statistical significance.

And that's why we feel very comfortable, very confident that if we do a trial, a very quick trial in a patient population which is critically ill, we will be able to show these results to be statistically significant. So that's why we are -- while we are discussing with the health authorities for a path forward, we felt that we will start this protocol.

And thanks to FDA, they were very supportive of this and they are willing to work with us in designing the trial. So we have submitted the protocol with FDA. FDA is looking at it. We are expecting their comments any moment. And as soon as we have resolved those and we have an agreement on the protocol, we'll start enrolling these patients, especially in the patient -- in the sites that are already -- 25 or so sites which have enrolled the CD12, we believe that we will start with them, and we can enroll these 140 patients very quickly and we'll be able to show the statistic significance.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why did we not go for the 28-day interim evaluation as suggested by DSMC and complete the trial with 42-day mortality as the primary endpoint? By rushing the 28-day trial, it is costing us more delay.

**Nader Z. Pourhassan**
*CEO, President & Director*

So when we did get to the point where we had 75% of the patients enrolled, Dr. Scott Kelly worked with Brian Brothen, Mr. Brian Brothen, very aggressively with Dr. Kush Dhody, who did a fantastic job to enroll all of our patients before the 42

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

days or very close to that 42 days. So it didn't make sense for us to only use 75% of the data and go to the agency rather than the whole 100%.

Now if you go back and say, "Okay, at 75%, we couldn't look at the data," and they would have said enroll more patients, then that will be one of the options that people are maybe thinking about it. We thought this was the cleanest path to go and all of us made that decision and we went for it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Could you please provide a NASDAQ uplist status?

**Nader Z. Pourhassan**
*CEO, President & Director*

Mike?

**Michael D. Mulholland**
*Chief Financial Officer*

Sure, thanks. We currently have 3 primary issues to address, none of which are insurmountable. Number one is the elimination of what's called the going concern exception to the audit opinion on our financial statements. This issue can be resolved in 1 of 2 ways: raise a lot of capital now, which we choose not to do so; or obtain some form of approval, resulting in product revenues or product orders and, therefore, revenues. We believe an approval is near. Therefore, this is management's preference to resolve the going concern exception.

The second issue is a shortfall in stockholders' equity requirement of $5 million at the time of the uplist. As we've stated before, we have a plan to cure this shortfall.

The last criteria is the seasoning of our stock price above $4. And lastly, we remind everyone again, the exchange also considers various subjective issues. And ultimately, it is their decision alone as to approving an uplist for any company.

**Arian Colachis**
*VP, General Counsel & Secretary*

The next is a set of 3 questions from 1 person. ClinicalTrials.gov named all-cause mortality as the primary endpoint. Why report the 24% reduction in all-cause mortality without a p-value?

**Nader Z. Pourhassan**
*CEO, President & Director*

We discussed that. We put the p-value for primary endpoint. Critical yield was another primary endpoint.

**Arian Colachis**
*VP, General Counsel & Secretary*

The press release does not support a p-value for shortened time to recovery but nowhere is shortened time to recovery listed as an endpoint at ClinicalTrials.gov. Do you want a future trial protocol to include this as an endpoint?

**Nader Z. Pourhassan**
*CEO, President & Director*

Dr. Rahman, would you like to address that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Yes, yes. Maybe in the ClinicalTrials.gov, it is listed as hospital stay -- length of hospital stay, which is the same as essentially shortened time to recovery. We just made it more understandable in terms of lingo but it's the same. And that is one of the secondary endpoint, and that is the one that was statistically significant in the critically ill population.

**Arian Colachis**
*VP, General Counsel & Secretary*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And the last question from this caller. Why does ClinicalTrials.gov state planned number of subjects or 50 subjects for the long-hauler protocol and then has an estimated enrollment as 102 participants?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. That's what I was addressing before, which is we're going to do a quick investigative trial to further establish the clinical symptoms and correlating with biomarkers. And that's the reason to do that.

**Arian Colachis**
*VP, General Counsel & Secretary*

How many additional severe, critical and critical severe patients need to be enrolled to potentially reach statistically significance for mortality?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we did the power for critically ill population. And as we said, 140, believe -- we believe that the number that we need to get to.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you have a time frame for the BLA filing in the U.S., Canada and the U.K.?

**Nader Z. Pourhassan**
*CEO, President & Director*

We're not prepared to talk about that because of uncertainty about the receptor occupancy. We will talk about that very shortly and have a specific time line. We hope for approval by the end of the year. But again, we don't want to commit to that yet until we have more clarity.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the status of the triple-negative breast cancer trials?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. The triple-negative breast cancer trial, due to all of the uncertainty with COVID, we're not having a lot of people travel right now. We will be restarting the TNBC trial shortly.

**Nader Z. Pourhassan**
*CEO, President & Director*

And maybe I can add that the basket trial would be our focus mainly because that would include all of this cancer indication. But go ahead.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you expect to fund any additional trials, if needed, by having a secondary offering, assuming after uplist to NASDAQ is completed?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have not decided to do that yet. We are planning, as we said before, to have a couple of trials this year, but we want to get this COVID-19 situation to the point where we have revenue. We believe we're very close to that. And we get that done, mission accomplished hopefully soon. And then, yes, we will talk about that.

**Arian Colachis**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

*VP, General Counsel & Secretary*

Do you believe that by pushing to become the approved medication for critical patients, we'll eventually see doctors using it for severe simply because there are not many choices? In other words, just by getting it over the regulatory bar for critical, does it open us up to be able to use it for the severe population?

**Nader Z. Pourhassan**
*CEO, President & Director*

We do not talk about anything about off-label. We're not allowed to sell off-label, and that's not something we will talk about. We only will go for critical populations, sell for that. And then if we want to do severe, we have to do a trial for that also as an expanded label. So we'll talk about that at that time.

**Arian Colachis**
*VP, General Counsel & Secretary*

Are there any ongoing discussions with the EMA for admission into the European market? If not, why not? And if so, how are these discussions going? And do they offer prospects of a speedy admission of Vyrologix in the European market?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we are submitting our application next to the European agency. And as soon as we do that, we'll let everybody know.

**Arian Colachis**
*VP, General Counsel & Secretary*

In the course of the CD12 trial, have you seen any patterns that suggest leronlimab is particularly effective in patients with certain co-morbidities?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we had primary endpoints, secondary endpoints, prespecified secondary endpoints. And those things, we analyzed it for the sake of getting approval. Many other things, we just did not look at. And they're exploratory endpoints. We also have an executive summary where everybody can see that.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the all-cause mortality for the trial 28, 42 and 60 days?

**Nader Z. Pourhassan**
*CEO, President & Director*

What is all-cause mortality? Is that 28 days for primary endpoint, 42 days was not primary endpoint. It was another -- a point that we wanted to look at, but it was not -- it was not secondary endpoint, I don't believe so. Dr. Rahman was 42 days the secondary endpoint?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Yes, it was a secondary endpoint or exploratory on [indiscernible]. And it was very similar because there were very few people died after day 28. Most of the patients died before day 28, which was like 80 patients and another 8 patients died after day 28. So you will expect the results will be similar.

**Arian Colachis**
*VP, General Counsel & Secretary*

How will the FDA view the open-label data since it's not trial standard double-blinded placebo?

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's why we're doing a double-blinded placebo control of 140 patients.

**Arian Colachis**
*VP, General Counsel & Secretary*

I think the question was in relation to the open -- the open-label that you're allowed for the additional CD12 patients. Are they going to be viewing that data that's not double-blinded?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have not talked to them or MHRA as we said in the talk, so those are open label. But the FDA needs to have double-blinded study in that 140 patients, 50% leronlimab, 50% placebo.

**Arian Colachis**
*VP, General Counsel & Secretary*

Since our last communication, how have the manufacturing logistics come along?

**Nader Z. Pourhassan**
*CEO, President & Director*

Very nicely. As I said, the CEO of Samsung congratulated us about the results and told Dr. Nitya Ray and myself that, "We are ready to support whatever amount that you guys need, we will be willing to put all of our resources for you to have your needs met." And I was very appreciative of that.

**Arian Colachis**
*VP, General Counsel & Secretary*

You also stated that there was $2 billion worth of tubes ready for distribution. What is an update on this?

**Nader Z. Pourhassan**
*CEO, President & Director*

So I never said $2 million. I always said...

**Michael D. Mulholland**
*Chief Financial Officer*

He stated $2 billion worth of...

**Nader Z. Pourhassan**
*CEO, President & Director*

$2 billion. Okay. Yes. So if you look at the price of -- that we want to sell it at the time, I said that the price of -- at that time was -- evaluating 1.2 million while -- with that price, which came to $2 billion. If the price goes down and up by the time we get approval, then we have to reevaluate. But the number is very high, so we'll leave it at that.

**Arian Colachis**
*VP, General Counsel & Secretary*

With the FDA approval or EUA and revenues expected from the sale of an entire first batch of 1.3 million vials to the U.S. and/or to other countries, is a dividend still likely happening later this year?

**Nader Z. Pourhassan**
*CEO, President & Director*

If we have approval and sell 1.3 million, as we said before, my intention is to definitely give dividend to the shareholders. This is something that we are -- I am very much for it. The Board will vote on it and they will make the final decision. But I don't see why they would vote against it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Has a stock buyback been considered in conjunction with the dividend or as an alternative to a dividend?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. In conjunction, that's what my take is. So you can't take that as -- this is the way I think. There has to be a lot of analysis done also at the time and do the best that is good for the shareholder -- all the shareholders.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is there any expectation for government financial support towards manufacturing leronlimab?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes, I'm hopeful for that. But I don't have anything concrete to report on it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is there any news on the application for BARDA and/or Operation Warp Speed in getting funding from government from the -- for CYDY or CytoDyn, like other companies, especially like Novavax?

**Nader Z. Pourhassan**
*CEO, President & Director*

As soon as we have EUA, then we will reach out to them and say if we can have the discussions open up again.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the difference between overall mortality and probability of being discharged alive?

**Nader Z. Pourhassan**
*CEO, President & Director*

So discharged alive was ordinal scale of 2. Everybody was scored between 1 to 7, 1 being dead to being on invasive mechanical ventilator, intubated in ICU. And 7 was released from hospital with no problem. 6 was released from hospital with some minor problems. So those patients who walk out with OS 2 and they received a score of 6 to 7, and that's what we evaluated at the time of discharge because 6 and 7 means discharged. And the other one was -- go ahead. Go ahead, Dr. Rahman.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Sorry, sorry. Once you are done, I wanted to add something.

**Nader Z. Pourhassan**
*CEO, President & Director*

No, no, please. I'm done. Go ahead, please. That will be good. Please go ahead.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Okay. Yes. So to explain it simply, overall mortality is patients who died. And discharged alive not only takes into account whether you're alive but also takes into account that you are well enough to leave the hospital. So it's a combination of being alive and well enough to leave the hospital. So you may be alive, but you're not in a condition to leave the hospital by day 28 because that's also a benefit.

And as I said before, in this endpoint, you see that the patients who received leronlimab, 28% of them were able to leave the hospital by day 28, whereas only 11% of the standard of care. So yes, so it takes into account death as well as how well you are feeling if you're alive. Thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Arian Colachis**
*VP, General Counsel & Secretary*

How many additional critically ill patients have been enrolled since CD12 completed?

**Nader Z. Pourhassan**
*CEO, President & Director*

Five, and we had one dead, which is 20% as compared to our study at 27.9% dead. So we don't want to make a big deal out of it. It's positive. But let's wait until we get more patients.

**Arian Colachis**
*VP, General Counsel & Secretary*

Recently -- this question is with respect to a quote that you had previously, Dr. Pourhassan, about the recently approved IL-6 blocker used to treat severe to critical hospitalized COVID-19 patients requiring mechanical ventilation, reducing mortality by 2% in comparison to the 24% from our trial. The question is, are you indicating tacitly that the standard of care included tocilizumab after their approval and that, in fact, our results for the critical population are much superior to a standard of care that included tocilizumab?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we were talking about comparing what our result was versus theirs. Obviously, the results are, in our studies, taking the commonly used product. Their absolute delta was 1%. Their relative delta was 2%. Our absolute data was -- percentage was 9%, our relative was 24%. So we thought that was -- you want to add something?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. I would just say that there's been a number of different trials for the IL-6 inhibitors that we discussed earlier and the 7 previous trials. And the most recent, I think, a lot of people are referring to is the RECOVERY trial, which we discussed already.

