Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

DECLARATION OF DANIEL M. WEISKOPF IN SUPPORT OF DEFENDANT NADER Z. POURHASSAN'S PARTIAL JOINDER IN DEFENDANTS CYTODYN INC., MICHAEL MULHOLLAND AND SCOTT A. KELLY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

NOTE ON MOTION CALENDAR:
May 1, 2023

I, Daniel M. Weiskopf, declare under penalty of perjury of the laws of the State of Washington that the following statements are true and correct and based upon my personal knowledge:

1.     I am over the age of eighteen and competent to testify to the matters set forth herein.

2.     I am one of the attorneys for Defendant Dr. Nader Z. Pourhassan. I make this declaration in further support of Dr. Pourhassan's Partial Joinder in Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

WEISKOPF DECL. ISO POURHASSAN'S PARTIAL JOINDER IN MOT. TO DISMISS 2ND AM. COMPL. (No. 3:21-cv-05190-BHS) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

3.      Attached hereto as **Exhibit A** and incorporated by reference in Dr. Pourhassan's Partial Joinder in Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action is a true and correct copy of: CytoDyn Inc., CytoDyn Announces Leadership Transition Plan to Support Regulatory Approval and Commercialization of Leronlimab (Jan. 25, 2022, 6:06 PM EST), https://www.cytodyn.com/newsroom/press-releases/detail/596/cytodyn-announcesleadership-transition-plan-to-support.

DATED this 2nd day of March, 2023 at Seattle, Washington.

By:  s/Daniel M. Weiskopf
       Daniel M. Weiskopf, WSBA No. 44941

WEISKOPF DECL. ISO POURHASSAN'S PARTIAL JOINDER IN MOT. TO DISMISS 2ND AM. COMPL. (No. 3:21-cv-05190-BHS) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816