The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

Case No. 3:21-cv-05190-BHS

**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OMNIBUS BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Having read and considered the Stipulated Motion for Leave to File Omnibus Brief in Opposition to Defendants' Motions to Dismiss, the motion is granted. Plaintiffs are given leave to file an Omnibus Brief not to exceed 15,000 words.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2023

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
LEAVE TO FILE OMNIBUS BRIEF – Page 2
Case No. 3:21-cv-05190-BHS

BYRNES KELLER CROMWELL LLP
1000 SECOND AVE., 38TH FL.
SEATTLE, WA  98104
(206) 622-2000

Presented by:

**BYRNES KELLER CROMWELL LLP**

By: s/Bradley S. Keller
Bradley S. Keller, WSBA #10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206), 622-2522
Email: bkeller@byrneskeller.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

and

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe Courter*
*and Courter and Sons LLC, Named Plaintiffs*
*Diane M. Hooper, Thomas McGee, and Candra E.*
*Evans, and Lead Counsel for the Putative Class*

ORDER GRANTING STIPULATED MOTION FOR
LEAVE TO FILE OMNIBUS BRIEF – Page 3
Case No. 3:21-cv-05190-BHS

BYRNES KELLER CROMWELL LLP
1000 SECOND AVE., 38TH FL.
SEATTLE, WA  98104
(206) 622-2000