Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER
AND SONS LLC, DIANE M. HOOPER,
THOMAS MCGEE, and CANDRA E.
EVANS, Individually and on Behalf of All
Others Similarly Situated,

Plaintiffs,

v.

CYTODYN INC., NADER Z.
POURHASSAN, MICHAEL
MULHOLLAND, and SCOTT A.
KELLY,

Defendants.

No. 3:21-cv-05190-BHS

STIPULATED MOTION AND ORDER
EXTENDING DEFENDANT NADER
Z. POURHASSAN'S DEADLINE TO
FILE REPLY BRIEF

**NOTED ON MOTION CALENDAR:
April 25, 2023**

IT IS HEREBY STIPULATED by and between the parties, Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter"); Named Plaintiffs Diane M. Hooper, Thomas McGee, and Candra E. Evans (together with Courter, "Plaintiffs"); and Defendants CytoDyn Inc., Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants") as follows:

Pursuant to a Stipulated Motion and Order dated January 30, 2023 (Dkt. 115), Defendant Nader Z. Pourhassan ("Dr. Pourhassan") filed his Joinder to Co-Defendants' Motion to Dismiss on March 2, 2023.

STIPULATED MOTION AND ORDER EXTENDING DEF.
POURHASSAN'S DEADLINE TO FILE REPLY BRIEF
(No. 3:21-cv-05190-BHS) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Further, pursuant to the Court's Order Granting Stipulated Motion for Leave to File Omnibus Brief in Opposition to Defendants Motions to Dismiss dated March 13, 2023 (Dkt. 130), Plaintiffs filed their Omnibus Opposition Brief on March 31, 2023.

In accordance with the current schedule for briefing, Defendants' Replies in Support of their Motions to Dismiss ("Reply Briefs") are due on May 1, 2023.

With respect to Dr. Pourhassan, both Plaintiffs and Defendants consent to extend the deadline for Dr. Pourhassan to file his Reply Brief to May 8, 2023. As Dr. Pourhassan and his co-Defendants do not share a common interest privilege, this brief extension will allow Dr. Pourhassan the time required to review his co-Defendants' Reply Brief when filed on May 1, 2023 and join all portions of the Reply Brief that similarly apply to Dr. Pourhassan by May 8, 2023. Accordingly, this slightly staggered briefing schedule will promote efficiency of the proceedings.

The parties therefore respectfully move and hereby stipulate that the Court extend the deadline for Dr. Pourhassan to file his Reply Brief to May 8, 2023.

STIPULATED this 25th day of April, 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By:  *s/Daniel M. Weiskopf*
Daniel M. Weiskopf, WSBA No. 44941

By:  *s/Charles S. Wittmann-Todd*
Charles S. Wittmann-Todd, WSBA No. 54229

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
cwittmanntodd@mcnaul.com

AND

BYRNES KELLER CROMWELL LLP

By:  *s/Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665

1000 2nd Avenue, 38th Floor
Seattle, Washington 98104
(206) 622-2000
bkeller@byrneskeller.com

*Liaison Counsel for the Putative Class*

STIPULATED MOTION AND ORDER EXTENDING DEF.
POURHASSAN'S DEADLINE TO FILE REPLY BRIEF
(No. 3:21-cv-05190-BHS) – Page 2

LINKLATERS LLP
Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400 South
Washington, DC 20005
(202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com

Nicole E. Jerry *(Pro Hac Vice)*
Charlene Valdez Warner *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z. Pourhassan*

KESSLER TOPAZ MELTZER &
CHECK, LLP
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, California 94104
(415) 400-3000

AND

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Padnor, PA 19087
(610) 667-7706
jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe Courter and Courter and Sons LLC, Named Plaintiffs Diane M. Hooper, Thomas McGee, and Candra E. Evans, and Lead Counsel for the Putative Class*

STIPULATED MOTION AND ORDER EXTENDING DEF.
POURHASSAN'S DEADLINE TO FILE REPLY BRIEF
(No. 3:21-cv-05190-BHS) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

THIS MATTER coming before this Court on the above consent motion between the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the deadline for Defendant Nader Z. Pourhassan to file his Reply in Support of Defendants' Motion to Dismiss is May 8, 2023.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2023.

_____

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING DEF.
POURHASSAN'S DEADLINE TO FILE REPLY BRIEF
(No. 3:21-cv-05190-BHS) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816