The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDARA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

**JOINT STIPULATION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR: <u>AUGUST 15, 2025</u>

## <u>STIPULATION</u>

IT IS HEREBY STIPULATED by and between the parties, Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn, Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants") as follows:

1. Defendants' deadline to respond to the Second Amended Complaint (Dkt. 103) is currently August 25, 2025 (Dkt. 143).

2. The parties hereby stipulate to an additional thirty (30) day extension of time for Defendants to respond to the Second Amended Complaint (Dkt. 103).

3. Defendants' time to respond to the Second Amended Complaint (Dkt. 103) shall

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 1
(3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

therefore be extended to and including September 24, 2025.

4. This stipulation is submitted in good faith and not for purposes of delay.

A Proposed Order is attached hereto as Exhibit 1.

DATED this 15 day of August, 2025.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*_____
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone: 206-622-3150
    Fax: 206-757-7700
    Email: fredburnside@dwt.com

WILMER CUTLER PICKERING
    HALE and DORR LLP
Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Emails:
michael.bongiorno@wilmerhale.com
        kevin.muck@wilmerhale.com
        peter.kolovos@wilmerhale.com

*Attorneys for Defendants*
*CytoDyn, Inc., Michael Mulholland,*
*and Scott A. Kelly*

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*_____
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    Email: bkeller@byrneskeller.com

*Liaison Counsel for the Class*

KESSLER TOPAZ
MELTZER & CHECK, LLP
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjost@ktmc.com

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe*
*Courter and Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee*
*and Candara E. Evans and Lead Counsel for*
*the Putative Class*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 2
(3:21-cv-05190-BHS)

McNAUL EBEL NAWROT & HELGREN
PLLC

By: *s/Daniel M. Weiskopf*_____
   Daniel M. Weiskopf, WSBA No. 44941
   Charles S. Wittmann-Todd, WSBA No.
   54229
   600 University Street, Suite 2700
   Seattle, Washington 98101
   (206) 467-1816
   dweiskopf@mcnaul.com
   cwittmanntodd@mcnaul.com


LINKLATERS LLP
Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400 South
Washington, DC 20005
(202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com
Nicole E. Jerry *(Pro Hac Vice)*
Charlene Valdez Warner *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z.
Pourhassan*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 3
(3:21-cv-05190-BHS)

## ORDER

THIS MATTER coming before this Court on the above stipulation between the parties,

IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT the currently existing

deadlines for Defendants to respond to the Second Amended Complaint are hereby vacated,

and the following schedule is entered:

1.      Defendants' deadline to respond to the Second Amended Complaint (Dkt. 103)
        is September 24, 2025.

IT IS SO ORDERED.

Dated this 15th day of August, 2025.

_____

BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone:  206-622-3150
    Fax: 206-757-7700
    Email: fredburnside@dwt.com

*Counsel for Defendants CytoDyn, Inc.,*
*Michael Mulholland, and Scott A. Kelly*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 4
(3:21-cv-05190-BHS)

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 15 day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

DAVIS WRIGHT TREMAINE LLP
Fred B. Burnside, WSBA #32491
920 Fifth Ave, Ste 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax: 206-757-7700
Email: fredburnside@dwt.com

WILMER CUTLER PICKERING
  HALE and DORR LLP
Michael G. Bongiorno (Pro Hac Vice)
Kevin P. Muck (Pro Hac Vice)
Peter J. Kolovos (Pro Hac Vice)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Emails:  michael.bongiorno@wilmerhale.com
            kevin.muck@wilmerhale.com
            peter.kolovos@wilmerhale.com

McNAUL EBEL NAWROT & HELGREN PLLC
Daniel M. Weiskopf, WSBA No. 44941
Charles S. Wittmann-Todd, WSBA No. 54229
600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
dweiskopf@mcnaul.com
cwittmanntodd@mcnaul.com

LINKLATERS LLP
Adam S. Lurie (Pro Hac Vice)
Doug Davison (Pro Hac Vice)
601 Thirteenth St., Suite 400 South
Washington, DC 20005
(202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com

Nicole E. Jerry (Pro Hac Vice)

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 5
(3:21-cv-05190-BHS)

Charlene Valdez Warner (Pro Hac Vice)
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

BYRNES KELLER CROMWELL LLP
Bradley S. Keller, WSBA #10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com
Liaison Counsel for the Class

KESSLER TOPAZ
MELTZER & CHECK, LLP
Jennifer L. Joost (Pro Hac Vice)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjost@ktmc.com

Joshua E. D'Ancona (Pro Hac Vice)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 6
(3:21-cv-05190-BHS)