The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDARA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

JOINT STIPULATION FOR 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: SEPTEMBER 22, 2025

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn, Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants") as follows:

1.  Defendants' deadline to respond to the Second Amended Complaint (Dkt. 103) is currently September 24, 2025 (Dkt. 145).

2.  The parties hereby stipulate to an additional thirty (30) day extension of time for Defendants to respond to the Second Amended Complaint.

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 1
(Case No. 3:21-cv-05190-BHS)

3. Defendants' time to respond to the Second Amended Complaint shall therefore be extended to and including October 24, 2025.

4. This stipulation is submitted in good faith and not for purposes of delay.

A Proposed Order is attached hereto as Exhibit 1.

DATED this 22nd day of September, 2025.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700
    fredburnside@dwt.com

WILMER CUTLER PICKERING
HALE and DORR LLP

    Michael G. Bongiorno (*Pro Hac Vice*)
    Kevin P. Muck (*Pro Hac Vice*)
    Peter J. Kolovos (*Pro Hac Vice*)
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000
    michael.bongiorno@wilmerhale.com
    kevin.muck@wilmerhale.com
    peter.kolovos@wilmerhale.com

*Attorneys for Defendants*
*CytoDyn, Inc., Michael Mulholland,*
*and Scott A. Kelly*

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    bkeller@byrneskeller.com

*Liaison Counsel for the Class*

KESSLER TOPAZ
MELTZER & CHECK, LLP

    Jennifer L. Joost (*Pro Hac Vice*)
    One Sansome Street, Suite 1850
    San Francisco, CA 94104
    Telephone: (415) 400-3000
    Facsimile: (415) 400-3001
    jjost@ktmc.com

    Joshua E. D'Ancona (*Pro Hac Vice*)
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
    jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe*
*Courter and Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee*
*and Candara E. Evans and Lead Counsel for*
*the Putative Class*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 2
(Case No. 3:21-cv-05190-BHS)

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Daniel M. Weiskopf*
    Daniel M. Weiskopf, WSBA No. 44941
    Charles S. Wittmann-Todd, WSBA No. 54229
    600 University Street, Suite 2700
    Seattle, WA 98101
    Telephone: (206) 467-1816
    dweiskopf@mcnaul.com
    cwittmanntodd@mcnaul.com

LINKLATERS LLP

    Adam S. Lurie *(Pro Hac Vice)*
    Doug Davison *(Pro Hac Vice)*
    601 Thirteenth St., Suite 400 South
    Washington, DC 20005
    Telephone: (202) 654-9200
    adam.lurie@linklaters.com
    doug.davison@linklaters.com

    Nicole E. Jerry *(Pro Hac Vice)*
    Charlene Valdez Warner *(Pro Hac Vice)*
    1290 Avenue of the Americas
    New York, NY 10104
    Telephone: (212) 903-9000
    nicole.jerry@linklaters.com
    charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z. Pourhassan*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 3
(Case No. 3:21-cv-05190-BHS)

## ORDER

THIS MATTER coming before this Court on the above stipulation between the parties, IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT the currently existing deadlines for Defendants to respond to the Second Amended Complaint are hereby vacated, and the following schedule is entered:

1.      Defendants' deadline to respond to the Second Amended Complaint (Dkt. 103) is October 24, 2025.

IT IS SO ORDERED.

Dated this 22nd day of September, 2025.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred Burnside*
      Fred B. Burnside, WSBA #32491
      920 Fifth Ave, Ste 3300
      Seattle, WA 98104-1610
      Telephone:  206-622-3150
      Fax: 206-757-7700
      Email: fredburnside@dwt.com

*Attorneys for Defendants CytoDyn, Inc.,*
*Michael Mulholland, and Scott A. Kelly*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 4
(Case No. 3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 22nd day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

By: s/ Fred Burnside
Fred B. Burnside, WSBA #32491

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 5
(Case No. 3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax