The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDARA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

                                        Plaintiffs,

        v.

CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

                                        Defendants.

No. 3:21-cv-05190-BHS

**JOINT STIPULATION FOR 10-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR: NOVEMBER 14, 2025

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn, Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants") as follows:

1. Defendants' deadline to respond to the Second Amended Complaint (Dkt. 103) is currently November 14, 2025 (Dkt. 149).

2. The parties hereby stipulate to an additional ten (10) day extension of time for Defendants to respond to the Second Amended Complaint.

3. Defendants' time to respond to the Second Amended Complaint shall therefore be extended to and including November 24, 2025.

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 1
(3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. This stipulation is submitted in good faith and not for purposes of delay.

A Proposed Order is attached hereto as Exhibit 1.

DATED this 14th day of November, 2025.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
 Fred B. Burnside, WSBA #32491
 920 Fifth Ave, Ste 3300
 Seattle, WA 98104-1610
 Telephone: 206-622-3150
 Fax: 206-757-7700
 Email: fredburnside@dwt.com

WILMER CUTLER PICKERING
 HALE and DORR LLP
Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Emails:
michael.bongiorno@wilmerhale.com
  kevin.muck@wilmerhale.com
  peter.kolovos@wilmerhale.com

*Attorneys for Defendants*
*CytoDyn Inc., Michael Mulholland,*
*and Scott A. Kelly*

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
 Bradley S. Keller, WSBA #10665
 1000 Second Avenue, 38th Floor
 Seattle, Washington 98104
 Telephone: (206) 622-2000
 Facsimile: (206) 622-2522
 Email: bkeller@byrneskeller.com

*Liaison Counsel for the Class*

KESSLER TOPAZ
MELTZER & CHECK, LLP
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjost@ktmc.com

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe*
*Courter and Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee*
*and Candara E. Evans and Lead Counsel for*
*the Putative Class*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

McNAUL EBEL NAWROT & HELGREN
PLLC

By: *s/ Daniel M. Weiskopf*
    Daniel M. Weiskopf, WSBA No. 44941
    Charles S. Wittmann-Todd, WSBA No.
    54229
    600 University Street, Suite 2700
    Seattle, Washington 98101
    (206) 467-1816
    dweiskopf@mcnaul.com
    cwittmanntodd@mcnaul.com

LINKLATERS LLP
Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400 South
Washington, DC 20005
(202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com
Nicole E. Jerry *(Pro Hac Vice)*
Charlene Valdez Warner *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z.*
*Pourhassan*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 3
(3:21-cv-05190-BHS)

## ORDER

THIS MATTER coming before this Court on the above stipulation between the parties, IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT the currently existing deadlines for Defendants to respond to the Second Amended Complaint are hereby vacated, and the following schedule is entered:

1.    Defendants' deadline to respond to the Second Amended Complaint (Dkt. 103) is November 24, 2025.

IT IS SO ORDERED.

Dated this 17th day of November, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone:  206-622-3150
    Fax: 206-757-7700
    Email: fredburnside@dwt.com

*Counsel for Defendants CytoDyn Inc.,*
*Michael Mulholland, and Scott A. Kelly*

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 4
(3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 14th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

*/s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491

JOINT STIPULATION RE EXTENSION OF TIME TO RESPOND - 5
(3:21-cv-05190-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax