The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDARA E. EVANS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,<br><br>Defendants. | No. 3:21-cv-05190-BHS<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: <u>NOVEMBER 24, 2025</u> |

Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to settle the above-captioned action and submit this Joint Stipulation and [Proposed] Order to Stay Proceedings for approval by the Court.

WHEREAS, on June 25, 2025, the Court issued an Order (Dkt. 141) denying Defendants' Motions to Dismiss the Second Amended Complaint;

JOINT STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

WHEREAS, the Defendants' current deadline to answer the Second Amended Complaint is November 24, 2025 (Dkt. 151);

WHEREAS, the Parties have engaged the services of a mediator, Gregory P. Lindstrom of Phillips ADR Enterprises, to assist them with the potential resolution of this litigation;

WHEREAS, with the assistance of the mediator, the Parties have reached an agreement in principle on a proposed class settlement to resolve this litigation in its entirety, subject to (among other things) completion of final settlement documentation and Court approval;

WHEREAS, the Parties are in the process of preparing the necessary settlement documentation and have agreed to make best efforts to permit Lead Plaintiff to file a motion for preliminary approval of the proposed class settlement on or around December 23, 2025;

WHEREAS, in the interests of efficiency and economy, and to preserve resources, the Parties have agreed that all proceedings and existing deadlines should be stayed to permit the Parties to finalize the necessary settlement documentation and present that documentation to the Court;

THEREFORE, the Parties respectfully request that all proceedings be stayed, and that all existing deadlines (including the November 24, 2025 deadline for Defendants to answer the Second Amended Complaint) be stayed, to permit the Parties to finalize and submit the appropriate settlement documentation to the Court.

IT IS SO STIPULATED.

DATED this 24th day of November, 2025.

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By: *s/ Fred B. Burnside* | By: *s/ Bradley S. Keller* |
| Fred B. Burnside, WSBA #32491 | Bradley S. Keller, WSBA #10665 |
| 920 Fifth Ave, Ste 3300 | 1000 Second Avenue, 38th Floor |
| Seattle, WA 98104-1610 | Seattle, Washington 98104 |
| Telephone: (206) 622-3150 | Telephone: (206) 622-2000 |
| Fax: (206) 757-7700 | Fax: (206) 622-2522 |
| fredburnside@dwt.com | bkeller@byrneskeller.com |
| | *Liaison Counsel for the Class* |

WILMER CUTLER PICKERING HALE and DORR LLP

JOINT STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 2

Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
michael.bongiorno@wilmerhale.com
kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com

*Attorneys for Defendants*
*CytoDyn Inc., Michael Mulholland,*
*and Scott A. Kelly*

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Daniel M. Weiskopf*
Daniel M. Weiskopf, WSBA #44941
Charles S. Wittmann-Todd, WSBA #54229
600 University Street, Suite 2700
Seattle, Washington 98101
Telephone: (206) 467-1816
dweiskopf@mcnaul.com
cwittmanntodd@mcnaul.com

LINKLATERS LLP

Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400 South
Washington, DC 20005
Telephone: (202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com

Nicole E. Jerry *(Pro Hac Vice)*
Charlene Valdez Warner *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z.*
*Pourhassan*

KESSLER TOPAZ
MELTZER & CHECK, LLP
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001
jjost@ktmc.com

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe*
*Courter and Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee*
*and Candara E. Evans and Lead Counsel for*
*the Putative Class*

JOINT STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 3

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ___ day of November, 2025.

_____
Honorable Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone:  (206) 622-3150
    Fax: (206) 757-7700
    fredburnside@dwt.com

*Counsel for Defendants CytoDyn Inc.,*
*Michael Mulholland, and Scott A. Kelly*

JOINT STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 4

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 24th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

*/s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491

JOINT STIPULATION AND PROPOSED ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax