The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDARA E. EVANS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CYTODYN, INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,

Defendants.

No. 3:21-cv-05190-BHS

**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS**

NOTE ON MOTION CALENDAR: NOVEMBER 24, 2025

Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn Inc. ("CytoDyn"), Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to settle the above-captioned action and submit this Joint Stipulation and Proposed Order to Stay Proceedings for approval by the Court.

WHEREAS, on June 25, 2025, the Court issued an Order (Dkt. 141) denying Defendants' Motions to Dismiss the Second Amended Complaint;

JOINT STIPULATION AND ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

WHEREAS, the Defendants' current deadline to answer the Second Amended Complaint is November 24, 2025 (Dkt. 151);

WHEREAS, the Parties have engaged the services of a mediator, Gregory P. Lindstrom of Phillips ADR Enterprises, to assist them with the potential resolution of this litigation;

WHEREAS, with the assistance of the mediator, the Parties have reached an agreement in principle on a proposed class settlement to resolve this litigation in its entirety, subject to (among other things) completion of final settlement documentation and Court approval;

WHEREAS, the Parties are in the process of preparing the necessary settlement documentation and have agreed to make best efforts to permit Lead Plaintiff to file a motion for preliminary approval of the proposed class settlement on or around December 23, 2025;

WHEREAS, in the interests of efficiency and economy, and to preserve resources, the Parties have agreed that all proceedings and existing deadlines should be stayed to permit the Parties to finalize the necessary settlement documentation and present that documentation to the Court;

THEREFORE, the Parties respectfully request that all proceedings be stayed, and that all existing deadlines (including the November 24, 2025 deadline for Defendants to answer the Second Amended Complaint) be stayed, to permit the Parties to finalize and submit the appropriate settlement documentation to the Court.

IT IS SO STIPULATED.

DATED this 24th day of November, 2025.

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    fredburnside@dwt.com

WILMER CUTLER PICKERING HALE and DORR LLP

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    Fax: (206) 622-2522
    bkeller@byrneskeller.com

*Liaison Counsel for the Class*

JOINT STIPULATION AND ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 2

Michael G. Bongiorno (*Pro Hac Vice*)
Kevin P. Muck (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
michael.bongiorno@wilmerhale.com
kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com

*Attorneys for Defendants*
*CytoDyn Inc., Michael Mulholland,*
*and Scott A. Kelly*

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Daniel M. Weiskopf*
    Daniel M. Weiskopf, WSBA #44941
    Charles S. Wittmann-Todd, WSBA #54229
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Telephone: (206) 467-1816
    dweiskopf@mcnaul.com
    cwittmanntodd@mcnaul.com

LINKLATERS LLP

    Adam S. Lurie *(Pro Hac Vice)*
    Doug Davison *(Pro Hac Vice)*
    601 Thirteenth St., Suite 400 South
    Washington, DC 20005
    Telephone: (202) 654-9200
    adam.lurie@linklaters.com
    doug.davison@linklaters.com

    Nicole E. Jerry *(Pro Hac Vice)*
    Charlene Valdez Warner *(Pro Hac Vice)*
    1290 Avenue of the Americas
    New York, NY 10104
    Telephone: (212) 903-9000
    nicole.jerry@linklaters.com
    charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z.*
*Pourhassan*

KESSLER TOPAZ
MELTZER & CHECK, LLP
    Jennifer L. Joost (*Pro Hac Vice*)
    One Sansome Street, Suite 1850
    San Francisco, CA 94104
    Telephone: (415) 400-3000
    Fax: (415) 400-3001
    jjost@ktmc.com

    Joshua E. D'Ancona (*Pro Hac Vice*)
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Fax: (610) 667-7056
    jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe*
*Courter and Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee*
*and Candara E. Evans and Lead Counsel for*
*the Putative Class*

JOINT STIPULATION AND ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 3

## ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated this 24th day of November, 2025.


_____
BENJAMIN H. SETTLE
United States District Judge


Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*

Fred B. Burnside, WSBA #32491
920 Fifth Ave, Ste 3300
Seattle, WA 98104-1610
Telephone:  (206) 622-3150
Fax: (206) 757-7700
fredburnside@dwt.com

*Counsel for Defendants CytoDyn Inc.,*
*Michael Mulholland, and Scott A. Kelly*

JOINT STIPULATION AND ORDER
TO STAY PROCEEDINGS (3:21-cv-05190-BHS) - 4