The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,<br><br>Defendants. | Case No. 3:21-cv-05190-BHS<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: JANUARY 12, 2026 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn Inc., Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly (collectively, "Defendants," and together with Courter, the "Parties") as follows:

1.  The Parties' deadline to file a motion for preliminary approval of the Parties' settlement is currently January 13, 2026 (Dkt. 155).

2.  The Parties hereby stipulate to an additional seventeen (17) day extension of time to negotiate the terms of their settlement, finalize the supporting settlement documentation and obtain the necessary approval from all Parties.

JOINT STIPULATION FOR EXTENSION TO FILE                    -1-
SETTLEMENT MOTION (No. 3:21-cv-05190-BHS)

3. The Parties' time to file a motion for preliminary approval of the Parties' settlement shall therefore be extended to January 30, 2026.

4. This stipulation is submitted in good faith and not for purposes of delay.

DATED this 12th day of January, 2026.


DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206)757-7700
    fredburnside@dwt.com


WILMER CUTLER PICKERING HALE
    and DORR LLP
Michael G. Bongiorno (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
michael.bongiorno@wilmerhale.com
kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com

*Attorneys for Defendants CytoDyn Inc.,
Michael Mulholland, and Scott A. Kelly*

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Daniel M. Weiskopf*
    Daniel M. Weiskopf, WSBA #44941
    Charles S. Wittmann-Todd, WSBA #54229
    600 University Street, Suite 2700
    Seattle, WA 98101
    Telephone: (206) 467-1816
    dweiskopf@mcnaul.com
    cwittmanntodd@mcnaul.com

LINKLATERS LLP

Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400
South Washington, DC 20005

Telephone: (202) 654-9200


BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    bkeller@byrneskeller.com

*Liaison Counsel for the Class*

KESSLER TOPAZ
    MELTZER & CHECK, LLP
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe Courter and
Courter and Sons LLC, Named
Plaintiffs Diane M. Hooper, Thomas McGee and
Candara E. Evans and Lead Counsel for the
Putative Class*

JOINT STIPULATION FOR EXTENSION TO FILE
SETTLEMENT MOTION (No. 3:21-cv-05190-BHS)

-2-

adam.lurie@linklaters.com
doug.davison@linklaters .com

Nicole E. Jerry *(Pro Hac Vice)*
Charlene Valdez Warner *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z. Pourhassan*

## ORDER

THIS MATTER coming before this Court on the above stipulation between the Parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the currently existing deadline for the Parties to file a motion for preliminary approval of the Parties' settlement is hereby vacated, and the following schedule is entered:

1.  The Parties' deadline to file a motion for preliminary approval of the Parties' settlement is January 30, 2026.

IT IS SO ORDERED.

Dated this 13th day of January, 2026.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522

JOINT STIPULATION FOR EXTENSION TO FILE
SETTLEMENT MOTION (No. 3:21-cv-05190-BHS)

-3-

bkeller@byrneskeller.com

*Liaison Counsel for the Class*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 12th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

*s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

JOINT STIPULATION FOR EXTENSION TO FILE
SETTLEMENT MOTION (No. 3:21-cv-05190-BHS)

-5-