**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| BRIAN JOE COURTER, COURTER AND SONS LLC, DIANE M. HOOPER, THOMAS MCGEE, and CANDRA E. EVANS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYTODYN INC., NADER Z. POURHASSAN, MICHAEL MULHOLLAND, and SCOTT A. KELLY,<br><br>Defendants. | Case No. 3:21-cv-05190-BHS<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: <u>MARCH 13, 2026</u> |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Lead Plaintiff Brian Joe Courter and Courter and Sons LLC ("Courter") and Defendants CytoDyn Inc., Nader Z. Pourhassan, Michael Mulholland, and Scott A. Kelly (collectively, "Defendants," and together with Courter, the "Parties") as follows:

      1.    The Parties' deadline to file a motion for preliminary approval of the Parties' settlement is currently March 13, 2026 (Dkt. 164).

      2.    The Parties have concluded their negotiations of the terms of the settlement and require an additional extension of time to finalize the supporting settlement documentation.  The parties expect to finalize the settlement documentation and

JOINT STIPULATION FOR EXTENSION TO FILE
SETTLEMENT MOTION
-1-

file the motion for preliminary approval by March 18, 2026. Thus, the Parties hereby stipulate to an additional five (5) day extension of time to finalize the settlement documentation and obtain the necessary approval from all Parties.

3. The Parties' time to file a motion for preliminary approval of the Parties' settlement shall therefore be extended to March 18, 2026.

4. This stipulation is submitted in good faith and not for purposes of delay.

A Proposed Order is attached hereto as Exhibit 1.

DATED this 13 day of March, 2026.


DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206)757-7700
    fredburnside@dwt.com


WILMER CUTLER PICKERING HALE
    and DORR LLP
Michael G. Bongiorno (*Pro Hac Vice*)
Peter J. Kolovos (*Pro Hac Vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
michael.bongiorno@wilmerhale.com
kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com

*Attorneys for Defendants CytoDyn Inc.,*
*Michael Mulholland, and Scott A. Kelly*

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Daniel M. Weiskopf*
    Daniel M. Weiskopf, WSBA #44941
    Charles S. Wittmann-Todd, WSBA #54229
    600 University Street, Suite 2700
    Seattle, WA 98101
    Telephone: (206) 467-1816
    dweiskopf@mcnaul.com
    cwittmanntodd@mcnaul.com


BYRNES KELLER CROMWELL LLP

By: *s/Bradley S. Keller*
    Bradley S. Keller, WSBA #10665
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    bkeller@byrneskeller.com

*Liaison Counsel for the Class*

KESSLER TOPAZ
    MELTZER & CHECK, LLP
Jennifer L. Joost (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001
jjoost@ktmc.com

Joshua E. D'Ancona (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jdancona@ktmc.com

*Attorneys for Lead Plaintiff Brian Joe Courter and*
*Courter and Sons LLC, Named*
*Plaintiffs Diane M. Hooper, Thomas McGee and*
*Candara E. Evans and Lead Counsel for the*
*Putative Class*

LINKLATERS LLP

Adam S. Lurie *(Pro Hac Vice)*
Doug Davison *(Pro Hac Vice)*
601 Thirteenth St., Suite 400
South Washington, DC 20005
Telephone: (202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters .com

Nicole E. Jerry *(Pro Hac Vice)*
Charlene Valdez Warner *(Pro Hac Vice)*
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Dr. Nader Z. Pourhassan*

**ORDER**

THIS MATTER coming before this Court on the above stipulation between the Parties, IT IS HEREBY ORDER, ADJUDGED, AND DECREED THAT the currently existing deadline for the Parties to file a motion for preliminary approval of the Parties' settlement is hereby vacated, and the following schedule is entered:

1. The Parties' deadline to file a motion for preliminary approval of the Parties' settlement is March 18, 2026.

IT IS SO ORDERED.

Dated this 17th day of March, 2026

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206)757-7700
    fredburnside@dwt.com

*Attorneys for Defendants CytoDyn Inc.,*
*Michael Mulholland, and Scott A. Kelly*

JOINT STIPULATION FOR EXTENSION TO FILE                -4-
SETTLEMENT MOTION