**Arian Colachis**
*VP, General Counsel & Secretary*

Since the press release has referred to their outdated trial, please explain whether we really have any chance going forward given the result of the present trial. Why would other countries want our [ popular ] drug, either given that they have better results for a more comprehensive trial? And even though we have 6 days over their 5, that seems like a small difference.

**Nader Z. Pourhassan**
*CEO, President & Director*

So I think everybody would agree that when FDA says do another trial to show that critical population is solid, your data, that means they're seeing a signal and they're seeing a need that perhaps they can work with us. MHRA said the same and Health Canada had the same opinion. Do you have anything to add?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. No. And I think it's important to realize that if you're talking about it strictly from a medical economics perspective that -- and each night in the ICU can be $25,000 or more. So if you're talking about it in those terms from a medical economics perspective, that it's actually not that expensive to use a drug for 2 doses as a subcutaneous injection.

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. Thank you. Dr. Rahman, do you have anything to add to this?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

Yes. In addition to that, in addition to the expense, remember, there were sometimes, in some hospitals, some areas of the country where there were no ICU beds available. So if you could discharge these patients 6 days earlier than the standard of care, that will open up and that itself will save some more lives, too. So look at it that way also. Thank you.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

That's an excellent point, Dr. Rahman.

**Arian Colachis**
*VP, General Counsel & Secretary*

What are the pending requirements to obtain either an EUA or full approval? And what are the anticipated time lines for each?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we don't have an anticipated time line yet because we want to finish the 140 patients. However, we believe we can finish the enrollment we need to start within 4 to 6 weeks. If you have to wait 28 days after the last patient and if we can start everything quickly because we already have the sites set, keep in mind, we have 10 active sites. We have 25. But if you have 10 active sites alone, that's 14 patients per site. And Dr. Scott Kelly and Mr. Brian Brothen and Dr. Kush Dhody would be working very hard, and Dr. Rahman would be involved with them. So we are very excited to get that done very quickly.

**Arian Colachis**
*VP, General Counsel & Secretary*

What are the current funding opportunities for ramping up manufacturing at Samsung?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we -- as always, we would let everybody know that we are going to raise funds in the best conditions. This is not the best condition, so we believe we have some major event that could help us with the appreciation of the stock. When we get those, we will raise funds at a higher level. That's what we hope. That's what we always hope. So let's talk about this once we get this mission accomplished, which is getting EUA or get revenue from other source.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the readiness for American Regent distribution in the U.S. if the FDA does approve leronlimab for COVID-19?

**Nader Z. Pourhassan**
*CEO, President & Director*

Very ready to go. Mike Mulholland and the team has worked with them on all the contract issues, and everything is resolved.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do they do any production or labeling with regard to the finished product or just distribution?

**Nader Z. Pourhassan**
*CEO, President & Director*

Distribution. The labeling will be done through Dr. Nitya Ray and the company that he has under his control for this matter.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the anticipated price of leronlimab for other countries, specifically Brazil and the Philippines?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

With Philippines, they have told me that they charge the same as the United States, which I was surprised. With Brazil, I have not checked into that. But we will look at that very carefully and let everybody know.

**Arian Colachis**
*VP, General Counsel & Secretary*

How long will the EIND and open label that's continuing to go last, especially with the trial, the next trial you'll be doing?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we are hoping to close those. So we haven't talked about that to the FDA. But once we open the 140 patients, then there is no need for us to have those 2 available unless the agency says different and want us to continue EIND in the hospitals that are not participating in CD12. We don't know. But we'll let everybody know as soon as we know.

**Arian Colachis**
*VP, General Counsel & Secretary*

I think you answered this question already, but if full approval is obtained for leronlimab for COVID critical severe, can leronlimab be used routinely for off-label use by physicians?

**Nader Z. Pourhassan**
*CEO, President & Director*

I do not have any comments about that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Any plans to use open funding sources leading to stock dilution?

**Nader Z. Pourhassan**
*CEO, President & Director*

Well, the funding that we did in the past was selling shares at $10. And then we have the options to take care of our debt the way we have done in the past. I hope everybody is very happy that we authorized 100 million shares. How long ago, Mike, we authorized 100 million shares?

**Michael D. Mulholland**
*Chief Financial Officer*

Last summer.

**Nader Z. Pourhassan**
*CEO, President & Director*

Last summer. And we still -- we had to put 25 million for the...

**Michael D. Mulholland**
*Chief Financial Officer*

Equity [ plan ].

**Nader Z. Pourhassan**
*CEO, President & Director*

And the rest of it, I think most of it is available. So I hope everybody is very happy with that.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the status of the Scientific Advisory Board?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. The Scientific Advisory Board is moving along beautifully. In fact, I've been going to individually meet with a lot of the Scientific Advisory Board members. I've been to San Francisco, New York, et cetera. Obviously, it's been slowed down a little bit just because of COVID, but I've been vaccinated now so I'm going to meet with them individually.

**Arian Colachis**
*VP, General Counsel & Secretary*

What percentage of patients were given steroids? And would steroids be contraindicated with leronlimab?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Steroids are not contraindicated with leronlimab. In fact, one of the interesting things we're seeing is the synergistic response with this. And I think that's encouraging. And in regard to the safety with leronlimab is that we're able to use this medication with a lot of different agents and potentially enhance the effectiveness for us to worried about drug interactions.

**Arian Colachis**
*VP, General Counsel & Secretary*

What are the latest shareholder equity and net tangible asset numbers you can share?

**Nader Z. Pourhassan**
*CEO, President & Director*

Mike?

**Michael D. Mulholland**
*Chief Financial Officer*

Yes, the last numbers we can share are as of November 30 in our 10-Q. And as of November 30, which was filed in early January, we reported stockholders' equity at a deficit of $6.5 million.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is the plan to meet the Samsung payment that was previously reported as being due in Q1?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have worked with them several times, and they always have worked with us if we needed to get more time to pay. But we are hoping to make those payments and we will let everybody know our plan very soon.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is the work that the company is doing with regard to COVID somehow impacting or delaying the BLA submission?

**Nader Z. Pourhassan**
*CEO, President & Director*

Well, when you have so many different items to take care of, obviously, it's not as easy, but we thought COVID-19 is very important as we saw patients reaching out to us, physicians wanting emergency IND, then we got the protocol going. So now that we see that there are potential efficacy signal that is showing a path to approval, we have to finish that. And then HIV, we will have time lines. Now did it affect the HIV time line? I think perhaps it has but I just can't be sure of that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you feel that the FDA understands the importance of giving leronlimab earlier in the disease process?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

You have to decide what you want to do with your protocol and go to the FDA. It's not the FDA's job to come and find out how your product will work.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why are you extending the trial, which takes time, especially since COVID deaths are declining and there are less patients to enroll in order to get the p-value?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have to follow the law. If you had a red light and there's no car coming, you can't just pass even though there is no car coming. There is rules and regulation that fits perfectly for all the products that have to be treated the same way. And we are being treated very fairly and we are very happy to go forward. And if it takes a year and 3 months versus a year to get approval, I think that's an amazing achievement. Maybe people think differently, but I just -- I'm very proud of our team getting this done, Amarex, Dr. Rahman, Dr. Scott Kelly, Chris Recknor, all of our people that are doing fantastic jobs. So this is the best we can do. And that's it.

**Arian Colachis**
*VP, General Counsel & Secretary*

What was the mortality rate in the over 65 age group in the leronlimab arm versus the placebo arm, with the understanding that this population was overrepresented in the leronlimab arm and that the overall mortality rate in this population was 42%?

**Nader Z. Pourhassan**
*CEO, President & Director*

So -- yes. So the mortality rate for the overall population, when age adjustments happen, was 9% better, less mortality in over 65. And overall in the whole population, less than 65, the relative reduction, the mortality reduction was 32% in the less than 65. Very impressive. That's what I thought.

**Arian Colachis**
*VP, General Counsel & Secretary*

I've heard your position on buyout potential, but has there been any discussion on partner potential that would be interested and make economic and resource sense?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes. So Dr. Scott Kelly wears 1 million hats. He's Chairman of the Board, he's the Chief Medical Officer and he's also Chief Business Development. So Dr. Kelly?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. No, there's been some interesting things happen. We've talked about how we think in terms of business development for these companies. And one of the things that everybody knows now, the data is out there and that's certainly one of the things that I think these companies were waiting on. And now seeing the potential that this is a potential immunomodulator, I think that companies are going to be paying a lot more attention to this.

And I will say something that we think is very interesting that I think a lot of people are not aware of and not paying attention to and I think that I feel comfortable at this point talking about. But as we've gained awareness with leronlimab, both from a national and a smaller scale, we've had a lot of people approach us about the potential for doing trials but paying for the trials as long as we supply the drug dond -- but not asking for equity in the company. And I think this is a really strong position for the shareholders to have these trials completed to look at multiple different indications but have other people pay for the trials. And that's just to supply the drug and that's happened in numerous indications.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Nader Z. Pourhassan**
*CEO, President & Director*

So let me add one thing. One time, I look at the percentage of deals that happened between big pharmas and small biotechs. I think it was 90% of the deals happen when the company finished Phase II. Right now, we just finished the Phase III, and we just put the results out on Friday and today's Monday. I think there is potential here. Whether we get something or not, we would let everybody know as soon as we get those information.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you tell me the number and percent given placebo versus leronlimab in those over 65 compared to the percent and number of placebos given to those less than 65?

**Nader Z. Pourhassan**
*CEO, President & Director*

So in the overall population, 17 deaths out of 171, which was less than 65 years old patient in leronlimab. Placebo was 14 divided by 96 patients. 14.6% versus 9.9%, absolute delta of 4.7%, relative reduction was 31.8% in mortality.

**Arian Colachis**
*VP, General Counsel & Secretary*

Could CytoDyn keep the same CD12 trial going and just extend the mortality review of 42 days?

**Nader Z. Pourhassan**
*CEO, President & Director*

We will not do that because we want to get the results very quickly. As Dr. Rahman alluded, the time to discharge is fantastic. The p-value was already there. And when we did age adjustment, the p-value got even better. It was like 0.01. Then we did age adjustment. That was 0.005. So we feel very comfortable with this indication. And Dr. Rahman said it very clearly.

**Arian Colachis**
*VP, General Counsel & Secretary*

Have any of the patients that have been treated with leronlimab shown signs of long-hauler symptoms?

**Nader Z. Pourhassan**
*CEO, President & Director*

We have not looked at that. Dr. Rahman, is there anything you want to add about that?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

No, we haven't been able to look at it because it's still pretty soon after completing the study. So we will be looking into that. Thanks.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you know the proportion of patients who progressed from severe to critical in leronlimab plus standard of care versus standard of care alone?

**Nader Z. Pourhassan**
*CEO, President & Director*

Well, we talked about the ordinal scale. So 1 was death, 2 was invasive mechanical ventilator, intubated in ICU and so forth. So we did look at those and those results are in executive summary that will be 8-K. So everybody can see every explanatory population, subpopulation, main population, first -- primary endpoint, secondary endpoint. It's all going to be out there for everyone to see.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you please explain in lay terms how monoclonal antibodies are effective in the treatment of solid tumors?

**Nader Z. Pourhassan**
*CEO, President & Director*

So you want us to -- the question is asking for us to explain the mechanism of action of our monoclonal antibody against the tumor, is that right?

**Arian Colachis**
*VP, General Counsel & Secretary*

I believe so, yes. They're general but I think that it's specific to our molecule.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes, yes. So when you look at the tumors, there's a number of different mechanisms of action in oncology arena. One is CCR5 expression on the tumor. You've got M2 to M1 macrophage conversion. You've got blocking of Tregs and then you've got endothelial cell migration. So those are really the main ones. We actually have an excellent summary on our website, if you look at a video that will go through all the different -- the mechanism of action of leronlimab in oncology and immuno-oncology.

**Arian Colachis**
*VP, General Counsel & Secretary*

Dexamethasone has an EUA and it failed to meet statistical significance. CD12 is the same but we hit statistically significant with hospital stay. Will we apply for an EUA, especially when Janet Woodcock's new pandemic guidelines of p-value not mattering in small trials?

**Nader Z. Pourhassan**
*CEO, President & Director*

So we don't talk about the agency's decisions besides what they tell us and we tell to you guys. We are very, very happy with what we have. They could just say, "Go away. You don't have anything in COVID-19. Go ahead and do just HIV." They didn't. So let's celebrate on that. Let's build on that and let's get it to the finish line.

**Arian Colachis**
*VP, General Counsel & Secretary*

You've touched on this a bit but I'll do it all in one question here. Is our current cash position sufficient to fund the new 140-patient CD12 trial, get the BLA for HIV combo, complete the long-hauler study and current NASH study? And if not, how will you fund these items?

**Nader Z. Pourhassan**
*CEO, President & Director*

So I hope that all of our shareholders are very proud that we raised almost $400 million in the last, I don't know, 10 years or 9 years, if we have done that. So hopefully, you all will feel very comfortable that we will not dilute you guys more than what we have to. For example, the last fundraising at $10, that would be like $20 million comes with 2 million shares.

And even if we go lower, then the numbers are completely different than what it was 1.5 years, 2 years ago. So we have come a long way. We're very proud of that. But I want to put everybody's mind at rest that we have a good resume. So fundraising, when we get to it, if we have to do it, we'll do it in a very careful way.

**Arian Colachis**
*VP, General Counsel & Secretary*

How can you ensure that in the trial that you're about to do, the inequalities that happened in CD12 won't happen again?

**Nader Z. Pourhassan**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CYTODYN INC. SPECIAL CALL  MAR 08, 2021

*CEO, President & Director*

So back in February, as Dr. Rahman said, the design of the trial was happening in February. The first patient got injected in March. But when we -- looking at that time, the severity of the patient was the criteria that we were looking at mainly. As time changed, everybody learned about more COVID-19. Some companies did 7 clinical trials before they got to the final trial. We did one trial. And now we learned so much. So we have very positive results that we can build on, and we will do that.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. So a lot of that information wasn't available at the time we designed the previous trial. It is now, so we'll take it all into account.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why didn't the DSMC say something about the 65-year-old contingent?

**Nader Z. Pourhassan**
*CEO, President & Director*

So the DSMC only look at certain items that was in the SAP, statistical analysis plan. So we can't just keep -- we don't look at what if that happens, what if this happens. We look at what are we going to do to make this or that happen in the future based upon what we learned in the past and that we are in the present, so we're doing that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Why should investors believe something will happen with these foreign regulatory bodies when nothing has happened to date?

**Nader Z. Pourhassan**
*CEO, President & Director*

Please, everybody, go and Google if you feel this way. I respect it and I totally have respect for anybody thinking anyway. Google, how long does it take to get an indication to the finish line? And we have started with a product that was shelved. And we have done what we have done. I don't want to go through all of that because everybody knows what happened. We took 1 year with CD12. We're very excited about the results. Let us enjoy the excitement so we can get energized and do a lot better for you, guys.

**Arian Colachis**
*VP, General Counsel & Secretary*

Would it be more prudent to focus on HIV than COVID-19 given the results that just happened?

**Nader Z. Pourhassan**
*CEO, President & Director*

I think we should concentrate on both of them based upon results that happened.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is it possible to exclude patients administered with dexamethasone? And do you recommend that?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. We saw good results with that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It seems like current mortality and hospitalization data are sufficient to pique the interest of one or more governments around the world and could be leveraged for an agreement to purchase supply in advance of the U.S. 140 critical trial results. Are there any plans to do this?

**Nader Z. Pourhassan**
*CEO, President & Director*

That's what we just talked about, Philippines, and hopefully, we see what happens. And Brazil is coming up next. We'll see what happens. We are working on every avenue. We're just as anxious as everybody else to get -- be able to have revenue.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is it possible to use the patients from the 46 open label toward the 140 needed for the trial?

**Nader Z. Pourhassan**
*CEO, President & Director*

I don't think so.

**Arian Colachis**
*VP, General Counsel & Secretary*

Are the standard of care patients getting just 2 doses 1 week apart since -- and I don't know what this means but maybe you will, M/M, get 2 doses and standard of care are in worse shape? Shouldn't they get more, dependent on the markers? Any thoughts on providing more?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. We gave 2 dose, day 0 and day 7. And that's it.

**Arian Colachis**
*VP, General Counsel & Secretary*

If the Phase II long-haulers trial is successful, what would the key elements of a follow-on Phase III trial be in terms of number of patients and completion of time frame, if you know?

**Nader Z. Pourhassan**
*CEO, President & Director*

Phase II, are they talking about this trial or -- because this trial was Phase III, Phase IIb/III, which could be categorized.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Long-haulers.

**Nader Z. Pourhassan**
*CEO, President & Director*

Oh, they're talking about long-haulers.

**Arian Colachis**
*VP, General Counsel & Secretary*

Sorry, the long-haulers.

**Nader Z. Pourhassan**
*CEO, President & Director*

That, as Dr. Scott Kelly said, is a proof of concept. If we get that, then we can have the data we want to design the trial to go forward.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

We don't know that until we have the data. And we're looking at the biomarkers and the clinical symptoms and correlating the 2. And that will help us determine the numbers. And from that -- that's why we're doing an investigator trial.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you provide an update on the meeting with the FDA regarding Breakthrough Designation for triple-negative breast cancer?

**Nader Z. Pourhassan**
*CEO, President & Director*

Triple-negative breast cancer was not enrolled very well because of the COVID-19, as Dr. Kelly said. But basket trial, we do have fantastic results, in my opinion, because the chemo market -- the CTCs are all 0 and chemo markets are lower and lower in most of the patients. Some patients goes up but then it comes right back. That means getting it controlled. My own mother-in-law now has no tumor in the liver. She's not doing very well, but it's been 16 months now. And she has got her liver with no metastasis and her lung is doing very well.

So the only problem she had was the one that was metastasized to the brain from long time ago. We see that in other patients. CTC are 0. Chemos are stable. These are really great results, but we need to substantiate these results by seeing the data from the CT scan, MRI and so forth and Dr. Rahman is working to getting all of that together.

**Arian Colachis**
*VP, General Counsel & Secretary*

Have you considered reaching out to patients or families who've been successfully treated under EIND, open-label, right to try to provide testimonials to Janet Woodcock at the FDA?

**Nader Z. Pourhassan**
*CEO, President & Director*

So Dr. Janet Woodcock has a perfect way of doing things, in my opinion, and does -- and so does the agency. You might think I'm just saying that, but I really, really am passionate that the FDA in America does a fantastic job, and they don't need me or anybody like me telling them how to do their job. They give us what they give us. It's a fantastic opportunity and we're going to try to make that count.

**Arian Colachis**
*VP, General Counsel & Secretary*

Can you control the data age skew in this next trial?

**Nader Z. Pourhassan**
*CEO, President & Director*

We definitely are going to do that.

**Arian Colachis**
*VP, General Counsel & Secretary*

Are you concerned that the worst of this pandemic will have passed us before we gain FDA approval?

**Nader Z. Pourhassan**
*CEO, President & Director*

We hope that most of this pandemic gets past us immediately. That's our prayer and we are hoping for that. Given that Philippines told us that it will take them 3 years to get vaccinated. The -- there is 60,000 flu patients still. Flu is the indication that everybody know that is taken care of but still there is a lot of death. After this is over, which is never going to be over, over in the sense of having 0 patients, then there's going to be a lot of patients still that's going to need this

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

product. We anticipate to hopefully get approval and sell this product for the next 10 years. With what amount and what is the dollar amount is going to be pretty high to start with and then perhaps goes down.

**Arian Colachis**
*VP, General Counsel & Secretary*

In the new trial, will mortality be a secondary endpoint given the 24% mortality reduction in the 62 patients?

**Nader Z. Pourhassan**
*CEO, President & Director*

Yes, absolutely.

**Arian Colachis**
*VP, General Counsel & Secretary*

Dr. Patterson made a comment, science strong, trial design blender, not age batching controlled. What do you have to say about this, Dr. Pourhassan?

**Nader Z. Pourhassan**
*CEO, President & Director*

Thank you for your comment. Appreciate it.

**Arian Colachis**
*VP, General Counsel & Secretary*

Have you considered selling to China?

**Nader Z. Pourhassan**
*CEO, President & Director*

We consider selling to anybody who we can get approval from. So we're working with all the agencies that we listed. And other countries will be added to that list soon.

**Arian Colachis**
*VP, General Counsel & Secretary*

I don't recall hearing any reference to RANTES recently. And I wonder if you have been recording RANTES levels in patients prior to the treatment with leronlimab.

**Nader Z. Pourhassan**
*CEO, President & Director*

So we did have -- we wanted to measure cytokine storm before we did that. We've shown what we have shown. So in this trial, we have laboratory data also but we haven't talked about that. We will at the right time.

**Arian Colachis**
*VP, General Counsel & Secretary*

Do you believe there was any problem in the trial design?

**Nader Z. Pourhassan**
*CEO, President & Director*

I don't think so. I think they did a fantastic job given the data, as Dr. Rahman explained.

**Arian Colachis**
*VP, General Counsel & Secretary*

What is CytoDyn's larger marketing plan moving forward for accurately informing larger media outlets, hospitals, health professionals, et cetera, about its drug potential and efficacy across multiple indications?

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So as soon as this drug gets one approval, then the other approvals could be coming back to back as a label expansion. Always the first approval is going to be a difficult thing. So we are working, as Dr. Kelly said, with individuals and organizations that wanted perhaps to do the trial -- bigger trial without charging us, just provide leronlimab. As a matter of fact, Dr. Scott Kelly and myself are flying to Los Angeles to talk to a potential investor -- a very large investor in this kind of -- in these matters.

**Arian Colachis**
*VP, General Counsel & Secretary*

Severe to critical patients likely have underlying conditions that are potentially responsive to leronlimab. Has the company been able to track and monitor the progress of these underlying issues and use the data for future studies?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. We are way overloaded with everything else we have. So we want to just handle what we have.

**Arian Colachis**
*VP, General Counsel & Secretary*

I think you may have talked about this previously, but do you have the application for the Interim Order already completed for Health Canada? Or is it in the process of being completed?

**Nader Z. Pourhassan**
*CEO, President & Director*

You have to first give time line of when you're going to give certain modules to them. So we're working on that and that should be given to them hopefully soon. We'll have time line for everybody and update very, very soon.

**Arian Colachis**
*VP, General Counsel & Secretary*

A lot of these questions now. These are the ones that are coming through. Those were all the pre questions. What are the -- I think you gave this. What are the mortality numbers in the open label? I believe you said there was one death. Is that right?

**Nader Z. Pourhassan**
*CEO, President & Director*

No. I said one death in the critical patient, not the whole. The whole was 46 patients and more deaths, and I believe it was 8 or 9 or something like that. I just don't have the latest number. Kush sent it to me. I just forgot.

**Arian Colachis**
*VP, General Counsel & Secretary*

Is leronlimab effective against variants and mutations of COVID-19?

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*

Yes. We don't -- this is Dr. Kelly. We don't think that variants are going to play a role with leronlimab in that we're blocking the CCR5 receptor and not looking -- and not attacking the virus. It's not an antiviral.

**Arian Colachis**
*VP, General Counsel & Secretary*

Sorry, the system is not working for me to see these questions. Hang on 1 second.

**Nader Z. Pourhassan**
*CEO, President & Director*

Sure. I think we are past 90 minutes, are we?

**Arian Colachis**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*VP, General Counsel & Secretary*

No, but getting close.

**Nader Z. Pourhassan**
*CEO, President & Director*

Okay.

**Arian Colachis**
*VP, General Counsel & Secretary*

Sorry, there's just technical difficulties we're having here with our systems. Let me ask you this question. Why do you think it will only take 4 to 6 weeks to enroll the additional 140 critical patients?

**Nader Z. Pourhassan**
*CEO, President & Director*

If you have 25 sites, let's just say 10 gets active, 14 patients per site, so we asked our expert who really made the enrollment go high in the last part of the CD12. We asked him to give us estimation. And he's giving estimation of 4 weeks, best case. And worst case, he thinks 6 weeks or so. So we'll see. We are hoping for that. That's what -- that's the information I got, and I'm hoping that we can push everybody to get it done as soon as possible.

**Arian Colachis**
*VP, General Counsel & Secretary*

And are we continuing to monitor these patients in the CD12 trial so that we can provide that information to regulatory bodies, either here or abroad?

**Nader Z. Pourhassan**
*CEO, President & Director*

CD12 is not the one that we are doing. It's a new trial. Perhaps we'll call it CD13. That's 140 patients. As soon as we get that completed, we definitely will give the results to everybody.

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

It's CD16.

**Nader Z. Pourhassan**
*CEO, President & Director*

Sure. CD16, right, Dr. Rahman?

**Mahboob U. Rahman**
*Chief Scientific Officer & Head of Clinical Development*

Yes. It is CD16.

**Nader Z. Pourhassan**
*CEO, President & Director*

Perfect thank you. Okay. Arian, I think -- go ahead. Let's get...

**Arian Colachis**
*VP, General Counsel & Secretary*

Yes, I think probably we could wrap them up just because, unfortunately, the system of being able to review these questions is not -- I don't know if it's because they've been so overloaded with questions or not, but they're not scrolling through, unfortunately.

**Nader Z. Pourhassan**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That's no problem. Let me just give some ending statement and let's call it a day for now. We are very proud that the team that we have assembled worked so hard to get this trial finished, completed. And the results speak for itself. We met with the regulatory agencies and we have a path to go forward to get final approval. We're excited to continue to do this great progression -- progress that we have. And we hope that we have some major news about that.

But in regards to cancer and oncology that Dr. Scott Kelly and Dr. Rahman talked about, we will also be updating everybody with the results and hopefully Breakthrough Designation potential path if we have any, which we believe we do. And NASH and long-hauler, we're getting close to getting, hopefully, some interim results in the next few months. And that's exciting to us.

Do we -- are we worried about fundraising and all that? We're not because fundraising is something we always have to be -- to do. And I'm hoping that shareholders are feeling comfortable the way we have done things. So we look forward to updating you as soon as we have more things to talk about, and thank you for participating. Take care. Bye-bye.

**Scott A. Kelly**
*Chairman, Chief Medical Officer & Head of Business Development*
Thank you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

# Exhibit K

# CytoDyn Historical Stock Prices: March 27, 2020-March 30, 2022

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2020-03-26 | 1.04 | 1.04 | 0.91 | 0.94 | 0.94 | 3295000 |
| 2020-03-27 | 1.03 | 1.39 | 1.02 | 1.37 | 1.37 | 11572500 |
| 2020-03-30 | 2.17 | 3.5 | 1.9 | 2.61 | 2.61 | 39388300 |
| 2020-03-31 | 2.99 | 3.09 | 2.65 | 2.67 | 2.67 | 18481900 |
| 2020-04-01 | 2.85 | 3.09 | 2.61 | 3.07 | 3.07 | 15004000 |
| 2020-04-02 | 3.34 | 3.39 | 2 | 2.35 | 2.35 | 34428600 |
| 2020-04-03 | 2.59 | 2.97 | 2.52 | 2.79 | 2.79 | 14995100 |
| 2020-04-06 | 3.03 | 3.16 | 2.82 | 2.95 | 2.95 | 9964600 |
| 2020-04-07 | 3 | 3.15 | 2.85 | 2.95 | 2.95 | 8905400 |
| 2020-04-08 | 3.01 | 3.01 | 2.75 | 2.78 | 2.78 | 7132200 |
| 2020-04-09 | 2.99 | 2.99 | 2.74 | 2.88 | 2.88 | 8108000 |
| 2020-04-13 | 2.96 | 2.97 | 2.71 | 2.82 | 2.82 | 5803500 |
| 2020-04-14 | 2.77 | 2.77 | 2.47 | 2.51 | 2.51 | 8866700 |
| 2020-04-15 | 2.43 | 2.44 | 2 | 2.4 | 2.4 | 10534300 |
| 2020-04-16 | 2.39 | 2.39 | 2.16 | 2.31 | 2.31 | 3314900 |
| 2020-04-17 | 2.19 | 2.28 | 2.11 | 2.25 | 2.25 | 7021200 |
| 2020-04-20 | 2.27 | 2.64 | 2.25 | 2.57 | 2.57 | 5808800 |
| 2020-04-21 | 2.65 | 2.75 | 2.48 | 2.56 | 2.56 | 5411900 |
| 2020-04-22 | 2.56 | 2.65 | 2.41 | 2.62 | 2.62 | 2326800 |
| 2020-04-23 | 2.69 | 2.81 | 2.54 | 2.75 | 2.75 | 5751400 |
| 2020-04-24 | 2.88 | 3.19 | 2.82 | 3.18 | 3.18 | 10953700 |
| 2020-04-27 | 3.28 | 3.74 | 3.26 | 3.73 | 3.73 | 19679900 |
| 2020-04-28 | 3.84 | 3.84 | 3.37 | 3.49 | 3.49 | 9251600 |
| 2020-04-29 | 3.48 | 3.5 | 3.04 | 3.25 | 3.25 | 10842000 |
| 2020-04-30 | 3.47 | 3.74 | 3.44 | 3.5 | 3.5 | 8859500 |
| 2020-05-01 | 3.5 | 3.54 | 3.13 | 3.2 | 3.2 | 11200200 |
| 2020-05-04 | 2.83 | 3 | 2.53 | 2.77 | 2.77 | 12493300 |
| 2020-05-05 | 2.83 | 3.37 | 2.81 | 3.13 | 3.13 | 7859700 |
| 2020-05-06 | 3.21 | 3.3 | 3.1 | 3.23 | 3.23 | 5988300 |
| 2020-05-07 | 3.23 | 3.23 | 3.05 | 3.07 | 3.07 | 3463500 |
| 2020-05-08 | 2.88 | 2.98 | 2.61 | 2.92 | 2.92 | 7394600 |
| 2020-05-11 | 2.79 | 3.1 | 2.77 | 3.09 | 3.09 | 3648300 |
| 2020-05-12 | 3.1 | 3.26 | 2.97 | 3.2 | 3.2 | 4402200 |
| 2020-05-13 | 3.19 | 3.36 | 3 | 3.02 | 3.02 | 5097800 |
| 2020-05-14 | 3.02 | 3.04 | 2.91 | 3 | 3 | 2235500 |
| 2020-05-15 | 3.02 | 3.06 | 3 | 3.05 | 3.05 | 2214700 |
| 2020-05-18 | 3.25 | 3.28 | 3.1 | 3.13 | 3.13 | 3396500 |
| 2020-05-19 | 3.15 | 3.2 | 3.13 | 3.16 | 3.16 | 3447200 |
| 2020-05-20 | 3.18 | 3.18 | 3.08 | 3.12 | 3.12 | 3109600 |
| 2020-05-21 | 3.17 | 3.19 | 3.11 | 3.17 | 3.17 | 4630800 |
| 2020-05-22 | 3.17 | 3.17 | 3.08 | 3.1 | 3.1 | 3074600 |
| 2020-05-26 | 3.15 | 3.24 | 3.08 | 3.14 | 3.14 | 5921600 |
| 2020-05-27 | 3.04 | 3.04 | 2.78 | 2.98 | 2.98 | 6091800 |
| 2020-05-28 | 2.86 | 2.94 | 2.8 | 2.82 | 2.82 | 3821100 |
| 2020-05-29 | 2.83 | 2.98 | 2.83 | 2.96 | 2.96 | 1921000 |
| 2020-06-01 | 3.01 | 3.01 | 2.94 | 2.97 | 2.97 | 2469600 |

| 2020-06-02 | 2.98 | 3 | 2.86 | 2.97 | 2.97 | 3656700 |
|---|---|---|---|---|---|---|
| 2020-06-03 | 2.98 | 2.98 | 2.88 | 2.91 | 2.91 | 2129000 |
| 2020-06-04 | 2.88 | 2.91 | 2.8 | 2.85 | 2.85 | 2274500 |
| 2020-06-05 | 2.84 | 2.87 | 2.8 | 2.83 | 2.83 | 2670600 |
| 2020-06-08 | 2.82 | 2.86 | 2.67 | 2.81 | 2.81 | 5427300 |
| 2020-06-09 | 2.81 | 2.85 | 2.75 | 2.85 | 2.85 | 4069900 |
| 2020-06-10 | 2.85 | 2.96 | 2.79 | 2.95 | 2.95 | 1766900 |
| 2020-06-11 | 2.99 | 3.09 | 2.9 | 3.08 | 3.08 | 3084300 |
| 2020-06-12 | 3.23 | 3.25 | 3.01 | 3.09 | 3.09 | 4494300 |
| 2020-06-15 | 3.1 | 3.14 | 3.01 | 3.12 | 3.12 | 2573700 |
| 2020-06-16 | 3.12 | 3.15 | 3.04 | 3.07 | 3.07 | 2265900 |
| 2020-06-17 | 3.07 | 3.1 | 3.05 | 3.07 | 3.07 | 1088800 |
| 2020-06-18 | 3.08 | 3.21 | 3.08 | 3.2 | 3.2 | 3605700 |
| 2020-06-19 | 3.24 | 3.75 | 3.22 | 3.68 | 3.68 | 9684300 |
| 2020-06-22 | 3.83 | 4.3 | 3.82 | 4.17 | 4.17 | 10189900 |
| 2020-06-23 | 4.3 | 4.49 | 4.26 | 4.48 | 4.48 | 6044200 |
| 2020-06-24 | 4.52 | 5.06 | 4.48 | 4.99 | 4.99 | 10512500 |
| 2020-06-25 | 5.06 | 6.65 | 5.06 | 6.15 | 6.15 | 18517900 |
| 2020-06-26 | 6.7 | 7.27 | 6.5 | 6.93 | 6.93 | 15569700 |
| 2020-06-29 | 7.45 | 8.9 | 7.29 | 8.77 | 8.77 | 18052900 |
| 2020-06-30 | 9.66 | 10.01 | 4.65 | 5.68 | 5.68 | 56325800 |
| 2020-07-01 | 6.06 | 7.07 | 5.75 | 6.48 | 6.48 | 17025200 |
| 2020-07-02 | 7.14 | 7.15 | 5.9 | 6.08 | 6.08 | 9476500 |
| 2020-07-06 | 6.56 | 6.98 | 6.27 | 6.41 | 6.41 | 7840400 |
| 2020-07-07 | 6.41 | 6.62 | 5.85 | 5.93 | 5.93 | 6355900 |
| 2020-07-08 | 6 | 6.08 | 4.76 | 5.34 | 5.34 | 14052700 |
| 2020-07-09 | 5.43 | 5.9 | 4.65 | 5.22 | 5.22 | 8690100 |
| 2020-07-10 | 4.9 | 4.99 | 4.61 | 4.73 | 4.73 | 8737700 |
| 2020-07-13 | 3.24 | 4.05 | 2.86 | 3.7 | 3.7 | 21148900 |
| 2020-07-14 | 3.76 | 4.85 | 3.76 | 4.85 | 4.85 | 9957500 |
| 2020-07-15 | 4.93 | 5.18 | 4.52 | 5.13 | 5.13 | 8098300 |
| 2020-07-16 | 5.32 | 5.59 | 5.06 | 5.49 | 5.49 | 7075800 |
| 2020-07-17 | 5.4 | 5.5 | 4.91 | 5.45 | 5.45 | 7287400 |
| 2020-07-20 | 5.78 | 6.7 | 5.65 | 6.34 | 6.34 | 11255500 |
| 2020-07-21 | 6.35 | 6.75 | 5.07 | 5.72 | 5.72 | 12751300 |
| 2020-07-22 | 5.88 | 5.95 | 5.4 | 5.57 | 5.57 | 5227700 |
| 2020-07-23 | 5.6 | 5.75 | 5.36 | 5.68 | 5.68 | 3064700 |
| 2020-07-24 | 5.69 | 5.7 | 5.35 | 5.4 | 5.4 | 3736600 |
| 2020-07-27 | 5.52 | 5.77 | 5.47 | 5.55 | 5.55 | 4001500 |
| 2020-07-28 | 5.59 | 5.67 | 5.26 | 5.37 | 5.37 | 2948100 |
| 2020-07-29 | 5.31 | 5.31 | 4.56 | 4.93 | 4.93 | 9024100 |
| 2020-07-30 | 5.32 | 5.64 | 5.25 | 5.36 | 5.36 | 6546400 |
| 2020-07-31 | 5.01 | 5.3 | 4.74 | 4.97 | 4.97 | 8231600 |
| 2020-08-03 | 5.07 | 5.34 | 4.7 | 5.28 | 5.28 | 3825400 |
| 2020-08-04 | 5.35 | 5.36 | 4.96 | 5.07 | 5.07 | 3396900 |
| 2020-08-05 | 5.06 | 5.07 | 4.6 | 4.81 | 4.81 | 3677300 |
| 2020-08-06 | 4.82 | 4.83 | 4.32 | 4.43 | 4.43 | 5272300 |

| 2020-08-07 | 4.54 | 4.97 | 4.42 | 4.79 | 4.79 | 4862200 |
|---|---|---|---|---|---|---|
| 2020-08-10 | 4.84 | 4.89 | 4.5 | 4.81 | 4.81 | 4132200 |
| 2020-08-11 | 4.55 | 4.8 | 3.76 | 4.16 | 4.16 | 12285400 |
| 2020-08-12 | 4.24 | 4.49 | 4.19 | 4.46 | 4.46 | 3428100 |
| 2020-08-13 | 4.65 | 4.75 | 3.97 | 4 | 4 | 5579500 |
| 2020-08-14 | 3.84 | 4.02 | 3.51 | 3.76 | 3.76 | 7538800 |
| 2020-08-17 | 3.8 | 3.83 | 3.31 | 3.5 | 3.5 | 7799500 |
| 2020-08-18 | 3.44 | 3.5 | 2.76 | 3.07 | 3.07 | 15410900 |
| 2020-08-19 | 3.15 | 3.2 | 2.86 | 3 | 3 | 6658800 |
| 2020-08-20 | 3.06 | 3.15 | 2.98 | 3.03 | 3.03 | 3779500 |
| 2020-08-21 | 3.07 | 3.92 | 3.05 | 3.43 | 3.43 | 9973100 |
| 2020-08-24 | 3.99 | 4.02 | 3.61 | 3.84 | 3.84 | 9680300 |
| 2020-08-25 | 3.95 | 3.95 | 3.68 | 3.81 | 3.81 | 3217300 |
| 2020-08-26 | 3.79 | 3.81 | 3.45 | 3.47 | 3.47 | 4139800 |
| 2020-08-27 | 3.38 | 3.4 | 3.05 | 3.15 | 3.15 | 4035300 |
| 2020-08-28 | 3.17 | 3.67 | 3.14 | 3.44 | 3.44 | 3326500 |
| 2020-08-31 | 3.52 | 3.55 | 3.28 | 3.36 | 3.36 | 2126000 |
| 2020-09-01 | 3.48 | 3.48 | 3.25 | 3.4 | 3.4 | 2006100 |
| 2020-09-02 | 3.42 | 3.8 | 3.33 | 3.55 | 3.55 | 3465800 |
| 2020-09-03 | 3.75 | 4.28 | 3.65 | 3.88 | 3.88 | 7355700 |
| 2020-09-04 | 3.96 | 4.44 | 3.95 | 4.44 | 4.44 | 4934200 |
| 2020-09-08 | 4.81 | 5.15 | 4.64 | 4.92 | 4.92 | 6963200 |
| 2020-09-09 | 4.92 | 5 | 4.71 | 4.9 | 4.9 | 3793800 |
| 2020-09-10 | 4.79 | 4.79 | 4.4 | 4.51 | 4.51 | 3986800 |
| 2020-09-11 | 4.37 | 4.37 | 3.9 | 3.91 | 3.91 | 3918700 |
| 2020-09-14 | 3.95 | 4.22 | 3.68 | 4.12 | 4.12 | 3061200 |
| 2020-09-15 | 4.12 | 4.12 | 3.91 | 4.09 | 4.09 | 2530800 |
| 2020-09-16 | 4.15 | 4.27 | 4 | 4.03 | 4.03 | 2303800 |
| 2020-09-17 | 3.23 | 3.47 | 3.06 | 3.42 | 3.42 | 8768900 |
| 2020-09-18 | 3.51 | 3.56 | 3.37 | 3.55 | 3.55 | 2376200 |
| 2020-09-21 | 3.51 | 3.55 | 3.36 | 3.41 | 3.41 | 1964200 |
| 2020-09-22 | 3.42 | 3.74 | 3.38 | 3.53 | 3.53 | 1872900 |
| 2020-09-23 | 3.6 | 3.65 | 3.41 | 3.43 | 3.43 | 2200600 |
| 2020-09-24 | 3.43 | 3.49 | 3.35 | 3.36 | 3.36 | 1427300 |
| 2020-09-25 | 3.4 | 3.41 | 3.3 | 3.37 | 3.37 | 1192600 |
| 2020-09-28 | 3.38 | 3.4 | 3.16 | 3.23 | 3.23 | 1854200 |
| 2020-09-29 | 3.21 | 3.23 | 3.1 | 3.12 | 3.12 | 2253300 |
| 2020-09-30 | 3.18 | 3.18 | 2.85 | 2.92 | 2.92 | 6031500 |
| 2020-10-01 | 2.84 | 2.84 | 2.7 | 2.79 | 2.79 | 5253500 |
| 2020-10-02 | 2.76 | 3.12 | 2.75 | 3.04 | 3.04 | 4958700 |
| 2020-10-05 | 3.07 | 3.13 | 3.01 | 3.09 | 3.09 | 1552300 |
| 2020-10-06 | 3.05 | 3.06 | 2.95 | 3.02 | 3.02 | 1165700 |
| 2020-10-07 | 3 | 3.53 | 2.92 | 3.52 | 3.52 | 6230400 |
| 2020-10-08 | 3.51 | 3.87 | 3.25 | 3.27 | 3.27 | 5298800 |
| 2020-10-09 | 3.34 | 3.41 | 3.2 | 3.27 | 3.27 | 1793900 |
| 2020-10-12 | 3.33 | 3.34 | 3.18 | 3.25 | 3.25 | 1435900 |
| 2020-10-13 | 3.27 | 3.3 | 3.22 | 3.24 | 3.24 | 1374300 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 2020-10-14 | 3.23 | 3.27 | 2.65 | 2.86 | 2.86 | 3657600 |
| 2020-10-15 | 2.94 | 3.06 | 2.89 | 2.98 | 2.98 | 2922100 |
| 2020-10-16 | 2.85 | 2.89 | 2.76 | 2.81 | 2.81 | 4500500 |
| 2020-10-19 | 2.82 | 2.93 | 2.81 | 2.82 | 2.82 | 1863800 |
| 2020-10-20 | 2.99 | 3.09 | 2.66 | 2.73 | 2.73 | 6170200 |
| 2020-10-21 | 2.87 | 2.88 | 2.66 | 2.7 | 2.7 | 2580400 |
| 2020-10-22 | 2.7 | 2.73 | 2.61 | 2.68 | 2.68 | 1491200 |
| 2020-10-23 | 2.68 | 2.68 | 2.41 | 2.46 | 2.46 | 3909100 |
| 2020-10-26 | 2.49 | 2.49 | 2.25 | 2.28 | 2.28 | 4129300 |
| 2020-10-27 | 2.4 | 2.72 | 2.4 | 2.49 | 2.49 | 4542500 |
| 2020-10-28 | 2.52 | 2.52 | 2.35 | 2.42 | 2.42 | 1791500 |
| 2020-10-29 | 2.43 | 2.45 | 2.26 | 2.39 | 2.39 | 2100200 |
| 2020-10-30 | 2.38 | 2.51 | 2.33 | 2.49 | 2.49 | 1896400 |
| 2020-11-02 | 2.5 | 2.66 | 2.49 | 2.6 | 2.6 | 2626400 |
| 2020-11-03 | 2.6 | 2.79 | 2.59 | 2.67 | 2.67 | 2234000 |
| 2020-11-04 | 2.7 | 2.81 | 2.67 | 2.7 | 2.7 | 1711700 |
| 2020-11-05 | 2.73 | 2.75 | 2.6 | 2.65 | 2.65 | 1875600 |
| 2020-11-06 | 2.65 | 2.66 | 2.43 | 2.54 | 2.54 | 2379100 |
| 2020-11-09 | 2.43 | 2.43 | 2.03 | 2.09 | 2.09 | 6364700 |
| 2020-11-10 | 1.99 | 2.12 | 1.63 | 2.02 | 2.02 | 11157300 |
| 2020-11-11 | 2.1 | 2.57 | 2.1 | 2.36 | 2.36 | 4676800 |
| 2020-11-12 | 2.45 | 2.59 | 2.42 | 2.46 | 2.46 | 3408800 |
| 2020-11-13 | 2.5 | 2.53 | 2.4 | 2.48 | 2.48 | 1684300 |
| 2020-11-16 | 2.53 | 2.66 | 2.52 | 2.64 | 2.64 | 2786100 |
| 2020-11-17 | 2.71 | 2.72 | 2.46 | 2.53 | 2.53 | 2099500 |
| 2020-11-18 | 2.59 | 2.6 | 2.4 | 2.46 | 2.46 | 2027500 |
| 2020-11-19 | 2.46 | 2.52 | 2.31 | 2.52 | 2.52 | 1865500 |
| 2020-11-20 | 2.5 | 2.56 | 2.45 | 2.55 | 2.55 | 1735000 |
| 2020-11-23 | 2.65 | 2.66 | 2.54 | 2.6 | 2.6 | 2192500 |
| 2020-11-24 | 2.66 | 2.69 | 2.61 | 2.67 | 2.67 | 1722100 |
| 2020-11-25 | 2.67 | 2.69 | 2.63 | 2.67 | 2.67 | 1274200 |
| 2020-11-27 | 2.68 | 2.69 | 2.62 | 2.66 | 2.66 | 1120500 |
| 2020-11-30 | 2.59 | 2.68 | 2.57 | 2.67 | 2.67 | 1872500 |
| 2020-12-01 | 2.68 | 2.68 | 2.59 | 2.6 | 2.6 | 1919300 |
| 2020-12-02 | 2.62 | 2.63 | 2.46 | 2.48 | 2.48 | 1871200 |
| 2020-12-03 | 2.47 | 2.5 | 2.25 | 2.45 | 2.45 | 3129200 |
| 2020-12-04 | 2.45 | 2.53 | 2.3 | 2.33 | 2.33 | 2224300 |
| 2020-12-07 | 2.37 | 2.48 | 2.32 | 2.48 | 2.48 | 1803100 |
| 2020-12-08 | 2.63 | 3.33 | 2.6 | 3.27 | 3.27 | 11710800 |
| 2020-12-09 | 3.79 | 3.79 | 3.16 | 3.45 | 3.45 | 6870000 |
| 2020-12-10 | 3.53 | 3.55 | 3.25 | 3.35 | 3.35 | 3404100 |
| 2020-12-11 | 3.42 | 3.43 | 2.88 | 3.14 | 3.14 | 5323100 |
| 2020-12-14 | 3.17 | 3.35 | 3.02 | 3.29 | 3.29 | 2545900 |
| 2020-12-15 | 3.31 | 3.46 | 3.3 | 3.46 | 3.46 | 1998100 |
| 2020-12-16 | 3.6 | 4.05 | 3.58 | 3.93 | 3.93 | 9104000 |
| 2020-12-17 | 3.94 | 4.68 | 3.93 | 4.68 | 4.68 | 7402100 |
| 2020-12-18 | 4.85 | 5.08 | 4.8 | 5 | 5 | 10085000 |

| 2020-12-21 | 5.01 | 6 | 5.01 | 6 | 6 | 12822500 |
|---|---|---|---|---|---|---|
| 2020-12-22 | 6.2 | 7 | 5 | 5.27 | 5.27 | 23186300 |
| 2020-12-23 | 5.53 | 5.75 | 4.53 | 5.1 | 5.1 | 13318600 |
| 2020-12-24 | 5.34 | 5.49 | 4.91 | 5.27 | 5.27 | 2812600 |
| 2020-12-28 | 6.01 | 6.15 | 5.4 | 5.68 | 5.68 | 7508000 |
| 2020-12-29 | 5.5 | 5.5 | 4.95 | 5.15 | 5.15 | 5038400 |
| 2020-12-30 | 5.25 | 5.35 | 4.95 | 4.96 | 4.96 | 3906900 |
| 2020-12-31 | 5.04 | 5.52 | 5.01 | 5.39 | 5.39 | 4233600 |
| 2021-01-04 | 5.69 | 5.98 | 5.31 | 5.97 | 5.97 | 3369100 |
| 2021-01-05 | 6.01 | 6.01 | 5.71 | 5.82 | 5.82 | 3626900 |
| 2021-01-06 | 5.95 | 5.95 | 5.6 | 5.61 | 5.61 | 2533600 |
| 2021-01-07 | 5.05 | 5.54 | 4.9 | 5.17 | 5.17 | 6537400 |
| 2021-01-08 | 5.3 | 5.3 | 5.06 | 5.07 | 5.07 | 4402400 |
| 2021-01-11 | 5.15 | 5.24 | 4.88 | 4.93 | 4.93 | 4543600 |
| 2021-01-12 | 4.98 | 4.98 | 4.25 | 4.73 | 4.73 | 6995300 |
| 2021-01-13 | 4.8 | 4.99 | 4.63 | 4.93 | 4.93 | 2605100 |
| 2021-01-14 | 5.01 | 5.36 | 4.96 | 5.29 | 5.29 | 2440100 |
| 2021-01-15 | 5.36 | 5.4 | 5.05 | 5.2 | 5.2 | 2299100 |
| 2021-01-19 | 5.26 | 5.33 | 5.14 | 5.2 | 5.2 | 1468300 |
| 2021-01-20 | 5.18 | 5.22 | 4.9 | 5.08 | 5.08 | 1822000 |
| 2021-01-21 | 5.18 | 5.18 | 4.9 | 5 | 5 | 1803500 |
| 2021-01-22 | 4.94 | 5.05 | 4.76 | 5.01 | 5.01 | 2674000 |
| 2021-01-25 | 4.99 | 5 | 4.75 | 4.81 | 4.81 | 2463100 |
| 2021-01-26 | 4.8 | 4.8 | 4.56 | 4.66 | 4.66 | 4022500 |
| 2021-01-27 | 4.66 | 5.5 | 4.4 | 5.38 | 5.38 | 9714600 |
| 2021-01-28 | 5.36 | 5.4 | 5.01 | 5.1 | 5.1 | 3350200 |
| 2021-01-29 | 5.14 | 5.63 | 5.1 | 5.55 | 5.55 | 4024500 |
| 2021-02-01 | 5.8 | 7.15 | 5.75 | 7.15 | 7.15 | 16133600 |
| 2021-02-02 | 7.27 | 7.4 | 6.48 | 6.65 | 6.65 | 8605000 |
| 2021-02-03 | 6.6 | 6.6 | 6 | 6.22 | 6.22 | 5251700 |
| 2021-02-04 | 6.28 | 6.45 | 5.92 | 6.32 | 6.32 | 3647000 |
| 2021-02-05 | 6.34 | 6.39 | 6.15 | 6.24 | 6.24 | 2591200 |
| 2021-02-08 | 6.23 | 6.24 | 5.87 | 6.09 | 6.09 | 3588600 |
| 2021-02-09 | 6.09 | 6.12 | 5.75 | 6.01 | 6.01 | 3469200 |
| 2021-02-10 | 5.8 | 5.94 | 5.49 | 5.54 | 5.54 | 5036300 |
| 2021-02-11 | 5.54 | 6.22 | 5.24 | 6.18 | 6.18 | 4726800 |
| 2021-02-12 | 6.3 | 6.35 | 5.85 | 6.23 | 6.23 | 2930800 |
| 2021-02-16 | 6.24 | 6.25 | 5.75 | 5.85 | 5.85 | 3020800 |
| 2021-02-17 | 5.86 | 5.87 | 5.49 | 5.54 | 5.54 | 3530500 |
| 2021-02-18 | 5.49 | 5.5 | 5.3 | 5.37 | 5.37 | 2543400 |
| 2021-02-19 | 5.32 | 5.41 | 5.18 | 5.3 | 5.3 | 2368500 |
| 2021-02-22 | 4.87 | 4.99 | 3.85 | 4.32 | 4.32 | 9126900 |
| 2021-02-23 | 4.25 | 4.26 | 3.96 | 4.05 | 4.05 | 7108300 |
| 2021-02-24 | 4.41 | 4.75 | 4.2 | 4.72 | 4.72 | 3458200 |
| 2021-02-25 | 4.95 | 5.15 | 4.15 | 4.28 | 4.28 | 4705600 |
| 2021-02-26 | 4.38 | 4.62 | 4.17 | 4.52 | 4.52 | 2781500 |
| 2021-03-01 | 4.51 | 4.68 | 4.25 | 4.38 | 4.38 | 1490400 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2021-03-02 | 4.4 | 5.05 | 4.35 | 4.61 | 4.61 | 2430100 |
| 2021-03-03 | 4.59 | 4.62 | 4.3 | 4.32 | 4.32 | 2219400 |
| 2021-03-04 | 4.35 | 4.35 | 4.02 | 4.06 | 4.06 | 3319700 |
| 2021-03-05 | 4.2 | 4.75 | 4.02 | 4.05 | 4.05 | 4604200 |
| 2021-03-08 | 2.9 | 3.28 | 2.7 | 2.91 | 2.91 | 21383800 |
| 2021-03-09 | 2.7 | 2.7 | 2.17 | 2.35 | 2.35 | 22115700 |
| 2021-03-10 | 2.21 | 2.25 | 2.07 | 2.14 | 2.14 | 11303200 |
| 2021-03-11 | 2.06 | 2.57 | 2 | 2.46 | 2.46 | 11112300 |
| 2021-03-12 | 2.54 | 2.54 | 2.23 | 2.29 | 2.29 | 2972500 |
| 2021-03-15 | 2.42 | 2.54 | 2.3 | 2.49 | 2.49 | 3339200 |
| 2021-03-16 | 2.58 | 2.64 | 2.4 | 2.44 | 2.44 | 2464100 |
| 2021-03-17 | 2.44 | 2.44 | 2.26 | 2.33 | 2.33 | 2322100 |
| 2021-03-18 | 2.34 | 2.45 | 2.3 | 2.35 | 2.35 | 1945800 |
| 2021-03-19 | 2.41 | 2.51 | 2.33 | 2.46 | 2.46 | 1798500 |
| 2021-03-22 | 2.54 | 2.55 | 2.38 | 2.41 | 2.41 | 1891300 |
| 2021-03-23 | 2.45 | 2.45 | 2.29 | 2.3 | 2.3 | 2355400 |
| 2021-03-24 | 2.33 | 2.35 | 2.19 | 2.19 | 2.19 | 1948400 |
| 2021-03-25 | 2.21 | 2.33 | 2.1 | 2.19 | 2.19 | 2723700 |
| 2021-03-26 | 2.23 | 2.28 | 2.11 | 2.12 | 2.12 | 1803100 |
| 2021-03-29 | 2.3 | 2.34 | 2.12 | 2.13 | 2.13 | 3289300 |
| 2021-03-30 | 2.22 | 2.9 | 2.22 | 2.82 | 2.82 | 10878600 |
| 2021-03-31 | 2.98 | 2.99 | 2.55 | 2.7 | 2.7 | 4507200 |
| 2021-04-01 | 2.75 | 3.2 | 2.71 | 3.19 | 3.19 | 3222100 |
| 2021-04-05 | 3.28 | 4.03 | 3.28 | 3.98 | 3.98 | 9628200 |
| 2021-04-06 | 4 | 4.22 | 3.67 | 3.94 | 3.94 | 4876800 |
| 2021-04-07 | 3.99 | 4 | 3.25 | 3.5 | 3.5 | 5849600 |
| 2021-04-08 | 3.2 | 3.32 | 2.9 | 3.09 | 3.09 | 6124600 |
| 2021-04-09 | 3.1 | 3.44 | 3.06 | 3.13 | 3.13 | 3606100 |
| 2021-04-12 | 3.29 | 3.36 | 3.06 | 3.11 | 3.11 | 2489400 |
| 2021-04-13 | 3 | 3.08 | 2.94 | 2.99 | 2.99 | 2254800 |
| 2021-04-14 | 2.88 | 2.94 | 2.64 | 2.85 | 2.85 | 5357200 |
| 2021-04-15 | 2.9 | 3.29 | 2.86 | 3.05 | 3.05 | 5020800 |
| 2021-04-16 | 3.03 | 3.29 | 2.94 | 3.28 | 3.28 | 2653500 |
| 2021-04-19 | 3.38 | 3.55 | 3.33 | 3.5 | 3.5 | 2344300 |
| 2021-04-20 | 3.46 | 3.49 | 3.28 | 3.33 | 3.33 | 1500300 |
| 2021-04-21 | 3.31 | 3.32 | 3.18 | 3.24 | 3.24 | 1498500 |
| 2021-04-22 | 3.28 | 3.4 | 3.26 | 3.28 | 3.28 | 1919400 |
| 2021-04-23 | 3.34 | 3.35 | 3.16 | 3.21 | 3.21 | 1638900 |
| 2021-04-26 | 3.18 | 3.21 | 3.14 | 3.17 | 3.17 | 1412900 |
| 2021-04-27 | 3.17 | 3.18 | 3.01 | 3.05 | 3.05 | 1802400 |
| 2021-04-28 | 3.05 | 3.08 | 2.9 | 2.91 | 2.91 | 1667700 |
| 2021-04-29 | 2.92 | 2.93 | 2.76 | 2.79 | 2.79 | 2087400 |
| 2021-04-30 | 2.83 | 3.15 | 2.8 | 3.14 | 3.14 | 3701400 |
| 2021-05-03 | 3.14 | 3.2 | 2.97 | 3.12 | 3.12 | 1964400 |
| 2021-05-04 | 3.13 | 3.13 | 2.86 | 2.94 | 2.94 | 1911000 |
| 2021-05-05 | 2.98 | 2.98 | 2.77 | 2.79 | 2.79 | 2812700 |
| 2021-05-06 | 2.8 | 2.83 | 2.59 | 2.69 | 2.69 | 2711400 |

6

| 2021-05-07 | 2.72 | 2.93 | 2.7 | 2.91 | 2.91 | 1764100 |
|---|---|---|---|---|---|---|
| 2021-05-10 | 2.97 | 2.99 | 2.78 | 2.8 | 2.8 | 1484800 |
| 2021-05-11 | 2.7 | 2.75 | 2.62 | 2.73 | 2.73 | 1936000 |
| 2021-05-12 | 2.72 | 2.73 | 2.45 | 2.46 | 2.46 | 4172500 |
| 2021-05-13 | 2.43 | 2.68 | 2.43 | 2.62 | 2.62 | 3487800 |
| 2021-05-14 | 2.62 | 2.95 | 2.62 | 2.8 | 2.8 | 3439500 |
| 2021-05-17 | 2.82 | 2.83 | 1.96 | 2.04 | 2.04 | 9823300 |
| 2021-05-18 | 1.95 | 2.18 | 1.79 | 2 | 2 | 14354300 |
| 2021-05-19 | 1.85 | 1.9 | 1.77 | 1.81 | 1.81 | 5623100 |
| 2021-05-20 | 1.8 | 2.05 | 1.78 | 2.05 | 2.05 | 2807700 |
| 2021-05-21 | 2.08 | 2.25 | 2.06 | 2.17 | 2.17 | 2995600 |
| 2021-05-24 | 2.21 | 2.26 | 2.06 | 2.12 | 2.12 | 1831200 |
| 2021-05-25 | 2.08 | 2.08 | 2 | 2.01 | 2.01 | 1901000 |
| 2021-05-26 | 2.01 | 2.06 | 1.95 | 2.02 | 2.02 | 1513700 |
| 2021-05-27 | 2.02 | 2.02 | 1.96 | 1.99 | 1.99 | 1557600 |
| 2021-05-28 | 1.98 | 2.01 | 1.87 | 1.9 | 1.9 | 3140700 |
| 2021-06-01 | 1.93 | 2.19 | 1.92 | 2.05 | 2.05 | 3808700 |
| 2021-06-02 | 1.89 | 2.06 | 1.88 | 2.06 | 2.06 | 2787700 |
| 2021-06-03 | 2.03 | 2.13 | 1.96 | 2.11 | 2.11 | 1401900 |
| 2021-06-04 | 2.11 | 2.2 | 2.05 | 2.1 | 2.1 | 1940800 |
| 2021-06-07 | 2.05 | 2.08 | 1.99 | 2.02 | 2.02 | 1546200 |
| 2021-06-08 | 2.03 | 2.03 | 1.97 | 2 | 2 | 1525300 |
| 2021-06-09 | 2 | 2.01 | 1.98 | 1.98 | 1.98 | 1393400 |
| 2021-06-10 | 1.98 | 2 | 1.83 | 1.88 | 1.88 | 3771100 |
| 2021-06-11 | 1.88 | 1.94 | 1.87 | 1.9 | 1.9 | 1410500 |
| 2021-06-14 | 1.93 | 1.93 | 1.83 | 1.84 | 1.84 | 1725600 |
| 2021-06-15 | 1.82 | 1.83 | 1.75 | 1.78 | 1.78 | 3314500 |
| 2021-06-16 | 1.8 | 1.8 | 1.69 | 1.7 | 1.7 | 2634900 |
| 2021-06-17 | 1.75 | 1.89 | 1.72 | 1.8 | 1.8 | 1946300 |
| 2021-06-18 | 1.84 | 1.89 | 1.76 | 1.89 | 1.89 | 1256100 |
| 2021-06-21 | 1.93 | 1.98 | 1.8 | 1.84 | 1.84 | 2235900 |
| 2021-06-22 | 1.79 | 1.81 | 1.7 | 1.73 | 1.73 | 1908400 |
| 2021-06-23 | 1.72 | 1.75 | 1.63 | 1.67 | 1.67 | 2854000 |
| 2021-06-24 | 1.69 | 1.76 | 1.62 | 1.76 | 1.76 | 2935000 |
| 2021-06-25 | 1.79 | 1.79 | 1.72 | 1.74 | 1.74 | 904600 |
| 2021-06-28 | 1.75 | 1.76 | 1.66 | 1.75 | 1.75 | 1672300 |
| 2021-06-29 | 1.75 | 1.76 | 1.7 | 1.74 | 1.74 | 850300 |
| 2021-06-30 | 1.74 | 1.74 | 1.68 | 1.7 | 1.7 | 1619100 |
| 2021-07-01 | 1.69 | 1.73 | 1.66 | 1.7 | 1.7 | 838200 |
| 2021-07-02 | 1.7 | 1.72 | 1.68 | 1.7 | 1.7 | 873300 |
| 2021-07-06 | 1.73 | 1.73 | 1.67 | 1.69 | 1.69 | 845000 |
| 2021-07-07 | 1.67 | 1.7 | 1.52 | 1.52 | 1.52 | 2454000 |
| 2021-07-08 | 1.4 | 1.57 | 1.4 | 1.44 | 1.44 | 5037700 |
| 2021-07-09 | 1.47 | 1.56 | 1.45 | 1.54 | 1.54 | 1610500 |
| 2021-07-12 | 1.58 | 1.58 | 1.47 | 1.5 | 1.5 | 1576700 |
| 2021-07-13 | 1.5 | 1.5 | 1.36 | 1.45 | 1.45 | 2935400 |
| 2021-07-14 | 1.39 | 1.42 | 1.36 | 1.41 | 1.41 | 2617400 |

7

| 2021-07-15 | 1.4 | 1.41 | 1.35 | 1.37 | 1.37 | 1756900 |
|---|---|---|---|---|---|---|
| 2021-07-16 | 1.37 | 1.42 | 1.35 | 1.42 | 1.42 | 2186300 |
| 2021-07-19 | 1.44 | 1.8 | 1.44 | 1.66 | 1.66 | 5179100 |
| 2021-07-20 | 1.8 | 1.9 | 1.7 | 1.89 | 1.89 | 3921500 |
| 2021-07-21 | 1.95 | 1.95 | 1.8 | 1.85 | 1.85 | 2678000 |
| 2021-07-22 | 1.84 | 1.85 | 1.72 | 1.8 | 1.8 | 1986800 |
| 2021-07-23 | 1.74 | 1.8 | 1.65 | 1.67 | 1.67 | 1772200 |
| 2021-07-26 | 1.68 | 1.69 | 1.53 | 1.62 | 1.62 | 1550500 |
| 2021-07-27 | 1.68 | 1.68 | 1.57 | 1.6 | 1.6 | 924800 |
| 2021-07-28 | 1.6 | 1.61 | 1.55 | 1.6 | 1.6 | 828300 |
| 2021-07-29 | 1.56 | 1.6 | 1.55 | 1.58 | 1.58 | 604300 |
| 2021-07-30 | 1.57 | 1.71 | 1.56 | 1.69 | 1.69 | 1210400 |
| 2021-08-02 | 1.63 | 1.64 | 1.46 | 1.54 | 1.54 | 4763400 |
| 2021-08-03 | 1.64 | 1.65 | 1.45 | 1.47 | 1.47 | 2773900 |
| 2021-08-04 | 1.5 | 1.5 | 1.38 | 1.4 | 1.4 | 2936200 |
| 2021-08-05 | 1.39 | 1.42 | 1.32 | 1.34 | 1.34 | 3512700 |
| 2021-08-06 | 1.35 | 1.38 | 1.3 | 1.32 | 1.32 | 2087800 |
| 2021-08-09 | 1.31 | 1.49 | 1.31 | 1.4 | 1.4 | 2591000 |
| 2021-08-10 | 1.43 | 1.45 | 1.37 | 1.41 | 1.41 | 1458600 |
| 2021-08-11 | 1.47 | 1.47 | 1.37 | 1.41 | 1.41 | 2772300 |
| 2021-08-12 | 1.39 | 1.42 | 1.38 | 1.41 | 1.41 | 1811800 |
| 2021-08-13 | 1.43 | 1.48 | 1.41 | 1.48 | 1.48 | 1988300 |
| 2021-08-16 | 1.49 | 1.52 | 1.36 | 1.39 | 1.39 | 1929700 |
| 2021-08-17 | 1.37 | 1.41 | 1.37 | 1.39 | 1.39 | 916000 |
| 2021-08-18 | 1.4 | 1.4 | 1.28 | 1.29 | 1.29 | 2857400 |
| 2021-08-19 | 1.32 | 1.35 | 1.29 | 1.35 | 1.35 | 1203500 |
| 2021-08-20 | 1.34 | 1.36 | 1.29 | 1.34 | 1.34 | 1048100 |
| 2021-08-23 | 1.33 | 1.37 | 1.3 | 1.35 | 1.35 | 1183100 |
| 2021-08-24 | 1.36 | 1.37 | 1.29 | 1.31 | 1.31 | 1316600 |
| 2021-08-25 | 1.31 | 1.4 | 1.3 | 1.33 | 1.33 | 2895200 |
| 2021-08-26 | 1.35 | 1.37 | 1.31 | 1.34 | 1.34 | 1215400 |
| 2021-08-27 | 1.31 | 1.35 | 1.26 | 1.28 | 1.28 | 2724900 |
| 2021-08-30 | 1.28 | 1.34 | 1.28 | 1.33 | 1.33 | 1368500 |
| 2021-08-31 | 1.31 | 1.39 | 1.31 | 1.38 | 1.38 | 1130700 |
| 2021-09-01 | 1.37 | 1.39 | 1.29 | 1.3 | 1.3 | 1740600 |
| 2021-09-02 | 1.3 | 1.32 | 1.25 | 1.28 | 1.28 | 2084900 |
| 2021-09-03 | 1.28 | 1.33 | 1.27 | 1.32 | 1.32 | 1679600 |
| 2021-09-07 | 1.34 | 1.35 | 1.25 | 1.29 | 1.29 | 1683900 |
| 2021-09-08 | 1.36 | 1.37 | 1.25 | 1.28 | 1.28 | 1625500 |
| 2021-09-09 | 1.28 | 1.31 | 1.25 | 1.27 | 1.27 | 1604800 |
| 2021-09-10 | 1.3 | 1.39 | 1.29 | 1.37 | 1.37 | 2266800 |
| 2021-09-13 | 1.35 | 1.68 | 1.32 | 1.67 | 1.67 | 4008100 |
| 2021-09-14 | 1.69 | 1.7 | 1.5 | 1.62 | 1.62 | 2470300 |
| 2021-09-15 | 1.68 | 1.68 | 1.51 | 1.53 | 1.53 | 1866200 |
| 2021-09-16 | 1.62 | 1.65 | 1.53 | 1.64 | 1.64 | 1483200 |
| 2021-09-17 | 1.69 | 2.01 | 1.65 | 2.01 | 2.01 | 4728100 |
| 2021-09-20 | 2.04 | 2.38 | 1.97 | 2.26 | 2.26 | 6345100 |

8

| 2021-09-21 | 2.28 | 2.38 | 2.14 | 2.23 | 2.23 | 3101000 |
|---|---|---|---|---|---|---|
| 2021-09-22 | 2.25 | 2.49 | 2.24 | 2.46 | 2.46 | 2607500 |
| 2021-09-23 | 2.48 | 2.54 | 2.26 | 2.32 | 2.32 | 2823800 |
| 2021-09-24 | 2.33 | 2.39 | 2.21 | 2.32 | 2.32 | 1479900 |
| 2021-09-27 | 2.31 | 2.43 | 2.26 | 2.29 | 2.29 | 1305600 |
| 2021-09-28 | 2.29 | 2.3 | 2 | 2.23 | 2.23 | 1342700 |
| 2021-09-29 | 2.23 | 2.25 | 2.08 | 2.14 | 2.14 | 1820400 |
| 2021-09-30 | 2.14 | 2.17 | 1.91 | 1.98 | 1.98 | 3432800 |
| 2021-10-01 | 1.96 | 2 | 1.75 | 1.86 | 1.86 | 2943700 |
| 2021-10-04 | 1.86 | 1.87 | 1.7 | 1.79 | 1.79 | 2075300 |
| 2021-10-05 | 1.79 | 1.8 | 1.73 | 1.76 | 1.76 | 942000 |
| 2021-10-06 | 1.72 | 1.85 | 1.71 | 1.79 | 1.79 | 1953700 |
| 2021-10-07 | 1.82 | 1.85 | 1.75 | 1.76 | 1.76 | 1361800 |
| 2021-10-08 | 1.76 | 1.76 | 1.6 | 1.64 | 1.64 | 1620100 |
| 2021-10-11 | 1.61 | 1.65 | 1.55 | 1.63 | 1.63 | 1279000 |
| 2021-10-12 | 1.64 | 1.68 | 1.6 | 1.66 | 1.66 | 840100 |
| 2021-10-13 | 1.58 | 1.61 | 1.55 | 1.58 | 1.58 | 1481400 |
| 2021-10-14 | 1.47 | 1.52 | 1.35 | 1.42 | 1.42 | 6915100 |
| 2021-10-15 | 1.44 | 1.45 | 1.38 | 1.42 | 1.42 | 1612200 |
| 2021-10-18 | 1.41 | 1.43 | 1.36 | 1.39 | 1.39 | 1698500 |
| 2021-10-19 | 1.37 | 1.41 | 1.37 | 1.4 | 1.4 | 1063900 |
| 2021-10-20 | 1.38 | 1.52 | 1.38 | 1.5 | 1.5 | 1675200 |
| 2021-10-21 | 1.51 | 1.58 | 1.47 | 1.5 | 1.5 | 1723300 |
| 2021-10-22 | 1.5 | 1.56 | 1.5 | 1.5 | 1.5 | 859200 |
| 2021-10-25 | 1.44 | 1.61 | 1.42 | 1.51 | 1.51 | 1936500 |
| 2021-10-26 | 1.51 | 1.52 | 1.34 | 1.39 | 1.39 | 2403600 |
| 2021-10-27 | 1.39 | 1.41 | 1.27 | 1.3 | 1.3 | 6091100 |
| 2021-10-28 | 1.29 | 1.32 | 1.25 | 1.28 | 1.28 | 3711600 |
| 2021-10-29 | 1.26 | 1.28 | 1.24 | 1.25 | 1.25 | 4870700 |
| 2021-11-01 | 1.26 | 1.31 | 1.2 | 1.2 | 1.2 | 4734700 |
| 2021-11-02 | 1.24 | 1.26 | 1.16 | 1.18 | 1.18 | 2194600 |
| 2021-11-03 | 1.22 | 1.33 | 1.19 | 1.23 | 1.23 | 2817700 |
| 2021-11-04 | 1.22 | 1.28 | 1.18 | 1.18 | 1.18 | 4832500 |
| 2021-11-05 | 1.18 | 1.19 | 1.08 | 1.15 | 1.15 | 5001900 |
| 2021-11-08 | 1.16 | 1.19 | 1.13 | 1.14 | 1.14 | 3426200 |
| 2021-11-09 | 1.15 | 1.19 | 1.13 | 1.16 | 1.16 | 1791300 |
| 2021-11-10 | 1.19 | 1.19 | 1.08 | 1.12 | 1.12 | 2597500 |
| 2021-11-11 | 1.13 | 1.21 | 1.12 | 1.19 | 1.19 | 2100900 |
| 2021-11-12 | 1.18 | 1.25 | 1.18 | 1.23 | 1.23 | 1074100 |
| 2021-11-15 | 1.25 | 1.26 | 1.1 | 1.24 | 1.24 | 2517500 |
| 2021-11-16 | 1.24 | 1.28 | 1.22 | 1.26 | 1.26 | 1515200 |
| 2021-11-17 | 1.32 | 1.45 | 1.3 | 1.31 | 1.31 | 3673500 |
| 2021-11-18 | 1.35 | 1.39 | 1.32 | 1.32 | 1.32 | 1606800 |
| 2021-11-19 | 1.33 | 1.36 | 1.25 | 1.3 | 1.3 | 1619900 |
| 2021-11-22 | 1.32 | 1.33 | 1.25 | 1.27 | 1.27 | 1177500 |
| 2021-11-23 | 1.27 | 1.28 | 1.2 | 1.21 | 1.21 | 1463100 |
| 2021-11-24 | 1.23 | 1.3 | 1.14 | 1.28 | 1.28 | 2994900 |

| | | | | | |
|---|---|---|---|---|---|
| 2021-11-26 | 1.24 | 1.28 | 1.15 | 1.19 | 1.19 | 1984800 |
| 2021-11-29 | 1.18 | 1.19 | 1.14 | 1.18 | 1.18 | 1784300 |
| 2021-11-30 | 1.19 | 1.25 | 1.18 | 1.25 | 1.25 | 1211300 |
| 2021-12-01 | 1.26 | 1.29 | 1.11 | 1.15 | 1.15 | 3445600 |
| 2021-12-02 | 1.19 | 1.19 | 1.11 | 1.15 | 1.15 | 1306500 |
| 2021-12-03 | 1.14 | 1.15 | 1.1 | 1.11 | 1.11 | 1668800 |
| 2021-12-06 | 1.12 | 1.14 | 1.01 | 1.04 | 1.04 | 4897800 |
| 2021-12-07 | 1.04 | 1.1 | 0.99 | 1.04 | 1.04 | 3292400 |
| 2021-12-08 | 1.06 | 1.12 | 1.04 | 1.05 | 1.05 | 1728800 |
| 2021-12-09 | 1.09 | 1.13 | 1.02 | 1.03 | 1.03 | 2654800 |
| 2021-12-10 | 1.05 | 1.06 | 0.99 | 1.01 | 1.01 | 3638100 |
| 2021-12-13 | 1.03 | 1.09 | 1.03 | 1.05 | 1.05 | 2149000 |
| 2021-12-14 | 1.09 | 1.09 | 1 | 1.02 | 1.02 | 2504300 |
| 2021-12-15 | 1.03 | 1.04 | 1.01 | 1.03 | 1.03 | 1553000 |
| 2021-12-16 | 1.02 | 1.06 | 1.01 | 1.06 | 1.06 | 1519400 |
| 2021-12-17 | 1.09 | 1.09 | 1.03 | 1.04 | 1.04 | 1589200 |
| 2021-12-20 | 1.04 | 1.04 | 1 | 1 | 1 | 2321300 |
| 2021-12-21 | 1.05 | 1.08 | 1.03 | 1.05 | 1.05 | 1723200 |
| 2021-12-22 | 1.05 | 1.13 | 1.04 | 1.06 | 1.06 | 3069000 |
| 2021-12-23 | 1.08 | 1.11 | 1.05 | 1.1 | 1.1 | 1657000 |
| 2021-12-27 | 1.09 | 1.1 | 1.02 | 1.03 | 1.03 | 2759500 |
| 2021-12-28 | 1.03 | 1.04 | 0.99 | 1 | 1 | 3550200 |
| 2021-12-29 | 1 | 1.03 | 0.99 | 1.03 | 1.03 | 2702300 |
| 2021-12-30 | 0.99 | 1.02 | 0.96 | 0.98 | 0.98 | 3633900 |
| 2021-12-31 | 0.97 | 1 | 0.96 | 0.99 | 0.99 | 4478400 |
| 2022-01-03 | 1.01 | 1.03 | 0.99 | 1.02 | 1.02 | 1271000 |
| 2022-01-04 | 1.03 | 1.03 | 0.96 | 0.98 | 0.98 | 3298400 |
| 2022-01-05 | 0.97 | 1.02 | 0.83 | 0.87 | 0.87 | 7234200 |
| 2022-01-06 | 0.88 | 0.93 | 0.83 | 0.84 | 0.84 | 3041300 |
| 2022-01-07 | 0.85 | 0.85 | 0.69 | 0.73 | 0.73 | 8766500 |
| 2022-01-10 | 0.75 | 0.82 | 0.69 | 0.7 | 0.7 | 8663600 |
| 2022-01-11 | 0.67 | 0.67 | 0.5 | 0.56 | 0.56 | 16001100 |
| 2022-01-12 | 0.57 | 0.62 | 0.54 | 0.54 | 0.54 | 5671200 |
| 2022-01-13 | 0.56 | 0.75 | 0.52 | 0.68 | 0.68 | 9576800 |
| 2022-01-14 | 0.7 | 0.72 | 0.65 | 0.7 | 0.7 | 2652000 |
| 2022-01-18 | 0.72 | 0.73 | 0.58 | 0.58 | 0.58 | 4333200 |
| 2022-01-19 | 0.6 | 0.61 | 0.52 | 0.59 | 0.59 | 2828900 |
| 2022-01-20 | 0.59 | 0.65 | 0.58 | 0.64 | 0.64 | 1760700 |
| 2022-01-21 | 0.6 | 0.6 | 0.56 | 0.6 | 0.6 | 1654500 |
| 2022-01-24 | 0.58 | 0.6 | 0.52 | 0.57 | 0.57 | 3375000 |
| 2022-01-25 | 0.57 | 0.58 | 0.52 | 0.53 | 0.53 | 2021500 |
| 2022-01-26 | 0.6 | 0.63 | 0.54 | 0.55 | 0.55 | 8716700 |
| 2022-01-27 | 0.57 | 0.57 | 0.52 | 0.53 | 0.53 | 3627800 |
| 2022-01-28 | 0.52 | 0.52 | 0.48 | 0.5 | 0.5 | 5143900 |
| 2022-01-31 | 0.51 | 0.54 | 0.48 | 0.53 | 0.53 | 2205800 |
| 2022-02-01 | 0.54 | 0.6 | 0.52 | 0.59 | 0.59 | 2084100 |
| 2022-02-02 | 0.61 | 0.65 | 0.59 | 0.61 | 0.61 | 3399700 |

| 2022-02-03 | 0.63 | 0.63 | 0.56 | 0.57 | 0.57 | 1751300 |
|---|---|---|---|---|---|---|
| 2022-02-04 | 0.58 | 0.63 | 0.56 | 0.63 | 0.63 | 1213800 |
| 2022-02-07 | 0.63 | 0.67 | 0.58 | 0.59 | 0.59 | 2144000 |
| 2022-02-08 | 0.61 | 0.65 | 0.59 | 0.64 | 0.64 | 1742300 |
| 2022-02-09 | 0.64 | 0.65 | 0.59 | 0.6 | 0.6 | 3998800 |
| 2022-02-10 | 0.6 | 0.61 | 0.56 | 0.58 | 0.58 | 3012600 |
| 2022-02-11 | 0.58 | 0.6 | 0.56 | 0.56 | 0.56 | 1587400 |
| 2022-02-14 | 0.57 | 0.58 | 0.52 | 0.53 | 0.53 | 1144500 |
| 2022-02-15 | 0.57 | 0.58 | 0.53 | 0.58 | 0.58 | 1292300 |
| 2022-02-16 | 0.59 | 0.61 | 0.57 | 0.61 | 0.61 | 974100 |
| 2022-02-17 | 0.6 | 0.62 | 0.56 | 0.58 | 0.58 | 1443500 |
| 2022-02-18 | 0.56 | 0.61 | 0.53 | 0.54 | 0.54 | 2558400 |
| 2022-02-22 | 0.54 | 0.58 | 0.48 | 0.49 | 0.49 | 2315100 |
| 2022-02-23 | 0.5 | 0.52 | 0.48 | 0.49 | 0.49 | 1621400 |
| 2022-02-24 | 0.49 | 0.5 | 0.43 | 0.45 | 0.45 | 3745400 |
| 2022-02-25 | 0.45 | 0.52 | 0.44 | 0.51 | 0.51 | 2702700 |
| 2022-02-28 | 0.51 | 0.52 | 0.48 | 0.51 | 0.51 | 2169400 |
| 2022-03-01 | 0.52 | 0.52 | 0.48 | 0.49 | 0.49 | 1058100 |
| 2022-03-02 | 0.48 | 0.5 | 0.47 | 0.47 | 0.47 | 1154100 |
| 2022-03-03 | 0.51 | 0.51 | 0.48 | 0.49 | 0.49 | 2275900 |
| 2022-03-04 | 0.5 | 0.5 | 0.48 | 0.49 | 0.49 | 639900 |
| 2022-03-07 | 0.48 | 0.48 | 0.43 | 0.46 | 0.46 | 1764400 |
| 2022-03-08 | 0.44 | 0.46 | 0.39 | 0.45 | 0.45 | 2978200 |
| 2022-03-09 | 0.45 | 0.45 | 0.4 | 0.41 | 0.41 | 2080500 |
| 2022-03-10 | 0.43 | 0.43 | 0.4 | 0.41 | 0.41 | 2004000 |
| 2022-03-11 | 0.41 | 0.43 | 0.4 | 0.41 | 0.41 | 1290600 |
| 2022-03-14 | 0.42 | 0.43 | 0.39 | 0.39 | 0.39 | 967900 |
| 2022-03-15 | 0.4 | 0.4 | 0.38 | 0.39 | 0.39 | 1237600 |
| 2022-03-16 | 0.4 | 0.43 | 0.38 | 0.42 | 0.42 | 925600 |
| 2022-03-17 | 0.43 | 0.45 | 0.41 | 0.43 | 0.43 | 1063400 |
| 2022-03-18 | 0.43 | 0.45 | 0.41 | 0.43 | 0.43 | 1213600 |
| 2022-03-21 | 0.43 | 0.45 | 0.42 | 0.44 | 0.44 | 746800 |
| 2022-03-22 | 0.44 | 0.51 | 0.43 | 0.47 | 0.47 | 1529700 |
| 2022-03-23 | 0.48 | 0.51 | 0.47 | 0.48 | 0.48 | 1810800 |
| 2022-03-24 | 0.5 | 0.5 | 0.48 | 0.49 | 0.49 | 529200 |
| 2022-03-25 | 0.49 | 0.52 | 0.48 | 0.49 | 0.49 | 2030700 |
| 2022-03-28 | 0.49 | 0.5 | 0.45 | 0.46 | 0.46 | 890800 |
| 2022-03-29 | 0.47 | 0.5 | 0.46 | 0.47 | 0.47 | 2202100 |
| 2022-03-30 | 0.49 | 0.54 | 0.46 | 0.48 | 0.48 | 8128800 |